RECEIVED

DEC 6 2006

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

06-828 L

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Kingman Reef Atoll Investments, L.L.C., a Hawaii limited liability company; Kingman Reef Atoll Development, L.L.C., a Hawaii limited liability company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Christian P. Porter

Firm Name: Brooks Tom Porter & Quitiquit, LLP

Post Office Box: ______

Street Address: 841 Bishop Street, Suite 2125

City-State-Zip: Honolulu, HI 96813

Telephone & Facsimile Numbers: (808) 526-3011 / (808) 523-1171

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: V A R
See attached sheet for three-digit codes.

Amount Claimed: $ 54,000,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement: Non governmental corporate party
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.