ORIGINAL

Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171
Email: cporter@btpqlaw.com

Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.

FILED
DEC 6 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company; KINGMAN REEF ATOLL DEVELOPMENT, L.L.C., a Hawaii limited liability company,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA;~~THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; H. DALE HALL, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,~~**

**Defendant~~s~~.**

**No. 06-828 L**

**NOTICE OF DIRECTLY RELATED CASE**

**NOTICE OF DIRECTLY RELATED CASE**

Plaintiffs KINGMAN REEF ATOLL INVESTMENTS, L.L.C. ("Plaintiff KRAI") and KINGMAN REEL ATOLL DEVELOPMENT, L.L.C., by and through their attorneys, Brooks Tom Porter & Quitiquit, LLP, hereby give notice of a directly related case in *Kingman Reef Atoll Investments, L.L.C. v. The United States of America*, Case No. CV05-00151 JMS BMK, in the United States District Court for the District of Hawaii, Complaint for Declaratory Relief to Quiet Title ("Directly Related Case").

The Directly Related Case involves Plaintiff KRAI and the same Defendants as in this case. In both cases, ownership of the same property, being Kingman Reef Atoll, which is located approximately 900 nautical miles southwest of Hawaii, is an issue and the new issue in this matter will be the compensation of Plaintiffs for the taking of Kingman Reef by the designation of Kingman Reef as a National Wildlife Refuge on January 18, 2001.

The assignment of this case to the Judge in the Directly Related Case in Case No. CV05-00151 JMS BMK in the United States District Court for the District of Hawaii will conserve judicial resources and will promote an efficient determination of both actions. Furthermore, it is a convenient forum for both actions in that all parties are currently litigating in the Directly Related Case in the State of Hawaii, and Plaintiffs' records are in Hawaii.

DATED this 4th day of December 2006.

BROOKS TOM PORTER & QUITIQUIT, LLP

By ______________________

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.
and KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171