# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**KINGMAN REEF ATOLL INVESTMENTS, L.L.C. et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-828L**
**Filed: January 5, 2007**

## O R D E R

The Notice of Appearance in the above-captioned case was filed on December 22, 2006. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, February 7, 2007, at 4:00 p.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Ms. Tardiff at (603) 230-2583, Ms. Fitzgerald at (202) 305-0476 and Mr. Porter at (808) 526-3011.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**