Duplicate

Taxpayer's Copy

# NOTICE OF REAL PROPERTY ASSESSMENT FOR 1954
## FIRST TAXATION DIVISION

Pursuant to Law the Tax Commissioner hereby gives Notice (a) of his findings of the Fair and Reasonable Value as of January 1st, 1954, of the Property described in this Notice, (b) of the exemption (if any) allowed or disallowed, and (c) of the Net Taxable value of said Property as hereinafter set forth.

TAX COMMISSIONER
BY TAX ASSESSOR
First Taxation Division

TERRITORY OF HAWAII
TAX COMMISSIONER

This is a notice only—NOT a bill.

Dated March 15, 1954

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 30000 | 00 |
| Improvements | $ 10000 | 00 |
| Total | $ 40000 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 40000 | 00 |

TERRITORY OF HAWAII — FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 490.51# Lts.A to F LCApp.223 Palmyra Isl. | 3-9-01-1 |

Owner: Ellen Fullard-Leo, etal (T/C)-1-Und

Address: Ellen Fullard-Leo
2389 Prince Edward St.
Honolulu 15 Hawaii

Form A-6-30

FIRST DIVISION **1954**

TERRITORY OF HAWAII
## REAL PROPERTY TAX BILL

DEMAND IS HEREBY MADE FOR ALL TAXES NOW DUE.
PRESENT THIS BILL WITH EACH PAYMENT
It becomes your RECEIPT when stamped by the Cash Register.

THIS BILL IS FOR THE FULL VALUE OF THE PARCEL

| Penalty and Interest | 1st Installment Due Aug. 20 | 2nd Installment Due Nov. 20 | Total Amount Due |
|---|---|---|---|
| | | 325 00 | 325 00* |

| AREA & DESCRIPTION | KEY |
|---|---|
| 490.51# Lts.A to F LCApp.223 Palmyra Isl. | 3-9-01-1 |

Owner: Ellen Fullard-Leo, etal (T/C)-1-Und

Address: Ellen Fullard-Leo
2389 Prince Edward St.
Honolulu 15 Hawaii

ALL TAXES REMAINING UNPAID WHEN DUE BECOME DELINQUENT

DELINQUENT TAXES bear a penalty of 10% and interest at the rate of ⅔ of 1% per month.

WHEN PAYMENTS ARE MADE BY CHECK final credit will not be given until the check has been cleared by the bank upon which it is drawn. YOUR RECEIPT IS VOID IF CHECK IS NOT HONORED.

*Make Check Payable To Territorial Tax Collector*

**P. O. BOX 259, HONOLULU 9, HAWAII**

EXHIBIT "19"

FLF 000092

Duplicate

Taxpayers Copy

# NOTICE OF REAL PROPERTY ASSESSMENT FOR 1955
## FIRST TAXATION DIVISION

Pursuant to Law the Tax Commissioner hereby gives Notice (a) of his findings of the Fair and Reasonable Value as of January 1st, 1955, of the Property described in this Notice, (b) of the exemption (if any) allowed or disallowed, and (c) of the Net Taxable value of said Property as hereinafter set forth.

TAX COMMISSIONER
BY TAX ASSESSOR
First Taxation Division

TERRITORY OF HAWAII
TAX COMMISSIONER

**This is a notice only-NOT a bill.**

Dated March 15, 1955

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 30000 | 00 |
| Improvements | $ 10000 | 00 |
| Total | $ 40000 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 40000 | 00 |

TERRITORY OF HAWAII — FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 490.51# Lts.A to F LCApp.223 Palmyra Isl. | 3-9-01-1 |

Owner: Ellen Fullard-Leo, etal —1—Und
(Palmyra Development Co.Ltd.Le)

Address: Ellen Fullard-Leo
2389 Prince Edward St.
Honolulu 15 Hawaii

Form A. P. 80

# NOTICE OF REAL PROPERTY HEARING
before the
## BOARD OF REVIEW
FIRST TAXATION DIVISION

TERRITORY OF HAWAII
TAX COMMISSIONER

To the Taxpayer:

You are hereby notified that the Board of Review will meet to hear your appeal on the assessed valuation of the property described hereon;

Place: Territorial Tax Office
Queen and Punchbowl Streets

Date of Hearing: May 31 1955

Time of Hearing: 1:45 P. M.

Dated 5/2/55

A. H. LANDGRAF, JR.
Assessor, First Taxation Division
Honolulu, Hawaii

TERRITORY OF HAWAII — FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 490.51# Lts.A to F LCApp.223 Palmyra Isl. | 3-9-01-1 |

Owner: Ellen Fullard-Leo, etal —1—Und
(Palmyra Development Co.Ltd.Le)

Address: Ellen Fullard-Leo
2389 Prince Edward St.
Honolulu 15 Hawaii

Form A.D. 37

# NOTICE OF REAL PROPERTY ASSESSMENT FOR 1956
## FIRST TAXATION DIVISION

Taxpayer's Copy

Pursuant to Law the Tax Commissioner hereby gives Notice (a) of his findings of the Fair and Reasonable Value as of January 1st, 1956, of the Property described in this Notice, (b) of the exemption (if any) allowed or disallowed, and (c) of the Net Taxable value of said Property as hereinafter set forth.

**This is a notice only - NOT a bill.**

TAX COMMISSIONER
BY TAX ASSESSOR
First Taxation Division

Palmyra

Dated March 15, 1956

| TAX KEY (Z S PLAT PARCEL) | LAND | BUILDING & OTHER IMPROVEMENTS | TOTAL | LESS EXEMPTION | NET TAXABLE |
|---|---|---|---|---|---|
| 3 9 01 01 | 30000 | 10000 | 40000 | | 40000 |

| LAND DESCRIPTION | AREA |
|---|---|
| LTSA TO F LCAPP 223 PALMYRA ISL | 0048051 A |

OWNER: ELLEN FULARD LEO ETAL PALMYRA DEVELP CO LTD LE UND

ADDRESS:
FULLARD LEO ELLEN
2389 PRINCE ED ST
HONOLULU 15 HAW

over

# 1956
FIRST DIVISION

TERRITORY OF HAWAII
DEPARTMENT OF THE TAX COMMISSIONER
# REAL PROPERTY TAX BILL

ORIGINAL

Palmyra

Demand is hereby made for taxes now due.
Make check payable to Territorial Tax Collector, P. O. Box 259, Honolulu 9, Hawaii.
No receipt will be mailed to you since your cancelled check or money order stub will constitute a receipt.
However, if you prefer a receipt, please so indicate and one will be sent. Receipt Requested ☐
When payments are made by check final credit will not be given until your check has been cleared by the bank upon which it is drawn.
All taxes remaining unpaid when due become delinquent. Delinquent taxes bear a penalty of 10% and interest at the rate of ½ of 1% per month or fraction of a month until paid.

| TAX KEY (Z S PLAT PARCEL) | TOTAL AMOUNT DUE | 1ST INSTALLMENT DUE JUNE 20 | 2ND INSTALLMENT DUE NOV. 20 | PENALTY & INTEREST | NET TAXABLE VALUE |
|---|---|---|---|---|---|
| 3 9 01 001 | 42960 | 21480 Paid June 20 | 21480 | | 40000 |

| | LAND DESCRIPTION | AREA |
|---|---|---|
| 3901001 | LTSA TO F LCAPP 223 PALMYRA ISL | 0048051 A |

OWNER: ELLEN FULARD LEO ETAL PALMYRA DEVELP CO LTD LE UND

ADDRESS:
FULLARD LEO ELLEN
2389 PRINCE ED ST
HONOLULU 15 HAW

ASSESSMENT RECORD—FIELD REPORT—DISTRICT OF HONOLULU, FIRST TAXATION DIVISION

1931

1933

1935

1932

1934

DESCRIPTION OF PROPERTY

2 500.

Net Taxable

Addr .P. O. Box 653
.Honolulu. T. H.

TG 00086

Form A. D. 20

TERRITORY OF HAWAII
TAX COMMISSIONER

Original

## NOTICE OF REAL PROPERTY ASSESSMENT FOR 1938

1083 Tax Commissioner's Copy

Pursuant to Law the Tax Commissioner hereby gives Notice (a) of his findings of the Fair and Reasonable Value as of January 1st., 1938, of the Property described in this Notice (b) of the exemption (if any) allowed or disallowed, and (c) of the Net Taxable value of said Property as hereinafter set forth.

TAX COMMISSIONER
SAMUEL M. FULLER
TAX ASSESSOR

Dated March 15, 1938

| ITEMS | ASSESSOR'S VALUES |
|---|---|
| Land | 2000 |
| Improvements | |
| Total | 2000 |
| Less Exemption | — |
| Net Taxable | 2000 |
| | |

FIRST DIVISION

| AREA & DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T. H.

EXHIBIT

Form A. D. 20

PROPERTY ASSESSMENT 1084 Tax Commissioner's Copy

FIRST DIVISION

3088

**1939**

# TERRITORY OF HAWAII REAL PROPERTY TAX BILL

DEMAND IS HEREBY MADE FOR ALL TAXES NOW DUE. PRESENT THIS BILL WITH YOUR PAYMENT.
It becomes your RECEIPT when stamped by the Cash Register
MAKE CHECK PAYABLE TO TAX COLLECTOR

THIS BILL IS FOR THE FULL VALUE OF THE PARCEL.

| Item | 1st Installment Delinquent June 20 | 2nd Installment Delinquent Nov. 20 | TOTAL REAL PROPERTY TAX |
|---|---|---|---|
| | | 30.88 | |

TERRITORY OF HAWAII — FIRST DIVISION

| AREA & DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T. H.

NOV-2-1939 9 10 30 .. 3 A

T. H. Form No. B-6-RP Approved by the Governor of Hawaii, September 1st, 1938

Read Carefully the Instructions on the Back of this Bill

Original
Tax Commissic
Copy

Territory of Hawaii, } ss. **REAL PROPERTY RETURN FOR 1939** 1075

.............. do solemnly swear that of .............. own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this
.............. day of .............................. 1939

.............................. *Taxpayer.*

.............................. *Assessor*

*By*..............................

Form A. D. 20

**TERRITORY OF HAWAII**
**TAX COMMISSIONER**

Dated March 15, 1939

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 2000 | 00 |
| Improvements | $ — | 00 |
| Total | $ 2000 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 2000 | 00 |
| 3088 | 3088 | |

**TERRITORY OF HAWAII** FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T. H.

TG 00087

Territory of Hawaii, } ss. REAL PROPERTY RETURN FOR 1939 1076

Orig
Tax Comm

Form A. D. 20

TERRITORY OF HAWAII
TAX COMMISSIONER

Territory of Hawaii, } ss.

REAL PROPERTY RETURN FOR 1940 — 1419

Original
Tax Commissioner Copy

..................do solemnly swear that of..................own knowledge the within is a true return of and concerning the real property hereinafter described.

.................................................. Taxpayer.

Sworn to before me this
..........day of..................................1940

.................................................. Assessor

By..................................................

Dated March 15, 1940

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 2000 | 00 |
| Improvements | $ — | 00 |
| Total | $ 2000 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 2000 | 00 |
| | | |
| 3040 | 3040 | |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T. H.

Form A. D. 20-S-H 29187

# TERRITORY OF HAWAII
## TAX COMMISSIONER

*Territory of Hawaii* } ss.

**REAL PROPERTY RETURN FOR 1941** 1569

Original
Tax Commissioner's Copy

..............do solemnly swear that of..............own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this
..............day of..............................1941

..............................................
*Assessor*

..............................................
*Taxpayer.*

*By*..............................................

Dated March 15, 1941

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 2000 | 00 |
| Improvements | $ ✓ | 00 |
| Total | $ 2000 | 00 |
| Less Exemption | $ ✓ | 00 |
| Net Taxable | $ 2000 | 00 |
| 29/10 | 29/10 | |
| | | |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

| | |
|---|---|
| Owner | Ellen & Leslie Fullard-Leo |
| Address | Leslie Fullard-Leo<br>2389 Prince Edward Ave.<br>Honolulu, T. H. |

*Territory of Hawaii* REAL PROPERTY RETURN FOR 1941 Original

TG 00089

Form A.D.-9-Rev. 1939

TERRITORY OF HAWAII
TAX COMMISSIONER

# AMENDED NOTICE OF REAL PROPERTY ASSESSMENT FOR 1942

Appeal Dated 4-8-42 19 of Ellen & Leslie Fullard-Leo (Appellant)
Settlement by
Decision of Board of Review

Case No. 7177 Dated 2-26-43 19
166/56

Cancels All Previous Notices

Assessor

Dated 3-4-43 as 19

| Acct. No. 6-1648 | As Assessed | Final Assessment |
|---|---|---|
| Land | 17700.00 ✓ | 17700.00 ✓ |
| Improvement | --- | --- |
| Total | 17700.00 ✓ | 17700.00 ✓ |
| Exemption | --- | --- |
| Net Taxable | 17700.00 ✓ | 17700.00 ✓ |
| Taxes | 459.32 ✓ | 459.32 ✓ |

Taxes (Additional) $ x (Deduction) $ x

Other Reasons for Adjustment

| Amount Taxes in Escrow | DISTRIBUTION To Territory | To Taxpayer |
|---|---|---|
| | | |

| TERRITORY OF HAWAII | DIVISION |
|---|---|
| AREA & DESCRIPTION | KEY |
| Palmyra Island<br>Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T.H.

TG 00090

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1943**
**FIRST TAXATION DIVISION**

1644

Original
Tax Commissioner's Copy

.............. do solemnly swear that of .............. own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this .............. day of .............................., 1943.

.............................................. Taxpayer

.............................................. Assessor

By..............................................

Form A.D. 20 APCO-263716

**TERRITORY OF HAWAII**
TAX COMMISSIONER

Dated March 15, 1943

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17,700 | 00 |
| Improvements | $ | 00 |
| Total | $ 17,700 | 00 |
| Less Exemption | $ | 00 |
| Net Taxable | $ 17,700 | 00 |
| 248 51 | 248 | 51 |

**TERRITORY OF HAWAII** **FIRST DIVISION**

| AREA AND DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |
| OWNER: Ellen & Leslie Fullard-Leo | |
| ADDRESS: Leslie Fullard-Leo<br>2389 Prince Edward Ave.<br>Honolulu, T. H. | |

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1943**
**FIRST TAXATION DIVISION**

1645

Original
Tax Commissioner's Copy

TG 00093

Form A.D. 20—Printshop—63214

**TERRITORY OF HAWAII**
TAX COMMISSIONER

*Territory of Hawaii* } ss

**REAL PROPERTY RETURN FOR 1944**
**FIRST TAXATION DIVISION**

**1790**

**Original**
**Tax Commissioner's Copy**

.............. do solemnly swear that of .............. own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this
.............. day of .............................................. 1944.

.............................................................................. *Taxpayer*

.............................................................................. *Assessor*

By ..............................................................................

**Dated March 15, 1944**

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17700 | 00 |
| Improvements | $ — | 00 |
| Total | $ 17700 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 17700 | 00 |
| | | |
| 23143 | 23143 | |

**TERRITORY OF HAWAII** **FIRST DIVISION**

| AREA AND DESCRIPTION | KEY |
|---|---|
| 2365 Pal [illegible] Island, Islets 5 to 52 | 3-9-01-01 |
| OWNER Ell [illegible] -Loo | |
| ADDRESS Leslie [illegible] 2389 Pri [illegible] Ave. Honolulu, 11 Hawaii | |

TG 00094

Territory of Hawaii } ss

# REAL PROPERTY RETURN FOR 1945
## FIRST TAXATION DIVISION

3348

Original
Tax Commissioner Copy

TG 00095

............ do solemnly swear that of ............ own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this ........ day of ........................, 1945.

............................................ Taxpayer

............................................ Assessor

By............................................

TERRITORY OF HAWAII
TAX COMMISSIONER

Form A.D. 20 Advertiser 273404

Dated March 15, 1945

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17,700 | 00 |
| Improvements | $ — | 00 |
| Total | $ 17,700 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 17,700 | 00 |
| | | |
| 2/1/25 | 2/1/26 | |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 236# Palmyra Island, Islets 3 to 52 | 3-9-01-01 |

OWNER: Ellen & Leslie Fullard-Leo

ADDRESS: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, 11 Hawaii

Territory of Hawaii } ss

REAL PROPERTY RETURN FOR 1945

Original

FIRST DIVISION

30.88

1939

# TERRITORY OF HAWAII REAL PROPERTY TAX BILL

DEMAND IS HEREBY MADE FOR ALL TAXES NOW DUE. PRESENT THIS BILL WITH YOUR PAYMENT.
It becomes your RECEIPT when stamped by the Cash Register
MAKE CHECK PAYABLE TO TAX COLLECTOR

THIS BILL IS FOR THE FULL VALUE OF THE PARCEL.

| Item | 1st Installment Delinquent June 20 | 2nd Installment Delinquent Nov. 20 | TOTAL REAL PROPERTY TAX |
|---|---|---|---|
| | | 30.88 | |

TERRITORY OF HAWAII FIRST DIVISION

| AREA & DESCRIPTION | KEY |
|---|---|
| Palmyra Island, Kingmans Reef | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, T. H.

NOV-20-39 ... 3 A ... 

T. H. Form No. B-6-RP Approved by the Governor of Hawaii, September 1st, 1938
Read Carefully the Instructions on the Back of this Bill

TG 00096

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1946**
**FIRST TAXATION DIVISION** 3691

Original
Tax Commissioner
Copy

Form A. D. 20 S-B 61280

**TERRITORY OF HAWAII**
**TAX COMMISSIONER**

*.................... do solemnly swear that of .................... own knowledge the within is a true return of and concerning the real property hereinafter described.*

*Sworn to before me this .............. day of .............................., 1946.* ...................................................... *Taxpayer*

...................................................... *Assessor* *By*......................................................

**Dated March 15, 1946**

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17700 | 00 |
| Improvements | $ — | 00 |
| Total | $ 17700 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 17700 | 00 |
| | | |
| [illegible] | [illegible] | [illegible] |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 2368 Palmyra Island, Islets 3 to 52 | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, 11 Hawaii

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1946**
**FIRST TAXATION DIVISION** 3692

Original
Tax Commissioner
Copy

Form A. D. 20

TERRITORY OF HAWAII
TAX COMMISSIONER

Territory of Hawaii - } ss.

# REAL PROPERTY RETURN FOR 1947
# FIRST TAXATION DIVISION

~~1757~~ 3628

Original
Tax Commissioner's Copy

.................. do solemnly swear that of .................. own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this .............. day of .............................., 1947.

.............................................. Taxpayer

.............................................. Assessor

By..............................................

Dated March 15, 1947

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17,700 | 00 |
| Improvements | $ — | 00 |
| Total | $ 17,700 | 00 |
| Less Exemption | $ — | 00 |
| Net Taxable | $ 17,700 | 00 |
| | | |
| 787 80 | 787 | 80 |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 236# Palmyra Island, Islets 3 to 52 | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, 11 Hawaii

Form ... 30

TERRITORY OF HAWAII
TAX COMMISSIONER

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1948**
**FIRST TAXATION DIVISION**

2548

Original
Tax Commissioner's Copy

........................ do solemnly swear that of ........................ own knowledge the within is a true return of and concerning the real property hereinafter described. -

Sworn to before me this ............... day of ..............................., 1948.

.................................................. Taxpayer

.................................................. Assessor

By..................................................

Dated March 15, 1948

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 17,700 | 00 |
| Improvements | $ | 00 |
| Total | $ 17,700 | 00 |
| Less Exemption | $ | 00 |
| Net Taxable | $ 17,700 | 00 |

TERRITORY OF HAWAII — FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 2369 Palmyra Island, Islets 3 to 52 | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, 11 Hawaii

Territory of Hawaii ...

REAL PROPERTY RETURN FOR 1948

Original
Tax Commissioner's

TG 00098

Form A. D. 20

TERRITORY OF HAWAII
TAX COMMISSIONER

Territory of Hawaii } ss.

## REAL PROPERTY RETURN FOR 1949 2836
## FIRST TAXATION DIVISION

Original
Tax Commissioner's Copy

.................... do solemnly swear that of .................... own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this .......... day of ...................., 1949.

.................................... Taxpayer

.................................... Assessor

By....................................

Dated March 15, 1949.

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 24834 | 00 |
| Improvements | $ 200000 | 00 |
| Total | $ 224834 | 00 |
| Less Exemption U.S.A. | $ 200000 | 00 |
| Net Taxable | $ 24834 | 00 |
| | | |
| 444 63 | 444 | 63 |

TERRITORY OF HAWAII FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 469A Palmyra Island. Islets 3 to 52 | 3-9-01-01 |

Owner: Ellen & Leslie Fullard-Leo

Address: Leslie Fullard-Leo
2389 Prince Edward Ave.
Honolulu, 11 Hawaii

TG 00099

Form A.T. 30

TERRITORY OF HAWAII
TAX COMMISSIONER

Territory of Hawaii } ss.

**REAL PROPERTY RETURN FOR 1950**
**FIRST TAXATION DIVISION**

3564

Original
Tax Commissioner's Copy

.................... do solemnly swear that of .................... own knowledge the within is a true return of and concerning the real property hereinafter described.

Sworn to before me this .............. day of .............................., 1950.

.............................. Taxpayer

.............................. Assessor

By..............................

Dated March 15, 1950

| ITEMS | ASSESSOR'S VALUES | |
|---|---|---|
| Land | $ 30000 | 00 |
| Improvements | $ 200000 | 00 |
| Total | $ 230000 | 00 |
| Less Exemption U.S.A. | $ 200000 | 00 |
| Net Taxable | $ 30000 | 00 |
| 495 | 90 | 495 90 |

TERRITORY OF HAWAII — FIRST DIVISION

| AREA AND DESCRIPTION | KEY |
|---|---|
| 490.51± Lts.A to F LCApp.223 Palmyra Isl. | 3-9-01-1 |

Owner: Ellen Fullard-Leo, etal (T/C)-1-Und

Address: Ellen Fullard-Leo
2389 Prince Edward St.
Honolulu 15 Hawaii

TG 00100

Honolulu, T. H.

February 11, 1960

TO: Mr. Paul J. Thurston

Director, Bureau of the Budget

RE: Claim of Leslie Fullard-Leo for ~~refund~~ remission of Real Property Taxes in the sum of $ 175.32

In accordance with your request for a report relative to the above claim, the original attached herewith, I beg to report as follows:

1. Tax Key 3-9-01-1.

2. This claim is for a remission of a portion of the real property tax assessed upon the above tax key for the year 1959 in the First Taxation Division.

3. The above amount of $175.32 covers the period from August 22, 1959 to December 31, 1959.

4. On admission of Hawaii as a State on August 21, 1959, Palmyra Island was not included as a part of the State of Hawaii.

In accordance with the above, I hereby recommend/~~do not recommend~~ to the Legislature that the above claim in the sum of $ 175.32 be paid.

ATTEST:

February 11, 1960

[signature]

Deputy Director of Taxation
Real Property Tax Bureau

By [signature]

(Title) Tax Assessor
First Taxation Division

m.d. 301

FLF 000344

# MEMORANDUM

TO: Palmyra Atoll file
CC: Kelvin Taketa, ~~Peter Savio~~, Robert Smith, John Ford, Georgia Shirilla
FROM: Jim Maragos
DATE: August 19, 1991
SUBJECT: Minutes of 7/26/91 meeting on Palmyra Atoll held at TNC (DRAFT)

---

1. Representatives of The Nature Conservancy, Peter Savio Realty, U.S. Fish and Wildlife Service, and M & E Pacific met at 1300-1500 hours on 26 July 1991 at the Smith Street office to discuss proposed development and conservation plans for Palmyra Atoll. An attendance sheet is attached.

2. Peter Savio reviewed the TNC letter of 17 June 1991 and offered the following comments on behalf of his firm and the owners. He also sought clarification on some of the language in the letter.

   A. The owners are nervous about collaborating with the federal government due to previous misfortunes. However, they support the development concept and do not object to USFWS/TNC involvement as long as Savio Development is involved and active. The owners do not favor a large scale development.

   B. If Savio pulls out of the project, then the owners would not want USFWS/TNC as partner for further attempts at development and conservation. The owners are concerned that the federal government may try to condemn the atoll once the feds have a foothold.

   C. The owners are also concerned that the feds will renege on an agreement to allow for development of Cooper Island.

   D. Thus, Savio suggested a "buy out" option where TNC would be reimbursed, say $500,000, to relinquish interest and compensate for commitment of resources for the Palmyra project.

   E. Savio is open to other suggestions on resolving the owners objections.

3. Savio also reviewed the status of the project planning and provided copies of preliminary planning documents prepared by M & E. He did not agree with the concept as illustrated in the M & E report because too much space was taken up for housing and the plan for Cooper Island lacked a rural 19th century character as desired by Savio. He also wants to keep the atoll "interesting" for visitors. Quality, not quantity (number of units) is the goal.

4. Savio's arrangement with the owners is a 75 year lease with an option to buy within the first 5 years (4 years left). The owners also retain an "escape" clause which remains in effect for 3 years (2 years left). The owners would no longer be involved after Savio buys the atoll.



EXHIBIT "20"

5. Both the owners and Savio envision Cooper Island being used for residential/vacation development (NTE 3 stories) with the remainder of the atoll designated as a reserve or park except for Sand Island, a small portion of Home Island, and navigation areas and anchorages in the west lagoon.. Heirs of Judge Henry Cooper may have title to the parcels on Home Island and Savio intends to buy them out. Leave them as is or clarify what they own. no intention to buy them out.

6. Savio doesn't want to run the park or reserve. He would like to see TNC/USFWS operate the park and he intends to raise or earmark the funds to support long-range management.

7. The big issue is Savio's mind is who controls what since two separate land "managers" will be operating jointly on the atoll. A balance needs to be achieved where one party does not have an unreasonable amount of control over the other.

8. Savio intends to sell 250+ lots for $250,000 each (approximately) to raise the funds to restore/establish infrastructure and buy the atoll from the owners.

9. Savio mentioned that the owners believe they control all reefs and the territorial seas off Palmyra Atoll and they also claim Kingman Reef, the next atoll to the northwest. The owners may be interested in dedicating Kingman Reef for conservation. The reef has little or no dry land and is not suitable for development. and or selling it for that purpose

10. Savio intends to establish rules applicable to the future owners during the lease period for both ocean and land areas at Palmyra.

11. Proposed infrastructure improvements include restoring and paving the overgrown runway to accommodate Aloha Airline sized jet traffic. Savio cited an optimum load for each jet plane at about 120 passengers. Aloha is willing to fly to Palmyra once the runway is restored.

12. In working with TNC/USFWS, Savio would like to develop a plan to insure that Cooper Island development is compatible with the rest of the atoll as a reserve, <u>and</u> that <u>compatible</u> uses of the reserve by residents and authorized visitors be identified and agreed upon. The reserve and the atoll's natural resources will attract most visitor/buyers.

13. USFWS mentioned the threat of air strikes (collisions between birds and planes) if high levels of nesting continue on Cooper's runway. Savio would like to restore the old fighter strips in the south lagoon as prime nesting habitat for birds, consistent with previous high level use by nesting seabirds before the fighter islands were overgrown with vegetation.

14. USFWS pointed out that significant bird populations also occur elsewhere on Cooper Island. Maragos noted high population levels of nesting red-footed Boobies on trees lining the shoreline and large populations of black noddies in the crowns of coconut

trees and other large trees. Sea turtle nesting on the northwest beach of Cooper Island was also acknowledged. Smaller nesting colonies of sooty terns may occupy some of the flat lagoon-facing lands south of the runway. Savio/M & E have already identified a proposed reserve area that corresponds to the turtle nesting sites.

15. Savio noted that the jet runway will need to be paved and he prefers concrete over asphalt because long-term maintenance will be less costly. Clearing of the main runway has attracted birds (ground nesters).

16. Kelvin Taketa envisioned a single conservation easement with two parts, one controlled by Savio and the other by TNC/USFWS. Stewardship zones and guidelines (for public use) need to be set up. Enforcement of guidelines or regulations is also an issue: who will do it? How? Savio mentioned that pets/alien species would be banned from the atoll. In any case, one agreement needs to be drawn up with clear obligations articulated for both parties.

17. Savio passed on other perceptions by the owners. The TNC letter appears to grant TNC power to rule from the top. They wan to explore an alternative hierarchy if Savio's development fails. The worst case scenario in the owners mind is that USFWS is part "owner" and then goes after the rest once Savio is out. Condemnation is a dirty word to the owners.

18. Kelvin Taketa acknowledged the risks to be taken by the owners and Savio indicated the need to seek permission from the owners to implement a plan as envisioned by TNC.

19. Savio indicated that the sales price for the atoll is $36 million. The owners are willing to reduce the cost to $33 million if USFWS is willing to buy. Working a deal with Savio and the owners may be a much cheaper way for TNC and the USFWS to establish strong conservation programs on the atoll.

20. Savio believes that Cooper Island offers the development potential, and it makes good economic sense to develop only Cooper Island. Somewhere between 200-300 single family lots are proposed with 2-3 bungalow hotels, one village center on the ocean side of Cooper, excluding Strawn Point. The lots would be priced at $200 - 250K each. The maximum or "design" population on the atoll at any one time is estimated at 800.

21. It is not clear at this stage what federal approvals are needed. The sewage treatment plant and outfall will probably involve permits or approvals from the Corps of Engineers and U.S. EPA. Hawaii's statehood act specifically excludes Palmyra, and a presidential executive order signed by John Kennedy gives DOI administrative jurisdiction over the atoll.

22. Kelvin raised several issues and topics for further discussion and eventual agreement:



FLF 000412

Transportation: people, goods, within the island
Energy
Waste Management: liquid, solid
Location for development
Types of uses

23. Savio indicated that people transportation would be primarily by boat and planes. Within the atoll, there would be a few hauling vehicles, but most transportation would be by foot or bicycle. Cars would not be allowed.

24. M & E Pacific is designing the power and wastewater systems. Injection wells, cesspools, or septic tanks are not feasible because of low elevation and nearness of groundwater to the ground surface. They are proposing a sequencing batching plant achieving secondary treatment quality. The sewage would then be conveyed by outfall to the deep ocean, most likely off the south side of the atoll near Engineer Island. M & E believes prevailing currents set to the west, but Maragos noted that the equatorial counter current runs east. Clearly there is a need to determine which direction prevailing currents run. The plant would be designed to accommodate 1,200 people. M & E mentioned the success of a Japanese engineered sewage treatment plant off the Hamakua coast after which the Palmyra STP would be patterned.

25. Savio proposed setbacks off the shoreline to insure there is adequate buffering of structures against waves, storm surges and other natural hazards. Savio welcomed any ideas and brainstorming on facilities design and siting.

26. In wrapping up the meeting, Jim Maragos identified five areas for future discussion and analysis and asked the group to designate participants and leaders to address these in more detail:

a) timing issue/buyout options (Kelvin, Robert, Suzanne, Peter and Edward)
b) uses on Cooper Island that would be compatible with the function and operation of the proposed refuge (John Engbring - lead)
c) acceptable uses on the refuge areas (reefs, lagoon, and islands) and access by visitors and residents of Cooper (Ken McDermott - lead)
d) assessment infrastructure impacts, mitigation, and development options (all participants, starting with the review of the M & E July 1991 report; copies were provided to USFWS and TNC; Jim will collate)
e) scheduling and scoping of field work (deferred).

27. The group felt that the other issues needed to be explored more fully before proceeding with field work. Certainly aerial photography could be flown initially to assist in all subsequent phases of planning, analysis and design. The biggest issue of course is how the timing of the agreement would be structured (item "a" above). The buy-out option proposed by Savio should be seriously considered. Transfer of Kingman Reef by the owners to the USFWS could also serve as compensation or mitigation for other impacts, and the USFWS is keenly interested in Kingman.

Not sure if family would agree. May consider if "donation" would offset tax liability of Palmyra sale.

28. The group agreed to finish the above analyses within one month and then convene follow-up meetings. Ultimately, the exercise would lead to a clear understanding by each party of what the other side requires and can live with in terms of future development and use of the atoll. This could then lead to a written agreement enabling the effort to proceed to the next step.

29. The draft minutes were recorded and compiled by J.E. Maragos, Director, Conservation Science, The Nature Conservancy, Pacific Regional Office, Phone: 537-4508; fax: 545-2019. Please phone/fax any corrections to the draft of the minutes by 31 August so they can be finalized and sent out to all parties.

30. Attendance Sheet:

Anne Ulaszewski (M & E Pacific, Inc.) 521-3051
Jim Maragos (TNC Pacific) 537-4508
John Engbring (USFWS) 541-2749
Peter Savio (Savio Realty) 942-7701
Suzanne Case (TNC, Regional Counsel) (415)777-0487
Robert P. Smith (USFWS) 541-2749
Dail Rhee (M & E Pacific) 521-3051
Andrew Yuen (USFWS) 541-2749
Georgia Shirilla (USFWS) (503)231-2236
Kelvin Taketa (TNC, Regional Director) 537-4508
Beth Flint (USFWS) 541-1201
Jerry Leinecke (USFWS) 541-1201
Edward R. Brooks (Foley, Maehara et al - Savio's attorney) 526-3011
Ken McDermott (USFWS) 526-3011

**PALMYRA DEVELOPMENT CO., INC.**
931 University Avenue, Suite 105
Honolulu, Hawaii 96826
Phone #: (808) 942-7701/ Facsimile #: (808) 947-5429

August 1, 1997

Mr. Joe Dettling
74-4950 Palani Road
Kailua-Kona, Hawaii 96740

Dear Mr. Dettling:

It has come to our attention that you have been fishing in and around Palmyra Island and Kingman Reef. Both islands are privately owned by the Fullard-Leo family.

We also understand that you may be planning to use the lagoons of both islands for a seaplane/fishing operation.

Since the islands, lagoons, reefs and territorial waters are private property, you are advised that you cannot enter into these areas without permission.

If you continue to disregard the owners' rights, we will take legal action against you to enforce the owners' rights.

If you have any questions and/or need any clarification, please feel free to call me.

Sincerely,

Peter B. Savio
President

PBS:sm
o:\sdc\projects\palmyra\ltr\dettling

EXHIBIT
"21"

Preliminary Project Proposal

Line Islands Units
(Palmyra Atoll and Kingman Reef)

Remote Islands National Wildlife Refuge Complex
Honolulu, Hawaii

August 1997

**Introduction:** The U.S. Fish and Wildlife Service (Service) is proposing to study the addition of Palmyra Atoll and Kingman Reef, atolls located in the Pacific Ocean in the northern Line Islands, as units of the Remote Islands National Wildlife Refuge Complex (Refuge Complex). The proposed refuge units could provide the Service with the ability to conserve unique equatorial resources of the United States, including native *Pisonia* forests and other essential habitats of large numbers of migratory Pacific seabirds and shorebirds, endangered and threatened sea turtles, endangered monk seals, and other marine life associated with these atolls.

**Location and Size:** Both atolls are located in the northern end of the Line Islands Archipelago in the equatorial Pacific (figure 1). Palmyra Atoll is located approximately 1,700 kilometers (1,057 miles) south of Honolulu at latitude 5°53' N, longitude 162°05' W (figure 2). The outer reef is approximately 4.8 kilometers (3 miles) wide by 8 kilometers (5 miles) long. Approximately 52 islets totalling 275 hectares (680 acres) comprise the emergent land at Palmyra Atoll.

Kingman Reef is the northernmost atoll in the Line Islands Archipelago (figure 3). It is located approximately 1,480 kilometers (920 miles) south of Honolulu at latitude 6°23' N, longitude 162°25' W, and is approximately 53 kilometers (33 miles) northwest of Palmyra Atoll. Kingman Reef is a submerged atoll reef that is triangular in shape with its apex to the north. The reef is approximately 8 kilometers (5 miles) long and 15 kilometers (9 miles) wide at its base. Although there is no permanent emergent land at Kingman Reef, a small sand spit approximately 40 meters (131 feet) long and 1 meter (3 feet) above sea level occurs on the east side of the reef.

**Description of Habitat:** Palmyra Atoll and Kingman Reef are located within an area of the equatorial Pacific Ocean known as the "Intertropical Convergence Zone." In this zone, northeast and southeast tradewinds meet and low pressure causes almost constant clouds and rain. The nutrient rich waters of the north equatorial countercurrent are important feeding grounds for nesting birds of Palmyra Atoll and contribute to the rich ocean resources found at both Palmyra Atoll and Kingman Reef.

EXHIBIT "22"

Palmyra Atoll. Palmyra Atoll consists of approximately 52 heavily vegetated, low-lying islets with a maximum elevation of approximately 2.1 meters (7 feet) above sea level. The islets are made up primarily of a limestone base with a thin layer of organic soil in vegetated areas. The islets encircle three central lagoons (with depths up to 53 meters or 174 feet). The islets are surrounded on the seaward side by extensive reef flats to the north, south, and west.

Palmyra Atoll's location within the Intertropical Convergence Zone results in an unusually high rainfall that averages 4,400 millimeters (175 inches) annually. The temperature varies little, averaging 26.6°C (80°F) and ranges from 23.9-29.4°C (75-85°F). The atoll is occasionally hit by strong tropical storms bringing high winds and waves.

The islets of Palmyra Atoll are covered with a dense jungle of native *Pisonia grandis* wet forest. This is one of two *Pisonia* forest natural communities under United States' jurisdiction in the Pacific (the other, being a small patch at Rose Atoll National Wildlife Refuge in the south Pacific), and is one of the few remaining intact stands throughout the Pacific. The wet forests support a number of fern species including bird's nest fern (*Asplenium nidus*), lau`ae fern (*Phymatosorus scolopendria*), and swordfern (*Nephrolepis hirsutula*). The *Pisonia* forests on Palmyra Atoll provide important breeding and roosting sites for tree-nesting seabirds. Native coastal strand plants (such as beach naupaka and tree heliotrope) are found primarily around the shoreline areas and provide nesting and roosting sites for the Red-footed Booby and Great Frigatebird. Nonnative plants include coconuts (*Cocos* sp.) and a variety of introduced ornamentals. The central islet contains open *Lepturus* grasslands that are important nesting areas for large Sooty Tern (*Sterna fuscata*) colonies and feeding sites for migratory shorebirds. Intertidal mudflats, exposed during low tide, provide rich foraging for migratory shorebirds.

A wide beach located on the northwestern shore of Cooper Island is a site for threatened green sea turtles nesting. Numerous stretches of narrow white sand beach are found bordering various islets. The waters of the lagoon, coral reef, and ocean support large populations of marine organisms.

Navy occupation of Palmyra Atoll during and following World War II resulted in changes to the atoll. The lagoons, entrance channel, and a deep harbor were dredged; a 1,829-meter (6,000-foot) runway and two smaller airstrips were built; a causeway that joined a number of islets and divided one of the lagoons was built; and facilities to support a large military base were developed. Most of the Navy buildings have been demolished, although a few still remain in a deteriorated condition. The former roads have deteriorated and the main causeway has been breached in several places. The two runways are being overgrown with vegetation, although one runway has been cleared periodically by hand.

Kingman Reef. There is no permanent terrestrial land at Kingman Reef, although a sand spit serves as turtle nesting habitat. The major habitats of Kingman Reef are the unexploited coral reef and deep water marine communities. The reef encircles a deep central lagoon with depths ranging from approximately 18 meters (60 feet) to 91 meters (300 feet).

Major Wildlife Values:

Palmyra Atoll. Palmyra Atoll supports colonies of international importance for several species of Pacific migratory seabirds. Twenty-nine species of birds have been recorded at Palmyra Atoll (appendix A), including the largest nesting colony of the Red-footed Booby (*Sula sula*)[1] and Black Noddy Tern (*Anous minutus*) in the central Pacific. Other important nesting species include the Brown Noddy Tern (*Anous stolidus*), large colonies of the Sooty Tern (*Sterna fuscata*), as well as the White Tern (*Gygis alba*), Brown Booby (*Sula leucogaster*), and Great Frigatebird (*Fregata minor*). Other breeding seabirds include the White-tailed Tropicbird (*Phaethon lepturus*), Red-tailed Tropicbird (*Phaethon rubricauda*), and Masked Booby (*Sula dactylatra*).

The rocky shoreline and extensive mudflats are important wintering areas for migratory shorebirds, including the Pacific Golden Plover (*Pluvialis fulva*), Ruddy Turnstone (*Arenaria interpres*), and Wandering Tattler (*Heteroscelus incanus*). The Bristle-thighed Curlew (*Numenius tahitiensis*), a species of management concern, is found in relatively high numbers on Palmyra Atoll. Biologists counted 227 Bristle-thighed Curlews on Palmyra Atoll in 1992, a significant number in light of a recent world population estimate of only 7,000 individuals. Oceanic islands in the Pacific serve as vital wintering locations for adults and as year-round residences for juveniles younger than 3 years of age. The wintering birds undergo a flightless period during molt that makes predator-free sites essential to them. Four of the curlews sighted in 1992 had color bands that had been placed on them at their Alaskan breeding sites.

Nesting by the threatened green sea turtle (*Chelonia mydas*) has been observed on Cooper Island. The endangered hawksbill sea turtle (*Eretmochelys imbricata*) is regularly sighted in the waters of the atoll. The pilot whale (*Globicephala macrorhynchos*) and bottle-nosed dolphin (*Tursiops truncatus*) have been reported in the lagoon. The endangered Hawaiian monk seal (*Monachus schauinslandi*) has been sighted on two separate occasions within the atoll.

A 1990 oceanographic survey of the north Equatorial Countercurrent by the National Marine Fisheries Service found the current and the lagoons of Palmyra Atoll to be rich in fishes and their larvae. The lagoon waters and reefs of the atoll support large numbers of fish including mullet, milkfish, blacktip reef sharks, bonefish, and other species. The ocean near Palmyra Atoll is reported by the State of Hawaii as having abundant tuna resources.

Palmyra Atoll has a number of terrestrial crabs including hermit crabs (*Coenobita brevimanus* and *C. perlata*), a native land crab (*Cardisoma carnifex*), and the coconut crab (*Birgus latro*). Many of these species, particularly the coconut crab, are imperiled in other parts of the Pacific

---

1 On a worldwide basis, the Red-footed Booby colony at Palmyra Island is second in size only to the colony in the Galapagos Islands in the eastern Pacific.

due to overexploitation by humans. Important marine molluscs include the giant clam (*Tridacna maxima*), a species protected by CITES, and pearl oysters of the family Pteriidae.

Kingman Reef. Kingman Reef is reported to support a largely unexploited marine natural community including coral reef species and open water pelagic fish species. There is likely an island effect at Kingman Reef that enhances the value of the surrounding waters to foraging pelagic seabirds.

**Relationship of Project to the Pacific Islands Ecosystem's Management Goals and Objectives:** Of all Pacific islands under U.S. control in the Pacific, Palmyra Atoll is unique in terms of latitude and vegetation. Its high rainfall and complex vegetation structure make it very different from all of the other seabird colonies already receiving protection in the Pacific Islands Ecoregion. Protection and management of Palmyra Atoll and Kingman Reef would contribute significantly to the conservation of migratory birds in the Pacific, as well as to the recovery of endangered and threatened sea turtles, and population maintenance of the endangered Hawaiian monk seal. Protection of Palmyra Atoll and Kingman Reef is specifically identified in the draft *Plan for the Pacific Islands Ecoregion* (Ecoregion Plan) under Objective 8: "By the year 2014, secure lasting protection for the most intact areas of native habitat remaining in the Hawaiian and Pacific Islands, preventing their fragmentation and enhancing the functioning of their ecosystem."

**Related Resources:** The avian species of the Line Islands in the Republic of Kiribati are protected by Kiribati law, but many seabirds are eaten by island residents. Kiribati is considered a poor nation and the government has very little funds for wildlife management, protection, or enforcement even though Malden, Starbuck, Vostok, and parts of Christmas (Kiritimati) are designated as wildlife sanctuaries. Poaching and introduced mammalian predators (rats, cats, dogs) have extirpated ground nesting bird populations in most of the Line Islands. There is no information readily available on the status of sea turtles or fish resources management in Kiribati.

Howland, Baker, and Jarvis National Wildlife Refuges are located near Palmyra Atoll and Kingman Reef in the Pacific equatorial region. These small equatorial Refuges are semi-arid and do not feature the extensive lagoon sand-and-mudflats or *Pisonia grandis* forest habitats found on Palmyra Atoll. Establishment of a staffed refuge at Palmyra could assist with logistic support for management of other equatorial remote islands.

Palmyra Atoll and Kingman Reef are surrounded by the 200-nautical mile U.S. Fishery Conservation Zone (FCZ), within which fishery resources are managed and regulated by the Western Pacific Regional Fisheries Management Council.

No archaeological remains or historic sites have been found on Palmyra Atoll, although evidence of early Polynesian settlements can be inferred from coconut groves on the island.

Pre-existing Wildlife-dependent Recreational Uses:

Palmyra Atoll. The current owners and their lessee allow yachters to visit Palmyra Atoll only with permission. Visitors to the atoll engage in wildlife viewing and some sport-fishing for reef fishes, pelagic fishes, and reef invertebrates. The owners forbid the taking of coconut crabs.

Kingman Reef. Explorers wishing to visit Kingman Reef must secure permission from the Fullard-Leo family and the U.S. Coast Guard. Recreational uses that rarely occur may include sport fishing, diving, and wildlife observation.

**Threats:**

Palmyra Atoll. Palmyra Atoll's isolation and small size make resident wildlife particularly vulnerable to loss of habitat or degradation of habitat quality. Seabirds are sensitive to human disturbance which can disrupt nesting. Large nesting colonies of Sooty Tern are vulnerable to habitat loss when grass areas are converted to runways or roads. Other threats to the wildlife resources of Palmyra Atoll include predation by nonnative mammals (e.g., black rats, domestic dogs, pigs, and cats); displacement of native plants through the spread of invasive nonnative species; oil spills; and terrestrial and marine debris. Palmyra Atoll has been considered for a number of large development projects including a fish processing plant; nuclear waste storage facility; marine mineral processing station; and various resort proposals. Poaching occurs periodically on this remote, isolated atoll.

Kingman Reef. The primary threats to the natural resources at Kingman Reef are oil spills, shipwrecks, and poaching.

**Water Availability and Water Rights:** There are no water resources or water rights issues associated with the proposed acquisition at Palmyra Atoll and Kingman Reef.

**Justification and Funding:** Trust resources present at Palmyra Atoll and Kingman Reef fall under the authorities of the Migratory Bird Treaty Act, Endangered Species Act, and Marine Mammal Protection Act. The protection and management of natural resources at Palmyra Atoll and Kingman Reef would contribute to the protection and recovery of endangered and threatened species. It would also contribute to the protection of significant native biodiversity including world-class migratory seabird colonies and outstanding marine resources; and could provide opportunities for compatible ecotourism. The wet *Pisonia* equatorial forest ecosystem found on Palmyra Atoll is not represented in the National Wildlife Refuge System and is considered to be an imperiled ecosystem globally. Funding for acquisition would be sought from the Land and Water Conservation Fund.

Ownership and Type of Acquisition:

Palmyra Atoll. Palmyra Atoll is currently owned by the Fullard-Leo family of Honolulu, Hawaii except for two parcels on Home Island that are owned by the Cooper family. The atoll is under the administrative jurisdiction of the Department of the Interior. The Service is proposing to study fee title acquisition of Palmyra Atoll from the center of the atoll to the 3-nautical mile limit. There may be an opportunity for the Service to enter into a cooperative partnership with a private partner to provide refuge unit logistic support and opportunities for compatible ecotourism.

Kingman Reef. Kingman Reef was annexed on behalf of the United States in 1922, by the Palmyra Copra Company (Fullard-Leo family), and the family claims ownership. It is an unincorporated U.S. possession administered by the U.S. Department of the Navy. The Service is proposing to study fee title acquisition of Kingman Reef from the center of the atoll to the 3-nautical mile limit.

**Initial and Annual Costs:** There are no comparable sales of a private Pacific Island on which to base an estimate of the sale price of Palmyra Atoll, although published listing prices have ranged from $30 million in 1988 to $36 million in 1996. The Nature Conservancy is considering funding an appraisal immediately, and it is believed that the results may show a significantly lower value ($15 million) than earlier value estimates. The landowners are reportedly willing to sell their lands to prevent heirs from acquiring a large inheritance tax debt. This willingness to sell, coupled with a desire to perpetuate the natural values of the atoll, could result in a more favorable price for the Service. Partnerships with national or international conservation agencies, like The Nature Conservancy, could help with the funds for acquisition. There is a very real possibility that a portion of the property could be purchased by the private sector for conservation and wildlife recreation purposes, thus significantly reducing the costs to the Federal government.

Similarly, the price for fee title to Kingman Reef is unknown. Due to the negligible commercial real estate value, it might be possible to include it in the purchase price negotiated for Palmyra.

Start up-costs for Palmyra Atoll would total $75,000 and include $30,000 for a detailed environmental survey, $25,000 for refuge management planning, and $20,000 for a field camp facility development. These costs could be offset through partnership programs to conduct surveys, initiate management activities, and to develop the facilities.

Annual costs for operating remote island refuges are higher than those of most refuges in the National Wildlife Refuge System, due primarily to the cost of transporting personnel and equipment to and from remote stations, remote duty station pay adjustments, and the need for more frequent equipment maintenance or replacement due to the highly corrosive marine environments. Should a Refuge headquarters be established on the atoll, annual refuge operations and maintenance costs are estimated at $500,000 and include boats, equipment,

salaries, and transportation. At this level of management, there would be a Refuge Manager, an Assistant Refuge Manager, a Biologist, and Maintenance Worker on staff.

Start up costs for the management of Kingman Reef would be nominal and are estimated at $30,000. This would include the cost of a natural resources survey and management plan. Annual operating and maintenance costs (estimated to be $20,000) would also be nominal since the Service would likely maintain the atoll in a custodial status with periodic resource monitoring and law enforcement expeditions.

In the case of some private-sector ownership at Palmyra, it may be possible for the Service to use living quarters and office space on private property, under a cooperative agreement. Service employees would provide interpretive tours for visitors and assist the private sector with any wildlife-related issues associated with ecotourism or wildlife-dependent recreation. This arrangement, modeled after the public/private partnership at Midway Atoll National Wildlife Refuge, may further reduce operational costs to the Service.

**Contaminants and Hazardous Wastes:** Contaminants and hazardous wastes that may be present on Palmyra are believed to be typical of industrial and military wastes commonly dumped or stored on other Pacific atolls (e.g., PCB's, solvents, cleaners, oils, paints, etc.). The Service has identified barrel dumps, transformers, an old hospital site, a munitions bunker, and underground fuel storage tanks during preliminary site surveys. The U.S. Army Corps of Engineers has conducted site assessments of Palmyra Atoll and is reportedly beginning restoration efforts. The landowners have requested that detailed data and reports of contaminants not be disclosed at this time. This information could reduce the cost of the preacquisition contaminants survey at Palmyra Atoll.

If contaminants and hazardous wastes are present at Kingman Reef, they are likely under water. Unauthorized ocean dumping could have been conducted in the area, and unexploded ordnance could exist. The Service would need to conduct a preacquisition contaminants survey at Kingman Reef.

**Public Attitude and Involvement:** The landowners are willing to consider an offer from the Service, but remain open to the possibility of purchase by outside interests (e.g., nuclear waste storage companies) because of economic considerations.

The conservation community is expected to support the establishment of refuge units at Palmyra Atoll and Kingman Reef. The Nature Conservancy fully supports the Service's proposal to protect Palmyra Atoll. Strong negative reactions from the public and congressional delegation to a nuclear waste storage proposal in 1996 might indicate that there would be a favorable response to the establishment of a refuge unit at Palmyra Atoll. Support from other organizations concerned with conservation of Pacific wildlife resources is expected.

**Findings and Recommendations:** The proposal to acquire Palmyra Atoll and Kingman Reef to be managed as units of the Remote Islands National Wildlife Refuge Complex has sufficient merit and support to warrant initiation of the detailed planning process to expand the Refuge Complex. This Preliminary Project Proposal is being submitted at an early stage of project planning for the Director's approval to conduct detailed acquisition planning. Upon approval of this document, preparation of a draft environmental assessment and other preacquisition planning documents should begin in accordance with the National Environmental Policy Act process and other requirements.

Appendix A. Selected wildlife of Palmyra Atoll.

| | Common name: | Scientific name: | Federal status: | Occurrence at Palmyra: |
|---|---|---|---|---|
| AVIFAUNA | | | | |
| | Audubon's Shearwater | *Puffinus lherminieri* | Migratory | Visitor |
| | White-tailed Tropicbird | *Phaethon lepturus* | Migratory | Breeding |
| | Red-tailed Tropicbird | *Phaethon rubricauda* | Migratory | Breeding |
| | Masked Booby | *Sula dactylatra* | Migratory | Breeding |
| | Brown Booby | *Sula leucogaster* | Migratory | Breeding |
| | Red-footed Booby | *Sula sula* | Migratory | Breeding |
| | Great Frigatebird | *Fregata minor* | Migratory | Breeding |
| | Lesser Frigatebird | *Fregata ariel* | Migratory | Visitor |
| | Pacific Golden-plover | *Pluvialis fulva* | Migratory | Wintering |
| | Sharp-tailed Sandpiper | *Calidris acuminata* | Migratory | Wintering |
| | Sanderling | *Calidris alba* | Migratory | Wintering |
| | Pectoral Sandpiper | *Calidris melanotos* | Migratory | Visitor |
| | Ruddy Turnstone | *Arenaria interpres* | Migratory | Wintering |
| | Wandering Tattler | *Heteroscelus incanus* | Migratory | Wintering |
| | Bristle-thighed Curlew | *Numenius tahitiensis* | Migratory | Wintering |
| | Laughing Gull | *Larus atricilla* | Migratory | Accidental |
| | Franklin's Gull | *Larus pipixcan* | Migratory | Accidental |
| | Sooty Tern | *Sterna fuscata* | Migratory | Breeding |
| | Great Crested Tern | *Sterna bergii* | none | Visitor |
| | Brown Noddy | *Anous stolidus* | Migratory | Breeding |
| | Black Noddy | *Anous minutus* | Migratory | Breeding |
| | White Tern | *Gygis alba* | Migratory | Breeding |
| | Mallard | *Anas platyrhynchos* | Migratory | Visitor |
| | Northern Pintail | *Anas acuta* | Migratory | Visitor |
| | Green-winged Teal | *Anas crecca carolinensis* | Migratory | Visitor |

| | Common name: | Scientific name: | Federal status: | Occurrence at Palmyra: |
|---|---|---|---|---|
| | Eurasian Widgeon | *Anas penelope* | Migratory | Visitor |
| | American Widgeon | *Anas americana* | Migratory | Visitor |
| | Northern Shoveler | *Anas clypeata* | Migratory | Visitor |
| | Cattle Egret | *Bubulcus ibis* | Migratory | Visitor |
| MARINE REPTILES: | | | | |
| | Green sea turtle | *Chelonia mydas* | Threatened | Breeding |
| | Hawksbill turtle | *Eretmochelys imbricata* | Endangered | Resident |
| MARINE MAMMALS: | | | | |
| | Pilot whale | *Globicephala macrorhynchos* | - | Native |
| | Hawaiian monk seal | *Monachus schauinslandi* | Endangered | Native |
| | Bottle-nosed dolphin | *Tursiops truncatus* | - | Native |
| TERRESTRIAL ARTHROPODS: | | | | |
| | Coconut crab | *Birgus latro* | - | Native |
| | Land crab | *Cardisoma carnifex* | - | Native |
| | Land hermit crab | *Coenobita brevimanus* | - | Native |
| | Land hermit crab | *Coenobita perlatus* | - | Native |
| MARINE INVERTEBRATES: | | | | |
| | Giant clam | *Tridacna maxima* | CITES | Native |
| INTRODUCED VERTEBRATES: | | | | |
| | Marine Toad | *Bufo marinus* | - | Introduced |
| | Domestic chicken | *Gallus gallus* | - | Introduced |
| | Domestic cat | *Felis catus* | - | Introduced |
| | Dog | *Canis familiaris* | - | Introduced |
| | Domestic pig | *Sus scrofa* | - | Introduced |
| | Black rat | *Rattus rattus* | - | Introduced |




Figure 1. Proposed Line Islands Units, Palmyra Atoll and Kingman Reef




Figure 2. Palmyra Atoll.




Figure 3. Chart of Kingman Reef, Line Islands.

FILE Ppp
Kingman Reef

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer To:
FWS/RE97-00155

Memorandum

To: Regional Director, Region 1

From: Director OCT 2 1997

Subject: Preliminary Project Proposal for the establishment of Palmyra Atoll National Wildlife Refuge and Kingman Reef National Wildlife Refuge

Your proposal to proceed with detailed planning on the establishment of the above named National Wildlife Refuges is approved.

These additions to the refuge system will provide the Service the ability to conserve unique equatorial resources of the United States, including native *Pisonia* forests and other essential habitats for large numbers of migratory Pacific sea birds and shorebirds, endangered and threatened sea turtles, endangered monk seals and other marine life associated with these atolls.

We have concerns about the possible contamination problems associated with the past military use of the areas. The Service has already identified several potential problems in preliminary site surveys. This approval is contingent upon satisfactory results from contamination investigations. Close coordination between the Service and the Corps of Engineers in the restoration efforts on Palmyra Atoll will be critical to the success of this portion of the proposal.

The proposal identified these refuges as "Line Islands Units", but no refuge named "Line Island" exists. Due to the isolated nature of these islands and the existing classification of other island refuges in the Pacific each area should be a National Wildlife Refuge. For administration purposes they may be managed by the Remote Islands NWR Complex office in Honolulu.

The detailed planning process must include compliance with the National Environmental Policy Act and other applicable laws, regulations, and orders. Please forward three copies of the draft and final planning documents to the Assistant Director - Refuges and Wildlife (ARW/RE).

EXHIBIT
"23"

Preliminary Project Proposal

Line Islands Units
(Palmyra Atoll and Kingman Reef)

Remote Islands National Wildlife Refuge Complex
Honolulu, Hawaii

August 1997

**Introduction:** The U.S. Fish and Wildlife Service (Service) is proposing to study the addition of Palmyra Atoll and Kingman Reef, atolls located in the Pacific Ocean in the northern Line Islands, as units of the Remote Islands National Wildlife Refuge Complex (Refuge Complex). The proposed refuge units could provide the Service with the ability to conserve unique equatorial resources of the United States, including native *Pisonia* forests and other essential habitats of large numbers of migratory Pacific seabirds and shorebirds, endangered and threatened sea turtles, endangered monk seals, and other marine life associated with these atolls.

**Location and Size:** Both atolls are located in the northern end of the Line Islands Archipelago in the equatorial Pacific (figure 1). Palmyra Atoll is located approximately 1,700 kilometers (1,057 miles) south of Honolulu at latitude 5°53' N, longitude 162°05' W (figure 2). The outer reef is approximately 4.8 kilometers (3 miles) wide by 8 kilometers (5 miles) long. Approximately 52 islets totalling 275 hectares (680 acres) comprise the emergent land at Palmyra Atoll.

Kingman Reef is the northernmost atoll in the Line Islands Archipelago (figure 3). It is located approximately 1,480 kilometers (920 miles) south of Honolulu at latitude 6°23' N, longitude 162°25' W, and is approximately 53 kilometers (33 miles) northwest of Palmyra Atoll. Kingman Reef is a submerged atoll reef that is triangular in shape with its apex to the north. The reef is approximately 8 kilometers (5 miles) long and 15 kilometers (9 miles) wide at its base. Although there is no permanent emergent land at Kingman Reef, a small sand spit approximately 40 meters (131 feet) long and 1 meter (3 feet) above sea level occurs on the east side of the reef.

**Description of Habitat:** Palmyra Atoll and Kingman Reef are located within an area of the equatorial Pacific Ocean known as the "Intertropical Convergence Zone." In this zone, northeast and southeast tradewinds meet and low pressure causes almost constant clouds and rain. The nutrient rich waters of the north equatorial countercurrent are important feeding grounds for nesting birds of Palmyra Atoll and contribute to the rich ocean resources found at both Palmyra Atoll and Kingman Reef.

Palmyra Atoll. Palmyra Atoll consists of approximately 52 heavily vegetated, low-lying islets with a maximum elevation of approximately 2.1 meters (7 feet) above sea level. The islets are made up primarily of a limestone base with a thin layer of organic soil in vegetated areas. The islets encircle three central lagoons (with depths up to 53 meters or 174 feet). The islets are surrounded on the seaward side by extensive reef flats to the north, south, and west.

Palmyra Atoll's location within the Intertropical Convergence Zone results in an unusually high rainfall that averages 4,400 millimeters (175 inches) annually. The temperature varies little, averaging 26.6°C (80°F) and ranges from 23.9-29.4°C (75-85°F). The atoll is occasionally hit by strong tropical storms bringing high winds and waves.

The islets of Palmyra Atoll are covered with a dense jungle of native *Pisonia grandis* wet forest. This is one of two *Pisonia* forest natural communities under United States' jurisdiction in the Pacific (the other, being a small patch at Rose Atoll National Wildlife Refuge in the south Pacific), and is one of the few remaining intact stands throughout the Pacific. The wet forests support a number of fern species including bird's nest fern (*Asplenium nidus*), lau`ae fern (*Phymatosorus scolopendria*), and swordfern (*Nephrolepis hirsutula*). The *Pisonia* forests on Palmyra Atoll provide important breeding and roosting sites for tree-nesting seabirds. Native coastal strand plants (such as beach naupaka and tree heliotrope) are found primarily around the shoreline areas and provide nesting and roosting sites for the Red-footed Booby and Great Frigatebird. Nonnative plants include coconuts (*Cocos* sp.) and a variety of introduced ornamentals. The central islet contains open *Lepturus* grasslands that are important nesting areas for large Sooty Tern (*Sterna fuscata*) colonies and feeding sites for migratory shorebirds. Intertidal mudflats, exposed during low tide, provide rich foraging for migratory shorebirds.

A wide beach located on the northwestern shore of Cooper Island is a site for threatened green sea turtles nesting. Numerous stretches of narrow white sand beach are found bordering various islets. The waters of the lagoon, coral reef, and ocean support large populations of marine organisms.

Navy occupation of Palmyra Atoll during and following World War II resulted in changes to the atoll. The lagoons, entrance channel, and a deep harbor were dredged; a 1,829-meter (6,000-foot) runway and two smaller airstrips were built; a causeway that joined a number of islets and divided one of the lagoons was built; and facilities to support a large military base were developed. Most of the Navy buildings have been demolished, although a few still remain in a deteriorated condition. The former roads have deteriorated and the main causeway has been breached in several places. The two runways are being overgrown with vegetation, although one runway has been cleared periodically by hand.

Kingman Reef. There is no permanent terrestrial land at Kingman Reef, although a sand spit serves as turtle nesting habitat. The major habitats of Kingman Reef are the unexploited coral reef and deep water marine communities. The reef encircles a deep central lagoon with depths ranging from approximately 18 meters (60 feet) to 91 meters (300 feet).

Major Wildlife Values:

Palmyra Atoll. Palmyra Atoll supports colonies of international importance for several species of Pacific migratory seabirds. Twenty-nine species of birds have been recorded at Palmyra Atoll (appendix A), including the largest nesting colony of the Red-footed Booby (*Sula sula*)[1] and Black Noddy Tern (*Anous minutus*) in the central Pacific. Other important nesting species include the Brown Noddy Tern (*Anous stolidus*), large colonies of the Sooty Tern (*Sterna fuscata*), as well as the White Tern (*Gygis alba*), Brown Booby (*Sula leucogaster*), and Great Frigatebird (*Fregata minor*). Other breeding seabirds include the White-tailed Tropicbird (*Phaethon lepturus*), Red-tailed Tropicbird (*Phaethon rubricauda*), and Masked Booby (*Sula dactylatra*).

The rocky shoreline and extensive mudflats are important wintering areas for migratory shorebirds, including the Pacific Golden Plover (*Pluvialis fulva*), Ruddy Turnstone (*Arenaria interpres*), and Wandering Tattler (*Heteroscelus incanus*). The Bristle-thighed Curlew (*Numenius tahitiensis*), a species of management concern, is found in relatively high numbers on Palmyra Atoll. Biologists counted 227 Bristle-thighed Curlews on Palmyra Atoll in 1992, a significant number in light of a recent world population estimate of only 7,000 individuals. Oceanic islands in the Pacific serve as vital wintering locations for adults and as year-round residences for juveniles younger than 3 years of age. The wintering birds undergo a flightless period during molt that makes predator-free sites essential to them. Four of the curlews sighted in 1992 had color bands that had been placed on them at their Alaskan breeding sites.

Nesting by the threatened green sea turtle (*Chelonia mydas*) has been observed on Cooper Island. The endangered hawksbill sea turtle (*Eretmochelys imbricata*) is regularly sighted in the waters of the atoll. The pilot whale (*Globicephala macrorhynchos*) and bottle-nosed dolphin (*Tursiops truncatus*) have been reported in the lagoon. The endangered Hawaiian monk seal (*Monachus schauinslandi*) has been sighted on two separate occasions within the atoll.

A 1990 oceanographic survey of the north Equatorial Countercurrent by the National Marine Fisheries Service found the current and the lagoons of Palmyra Atoll to be rich in fishes and their larvae. The lagoon waters and reefs of the atoll support large numbers of fish including mullet, milkfish, blacktip reef sharks, bonefish, and other species. The ocean near Palmyra Atoll is reported by the State of Hawaii as having abundant tuna resources.

Palmyra Atoll has a number of terrestrial crabs including hermit crabs (*Coenobita brevimanus* and *C. perlata*), a native land crab (*Cardisoma carnifex*), and the coconut crab (*Birgus latro*). Many of these species, particularly the coconut crab, are imperiled in other parts of the Pacific

1 On a worldwide basis, the Red-footed Booby colony at Palmyra Island is second in size only to the colony in the Galapagos Islands in the eastern Pacific.

due to overexploitation by humans. Important marine molluscs include the giant clam (*Tridacna maxima*), a species protected by CITES, and pearl oysters of the family Pteriidae.

Kingman Reef. Kingman Reef is reported to support a largely unexploited marine natural community including coral reef species and open water pelagic fish species. There is likely an island effect at Kingman Reef that enhances the value of the surrounding waters to foraging pelagic seabirds.

**Relationship of Project to the Pacific Islands Ecosystem's Management Goals and Objectives:** Of all Pacific islands under U.S. control in the Pacific, Palmyra Atoll is unique in terms of latitude and vegetation. Its high rainfall and complex vegetation structure make it very different from all of the other seabird colonies already receiving protection in the Pacific Islands Ecoregion. Protection and management of Palmyra Atoll and Kingman Reef would contribute significantly to the conservation of migratory birds in the Pacific, as well as to the recovery of endangered and threatened sea turtles, and population maintenance of the endangered Hawaiian monk seal. Protection of Palmyra Atoll and Kingman Reef is specifically identified in the draft *Plan for the Pacific Islands Ecoregion* (Ecoregion Plan) under Objective 8: "By the year 2014, secure lasting protection for the most intact areas of native habitat remaining in the Hawaiian and Pacific Islands, preventing their fragmentation and enhancing the functioning of their ecosystem."

**Related Resources:** The avian species of the Line Islands in the Republic of Kiribati are protected by Kiribati law, but many seabirds are eaten by island residents. Kiribati is considered a poor nation and the government has very little funds for wildlife management, protection, or enforcement even though Malden, Starbuck, Vostok, and parts of Christmas (Kiritimati) are designated as wildlife sanctuaries. Poaching and introduced mammalian predators (rats, cats, dogs) have extirpated ground nesting bird populations in most of the Line Islands. There is no information readily available on the status of sea turtles or fish resources management in Kiribati.

Howland, Baker, and Jarvis National Wildlife Refuges are located near Palmyra Atoll and Kingman Reef in the Pacific equatorial region. These small equatorial Refuges are semi-arid and do not feature the extensive lagoon sand-and-mudflats or *Pisonia grandis* forest habitats found on Palmyra Atoll. Establishment of a staffed refuge at Palmyra could assist with logistic support for management of other equatorial remote islands.

Palmyra Atoll and Kingman Reef are surrounded by the 200-nautical mile U.S. Fishery Conservation Zone (FCZ), within which fishery resources are managed and regulated by the Western Pacific Regional Fisheries Management Council.

No archaeological remains or historic sites have been found on Palmyra Atoll, although evidence of early Polynesian settlements can be inferred from coconut groves on the island.

Pre-existing Wildlife-dependent Recreational Uses:

Palmyra Atoll. The current owners and their lessee allow yachters to visit Palmyra Atoll only with permission. Visitors to the atoll engage in wildlife viewing and some sport-fishing for reef fishes, pelagic fishes, and reef invertebrates. The owners forbid the taking of coconut crabs.

Kingman Reef. Explorers wishing to visit Kingman Reef must secure permission from the Fullard-Leo family and the U.S. Coast Guard. Recreational uses that rarely occur may include sport fishing, diving, and wildlife observation.

Threats:

Palmyra Atoll. Palmyra Atoll's isolation and small size make resident wildlife particularly vulnerable to loss of habitat or degradation of habitat quality. Seabirds are sensitive to human disturbance which can disrupt nesting. Large nesting colonies of Sooty Tern are vulnerable to habitat loss when grass areas are converted to runways or roads. Other threats to the wildlife resources of Palmyra Atoll include predation by nonnative mammals (e.g., black rats, domestic dogs, pigs, and cats); displacement of native plants through the spread of invasive nonnative species; oil spills; and terrestrial and marine debris. Palmyra Atoll has been considered for a number of large development projects including a fish processing plant; nuclear waste storage facility; marine mineral processing station; and various resort proposals. Poaching occurs periodically on this remote, isolated atoll.

Kingman Reef. The primary threats to the natural resources at Kingman Reef are oil spills, shipwrecks, and poaching.

Water Availability and Water Rights: There are no water resources or water rights issues associated with the proposed acquisition at Palmyra Atoll and Kingman Reef.

Justification and Funding: Trust resources present at Palmyra Atoll and Kingman Reef fall under the authorities of the Migratory Bird Treaty Act, Endangered Species Act, and Marine Mammal Protection Act. The protection and management of natural resources at Palmyra Atoll and Kingman Reef would contribute to the protection and recovery of endangered and threatened species. It would also contribute to the protection of significant native biodiversity including world-class migratory seabird colonies and outstanding marine resources; and could provide opportunities for compatible ecotourism. The wet *Pisonia* equatorial forest ecosystem found on Palmyra Atoll is not represented in the National Wildlife Refuge System and is considered to be an imperiled ecosystem globally. Funding for acquisition would be sought from the Land and Water Conservation Fund.

Ownership and Type of Acquisition:

Palmyra Atoll. Palmyra Atoll is currently owned by the Fullard-Leo family of Honolulu, Hawaii except for two parcels on Home Island that are owned by the Cooper family. The atoll is under the administrative jurisdiction of the Department of the Interior. The Service is proposing to study fee title acquisition of Palmyra Atoll from the center of the atoll to the 3-nautical mile limit. There may be an opportunity for the Service to enter into a cooperative partnership with a private partner to provide refuge unit logistic support and opportunities for compatible ecotourism.

Kingman Reef. Kingman Reef was annexed on behalf of the United States in 1922, by the Palmyra Copra Company (Fullard-Leo family), and the family claims ownership. It is an unincorporated U.S. possession administered by the U.S. Department of the Navy. The Service is proposing to study fee title acquisition of Kingman Reef from the center of the atoll to the 3-nautical mile limit.

Initial and Annual Costs: There are no comparable sales of a private Pacific Island on which to base an estimate of the sale price of Palmyra Atoll, although published listing prices have ranged from $30 million in 1988 to $36 million in 1996. The Nature Conservancy is considering funding an appraisal immediately, and it is believed that the results may show a significantly lower value ($15 million) than earlier value estimates. The landowners are reportedly willing to sell their lands to prevent heirs from acquiring a large inheritance tax debt. This willingness to sell, coupled with a desire to perpetuate the natural values of the atoll, could result in a more favorable price for the Service. Partnerships with national or international conservation agencies, like The Nature Conservancy, could help with the funds for acquisition. There is a very real possibility that a portion of the property could be purchased by the private sector for conservation and wildlife recreation purposes, thus significantly reducing the costs to the Federal government.

Similarly, the price for fee title to Kingman Reef is unknown. Due to the negligible commercial real estate value, it might be possible to include it in the purchase price negotiated for Palmyra.

Start up costs for Palmyra Atoll would total $75,000 and include $30,000 for a detailed environmental survey, $25,000 for refuge management planning, and $20,000 for a field camp facility development. These costs could be offset through partnership programs to conduct surveys, initiate management activities, and to develop the facilities.

Annual costs for operating remote island refuges are higher than those of most refuges in the National Wildlife Refuge System, due primarily to the cost of transporting personnel and equipment to and from remote stations, remote duty station pay adjustments, and the need for more frequent equipment maintenance or replacement due to the highly corrosive marine environments. Should a Refuge headquarters be established on the atoll, annual refuge operations and maintenance costs are estimated at $500,000 and include boats, equipment,

salaries, and transportation. At this level of management, there would be a Refuge Manager, an Assistant Refuge Manager, a Biologist, and Maintenance Worker on staff.

Start up costs for the management of Kingman Reef would be nominal and are estimated at $30,000. This would include the cost of a natural resources survey and management plan. Annual operating and maintenance costs (estimated to be $20,000) would also be nominal since the Service would likely maintain the atoll in a custodial status with periodic resource monitoring and law enforcement expeditions.

In the case of some private-sector ownership at Palmyra, it may be possible for the Service to use living quarters and office space on private property, under a cooperative agreement. Service employees would provide interpretive tours for visitors and assist the private sector with any wildlife-related issues associated with ecotourism or wildlife-dependent recreation. This arrangement, modeled after the public/private partnership at Midway Atoll National Wildlife Refuge, may further reduce operational costs to the Service.

**Contaminants and Hazardous Wastes:** Contaminants and hazardous wastes that may be present on Palmyra are believed to be typical of industrial and military wastes commonly dumped or stored on other Pacific atolls (e.g., PCB's, solvents, cleaners, oils, paints, etc.). The Service has identified barrel dumps, transformers, an old hospital site, a munitions bunker, and underground fuel storage tanks during preliminary site surveys. The U.S. Army Corps of Engineers has conducted site assessments of Palmyra Atoll and is reportedly beginning restoration efforts. The landowners have requested that detailed data and reports of contaminants not be disclosed at this time. This information could reduce the cost of the preacquisition contaminants survey at Palmyra Atoll.

If contaminants and hazardous wastes are present at Kingman Reef, they are likely under water. Unauthorized ocean dumping could have been conducted in the area, and unexploded ordnance could exist. The Service would need to conduct a preacquisition contaminants survey at Kingman Reef.

**Public Attitude and Involvement:** The landowners are willing to consider an offer from the Service, but remain open to the possibility of purchase by outside interests (e.g., nuclear waste storage companies) because of economic considerations.

The conservation community is expected to support the establishment of refuge units at Palmyra Atoll and Kingman Reef. The Nature Conservancy fully supports the Service's proposal to protect Palmyra Atoll. Strong negative reactions from the public and congressional delegation to a nuclear waste storage proposal in 1996 might indicate that there would be a favorable response to the establishment of a refuge unit at Palmyra Atoll. Support from other organizations concerned with conservation of Pacific wildlife resources is expected.

Findings and Recommendations: The proposal to acquire Palmyra Atoll and Kingman Reef to be managed as units of the Remote Islands National Wildlife Refuge Complex has sufficient merit and support to warrant initiation of the detailed planning process to expand the Refuge Complex. This Preliminary Project Proposal is being submitted at an early stage of project planning for the Director's approval to conduct detailed acquisition planning. Upon approval of this document, preparation of a draft environmental assessment and other preacquisition planning documents should begin in accordance with the National Environmental Policy Act process and other requirements.

Appendix A. Selected wildlife of Palmyra Atoll.

| | Common name: | Scientific name: | Federal status: | Occurrence at Palmyra: |
|---|---|---|---|---|
| AVIFAUNA | | | | |
| | Audubon's Shearwater | *Puffinus lherminieri* | Migratory | Visitor |
| | White-tailed Tropicbird | *Phaethon lepturus* | Migratory | Breeding |
| | Red-tailed Tropicbird | *Phaethon rubricauda* | Migratory | Breeding |
| | Masked Booby | *Sula dactylatra* | Migratory | Breeding |
| | Brown Booby | *Sula leucogaster* | Migratory | Breeding |
| | Red-footed Booby | *Sula sula* | Migratory | Breeding |
| | Great Frigatebird | *Fregata minor* | Migratory | Breeding |
| | Lesser Frigatebird | *Fregata ariel* | Migratory | Visitor |
| | Pacific Golden-plover | *Pluvialis fulva* | Migratory | Wintering |
| | Sharp-tailed Sandpiper | *Calidris acuminata* | Migratory | Wintering |
| | Sanderling | *Calidris alba* | Migratory | Wintering |
| | Pectoral Sandpiper | *Calidris melanotos* | Migratory | Visitor |
| | Ruddy Turnstone | *Arenaria interpres* | Migratory | Wintering |
| | Wandering Tattler | *Heteroscelus incanus* | Migratory | Wintering |
| | Bristle-thighed Curlew | *Numenius tahitiensis* | Migratory | Wintering |
| | Laughing Gull | *Larus atricilla* | Migratory | Accidental |
| | Franklin's Gull | *Larus pipixcan* | Migratory | Accidental |
| | Sooty Tern | *Sterna fuscata* | Migratory | Breeding |
| | Great Crested Tern | *Sterna bergii* | none | Visitor |
| | Brown Noddy | *Anous stolidus* | Migratory | Breeding |
| | Black Noddy | *Anous minutus* | Migratory | Breeding |
| | White Tern | *Gygis alba* | Migratory | Breeding |
| | Mallard | *Anas platyrhynchos* | Migratory | Visitor |
| | Northern Pintail | *Anas acuta* | Migratory | Visitor |
| | Green-winged Teal | *Anas crecca carolinensis* | Migratory | Visitor |

| | Common name: | Scientific name: | Federal status: | Occurrence at Palmyra: |
|---|---|---|---|---|
| | Eurasian Widgeon | *Anas penelope* | Migratory | Visitor |
| | American Widgeon | *Anas americana* | Migratory | Visitor |
| | Northern Shoveler | *Anas clypeata* | Migratory | Visitor |
| | Cattle Egret | *Bubulcus ibis* | Migratory | Visitor |
| MARINE REPTILES: | | | | |
| | Green sea turtle | *Chelonia mydas* | Threatened | Breeding |
| | Hawksbill turtle | *Eretmochelys imbricata* | Endangered | Resident |
| MARINE MAMMALS: | | | | |
| | Pilot whale | *Globicephala macrorhynchos* | - | Native |
| | Hawaiian monk seal | *Monachus schauinslandi* | Endangered | Native |
| | Bottle-nosed dolphin | *Tursiops truncatus* | - | Native |
| TERRESTRIAL ARTHROPODS: | | | | |
| | Coconut crab | *Birgus latro* | - | Native |
| | Land crab | *Cardisoma carnifex* | - | Native |
| | Land hermit crab | *Coenobita brevimanus* | - | Native |
| | Land hermit crab | *Coenobita perlatus* | - | Native |
| MARINE INVERTEBRATES: | | | | |
| | Giant clam | *Tridacna maxima* | CITES | Native |
| INTRODUCED VERTEBRATES: | | | | |
| | Marine Toad | *Bufo marinus* | - | Introduced |
| | Domestic chicken | *Gallus gallus* | - | Introduced |
| | Domestic cat | *Felis catus* | - | Introduced |
| | Dog | *Canis familiaris* | - | Introduced |
| | Domestic pig | *Sus scrofa* | - | Introduced |
| | Black rat | *Rattus rattus* | - | Introduced |




Figure 1. Proposed Line Islands Units, Palmyra Atoll and Kingman Reef




Figure 2. Palmyra Atoll.




FWS 00236

Figure 3. Chart of Kingman Reef, Line Islands.

E 6 OCT 1997
HED
DHEP
SECY
ET-E

Either before or after his trip is OK with me.

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Pacific Islands Ecoregion
300 Ala Moana Boulevard, Room 3108
Box 50088
Honolulu, Hawaii 96850
(808) 541-2749 ♦ (808) 541-2756 fax

OCT 3 1997

Rcvd 1/6/98

Lt. Colonel Ralph H. Graves
Honolulu District Engineer
U.S. Army Corps of Engineers
Building 230
Fort Shafter, HI 96858-5440

Dear Col. Graves:

I am writing you in the interest of good coordination regarding a project in which we share a mutual interest – the cleanup of Palmyra Atoll. Enclosed please find a memorandum from the Director of the Fish and Wildlife Service (Service), Jamie Clark, which gives her approval for the Service to begin detailed planning toward (hopefully) acquisition of Palmyra Atoll and Kingman Reef as units of the National Wildlife Refuge System. Our efforts to date have been coordinated closely with Mr. Peter Savio, a local realtor who represents the interests of the majority owners. We are also working with Mr. Chuck Cook of The Nature Conservancy (TNC), and at this point foresee TNC actually tendering an offer for the property. If that is successful, the Service will repay TNC in the future with dollars appropriated by Congress through the Land and Water Conservation Fund.

Please note that the third paragraph of Director Clark's memorandum focuses on the contaminant issues at Palmyra. The Service is eager to be of assistance to the Corps in any way needed to carry out the cleanup in an expeditious and environmentally sensitive manner. We just completed an enormous cleanup effort at Midway, where the Navy spent over $80 million in a three year effort. Working together with the Navy and its contractors, the Service used good conservation practices to minimize losses to seabirds, and cooperated with innovative techniques that made the cleanup go more smoothly and efficiently. One practice that really helped for a better project at Midway was using petroleum-soaked soil to make asphalt, rather than disposing of the soil in the landfill. On the natural resource side of the equation, black shade cloth was anchored to the ground where future projects were planned, so that birds were discouraged from nesting in the project area. There were a number of other special practices utilized for the Midway cleanup, and the Service would very much like to share some of our Midway experiences with you because we believe the cleanup efforts at Palmyra will benefit from our experiences at Midway.

I will be traveling to Palmyra on October 14, and will return on October 28. Perhaps we can discuss your cleanup plans either prior to or after my trip. Again, the Service is interested in full cooperation, including but not limited to the issuance of any Migratory Bird Treaty Act permits necessary to facilitate the cleanup.

Thank you for your efforts on behalf of a clean environment at Palmyra. I hope to hear from you or your staff soon.

Sincerely,

Robert P. Smith

Robert P. Smith
Pacific Islands Manager

Enclosure

EXHIBIT
"24"

FWS 00237