Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171
Email: cporter@btpqlaw.com

Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **NO. 06-828L** |
| **Plaintiffs,** | **Judge Marian Blank Horn** |
| **v.** | |
| **THE UNITED STATES OF AMERICA** | |
| **Defendants.** | |

## INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT CHRONOLOGICAL ORDER

| Document No. | Description | Page No. |
|---|---|---|
| 1 | April 28, 1922, Island of Palmyra Copra Company Board meeting minutes | 8 |
| 2 | May 3, 1922, Island of Palmyra Copra Company letter from L. Fullard-Leo, President, and E. Fullard-Leo, Secretary - Treasurer, to Lorrin A. Thurston, its agent. | 8 |

| | | |
|---|---|---|
| 3 | May 10, 1922, Certificate of Claim to Kingman Reef by Lorrin A. Thurston, agent for the Island of Palmyra Copra Co., Ltd. | 2, 5, 8, 9 |
| 4 | May 13, 1922 letter from Mr. Thurston to Mrs. Ellen Fullard-Leo | 9 |
| 5 | July 15, 1922 letter from E. Fullard-Leo, Secretary-Treasurer, the Island of Palmyra Copra Company, Ltd., to the Honorable Charles E. Hughes, Secretary of State, Washington, D.C. | 9, 10 |
| 6 | August 14, 1922, Resolution of the Island of Palmyra Copra Company, Ltd. | 2, 10 |
| 7 | September 28, 1922 letter from the Department of State, Washington, D.C. to the Island of Palmyra Copra Company, Ltd. acknowledging the August 24, 1922 letter. | 10 |
| 8 | July 9, 1926 letter to the Archives Commission from Lorrin A. Thurston | 10, 11 |
| 9 | July 24, 1926 letter from the Archives of Hawaii to L.A. Thurston, Esq. | 11 |
| 10 | August 5, 1931 letter to Captain S.O. Swainson from L. Fullard-Leo | 14 |
| 11 | September 30, 1931 letter to L. Fullard-Leo from R.L. Faris, Acting Director, Department of Commerce, U.S. Coast and Geodetic Survey | 14 |
| 12 | December 29, 1934 Executive Order 6935 signed by President Franklin D. Roosevelt. | 7, 11 |
| 13 | February 14, 1941 Executive Order 8682 signed by President Franklin D. Roosevelt. | 7 |
| 14 | April 2, 1941 Executive Order 8729 signed by President Franklin D. Roosevelt. | 7 |
| 15 | April 18, 1941 Memorandum from the Chief of Naval Operations to the Commandant, Thirteenth Naval District. | 7 |
| 16 | Real property tax information (8-27-1941) | 14 |

| | | |
|---|---|---|
| 17 | Several newspaper articles published regarding Copra Co.'s acquisition of Kingman Reef (1922 - 1995) | 11 |
| 18 | Pertinent pages of the check register and checks evidencing payment of real property taxes (1922 - 1958) | 14 |
| 19 | Notices of Real Property Assessments, Tax Bills and Real Property Returns (1938 - 1950) | 14 |
| 20 | August 19, 1991 memorandum prepared by Jim Maragos, The Nature Conservancy, Re minutes of meeting held at The Nature Conservancy. | 13 |
| 21 | August 1, 1997 letter from Peter Savio, President, Palmyra Development Co., Inc. to Mr. Joe Dettling | 15 |
| 22 | August 1997 Preliminary Project Proposal, Line Islands Units (Palmyra Atoll and Kingman Reef) | 11, 12 |
| 23 | October 2, 1997 memorandum from the Director, United States Department of the Interior, Fish and Wildlife Service | 12 |
| 24 | October 3, 1997 letter to the U.S. Army Corps of Engineer at Fort Shafter, from Robert F. Smith, Pacific Islands Manager, U.S. Department of the Interior Fish and Wildlife Service | 12, 13 |
| 25 | October 17, 1997 Memorandum on U.S. Department of Commerce, National Oceanic and Atmospheric Administration letterhead to WPFMC - Kitty M. Simonds, from GCSW - Judson J. Feder | 13 |
| 26 | November 1997 United States General Accounting Office Report to the Chairman, Committee on Resources, House of Representatives, U.S. Insular Areas, Application of the United States Constitution | 13 |
| 27 | August 25, 2000 letter from Department of the Navy, Office of the Assistant Secretary to the U.S. Department of the Interior | 4 |
| 28 | October 26, 2000 letter , from the United States Senate Committee on Appropriations to Bruce Babbitt, Secretary of the Interior | 13, 14 |

| | | |
|---|---|---|
| 29 | October 26, 2000 letter to the U.S. Department of Agriculture from U.S. Senate Committee on Appropriations | 13, 14 |
| 30 | November 17, 2000 Deed conveying Kingman Reef to Plaintiff | 2, 5, 8, 16 |
| 31 | November 17, 2000 Lease between Kingman Reef Atoll Investments, LLC, Lessor, and Kingman Reef Atoll Development, LLC, Lessee | 17 |
| 32 | November 17, 2000 License Agreement between Kingman Reef Atoll Development, LLC, Licensor, and Kingman Reef Enterprises, LLC, Licensee | 17 |
| 33 | December 11, 2000 Environmental Assessment, U.S. Fish & Wildlife Service | 5, 17, 18, 19 |
| 34 | December 11, 2000 Conceptual Management Plan, U.S. Fish & Wildlife Service | 17, 18, 19 |
| 35 | December 12, 2000 New Release by U.S. Fish & Wildlife Service | 17 |
| 36 | December 19, 2000 letter from Short Cressman & Burgess PLLC to National Wildlife Refuge System | 18 |
| | December 23, 2000 letter from Mr. Fullard-Leo to U.S. Fish & Wildlife Service and National Wildlife Refuge System | 18 |
| | December 29, 2000 letter from Western Pacific Regional Fishery Management Council to U.S. Fish & Wildlife Service | 18 |
| | January 4, 2001 letter from Brooks Tom Porter & Quitiquit to National Wildlife Refuge System and U.S. Fish & Wildlife Service | 18 |
| | January 11, 2001 letter Western Pacific Regional Fishery Management Council to U.S. Fish & Wildlife Service | 18 |
| 37 | January 11, 2001 letter from U.S. Department of Interior, Fish and Wildlife Service to Brooks Tom Porter & Quitiquit | 18 |
| 38 | January 17, 2001, U.S. Department of the Interior Fish and Wildlife Service's "Finding of No Significant Impact" dated January 17, 2001 | 5, 8, 14, 19 |

| | | |
|---|---|---|
| 39 | January 18, 2001 Order No. 3223 signed by the Secretary of the Interior, United States Department of the Interior | 3, 4, 9, 17, 19, 21 |