IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., Plaintiffs, | No. 06-828L |
| v. | Judge Marian Blank Horn |
| THE UNITED STATES, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 9, 2007 (Doc. 8), the parties hereby file this joint status report regarding efforts to determine whether this case and the subsequently filed case of Palmyra Pacific Seafoods v. United States, No. 07-35C, are related cases within the meaning of RCFC 40.2.

On February 20, 2007, the government filed a motion for a more definite statement in Palmyra Pacific Seafoods. In this motion, the government requested that the plaintiffs in that case be required to produce copies of the leases, subleases or other contractual agreements that appear to be the basis of the property rights they allege to have been taken in that case. Defendant believes that a review of all of these agreements is needed to fully and accurately assess whether the claims asserted in the two cases are directly or indirectly related, and to assess whether the two cases should be consolidated or otherwise coordinated.

In response to defendant's motion for a more definite statement, the Palmyra Pacific Seafoods plaintiffs have taken the position that the two cases are not related and have indicated that they intend to file an amended complaint in order to clarify this matter. The parties to the Palmyra Pacific Seafoods case intend to stipulate to a schedule under which the plaintiffs will file

their amended complaint on or before April 13, 2007, and the defendant will file its responsive pleading on or before June 29, 2007.

In light of this development, the government does not intend to file a notice of related cases at this time. If the situation changes based on a review of the amended complaint to be filed in the Palmyra Pacific Seafoods action or any other factual developments, Defendant will so advise the Court by filing a status report.

Dated: March 7, 2007

Respectfully submitted,

BROOKS TOM PORTER
& QUITIQUIT, LLP

/s/ Christian P. Porter
CHRISTIAN P. PORTER
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
TEL (808) 526-3011
FAX (808) 523-1171
E-MAIL cporter@btpqlaw.com

Counsel of Record for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov

Counsel of Record for Defendant

cc: Howard Neil Cayne, Esq., Counsel of Record for Plaintiffs in Case No. 07-35C
Marla Tun Conneely, Esq., Counsel of Record for Defendant in Case No. 07-35C