IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., Plaintiffs, | No. 06-828L |
| v. | Judge Marian Blank Horn |
| THE UNITED STATES, Defendant. | |

**JOINT STATEMENT OF STIPULATED FACTS**

Pursuant to the Court's Order of February 9, 2007 (Doc. 8), the parties hereby submit this joint statement of stipulated facts. Additional facts that the parties believe to be relevant to Defendant's motion to dismiss will be set forth in the parties' respective briefs.

1. In 1922, the Island of Palmyra Copra Company took the steps it believed necessary to claim or annex Kingman Reef. The steps allegedly taken are summarized in Plaintiffs' Complaint and in Exhibits 1 through 6 to the Complaint.[1]

2. Plaintiffs allege that in 1922 their predecessors annexed Kingman Reef to Defendant and vested title in Kingman Reef in the Island of Palmyra Copra Company. Defendant disputes that the Company acquired title to Kingman Reef in 1922, but submits that this dispute is not material to its motion to dismiss Plaintiff's takings claim as time-barred.

[1]For the purposes of its motion to dismiss, Defendant does not dispute that Plaintiffs' predecessors-in-interest took the steps described in the exhibits filed with the Complaint. However, Defendant does dispute Plaintiffs' claim of title to Kingman Reef.

Plaintiff has also filed a federal Quiet Title Action ("QTA") seeking title to Kingman Reef in the federal district court for the District of Hawaii. Kingman Reef Atoll Investments, LLC v. United States, No. CV05-00151 JMS-BMK (D. Hawaii). Defendants have moved to dismiss that claim as time-barred under the QTA's twelve year statute of limitations. Docket No. 14. The court denied the motion without prejudice to Defendants refiling it once discovery limited to the issue of abandonment is completed. March 2, 2006 Order, Docket No. 50.

3. Plaintiff Kingman Reef Atoll Investments, LLC ("KRAI") alleges that in 1922 title to Kingman Reef was transferred from The Island of Palmyra Copra Company to the Company's President and Secretary-Treasurer, Leslie Fullard-Leo and Ellen Fullard-Leo, respectively. Compl. ¶¶ 36-37, 46. KRAI alleges that the Fullard-Leo family held title from 1922 to November 17, 2000, when they transferred title to KRAI, a limited liability corporation created by the family. Id. ¶¶ 37, 63.t. Defendant disputes Plaintiff's title claim, but submits that this dispute is not material to its motion to dismiss Plaintiff's takings claim as time-barred.

4. In 1934, President Franklin D. Roosevelt issued Executive Order No. 6935, which "reserved, set aside, and placed under the control and jurisdiction of the Secretary of the Navy for administrative purposes" Kingman Reef, among others. Compl. Ex. 12. Executive Order No. 6935 states that it "shall continue in full force and effect until revoked by the President or by act of Congress." Id.

5. On April 20, 1937, the Fullard-Leo family wrote to the Hawaii congressional delegate "on the subject of- Kingman's Reef." A copy of this letter is attached to the Answer as Exhibit C.

6. On March 29, 1938, the attorneys for Mrs. Ellen Fullard-Leo wrote to the Secretary of the Navy regarding the Fullard-Leo's claim to Kingman Reef. A copy of this letter is attached to the Answer as Exhibit D.

7. By letter dated April 26, 1938, the Navy Judge Advocate General (JAG) responded to the letter of March 29, 1938 regarding the Fullard-Leo's claim to Kingman Reef. A copy of this letter is attached to the Answer as Exhibit E.

8. On February 14, 1941, President Roosevelt issued Executive Order 8682 establishing naval defense sea areas around and naval airspace reservations over, among others, Kingman Reef. A copy of Executive Order 8682 was filed as Complaint Exhibit 13 (Doc. 9).

9. By letter dated August 25, 2000, the Department of the Navy stated that the "[c]ontrol over and administrative jurisdiction of Kingman Reef, together with all reefs surrounding such island . . . have been identified as excess to the Department of Defense requirements." Compl. Ex. 27, p. 1. The Navy further determined that there were no

environmental concerns with Kingman Reef and that "this property is suitable for transfer to another Federal agency." Id. The Department of the Interior subsequently acknowledged the acceptance of transfer for custody of and accountability for the Kingman Reef on September 1, 2000, subject to the 1934 and 1941 Executive Orders. Id., p. 2.

10. Prior to the transfer from Navy to Interior, the United States Fish and Wildlife Service (FWS) prepared a preliminary project proposal dated August 1997, to study the addition of Palmyra Atoll and Kingman Reef to the National Wildlife Refuge system. Compl. Ex. 23. The proposal to proceed with detailed planning on the establishment of these National Wildlife Refuges was approved by the Director of the FWS on October 2, 1997. Id.

11. On December 11, 2000, the FWS issued its Environmental Assessment (EA) for the Proposed Kingman Reef National Wildlife Refuge. A copy of the EA was filed as Complaint Exhibit 33. The FWS sought public comments on the proposal for a thirty-day period following the release of the EA. Compl. Ex. 33 (Doc. 12, pp. 3, 5); Compl. Ex. 35 (Doc. 13, p. 1).

12. In letters dated December 22, 2000, and January 4, 2001, the Fullard-Leo family and KRAI submitted comments on the proposal through their attorneys asserting, among other things, that the Fullard-Leo family (and their company called Kingman Reef Atoll

Investments, LLC, *i.e.*, KRAI) had been the undisputed owners of Kingman Reef since 1922. Copies of both letters are attached to the Complaint as part of Exhibit 36 (Doc. 13, pp. 12-14, letter of Dec. 22, 2000); (Doc. 13, pp. 10-11, letter of Jan. 4. 2001).

13. The FWS responded to the letters of the Fullard-Leo family and KRAI by letter dated January 11, 2001. A copy of the FWS letter is attached to the Complaint as Exhibit 37.

14. The Fullard-Leo family, KRAI and KRAD submitted additional comments through their attorneys in a letter dated January 11, 2001. A copy of this letter is attached to the Complaint as part of Exhibit 36 (Doc. 13, pp. 28-52).

15. On January 17, 2001, the FWS issued a Finding of No Significant Impact (FONSI) regarding the designation of Kingman Reef as a National Wildlife Refuge. Compl. Ex. 38.

16. On January 18, 2001, the Secretary of the Interior signed Order No. 3223 establishing the Kingman Reef National Wildlife Refuge. Compl. Ex. 39.

Dated: March 30, 2007

Respectfully submitted,

BROOKS TOM PORTER
& QUITIQUIT, LLP

s/ Christian P. Porter
CHRISTIAN P. PORTER
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
TEL (808) 526-3011
FAX (808) 523-1171
E-MAIL cporter@btpqlaw.com

Counsel of Record for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov

Counsel of Record for Defendant