Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT LLC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **NO. 06-828L** |
| **Plaintiff,** | **ASSOCIATION OF COUNSEL** |
| **v.** | **Judge Marian Blank Horn** |
| **THE UNITED STATES OF AMERICA; Defendants.** | |

TO THE COURT AND PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Brooks Tom Porter & Quitiquit LLP, counsel of record for plaintiff, Kingman Reef Atoll Investments, L.L.C. and Kingman Reef Atoll Development LLC (collectively, "plaintiff"), hereby associates Therese Y. Cannata of Cannata Ching & O'Toole LLP as of counsel for plaintiff in the above-entitled matter. Ms. Cannata's firm contact

information is as follows:

Therese Y. Cannata
Cannata Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Ms. Cannata should be included in service of all papers, motions, briefs and orders pertaining to the above referenced case.

Dated April 9, 2007

BROOKS TOM PORTER & QUITIQUIT LLP

/s/ Christian P. Porter
CHRISTIAN P. PORTER, Attorney for Plaintiffs KINGMAN REEF ATOLL INVESTMENTS L.L.C. and KINGMAN REEF ATOLL DEVELOPMENT LLC

I accept the foregoing association:

Dated: April 9, 2007

CANNATA CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA,
Attorney for Plaintiff KINGMAN REEF ATOLL INVESTMENTS LLC and KINGMAN REEF ATOLL DEVELOPMENT LLC.