Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, CA Bar No. 88032
Cannata Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT L.L.C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **No. 06-828L** |
| **Plaintiffs,** | **DECLARATION OF CHRISTIAN P. PORTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(1)** |
| **v.** | |
| **THE UNITED STATES OF AMERICA; Defendant.** | **Judge Marian Blank Horn** |

**DECLARATION OF CHRISTIAN P. PORTER**

I, Christian P. Porter, hereby declare as follows:

1. I am one of the attorneys of record for plaintiffs KINGMAN REEF ATOLL INVESTMENTS, L.L.C., and KINGMAN REEF ATOLL DEVELOPMENT L.L.C ("plaintiffs"). herein, and as such, have personal knowledge of and am competent to testify as to the facts as stated herein. I make this declaration in support of plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from F. B. Bassett, dated June 10, 1922

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter from T.L. Gatch to The Commandant, Fourteenth Naval District, dated February 11, 1938.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter from the Executive Office of the President to The Secretary of the Navy dated February 7, 1941.

5. Attached hereto as Exhibit "D" is a true and correct copy of a memorandum from the Chief of Naval Operations to the Judge Advocate General, dated March 15, 1941.

6. Attached hereto as Exhibit "E" is a true and correct copy of a memorandum by J.P. Weise regarding Defensive Sea Areas and Airspace Reservations, dated July 7, 1987.

7. Attached hereto as Exhibit "F" is a true and correct copy of a proposal from Curtis Bohlen at OES to The Secretary, dated July 23, 1990.

8. Attached hereto as Exhibit "G" is a true and correct copy a letter from Robert P. Smith to Peter Savio dated September 5, 1991.

9. Attached hereto as Exhibit "H" is a true and correct copy of a memorandum from

Theodore M. Beuttler to Martin B. Hochman, dated August 8, 1995.

10. Attached hereto as Exhibit "I" is a true and correct copy a memorandum from Acting Chief, Entry and Carrier Rulings Branch to Port Director at U.S. Customs, dated November 7, 1996.

11. Attached hereto as Exhibit "J" is a true and correct copy of a letter from T.E. Manase Mansur to Peter Savio, dated August 12, 1997.

12. Attached hereto as Exhibit "K" is a true and correct copy of a handwritten fax from Robert Smith to Peter Savio, dated October 3, 1997.

13. Attached hereto as Exhibit "L" is a true and correct copy of a fax transmittal cover with attachment of the right of entry letter agreement and Assumption of Risk and Release from Brooks Tom Miller & Porter to Robert Smith, dated October 10, 1997.

14. Attached hereto as Exhibit "M" is a true and correct copy of a document entitled "Briefing Statement" prepared for Secretary Babbitt, dated August 18, 1998.

15. Attached hereto as Exhibit "N" is a true and correct copy of a letter from Kitty Simonds to Robert Smith, dated December 11, 1998.

16. Attached hereto as Exhibit "O" is a true and correct copy of an email from Mike Kilian to Steve Dong and Dennis Pacht, dated October 6, 1999.

17. Attached hereto as Exhibit "P" is a true and correct copy of a document entitled "Briefing Statement" prepared for the Director (of U.S. Fish & Wildlife Service), dated March 30, 2000.

18. Attached hereto as Exhibit "Q" is a true and correct copy of an email from Robert Smith to Rosalyn Worthan at the Department of Interior, dated April 17, 2000.

19. Attached hereto as Exhibit "R" is a true and correct copy of a memorandum from Robert Smith, dated June 14, 2000.

20. Attached hereto as Exhibit "S" is a true and correct copy of an email from Phyllis Ha to Forrest Cameron, Georgia Shirilla, Charles Houghton, and Cathy Osughi, dated December 16, 2000.

21. Attached hereto as Exhibit "T" is a true and correct copy of a letter from Kitty Simonds to Phyllis Ha, dated December 29, 2000.

22. Attached hereto as Exhibit "U" is a true and correct copy of a News Release from U.S. Fish & Wildlife Service entitled, "Two New National Wildlife Refuges Approved in the Pacific," dated January 18, 2001.

23. Attached hereto as Exhibit "V" is a true and correct copy of the Affidavit of Frank Sorba in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss or for Summary Judgment; Certificate of Service, filed on March 7, 2002.

24. Attached hereto as Exhibit "W" is a true and correct copy of excerpts of the deposition testimony of Charles Cook, taken in the matter *of Kingman Reef Atoll Investments L.L.C., et al. v. The United States of America et al.*, Case No. CV05-00151 JMS/BMK on March 26, 2007, pp. 92-94.

25. Attached hereto as Exhibit "X" is a true and correct copy of excerpts of the deposition testimony of Charles Cook, taken in the matter *of Kingman Reef Atoll Investments L.L.C., et al. v. The United States of America et al.*, Case No. CV05-00151 JMS/BMK on March 26, 2007, pp. 124-128.

//

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, this 20th day of April 2007.

/s/
CHRISTIAN P. PORTER