# EXHIBIT A

REPRODUCED AT THE NATIONAL ARCHIVES





236871/285

N-12-GMR-R

June 10, 1922.

Sir:

The Office acknowledges with thanks receipt of a copy of the Honolulu Advertiser of May 22, 1922, giving an account of the party taking possession of Kingman's Reef on May 10, 1922, in the name of the United States. The Advertiser was kindly delivered to one of the officers in the Office by Captain Knox.

Respectfully,

F. B. Bassett,
Captain, U. S. Navy,
Hydrographer.

Honorable Sidney Ballou
2114 Le Roy Place
Washington, D. C.

REPRODUCED AT THE NATIONAL ARCHIVES



236871/385

HYDROGRAPHIC OFFICE

REC'D MAY 27 192[illegible]

ENC'L

MAY 29 Fil'd

# UNKNOWN ISLANDS IN SOUTH PACIFIC CLAIMED FOR U. S.




By the Associated Press.

HONOLULU, T. H., May 2[illegible]—Word of the discovery of islands in the south Pacific hitherto unknown and now claimed in the name of the United States was received here today. The islands were reported claimed by Lorrin A. Thurston, a Honolulu publisher, who was cruising in the power boat Palmyra.

He said he found the islands on May 10 in the vicinity of Kingman's reef. Their location was described as latitude [illegible] north, longitude 162-18 west. The publisher told of an excellent harbor, which in his opinion provided a natural landing suitable for a fuel station.

Does not exist See doubtful danger list

# Our New Elastic Island.

The island which L. A. Thurston of the Honolulu Advertiser has discovered and claimed for the United States is a most elastic bit of territory, according to Mr. Thurston's description. At low tide it is five by nine miles, or somewhat near the size of Manhattan, while at high tide it is 120 feet long and [illegible] feet wide, or about the size of a couple of railroad passenger cars.

Should there be an international dispute over the possession of the island those who want it will speak of it as it is at low tide while those who deprecate its importance will consider it on a high tide basis. Its advocates will say that it can be made a naval base or a coaling station with the aid of the engineer. It has the foundation for almost any kind of superstructure. Its opponents will declare it fit only for a lighthouse to warn Pacific ships of Kingmans Reef.

It never does, however, to treat a new island too lightly. The flexible discovery of Mr. Thurston is reported to have good harbor facilities. A century from now the American merchant marine fleets of hydroplanes may find the cordial alcove of the little isle useful.

JB / June 25/1922

Part of this [illegible] in Conf. Sof[illegible]

JB

B.A. Sailing Directions – Pacific Is. Vol III,
Kingman Reef L 6°23' N Lon 162°18' W is
shown on Br chart 3045 and ~~H.O. 2020~~ 162-18
lies 33 miles NW of Palmyra I. atoll character 5 mi.
north & south by 9 1/2 mi east & west. It dries on the NE, E and
SE edges. Was surveyed in 1897 by HMS Penguin. Does
not seem to be anything more than news story.

WTC

A. J. DICKIE, EDITOR — ANDREW FARRELL, ASSOCIATE EDITOR — B. N. DE ROCHE, BUSINESS MANAGER — PUBLISHER

Pacific Marine Review

576 SACRAMENTO STREET
SAN FRANCISCO

30 CHURCH STREET
NEW YORK CITY

23689 / 285

HYDROGRAPHIC OFFICE
REC'D AUG 4 1922
ENC'L

ANSWERED
AUG 4 - 1922
DIV. OF N.D.

July 26, 1922

Captain F.B.Bassett, U.S.N.,

Hydrographer, Hydrographic Office,

Washington, D.C.

My dear Sir:

Lorrin A. Thurston of Honolulu, who recently took possession of an islet at Kingmans Reef (6:23 north, 162:18 west) in the name of the United States, is desirous of obtaining information regarding a survey of the reef, which, according to the Pilot Guide, was made by the British ship Penguin in 1897. He has been unable to discover anything more than the bare mention of such a survey made in the Pilot Guide, although he searched diligently in Honolulu, enlisted Admiral Simpson's help at Pearl Harbor and inquired at the hydrographic office here. I suggested to him that you would have the desired data, if they were to be had in the United States, and he accordingly requested me to write to you. His primary interest lies in the Penguin survey because that appears to have been the only one made, and for that reason too desires as comprehensive data as possible, a complete copy of the Penguin report preferred. He added that, if nothing could be obtained in Washington, he would be glad to pay the expense of obtaining information from the British Admiralty.

This, I fear, is quite a demand on your good nature, but I might add that Mr.Thurston evidently has made a noteworthy addition to our knowledge of the Central Pacific, and conceivably Kingmans Reef, having what appears to be a good harbor, might be of much importance at some time. (The British Admiralty, as you probably know, had Fanning Island surveyed two years ago on recommendation of Lord Jellicoe, with a view to dredging the lagoon so as to make the island a fueling station, although the project apparently has died). I plead these facts in extenuation of my request. Mr.Thurston, I may add for your information, is one of the most prominent men in Hawaii and in the days of the Cleveland administration figured prominently in the news as Hawaiian commissioner sent to Washington to negotiate for the annexation of the archipelago.

I am enclosing a copy of Mr.Thurston's recent article in the Honolulu Advertiser, of which he is president.

Any information that you may be able to supply to me will be forwarded immediately to Mr.Thurston. I ask you to forward it to me because his address in the States will change as he travels.

Very truly,
Andrew Farrell
Andrew Farrell