# EXHIBIT B

IN REPLY ADDRESS
THE JUDGE ADVOCATE GENERAL OF THE NAVY
AND REFER TO NO.
QG(Kingman Reef)/A9-10(371015)

Comdt
Chief of Staff
? Intell ?

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
WASHINGTON, D. C.

FEB 11 1938

From: The Judge Advocate General of the Navy.
To : The Commandant, Fourteenth Naval District.

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

Reference: (a) Comdt. ltr of Dec. 6, 1937, to JAG.

1. Receipt is acknowledged of the above-mentioned reference. The information contained therein will be placed on file for future reference in the event a claim is made for ownership by private parties. No such claim has been filed with the Navy Department to date.

T. L. Gatch
Assistant Judge Advocate General of the Navy.

ND14/EG61/A17 JBD/...

DEC 6 1937

From: Commandant, Fourteenth Naval District.
To : The Judge Advocate General of the Navy.

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

Reference: (a) Judge Advocate General's letter OO(Kingman Reef) A9-10 (371015) W dated 15 October 1937.

Enclosures: (A) Pamphlet "How the Territory of Hawaii Grew and What Domain it Covers".
(B) Photostatic copy of Original Certificate of Title No. 444 dated Oct. 4, 1912.
(C) Photostatic copy of Transfer Certificate of Title No. 2116 dated Oct. 4, 1912.
(D) Photostatic copy of Transfer Certificate of Title No. 9756 dated Oct. 8, 1930.
(E) Blueprint of Map 2 of Land Court Application No. 223, Territory of Hawaii, dated Nov. 2, 1937.
(F) Photostatic copy of Commission to Mr. Lorrin A. Thurston from Island of Palmyra Copra Co. to annex "Kingman's Reef" for the United States and to claim same for above company, dated May 3, 1922.
(G) Photostatic copy of Proclamation of Annexation of Kingman's Reef and claim for the Island of Palmyra Copra Co. by Lorrin A. Thurston.
(H) Photostatic copy of Certification of Annexation of Kingman's Reef in the name of the United States and in behalf of the interests of the Island of Palmyra Copra Co., Ltd., dated May 10, 1922.
(I) Photostatic copy of letter to the Secretary of State, Washington, D.C., from Secretary-Treasurer, The Island of Palmyra Copra Co., Ltd., dated July 15, 1922.
(J) Photostatic copy of letter to the Secretary of State, Washington, D.C., from Secretary-Treasurer, The Island of Palmyra Copra Co., Ltd., dated Aug. 24, 1922.
(K) Photostatic copy of letter to The Island of Palmyra Co. from the Second Asst. Secretary of State, Washington, D.C., dated Sept. 28, 1922.
(L) Certified copy of Transfer of Property of Island of Palmyra Copra Co. to Ellen Fullard-Leo, dated Aug. 31, 1922.
(M) Copy of letter from Mr. Lorrin A. Thurston to the Archives Commission, Territory of Hawaii, dated July

| | |
|---|---|
| 00 | Comdt. |
| 01 | C of Staff |
| 11 | Capt. Yd. |
| 12 | Aide for Op. & Per. |
| 16 | Intel. Off. |
| 18 | Ins. N. Res. |
| 19 | Comm. Off. |
| 20 | D. C. Off. |
| 28 | R. M. Off. |
| 40 | Sup. Off. |
| 41 | Disb. Off. |
| 42 | Acct. Off. |
| 48 | Com. Store |
| 50 | Mgr. Yd. |
| 60 | R. Ship |
| 68 | Mor. Off. |
| 69 | Chaplain |
| 75 | Med. Off. Yd. |
| 76 | C.O. N.H. |
| 80 | P. W. Off. |
| 86 | C.O. M. B. |
| 90 | Ins. Ord. |
| | D. M... Officer |
| | Y... Off. |
| | Plans Off. |
| | Prod. Off. |
| | War Plans |

- 1 -

INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

ND14/EG61/A17

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9, 1926.

(N) Copy of letter from Board of Commissioners of Public Archives, Territory of Hawaii, to L.A. Thurston, Esq., dated July 24, 1926.

(O) Certificate of Tax Values and Taxes Due, Palmyra Island and Kingman's Reef, owned by Ellen and Leslie Fullard-Leo, dated Aug. 14, 1922.

(P) Certificate of Tax Values and Taxes Due, Palmyra Island, owned by Alfred Dykes Cooper et al, dated Nov. 30, 1937.

(Q) Extracts from records of Land Office, Territory of Hawaii, relative to ownership of Palmyra Island.

(R) Copy of record of Land Court Title No. 223, from 1912 to 1937.

1. In reference (a) the Judge Advocate General requested information as to the private ownership of or interest in Kingman Reef and Palmyra Island as disclosed by the records of the Fourteenth Naval District, and further requested that the Commandant forward such information or copies of papers or documents bearing thereon as may be available.

2. Copies of such papers and documents are forwarded herewith as enclosures (A) to (R), inclusive, of this letter.

3. Pages 23-25, inclusive, of Enclosure (A) contain a brief but accurate history of Palmyra Island and according to the records of the Land Court of the Territory of Hawaii, the ownership of Palmyra Island, with the exception of two islets, numbers One and Two, known as "Home Islets", Land Court Map No. 223, is vested in Mr. and Mrs. Fullard-Leo of Honolulu. The two excepted islets, numbers One and Two, are owned by the heirs of the late Henry E. Cooper, former owner of Palmyra Island complete.

4. The history of Kingman Reef is given briefly as follows:

On May 3, 1922, the Island of Palmyra Copra Company, of which Mr. L. Fullard-Leo was President and his wife, Ellen Fullard-Leo, was Secretary-Treasurer, commissioned Mr. Lorrin A. Thurston of Honolulu to take possession of Kingman Reef on behalf of the United States and to claim same for the above mentioned company. (Enclosure (F)).

| | |
|---|---|
| 00 | Comdt. |
| 01 | C of Staff |
| 11 | Capt. Yd. |
| 12 | Aide for Op. & Per. |
| 16 | Intel. Off. |
| 18 | Ins. N. Res. |
| 19 | Comm. Off. |
| 20 | D. C. Offi. |
| 28 | R. M. Offi. |
| 40 | Sup. Offi. |
| 41 | Disb. Offi. |
| 42 | Acct. Offi. |
| 48 | Com. Store |
| 50 | Mgr. Yd. |
| 60 | R. Ship |
| 68 | Mor. Off. |
| 69 | Chaplain |
| 75 | Med. Off. Yd. |
| 76 | C.O. N. H. |
| 80 | P. W. Off. |
| 86 | O.O.M.B. |
| 90 | Ind. Ord. |
| | Aide |
| | D... Officer |
| | Leg. Off. |
| | Plan. Off. |
| | Prod. Off. |
| | War Plans |



INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

Palmyra 80

Dec 6, 1937

ND14/EG61/A17

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mr. Thurston landed on Kingman Reef on May 10, 1922 and carried out this commission as will be noted in Enclosures (G) and (H). Two letters were forwarded by the Island of Palmyra Copra Company to the Secretary of State, Washington, D.C., informing him of the company's action with reference to Kingman Reef. (Enclosures (I) and (J)). Receipt of these letters was acknowledged by the Secretary of State but no mention was made of the company's claim to Kingman Reef for its own use (Enclosure (K)).

On August 14, 1922, the Island of Palmyra Copra Company transferred all property in its possession to Ellen Fullard-Leo. (Enclosure (L)).

Substantiation of the original visit for annexation is contained in Enclosures (M) and (N).

As will be noted in Enclosures (O) and (P), the Territory of Hawaii has continued to collect taxes on Kingman Reef from Ellen and Leslie Fullard-Leo as the alleged owners of Palmyra Island and Kingman Reef since 1923, although Kingman Reef is not accepted as a part of the Territory of Hawaii. (Page 18 of Enclosure (A)).

5. It is understood that Mr. L. Fullard-Leo is preparing to submit a claim for ownership to Kingman Reef in the near future, based upon the original claim of the Island of Palmyra Copra Company, which was financed largely by himself and his wife.

O. C. [illegible]

| | | |
|---|---|---|
| 00 | Comdt. | [initials] |
| 01 | C. of Staff | [initials] |
| 11 | Capt. Yd. | |
| 12 | Aide for Op. & Per. | |
| 16 | Intel. Off. | [initials] |
| 18 | Ins. N. Res. | |
| 19 | Comm. Off. | |
| 20 | D. C. Off. | |
| 28 | R. M. Off. | |
| 40 | Sup. Off. | |
| 41 | Disb. Off. | |
| 42 | Acct. Off. | |
| 48 | Com. Store | |
| 50 | Mgr. Yd. | |
| 60 | R. Ship | |
| 68 | Mor. Off. | |
| 69 | Chaplain | |
| 75 | Med. Off. Yd. | |
| 76 | C.O. N.H. | |
| 80 | P.W. Off. | |
| 86 | C.O. M.B. | |
| 90 | Ins. Ord. | |
| | Aide | |
| | D. Med. Officer | |
| | Leg. Off. | |
| | Plan. Off. | |
| | Prod. Off. | |
| | War Plans | |



INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

ISLAND OF PALMYRA COPRA COMPANY

315 Hawaiian Trust Building,
HONOLULU, T. H.,

May 3rd 1922.

Mr. Lorrin A. Thurston,
Honolulu, T.H.

Dear Sir,

As an agent of the Island of Palmyra Copra Co., Ltd., a corporation under the laws of the Territory of Hawaii, you are hereby commissioned to leave on the Company's motor-ship "Palmyra" on or about the 4th May 1922 and proceed to a certain group of coral atolls charted as "Kingman's Reef" situated approximately in longtitude 162. West and in latitude 6 North, not having been claimed by any other government or people, and take formal possession of the same on behalf of the United States of America, and claim the same for this Company.

L. Fullard-Leo President.

E. Fullard-Leo Secretary-Treasurer.

(F)

# ISLAND OF PALMYRA COPRA COMPANY

PLANTATIONS: ISLAND OF PALMYRA, FANNING ARCHIPELAGO

OFFICES AND BUSINESS ADDRESS: HONOLULU, T. H.

[illegible handwritten notation]

315 Hawaiian Trust Building,
HONOLULU, T. H.

BE IT KNOWN TO ALL PEOPLE—

that on the 10th day of May A.D. 1922, the undersigned, agent of the ISLAND OF PALMYRA COPRA CO., LT (an Hawaiian Corporation), landed from the motor-ship "Palmyra" doth, on this 22 day of [illegible] 1922 take formal possession of said Island [illegible] "[illegible] Reef" situated in Longitude 162 [illegible] Latitude 6 23 [illegible] United States Of America, and claim [illegible]

[illegible signature]

[illegible] ISLAND OF PALMYRA [illegible]

Witnesses

Capt. [illegible signature]

John L. Padgett [signature]

[illegible signature]

Theodore T. [illegible] [signature]

M. Vasconcellos [signature]

(G)

[illegible] CERTIFICAT[illegible] OF ANNEXATION BY L. A. THURSTON [illegible]

I hereby certify that the foregoing is a correct [illegible] certificate of possession of "Kingmans Reef" the original of which is deposited in a glass jar on the island of the Easterly [illegible] the reef, together with a copy of the Honolulu Star Bulletin of May 5 and Honolulu Advertiser of May 4, and an American flag which had first been hoisted on a pole on the island at the time of making the proclamation of possession, which, with the statement of procedure is on the back of this certificate.

Statement of Procedure upon the annexation of "Kingmans Reef" to the United States of America, by and on behalf of the Island of Palmyra Copra Company, Ltd., a Hawaiian Corporation, as an agent of said company to procede on the company's motor-ship Palmyra to proceed to "Kingmans Reef" and take possession of the same on behalf of the United States of America, and claim the same as the property of said company.

In accordance with said instructions I left Honolulu, on the "Palmyra" 22 tons displacement on May 4. Pleasant trade wind weather. Entire distance to Kingman approximately 930 miles from Honolulu.

May 9. At 12:45 P.M. sighted the breakers and shortly afterwards the island at the East end of the reef. Weather cloudy, cleared at noon. Ship ran along southeast and south side troling for fish, for about 5 miles breakers or shoal continuously along edge of interior lagoon across which at a distance of about two miles, the surf could be seen breaking heavily. Anchored in 5 fathoms and fished until 4 o'clock. Fish plentiful. At 4:00 P.M. hoisted anchor and proceeded west, looking for opening into lagoon. Heavy rain squall shut out vision and anchored in 4 fathoms on south side of reef. Rain continued with light northeast trade wind. All hands turned in. Current running about 2 to 3 knots an hour to northwest. At 11:00 P.M. discovered anchor rope had parted- cut by the coral, and ship drifting northwest at right angles to the wind. Dropped 2nd anchor in 14 fathoms of water and spent night there.

May 10. Rainy, cleared at [illegible] A.M. [illegible] we had drifted northwest across the barrier reef on south side [illegible] lagoon [illegible] at anchor in the lagoon, about a mile from [illegible] to reef. [illegible] A. M. raised anchor and proceeded [illegible] lagoon-breakers north side and shore water south side [illegible] sighted island and surf ahead. Ran to within about 700 to 800 [illegible] island. Landed 300 feet from inner edge of reef- 46 fathoms. [illegible] visible immediately along side reef. Perfectly smooth up to [illegible] to reef, not a ripple even.

9:15 A.M. The six whitemen, Capt. Lemmel, Mate Padgett and four of our party landed. Interval of about [illegible] feet of shoal between lagoon and island, partly awash, with water averaging 18 inches-holes up to six feet deep. Very rough walking over wonderful growth of living oral of many species, brilliant lined anemones up to a foot in diameter of many hues and a mass of giant clams (tridacna) up to 8 inches in diameter, all opening upward, the animal being of brilliant blues, purples and greens.

July Fifteenth 1922.

Hon. Charles E. Hughes,

Secretary of State,

WASHINGTON, D.C.

Dear Sir,

This serves to advise you that it has been the good fortune of this Company to annex, on May 10th 1922, in the name of the United States of America, and for its own use, an atoll island charted as "Kingman's Reef" but never before claimed.

Herewith please find copy of certificate of possession and report by Mr. Lorrin A. Thurston, publisher of the "Honolulu Advertiser" who attended to the necessary formalities for the company, as well as newspaper reports covering the matter.

According to the United States Attorney here, this notification is all that is necessary in addition to listing the same in our local tax returns, as the Palmyra Islands are a part of the county of Honolulu.

Hoping that this is sufficient evidence and that the same will be recorded and due credit given this Company and Territory, I have the honor to remain, Sir,

Faithfully yours,

E. Fullard-Leo Secretary-Treasurer,

THE ISLAND OF PALMYRA COPRA COMPANY LTD.

August [illegible] 1922.

The Honorable Charles E. Hughes,

Secretary of State,

Washington, D.C.

Dear Sir,

As result of our letter, dated [illegible] to the State Department and dealing [illegible] of the [illegible] has not been [illegible], we [illegible].

[illegible]

[illegible]

We have the honour to be, Sir,

Yours faithfully,

THE [illegible] CO., LTD.

August 29th 1922.

Honorable Charles E. Hughes, [illegible]

Secretary of State [illegible]

[illegible]

[illegible] your letter dated July [illegible] [illegible] [illegible] dealing with the [illegible] has not been [illegible] [illegible]

[illegible]

HAWAII'S MORNING NEWSPAPER--364 MORNINGS EACH YEAR
---Since 1856---

The Honolulu Advertiser

Honolulu, Hawaii

July 9, 1926.

The Archives Commission
Territory of Hawaii

Gentlemen:

In May 1922 on behalf of the Palmyra Copra Company, Limited, an Hawaiian Corporation, I visited and annexed Kingman Island and Reef, 33 miles or so from Palmyra. In accordance with law, a proclamation of annexation was read on the island; an American flag hoisted and the flag and a copy of the proclamation enclosed in a glass jar and buried in a rocky cairn built on the island.

In November, 1924, W.G. Anderson and others visited the island; inspected the record and flag and left a record of what they saw and did, which record was also enclosed in a glass bottle, which was also enclosed in said rocky cairn.

I have just visited Kingman Island again, June 1926, as a guest on the U.S.S. Whippoorwill, captain, Lieut. Poland, U.S.N., and examined said records. I found that the iron screw top of the glass jar containing the record, had rusted off; the cork partially rotted; some water in the jar and the record and flag both seriously affected by the water.

It was evident that unless a radical change was promptly made in the protection of the flag and record, they would at an early date disentegrate or otherwise become valueless.

I therefore removed them, and also the record left by Lt. W.G. Anderson, for deposit with your commission, for the benefit of whom it may concern.

This was done in the presence of Captain Poland and he signed a certificate of what happened, which certificate was enclosed in a bottle and left in said cairn on said Kingman Island.

A copy of said certificate is enclosed herewith, also the said original record of said annexation, and said American flag and said record by said W.G. Anderson, which I respectfully request may be placed ~~onxfile~~ and kep on file in your office in Honolulu, subject to the order of the owner of said Kingman Island, or of the United States Government. I understand the present owner of said Kingman Island to be the Mrs. E. Fullard Leo of Honolulu, the successor of said Palmyra Company, Limited.

I remain

Very truly yours,

Lorrin A. Thurston.

DUPLICATE FROM FILES OF PUBLIC ARCHIVES OF HAWAII, Honolulu, T.H.

ENC(M)

WHEREAS The Island of Palmyra Copra Co., Ltd., of Honolulu, T.H. did on the 10th of May 1922 take possession of Kingman Island, situated in 6.23 North latitude, and 162.18 West Longitude and basing its claim on discovery and occupation - the said island not being previously claimed for any country or person, and -

WHEREAS the Island of Palmyra Copra Co., Ltd., is indebted to E. Fullard-Leo for cash loans in excess of three thousand dollars, and having no asset with which to liquidate this particular debt, now therefore biet -

RESOLVED that the Island of Palmyra Copra Co., Ltd., relinquish all rights of whatsoever nature in and to the premises above described, in favor of Ellen Fullard-Leo for a nominal consideration of one dollar.

presented by (signed) F.E. WHITE

Introduced at Shareholders' Meeting,
Honolulu, T.H. August 14th 1922

CERTOFIED TO BE A TRUE COPY.

(signed) E. FULLARD-Leo

(T)

(T.H. SEAL)

TERRITORY OF HAWAII
BOARD OF COMMISSIONERS OF PUBLIC ARCHIVES
HONOLULU

July 24, 1926

L.A. Thurston, Esq.,
Honolulu, T.H.
Dear Mr. Thurston:

This acknowledges receipt this day of two glass containers - a fruit jar and a beer bottle - received from you, with letter dated July 9, 1926 (Honolulu), the latter letter stating that they contain records of the annexation of Kingman's Reef (Island), in 1922 and 1924, by L.A. Thurston and W.G. Anderson, respectively, and further stating that both containers are deposited with the Archives of Hawaii Commission, as objects of record, relative to the formal annexation of Kingman's Reef (Island) to the United States of America.

I beg to state that the jars, with their contents, the large fruit jar containing an American Flag and papers, and the beer bottle with its record (the former in a serious state owing to the cork having rotted and permitted water to enter), have been entered on our receiving record books, together with your letter of July 9, 1926, and they now form an official part of our Archives of Hawaii.

Subject, however, as per provisions in the last paragraph of your letter, page 2, that they are "subject to the order of the owner of said Kingman Island, or of the United States Government. I understand the present owner of said Kingman Island to be Mrs. E. Fullard- Leo, of said Palmyra Company, Limited."

I beg to thank you for depositing these valuable relics with the Government of the Territory of Hawaii, U.S.A.

Very truly yours,

A.P. Taylor,
Librarian.

ENC (N)

COPY

Book 97 - Page 66.

Henry Kahaawinui of Honolulu, the late husband of Kalama, late deceased intestate, who was the widow of Johnson Beswick Wilkinson late of Auckland, New Zealand, deceased, and J. Kaikala, brother of said Kalama, gives, grants, bargains, sells and conveys to W.L. Wilcox all right and title as heirs at law of the said Kalama, the Island of Palmyra, being the same premises that were devised to the said Kalama by Johnson Beswick Wilkinson by his last will which was admitted to probate before the Supreme Court of New Zealand on June 29, 1866. Deed dated June 13, 1885 and recorded June 15, 1885. Consideration $550.00.

Book 95 - Page 309

W.L. Wilcox of Honolulu gives, grants, bargains, sells and conveys to Pacific Navigation Company, all rights, title and interest in Island of Palmyra. Dated July 18, 1885 and recorded Aug. 27, 1885.
Consideration $1.00 etc.

Book 104 - Page 492

William F. Allen, Trustee under certain deed of trust made by the Pacific Navigation Company, hereby gives, grants, bargains, sells and conveys to William A. Kinney the right, title and interest of the P.N. Co. in and to Island Palmyra. Dated Jan. 11th, 1888 and recorded Jan. 13, 1888. Consideration $750.00.

Book 122 - Page 291

W.A. Kinney of Honolulu, remises, releases and quit claims to W.F. Wundenberg - Palmyra Island on March 3, 1890 and recorded April 4, 1890.
Consideration $500.00.

Book 348 - Page 222

Elsie M. Wundenberg, widow of F.W. Wunderberg - deeded to Henry E. Cooper, Palmyra Island on June 21, 1911.
Consideration $750.00.

ENC (Q)

Land Court Title No. 223 - (Original 444 - Blk 5 - (Page -173- 10/4/12
Inst. 9756 - Bk 98 - Page 225 - 10/8/1930.

| Year | Owner | | Key | | | Land Value | Impt. Value |
|---|---|---|---|---|---|---|---|
| 1922 | H.E. Cooper | Hon. | B-1-P-81 | Palmyra | Island | 5000 | |
| 1913 | " | | B-1-P-337 | " | " | 2500 | |
| 1914 | " | | "-1-"-302 | " | " | 2500 | |
| 1915 | " | | " 1 " 90 | " | " | 2500 | |
| 1916 | " | | " 1 " 400 | " | " | 5000 | |
| 1917 | " | | " 1 " 358 | " | " | 2500 | |
| 1918 | " | Ewa | B-1-P- 39 | " | " | 2500 | |
| 1919 | " | " | " 1-"- 39 | " | " | 2500 | |
| 1920 | " | " | " 1-"-39 | " | " | 2500 | |
| 1921 | " | " | " 1-"- 39 | " | " | 2500 | |
| 1922 | " | " | " 1-"- 39 | " | " | 10000 | |

Sold to Ellen & Leslie Fullard - Leo.Erec. 8/19/22 8/26/22 Doc. 3501.
Except 1 & 2 Home Islands

| Year | Owner | | Key | | | | Land Value | Impt. Value |
|---|---|---|---|---|---|---|---|---|
| 1923 | H.E. Cooper | Hon. | 13-E-P-55 | Home | Islands | 1& 2 | 600 | 100 |
| 1924 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1925 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1926 | " | " | 13-D-P-18 | " | " | " " " | 600 | 100 |
| 1927 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1928 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1929 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1930 | " | " | " " " " | " | " | " " | 600 | 100 |
| 1931 | " | " | 13-E-1-P-88 | " | " | " " | 600 | 100 |
| 1932 | " | " | " " " " " | " | " | " " | 480 | 100 |
| 1933 | Est. of " | " | 2-1-1-7-Spec. | " | " | " " | 480 | 100 |
| 1934 | " | " | " " " " " | " | " | " " | 480 | 100 |
| 1935 | Alfred D. Cooper | et al | 3-9-1-39 | " | " | " " | 480 | 100 |
| 1936 | " " | " | " " " " " " | " | " | " " | 480 | 100 |
| 1937 | " " | " | " " " " " " | " | " | " " | 480 | 100 |

Elsie M. Wundenberg Sold to Henry E. Cooper
June 21st, 1911 - Liben 348 - Page 222.

Land Court Title Approved July 6th, 1923.

ENC (R) (1)
Two

KRE 001376

Pan. Land Court Title 223.
(Inst. 2116 - Bk 22 - Page 65.)

| Year | Owner | | | | Key | Location | | Land Value | Impt Value |
|---|---|---|---|---|---|---|---|---|---|
| 1923 | Ellen & | Leslie | Fullard | Leo | B-1-P-39 | Palmyra | Island ✓ | 5000 | |
| 24 | " | " | " | " | " 1 " 59 | " | " Kingman | 5000 | |
| 25 | " | " | " | " | " 1-" 24K | " | " Reef. | 5000 | |
| 26 | " | " | " | " | " 1-" 24K | " | " | 5000 | |
| 27 | " | " | " | " | F/B-13D-17 | " | " | 5000 | |
| 28 | " | " | " | " | " " " | " | " | 5000 | |
| 29 | " | " | " | " | " " " | " | " | 2500 | |
| 30 | " | " | " | " | " " "" | " | " | 2500 | |
| 31 | " | " | " | " | F/B13E-1/87 | " | " | 2500 | |
| 32 | " | " | " | " | " " " | " | " | 2500 | |
| 33 | " | " | " | " | 2-1-1-08-Spec | " | " | 2000 | |
| 34 | " | " | " | " | " " " " "" | " | " | 2000 | |
| 35 | " | " | " | " | 3-9-1-38 | " | " | 2000 | |
| 36 | " | " | " | " | " " " " | " | " | 2000 | |
| 37 | " | " | " | " | " " " " | " | " | 2000 | |

Brt. from H.E. Cooper 8-/26/1922

(R) ②

KRE 001377