# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,** | * | |
| **Plaintiffs,** | * | **No. 06-828L** |
| **v.** | * | **Filed: April 26, 2007** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * | | |

**O R D E R**

The court held a status conference in the above-captioned case on April 26, 2007, with the parties appearing by telephone. For the reasons discussed during the April 26, 2007 status conference, the clerk's office shall **STRIKE** docket document nos. 18-27 as defective. On or before **Friday, May 4, 2007**, plaintiffs shall file a corrected response to defendant's motion to dismiss, with supporting materials, as well a single, corrected, courtesy, hard copy of the submission, with supporting materials, directly with chambers. Use dividers on the courtesy copy for chambers. Supporting declarations and exhibits to the plaintiffs' response should not be filed separately, but as attachments to the response. Ensure documents are legible, not missing, and not duplicates. Use a complete electronic signature when appropriate. On or before **Friday, May 11, 2007**, defendant shall file its reply brief. All briefs are to cite specifically to the joint stipulation of facts, by page and paragraph number, as well as to any other supporting documents in the record.

Also as discussed with the parties, the court **SCHEDULES** oral argument on the defendant's motion to dismiss for **Tuesday, June 26, 2007, at 2:00 p.m.**, in a courtroom to be identified in Seattle, Washington. The parties will be advised in a subsequent order of the courtroom's location. The parties shall appear in person for the oral argument, and be prepared to address all issues.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**