# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 06-828L**
**Filed: April 30, 2007**

**O R D E R**

The missing courtesy copy of the plaintiff's response to the defendant's motion to dismiss finally was located in the clerk's office, however, it contained many of the same defects found in the electronic filing and discussed at the status conference on April 26, 2007 (including, for example, no signature on the declaration, unreadable pages, and the hard copy did not contain the declarations of Peter Savio, Ainsley Fullard-Leo, and Dudley Fullard-Leo, which apparently are being filed in support of the plaintiff's response). Therefore, as previously directed, on or before **Friday, May 4, 2007**, plaintiffs shall file a corrected response to defendant's motion to dismiss, with supporting materials, as well a single, corrected, courtesy, hard copy of the submission, with supporting materials, directly with chambers. On or before **Friday, May 11, 2007**, defendant shall file its reply brief. All briefs are to cite specifically to the joint stipulation of facts, by page and paragraph number, as well as to any other supporting documents in the record, also by page number.

As also discussed, the court **SCHEDULES** oral argument on the defendant's motion to dismiss for **Tuesday, June 26, 2007, at 12:00 p.m.** Due to courtroom availability, the oral argument will commence at **12:00 p.m.** instead of 2:00 p.m. as previously discussed, in the Fourth Floor Courtroom of the United States Court of Appeals for the Ninth Circuit, 1200 Sixth Avenue, Seattle, Washington 98101. The parties shall appear in person for the oral argument, and shall be prepared to address all issues.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**