IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | ) **No. 06-828L** |
| **Plaintiffs,** | ) **Judge Marian Blank Horn** |
| **v.** | ) |
| **THE UNITED STATES OF AMERICA; Defendant.** | ) |

# CORRECTED DECLARATION OF CHRISTIAN P. PORTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(1)

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

# DECLARATION OF CHRISTIAN P. PORTER

I, Christian P. Porter, hereby declare as follows:

1. I am one of the attorneys of record for plaintiffs KINGMAN REEF ATOLL INVESTMENTS, L.L.C., and KINGMAN REEF ATOLL DEVELOPMENT, L.L.C., ("plaintiffs"). herein, and as such, have personal knowledge of and am competent to testify as to the facts as stated herein. I make this declaration in support of plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from T.L. Gatch to The Commandant, Fourteenth Naval District, dated February 11, 1938, with attachments. The following documents, identified by Bates Numbers, as originally submitted, were illegible, and are here replaced with better copies, as follows:

a. For the document Bates labeled KRE 001366, I have found a more legible un-Bates labeled copy and placed it immediately following said document.

b. For the document Bates labeled KRE 001367, I have found a more legible un-Bates labeled copy and placed it immediately following said document.

c. For the document Bates labeled KRE 001368, I have found a more legible un-Bates labeled copy and placed it immediately following said document.

d. For the document Bates labeled KRE 001369, I have found a more legible un-Bates labeled copy and placed it immediately following said document.

e. For the document Bates labeled KRE 001370 and 1371 (of which were identical documents), I have found a more legible un-Bates labeled copy

and placed it immediately following said documents.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter from the Executive Office of the President to The Secretary of the Navy dated February 7, 1941.

4. Attached hereto as Exhibit "C" is a true and correct copy of a memorandum from the Chief of Naval Operations to the Judge Advocate General, dated March 15, 1941.

5. Attached hereto as Exhibit "D" is a true and correct copy of an email from Mike Kilian to Steve Dong and Dennis Pacht, dated October 6, 1999.

6. Attached hereto as Exhibit "E" is a true and correct copy of a memorandum by J.P. Weise regarding Defensive Sea Areas and Airspace Reservations, dated July 7, 1987.

7. Attached hereto as Exhibit "F" is a true and correct copy a letter from Robert P. Smith to Peter Savio dated September 5, 1991.

8. Attached hereto as Exhibit "G" is a true and correct copy a memorandum from Acting Chief, Entry and Carrier Rulings Branch to Port Director at U.S. Customs, dated November 7, 1996.

9. Attached hereto as Exhibit "H" is a true and correct copy of a letter from T.E. Manase Mansur to Peter Savio, dated August 12, 1997.

10. Attached hereto as Exhibit "I" is a true and correct copy of excerpts of the deposition testimony of Charles Cook, taken in the matter *of Kingman Reef Atoll Investments L.L.C., et al. v. The United States of America et al.*, Case No. CV05-00151 JMS/BMK on March 26, 2007, pp. 92-94.

11. Attached hereto as Exhibit "J" is a true and correct copy of the Affidavit of Frank Sorba in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss or for Summary

Judgment; Certificate of Service, filed on March 7, 2002.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, this 2nd day of May 2007.

s/ Christian P. Porter
CHRISTIAN P. PORTER
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com