# Exhibit "A"

IN REPLY ADDRESS
THE JUDGE ADVOCATE GENERAL OF THE NAVY
AND REFER TO NO.
QG(Kingman Reef)/A9-10(371015)

Comdt
Chief ... 
... 

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
WASHINGTON, D. C.

FEB 11 1938

From: The Judge Advocate General of the Navy.
To : The Commandant, Fourteenth Naval District.

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

Reference: (a) Comdt. ltr of Dec. 6, 1937, to JAG.

1. Receipt is acknowledged of the above-mentioned reference. The information contained therein will be placed on file for future reference in the event a claim is made for ownership by private parties. No such claim has been filed with the Navy Department to date.

T. L. Gatch
Assistant Judge Advocate General of the Navy.

ND14/EG61/A17 JBD/[illegible]

| | |
|---|---|
| 00 | Comdt. |
| 01 | C. of Staff |
| 11 | Capt. Yd. |
| 12 | Aide for Op. & Per. |
| 16 | Intel. Off. |
| 18 | Ins. N. Res. |
| 19 | Comm. Off. |
| 20 | D. C. Offi. |
| 28 | R. M. Offi. |
| 40 | Sup. Offi. |
| 41 | Disb. Offi. |
| 42 | Acct. Offi. |
| 48 | Com. Store |
| 50 | Mgr. Yd. |
| 60 | R. Ship |
| 68 | Mor. Off. |
| 69 | Chaplain |
| 75 | Med. Off. Yd. |
| 76 | C.O. N. H. |
| 80 | P. W. Offi. |
| 86 | C.O. M. B. |
| 90 | Ins. Ord. |
| | D. C. M. Officer |
| | [illegible] |
| | Plans Off. |
| | [illegible] |
| | War Plans |

DEC 6 1937

From: Commandant, Fourteenth Naval District.
To : The Judge Advocate General of the Navy.

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

Reference: (a) Judge Advocate General's letter QQ(Kingman Reef) A9-10 (371015) W dated 15 October 1937.

Enclosures: (A) Pamphlet "How the Territory of Hawaii Grew and What Domain it Covers".
(B) Photostatic copy of Original Certificate of Title No. 444 dated Oct. 4, 1912.
(C) Photostatic copy of Transfer Certificate of Title No. 2116 dated Oct. 4, 1912.
(D) Photostatic copy of Transfer Certificate of Title No. 9756 dated Oct. 8, 1930.
(E) Blueprint of Map 2 of Land Court Application No. 223, Territory of Hawaii, dated Nov. 2, 1937.
(F) Photostatic copy of Commission to Mr. Lorrin A. Thurston from Island of Palmyra Copra Co. to annex "Kingman's Reef" for the United States and to claim same for above company, dated May 3, 1922.
(G) Photostatic copy of Proclamation of Annexation of Kingman's Reef and claim for the Island of Palmyra Copra Co. by Lorrin A. Thurston.
(H) Photostatic copy of Certification of Annexation of Kingman's Reef in the name of the United States and in behalf of the interests of the Island of Palmyra Copra Co., Ltd., dated May 10, 1922.
(I) Photostatic copy of letter to the Secretary of State, Washington, D.C., from Secretary-Treasurer, The Island of Palmyra Copra Co., Ltd., dated July 15, 1922.
(J) Photostatic copy of letter to the Secretary of State, Washington, D.C., from Secretary-Treasurer, The Island of Palmyra Copra Co., Ltd., dated Aug. 24, 1922.
(K) Photostatic copy of letter to The Island of Palmyra Co. from the Second Asst. Secretary of State, Washington, D.C., dated Sept. 26, 1922.
(L) Certified copy of Transfer of Property of Island of Palmyra Copra Co. to Ellen Fullard-Leo, dated Aug. 11, 1922.
(M) Copy of letter from Mr. Lorrin A. Thurston to the Archives Commission, Territory of Hawaii, dated July

INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

ND14/EG61/A17

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9, 1926.
(N) Copy of letter from Board of Commissioners of Public Archives, Territory of Hawaii, to L.A. Thurston, Esq., dated July 24, 1926.
(O) Certificate of Tax Values and Taxes Due, Palmyra Island and Kingman's Reef, owned by Ellen and Leslie Fullard-Leo, dated Aug. 14, 1922.
(P) Certificate of Tax Values and Taxes Due, Palmyra Island, owned by Alfred Dykes Cooper et al, dated Nov. 30, 1937.
(Q) Extracts from records of Land Office, Territory of Hawaii, relative to ownership of Palmyra Island.
(R) Copy of record of Land Court Title No. 223, from 1912 to 1937.

1. In reference (a) the Judge Advocate General requested information as to the private ownership of or interest in Kingman Reef and Palmyra Island as disclosed by the records of the Fourteenth Naval District, and further requested that the Commandant forward such information or copies of papers or documents bearing thereon as may be available.

2. Copies of such papers and documents are forwarded herewith as enclosures (A) to (R), inclusive, of this letter.

3. Pages 23-25, inclusive, of Enclosure (A) contain a brief but accurate history of Palmyra Island and according to the records of the Land Court of the Territory of Hawaii, the ownership of Palmyra Island, with the exception of two islets, numbers One and Two, known as "Home Islets", Land Court Map No. 223, is vested in Mr. and Mrs. Fullard-Leo of Honolulu. The two excepted islets, numbers One and Two, are owned by the heirs of the late Henry E. Cooper, former owner of Palmyra Island complete.

4. The history of Kingman Reef is given briefly as follows:

On May 3, 1922, the Island of Palmyra Copra Company, of which Mr. L. Fullard-Leo was President and his wife, Ellen Fullard-Leo, was Secretary-Treasurer, commissioned Mr. Lorrin A. Thurston of Honolulu to take possession of Kingman Reef on behalf of the United States and to claim same for the above mentioned company. (Enclosure (F)).

| | |
|---|---|
| 00 | Comdt. |
| 01 | C of Staff |
| 11 | Capt. Yd. |
| 12 | Aide for Op. & Per. |
| 16 | Intel. Off. |
| 18 | Ins. N. Res. |
| 19 | Comm. Off. |
| 20 | D. C. Off. |
| 28 | R. M. Off. |
| 40 | Sup. Off. |
| 41 | Disb. Off. |
| 42 | Acct. Off. |
| 48 | Com Store |
| 50 | Mgr. Yd. |
| 60 | R. Ship |
| 68 | Mor. Off. |
| 69 | Chaplain |
| 75 | Med. Off. Yd. |
| 76 | C.O. N. H. |
| 80 | P. W. Off. |
| 88 | C.G.M.B. |
| [illegible] | [illegible] |
| | Aide [illegible] |
| | D[illegible] Officer |
| | Leg. Off. |
| | Plan. Off. |
| | Prod. Off. |
| | War Plans |



INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

*Palmyra 80*

ND14/EG61/A17 *Dec 6, 1937*

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean – Private Ownership.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mr. Thurston landed on Kingman Reef on May 10, 1922 and carried out this commission as will be noted in Enclosures (G) and (H). Two letters were forwarded by the Island of Palmyra Copra Company to the Secretary of State, Washington, D.C., informing him of the company's action with reference to Kingman Reef. (Enclosures (I) and (J)). Receipt of these letters was acknowledged by the Secretary of State but no mention was made of the company's claim to Kingman Reef for its own use (Enclosure (K)).

On August 11, 1922, the Island of Palmyra Copra Company transferred all property in its possession to Ellen Fullard-Leo. (Enclosure (L)).

Substantiation of the original visit for annexation is contained in Enclosures (M) and (N).

As will be noted in Enclosures (O) and (P), the Territory of Hawaii has continued to collect taxes on Kingman Reef from Ellen and Leslie Fullard-Leo as the alleged owners of Palmyra Island and Kingman Reef since 1923, although Kingman Reef is not accepted as a part of the Territory of Hawaii. (Page 18 of Enclosure (A)).

3. It is understood that Mr. L. Fullard-Leo is preparing to submit a claim for ownership to Kingman Reef in the near future, based upon the original claim of the Island of Palmyra Copra Company, which was financed largely by himself and his wife.

C. C. [redacted]

| | | |
|---|---|---|
| 00 | Comdt. | |
| 01 | C. of Staff | *[initials]* |
| 11 | Capt. Yd. | |
| 12 | Aide for Op. & Per. | |
| 16 | Intel. Off. | *[initials]* |
| 18 | Ins. N. Res. | |
| 19 | Comm. Off. | |
| 20 | D. C. Off. | |
| 28 | R. M. Off. | |
| 40 | Sup. Off. | |
| 41 | Disb. Off. | |
| 42 | Acct. Off. | |
| 48 | Com Store | |
| 50 | Mgr. Yd. | |
| 60 | R. Ship | |
| 68 | Mor. Off. | |
| 69 | Chaplain | |
| 75 | Med. Off. Yd. | |
| 78 | C.O. N.H. | |
| 80 | P.W.O. | |
| 86 | C.O. M.B. | |
| 90 | Ins. Ord. | |
| | Aide | |
| | D. Med. Officer | |
| | Legal Off. | |
| | Plan. Off. | |
| | Prov. Off. | |
| | War Plans | |



INITIALS APPEARING ON RIGHT HAND MARGIN INDICATE THE OFFICER SO INITIALING HAS READ AND APPROVED THIS CORRESPONDENCE.

ISLAND OF PALMYRA COPRA COMPANY

315 Hawaiian Trust Building,
HONOLULU, T. H.,

May 3rd 1922.

Mr. Lorrin A. Thurston,
Honolulu, T.H.

Dear Sir,

As an agent of the Island of Palmyra Copra Co., Ltd., a corporation under the laws of the Territory of Hawaii, you are hereby commissioned to leave on the Company's motor-ship "Palmyra" on or about the 4th May 1922 and proceed to a certain group of coral atolls charted as "Kingman's Reef" situated approximately in longitude 162. West and in latitude 6 North, not having been claimed by any other government or people, and take formal possession of the same on behalf of the United States of America, and claim the same for this Company.

L Fullard-Leo President.

[signature] Secretary-Treasurer.

(F)