ISLAND OF PALMYRA COPRA COMPANY

PLANTATIONS: ISLAND OF PALMYRA FANNING ARCHIPELAGO

OFFICES AND BUSINESS ADDRESS HONOLULU, T. H.

315 Hawaiian Trust Building,
HONOLULU, T. H.,

May 3rd 1922.

Mr. Lorrin A. Thurston,
Honolulu, T.H.

Dear Sir,

As an agent of the Island of Palmyra Copra Co., Ltd., a corporation under the laws of the Territory of Hawaii, you are hereby commissioned to leave on the Company's motor-ship "Palmyra" on or about the 4th May 1922 and proceed to a certain group of coral atolls charted as "Kingman's Reef" situated approximately in longtitude 162. West and in latitude 6 North, not having been claimed by any other government or people, and take formal possession of the same on behalf of the United States of America, and claim the same for this Company.

L Fullard-Leo President.

C Fullard-Leo Secretary-Treasurer.

EXHIBIT "2"

# ISLAND OF PALMYRA COPRA COMPANY

PLANTATIONS: ISLAND OF PALMYRA, FANNING ARCHIPELAGO

OFFICES AND BUSINESS ADDRESS: HONOLULU, T. H.

315 Hawaiian Trust Building,
HONOLULU, T. H.

[illegible handwritten notation]

BE IT KNOWN TO ALL PEOPLE —

that on the 10th day of May A.D. 1922, the undersigned, agent of the ISLAND OF PALMYRA COPRA CO., LTD. (an Hawaiian Corporation), landed from the motor-ship "Palmyra" [illegible], on this 10 day of May [illegible] take formal possession of this [illegible] situated in longitude 162 [illegible] latitude 6 23 [illegible] of America, and claim [illegible]

[signature]

[illegible] Island of Palmyra [illegible]

Witnesses.

Capt. [illegible signature]

John [illegible signature]

[illegible signature]

Theodore T. [illegible]

M. Vasconcellos.

(G)

# ISLAND OF PALMYRA COPRA COMPANY

HONOLULU, T. H.

216 Hawaiian Trust Building.

BE IT KNOWN TO ALL PERSONS -

that on the 10th day of May A.D. 1922, the undersigned, agent of the ISLAND OF PALMYRA COPRA CO., L? (an Hawaiian Corporation), landed from the motor-ship "Palmyra" doth, on this 10 day of May A.D. 1922 take formal possession of this Island called "Kingman's Reef" situated in Longitude 162.18 West and in Latitude 6.23 North, on behalf of the United States of America, and claim the same for said Company.

[signature], Agent,
The Island of Palmyra Copra Co., L?

Witnesses

[signatures]

EXHIBIT "3"

[illegible] CERTIFICA[illegible] OF ANNEXATION BY L. A. THURSTON [illegible]

I hereby certify that the foregoing is a correct copy of [illegible] certificate of possession of "Kingmans Reef" the original of which is deposited in a glass jar on the island of the Easterly [illegible] [illegible] reef, together with a copy of the Honolulu Star Bulletin of May 3 and Honolulu Advertiser of May 4, and an American flag which had first been hoisted on a pole on the island at the time of making the proclamation of possession, which, with the statement of procedure is on the back of this certificate.

Statement of Procedure upon the annexation of "Kingmans Reef" to the United States of America, by and on behalf of the Island of Palmyra Copra Company, Ltd., a Hawaiian Corporation, as an agent of said company to procede on the company's motor-ship Palmyra to proceed to "Kingmans Reef" and take possession of the same on behalf of the United States of America, and claim the same as the property of said company.

In accordance with said instructions I left Honolulu, on the "Palmyra" 22 tons displacemant on May 4. Pleasant trade wind weather. Entire distance to Kingman approximately 930 miles from Honolulu.

May 9. At 12:45 P.M. sighted the breakers and shortly afterwards the island at the East end of the reef. Weather cloudy, cleared at noon. Ship ran along southeast and south side troling for fish, for about 5 miles breakers or shoal continuously along edge of interior lagoon across which at a distance of about two miles, the surf could be seen breaking heavily. Anchored in 5 fathoms and fished until 4 o'clock. Fish plentiful. At 4:00 P.M. hoisted anchor and proceeded west, looking for opening into lagoon. Heavy rain squall shut out vision and anchored in 4 fathoms on south side of reef. Rain continued with light northeast trade wind. All hands turned in. Current running about 2 to 3 knots an hour to northwest. At 11:00 P.M. discovered anchor rope had parted- cut by the coral, and ship drifting northwest at right angles to the wind. Dropped 2nd anchor in 14 fathoms of water and spent night there.

May 10. Rainy, cleared at [illegible] A.M. Found we had drifted northwest across the barrier reef on south side [illegible] lagoon [illegible] at anchor in the lagoon, about a mile from [illegible] to reef. [illegible] A. M. raised anchor and proceeded [illegible] lagoon-breakers north side and shore water south side [illegible] island and surf ahead. Ran to within about 700 to 800 [illegible] Landed 300 feet from inner edge of reef- 46 fathoms. [illegible] visible immediately along side reef. Perfectly smooth up to [illegible] to reef, not a ripple even.

9:15 A.M. The six whitemen, Capt. Lemmel, Mate Padgett and four of our party landed. Interval of about [illegible] feet of shoal between lagoon and island, partly awash, with water averaging 18 inches-holes up to six feet deep. Very rough walking over wonderful growth of living oral of many species, brilliant lined anemones up to a foot in diameter of many hues and a mass of giant clams (tridacna) up to 8 inches in diameter, all opening upward, the animal being of brilliant blues, purples and greens.

KRE 001368

COPY OF CERTIFICATION OF ANNEXATION BY L. A. THURSTON-May 10, 1922

I hereby certify that the foregoing is a correct copy of the certificate of possession of "Kingmans Reef" the original of which is deposited in a glass jar on the island of the Easterly end of the reef, together with a copy of the Honolulu Star Bulletin of May 3 and Honolulu Advertiser of May 4, and an American flag which had first been hoisted on a pole on the island at the time of making the proclamation of possession, which, with the statement of procedure is on the back of this certificate.

Statement of Procedure upon the annexation of "Kingmans Reef" to the United States of America, by and on behalf of the Island of Palmyra Copra Company, Ltd., a Hawaiian Corporation, as an agent of said company to procede on the company's motor-ship Palmyra to proceed to "Kingmans Reef" and take possession of the same on behalf of the United States of America, and claim the same as the property of said company.

In accordance with said instructions I left Honolulu, on the "Palmyra" 28 tons displacement on May 4. Pleasant trade wind weather. Entire distance to Kingman approximately 930 miles from Honolulu.

May 9. At 12:45 P.M. sighted the breakers and shortly afterwards the island at the East end of the reef. Weather cloudy, cleared at noon. Ship ran along southeast and south side troling for fish, for about 5 miles breakers or shoal continuously along edge of interior lagoon across which at a distance of about two miles, the surf could be seen breaking heavily. Anchored in 5 fathoms and fished until 4 o'clock. Fish plentiful. At 4:00 P.M. hoisted anchor and proceeded west, looking for opening into lagoon. Heavy rain squall shut out vision and anchored in 4 fathoms on south side of reef. Rain continued with light northeast trade wind. All hands turned in. Current running about 2 to 3 knots an hour to. northwest. At 11:00 P.M. discovered anchor rope had parted- cut by the coral, and ship drifting northwest at right angles to the wind. Dropped 2nd anchor in 14 fathoms of water and spent night there.

May 10. Rainy, cleared at 8 A.M. Found we had drifted northwest across the barrier reef on south side of lagoon and were at anchor in the lagoon, about a mile from 2nd anchorage and close to reef. 8 A. M. raised anchor and proceeded eastward through lagoon-breakers north side and shore water south side--soon sighted island and surf ahead. Ran to within about 700 to 800 of island. Landed 300 feet from inner edge of reef- 46 fathoms. No bottom visible immediately along side reef. Perfectly smooth up to and onto reef, not a ripple even.

9:15 A.M. The six whitemen, Capt. Lemmel, Mate Padgett and four of our party landed. Interval of about 400 feet of shoal between lagoon and island, partly awash, with water averaging 18 inches-holes up to six feet deep. Very rough walking over wonderful growth of living oral of many species, brilliant lined anemones up to a foot in diameter of many hues and a mass of giant clams (tridacna) up to 8 inches in diameter, all opening upward, the animal being of brilliant blues, purples and greens.

9:45 A.M. arrived at island, estimated to be 5 feet to 6 feet above mean tide, 120 feet long northeast and southwest and