July Fifteenth 1922.

Hon. Charles E. Hughes,

Secretary of State,

WASHINGTON, D.C.

Dear Sir:

This serves to advise you that it has been the good fortune of this Company to annex, on May 10th 1922, in the name of the United States of America, and for its own use, an atoll island charted as "Kingman's Reef" but never before claimed.

Herewith please find copy of certificate of possession and report by Mr. Lorrin A. Thurston, publisher of the "Honolulu Advertiser" who attended to the necessary formalities for the Company, as well as newspaper reports covering the matter.

According to the United States Attorney here, this notification is all that is necessary in addition to listing the same in our local tax returns, as the Palmyra Islands are a part of the county of Honolulu.

Hoping that this is sufficient evidence and that the same will be recorded and due credit given this Company and Territory, I have the honor to remain, Sir,

Faithfully yours,

[signature] Secretary-Treasurer,

THE ISLAND OF PALMYRA COPRA COMPANY LTD.,

July Fifteenth 1922.

Hon. Charles E. Hughes,

Secretary of State,

WASHINGTON, D.C.

Dear Sir,

This serves to advise you that it has been the good fortune of this Company to annex, on May 10th 1922, in the name of the United States of America, and for its own use, an atoll island charted as "Kingman's Reef" but never before claimed.

Herewith please find copy of certificate of possession and report by Mr. Lorrin A. Thurston, publisher of the "Honolulu Advertiser" who attended to the necessary formalities for the Company, as well as newspaper reports covering the matter.

According to the United States Attorney here, this notification is all that is necessary in addition to listing the same in our local tax returns, as the Palmyra Islands are a part of the county of Honolulu.

Hoping that this is sufficient evidence and that the same will be recorded and due credit given this Company and Territory, I have the honor to remain, Sir,

Faithfully yours,

[signature] Secretary-Treasurer,

THE ISLAND OF PALMYRA COPRA COMPANY LTD.,

EXHIBIT 44

August [illegible] 1922.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]