ISLAND OF PALMYRA COPRA COMPANY

EASTERN ... SEP 14 1922 ... State

SOLICITOR'S OFFICE SEP 8 1922

HONOLULU, T. H.

August 24th, 1922.

The Honorable Charles E. Hughes,
Secretary of State,
WASHINGTON, D.C.

DIPLOMATIC BUREAU SEP 8 1922 DEPARTMENT OF STATE

INDEX BUREAU

Dear Sir,

As receipt of our letter, dated July fifteenth, to the State Department and dealing with the matter of the annexation of "Kingman's Reef" has not been acknowledged, we respectfully request that this be looked into.

Should it be found that the letter referred to has not been delivered to your Department, kindly advise us and duplicates will be sent.

We have the honor to remain, Sir,

Faithfully yours,

THE ISLAND OF PALMYRA COPRA CO., LTD.,

E. Fullard-Leo Secretary-Treasurer.

SEP 28 1922

HAWAII'S MORNING NEWSPAPER--364 MORNINGS EACH YEAR
---Since 1856---

The Honolulu Advertiser

Honolulu, Hawaii

July 9, 1926.

The Archives Commission
Territory of Hawaii

Gentlemen:

In May 1922 on behalf of the Palmyra Copra Company, Limited, an Hawaiian Corporation, I visited and annexed Kingman Island and Reef, 33 miles or so from Palmyra. In accordance with law, a proclamation of annexation was read on the island; an American flag hoisted and the flag and a copy of the proclamation enclosed in a glass jar and buried in a rocky cairn built on the island.

In November, 1924, W.G. Anderson and others visited the island; inspected the record and flag and left a record of what they saw and did, which record was also enclosed in a glass bottle, which was also enclosed in said rocky cairn.

I have just visited Kingman Island again, June 1926, as a guest on the U.S.S. Whippoorwill, captain, Lieut. Poland, U.S.N., and examined said records. I found that the iron screw top of the glass jar containing the record, had rusted off; the cork partially totted; some water in the jar and the record and flag both seriously affected by the water.

It was evident that unless a radical change was promptly made in the protection of the flag and record, they would at an early date disentegrate or otherwise become valueless.

I therefore removed them, and also the record left by Lt. W.G. Anderson, for deposit with your commission, for the benefit of whom it may concern.

This was done in the presence of Captain Poland and he signed a certificate of what happened, which certificate was enclosed in a bottle and left in said cairn on said Kingman Island.

A copy of said certificate is enclosed herewith, also the said original record of said annexation, and said American flag and said record by said W.G. Anderson, which I respectfully request may be placed ~~on file~~ and kep on file in your office in Honolulu, subject to the order of the owner of said Kingman Island, or of the United States Government. I understand the present owner of said Kingman Island to be the Mrs. E. Fullard Leo of Honolulu, the successor of said Palmyra Company, Limited.

I remain

Very truly yours,

Lorrin A. Thurston.

DUPLICATE FROM FILES OF PUBLIC ARCHIVES OF HAWAII, Honolulu, T.H.

ENC (M)

WHEREAS The Island of Palmyra Copra Co., Ltd., of Honolulu, T.H. did on the 10th of May 1922 take possession of Kingman Island, situated in 6.23 North latitude, and 162.18 West Longitude and basing its claim on discovery and occupation - the said island not being previously claimed for any country or person, and -

WHEREAS the Island of Palmyra Copra Co., Ltd., is indebted to E. Fullard-Leo for cash loans in excess of three thousand dollars, and having no asset with which to liquidate this particular debt, now therefore biet -

RESOLVED that the Island of Palmyra Copra Co., Ltd., relinquish all rights of whatsoever nature in and to the premises above described, in favor of Ellen Fullard-Leo for a nominal consideration of one dollar.

presented by (signed) F.E. WHITE

Introduced at Shareholders' Meeting,
Honolulu, T.H. August 14th 1922

CERTOFIED TO BE A TRUE COPY.

(signed) E. FULLARD-Leo

(T)

(T.H. SEAL)

TERRITORY OF HAWAII
BOARD OF COMMISSIONERS OF PUBLIC ARCHIVES
HONOLULU

July 24, 1926

L.A. Thurston, Esq.,
Honolulu, T.H.
Dear Mr. Thurston:

This acknowledges receipt this day of two glass containers - a fruit jar and a beer bottle - received from you, with letter dated July 9, 1926 (Honolulu), the latter letter stating that they contain records of the annexation of Kingman's Reef (Island), in 1922 and 1924, by L.A. Thurston and W.G. Anderson, respectively, and further stating that both containers are deposited with the Archives of Hawaii Commission, as objects of record, relative to the formal annexation of Kingman's Reef (Island) to the United States of America.

I beg to state that the jars, with their contents, the large fruit jar containing an American Flag and papers, and the beer bottle with its record (the former in a serious state owing to the cork having rotted and permitted water to enter), have been entered on our receiving record books, together with your letter of July 9, 1926, and they now form an official part of our Archives of Hawaii.

Subject, however, as per provisions in the last paragraph of your letter, page 2, that they are "subject to the order of the owner of said Kingman Island, or of the United States Government. I understand the present owner of said Kingman Island to be Mrs. E. Fullard- Leo, of said Palmyra Company, Limited."

I beg to thank you for depositing these valuable relics with the Government of the Territory of Hawaii, U.S.A.

Very truly yours,

A.P. Taylor,
Librarian.

ENC (N)

COPY

Book 97 - Page 66.

Henry Kahaawinui of Honolulu, the late husband of Kalama, late deceased intestate, who was the widow of Johnson Beswick Wilkinson late of Auckland, New Zealand, deceased, and J. Kaikala, brother of said Kalama, gives, grants, bargains, sells and conveys to W.L. Wilcox all right and title as heirs at law of the said Kalama, the Island of Palmyra, being the same premises that were devised to the said Kalama by Johnson Beswick Wilkinson by his last will which was admitted to probate before the Supreme Court of New Zealand on June 29, 1866. Deed dated June 13, 1885 and recorded June 15, 1885. Consideration $550.00.

Book 95 - Page 309

W.L. Wilcox of Honolulu gives, grants, bargains, sells and conveys to Pacific Navigation Company, all rights, title and interest in Island of Palmyra. Dated July 18, 1885 and recorded Aug. 27, 1885. Consideration $1.00 etc.

Book 104 - Page 492

William F. Allen, Trustee under certain deed of trust made by the Pacific Navigation Company, hereby gives, grants, bargains, sells and conveys to William A. Kinney the right, title and interest of the P.N. Co. in and to Island Palmyra. Dated Jan. 11th, 1888 and recorded Jan. 13, 1888. Consideration $750.00.

Book 122 - Page 291

W.A. Kinney of Honolulu, remises, releases and quit claims to W.F. Wundenberg - Palmyra Island on March 3, 1890 and recorded April 4, 1890. Consideration $500.00.

Book 348 - Page 222

Elsie M. Wundenberg, widow of F.W. Wunderberg - deeded to Henry E. Cooper, Palmyra Island on June 21, 1911. Consideration $750.00.

ENC (Q)

Land Court Title No. 223 - (Original 444 - Blk 5 -
(Page -173- 10/4/12
Inst. 9756 - Bk 98 - Page 225 - 10/8/1930.

| Year | Owner | | Key | | | Land Value | Impt. Value |
|---|---|---|---|---|---|---|---|
| 1922 | H.E. Cooper | Hon. | B-1-P-81 | Palmyra | Island | 5000 | |
| 1913 | " | | B-1-P-337 | " | " | 2500 | |
| 1914 | " | | "-1-"-302 | " | " | 2500 | |
| 1915 | " | | " 1 " 90 | " | " | 2500 | |
| 1916 | " | | " 1 " 400 | " | " | 5000 | |
| 1917 | " | | " 1 " 358 | " | " | 2500 | |
| 1918 | " | Ewa | B-1-P- 39 | " | " | 2500 | |
| 1919 | " | " | " 1-"- 39 | " | " | 2500 | |
| 1920 | " | " | " 1-"-39 | " | " | 2500 | |
| 1921 | " | " | " 1-"- 39 | " | " | 2500 | |
| 1922 | " | " | " 1-"- 39 | " | " | 10000 | |

Sold to Ellen & Leslie Fullard - Leo.Ereo. 8/19/22 8/26/22 Doc. 3501.
Except 1 & 2 Home Islands

| Year | Owner | | Key | | | Land Value | Impt. Value |
|---|---|---|---|---|---|---|---|
| 1923 | H.E. Cooper | Hon. | 13-B-P-55 | Home | Islands 1&2 | 600 | 100 |
| 1924 | " | " | " " " " | " | " " " | 600 | 100 |
| 1925 | " | " | " " " " | " | " " " | 600 | 100 |
| 1926 | " | " | 13-D-P-18 | " | " " " " | 600 | 100 |
| 1927 | " | " | " " " " | " | " " " | 600 | 100 |
| 1928 | " | " | " " " " | " | " " " | 600 | 100 |
| 1929 | " | " | " " " " | " | " " " | 600 | 100 |
| 1930 | " | " | " " " " | " | " " " | 600 | 100 |
| 1931 | " | " | 13-E-1-P-88 | " | " " " | 600 | 100 |
| 1932 | " | " | " " " " " | " | " " " | 480 | 100 |
| 1933 | Est. of " | " | 2-1-1-7-Spec. | " | " " " | 480 | 100 |
| 1934 | " | " | " " " " " | " | " " " | 480 | 100 |
| 1935 | Alfred D. Cooper et al | | 3-9-1-39 | " | " " " | 480 | 100 |
| 1936 | " " | " | " " " " " " | " | " " " | 480 | 100 |
| 1937 | " " | " | " " " " " " " | " | " " " | 480 | 100 |

Elsie M. Wundenberg Sold to Henry E. Cooper
June 21st, 1911 - Liben 348 - Page 222.

Land Court Title Approved July 6th, 1923.

ENC (R) ①
TWO

KRE 001376

Pan. Land Court Title 223,
(Inst. 2116 - Bk 22 - Page 65.)

| Year | Owner | | | | Key | Location | | Land Value | Impt Value |
|---|---|---|---|---|---|---|---|---|---|
| 1923 | Ellen & | Leslie | Fullard | Leo | B-1-P-39 | Palmyra | Island ✓ | 5000 | |
| 24 | " | " | " | " | " 1 " 39 | " | " Kingman Reef. | 5000 | |
| 25 | " | " | " | " | " 1-" 24K | " | " | 5000 | |
| 26 | " | " | " | " | " 1-" 24K | " | " | 5000 | |
| 27 | " | " | " | " | F/B-13D-17 | " | " | 5000 | |
| 28 | " | " | " | " | " " " | " | " | 5000 | |
| 29 | " | " | " | " | " " " | " | " | 5000 | |
| 30 | " | " | " | " | " " "" | " | " | 2500 | |
| 31 | " | " | " | " | F/B13E-1/87 | " | " | 2500 | |
| 32 | " | " | " | " | " " " | " | " | 2500 | |
| 33 | " | " | " | " | 2-1-1-08-Spec | " | " | 2000 | |
| 34 | " | " | " | " | " " " " " "" | " | " | 2000 | |
| 35 | " | " | " | " | 3-9-1-38 | " | " | 2000 | |
| 36 | " | " | " | " | " " " " | " | " | 2000 | |
| 37 | " | " | " | " | " " " " | " | " | 2000 | |

Brt. from H.E. Cooper 8-/26/1922

(R) ②