# EXHIBIT C

U.S. FISH & WILDLIFE ID:808-541-2756 9:34 No.014 P.01

To: Peter Savio

# FACSIMILE

Fax #:
From: Robert P. Smith
Subject:
Date: Oct. 3 947-5429
Pages: 2, including this page.

Peter, the attached represents approval from our director in Washington, Jamie Clark, to proceed with detailed planning necessary for our Acquisition. Note that we desire to Acquire both Palmyra and Kingman, if that is the Sellers' desire. I will transmit this to Col. Ralph Graves of the Corps with a cover letter emphasizing the need to do clean-up work.

From the desk of...
Robert P. Smith
Islands Ecoregion Manager
U.S. Fish and Wildlife Service
300 Ala Moana Blvd. Rm. 3108
Honolulu, HI 96813
Tel 808-541-2749

S 005786