IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | ) **No. 06-828L** |
| **Plaintiffs,** | ) **Judge Marian Blank Horn** |
| **v.** | ) |
| **THE UNITED STATES OF AMERICA; Defendant.** | ) |

**CORRECTED DECLARATION OF AINSLEY FULLARD-LEO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(1)**

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

# DECLARATION OF AINSLEY FULLARD-LEO

I, Ainsley Fullard-Leo, hereby declare as follows:

1. I am one of the members of plaintiff Kingman Reef Atoll Investments, L.L.C., herein, and as such, have personal knowledge of and am competent to testify as to the facts as stated herein. I make this declaration in support of plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

2. On May 10, 1922, Kingman Reef was claimed for the ownership of The Island of Palmyra Copra Company, Ltd. Thereafter, on August 14, 1922, the company ceded the property to my parents.

3. On November 17, 2000, title to Kingman Reef was transferred to plaintiff, the Fullard-Leo family's limited liability company, to facilitate, among other things, the development of the economic opportunities available to plaintiff that it possessed with Kingman Reef. The deed was properly filed and recorded in the United States District Court for the District of Hawaii on November 17, 2000 as Document No. 27.

4. During 1937-1938, Pan-American Airways Flying Clipper flew from Honolulu to New Zealand and landed in Kingman Reef's lagoons several times during a trial period for a trans-pacific airline route. Use of Kingman Reef by Pan-American stopped after plaintiff's predecessor complained to the government.

5. I am informed and believe that in and around 1991, defendant intended to acquire Kingman Reef from the Fullard-Leo family and, in the late 1990's Congress appropriated funds to do so.

6. I am informed and believe that in 1991, The Nature Conservancy, acting with the U.S. Fish and Wildlife Service, met with Peter Savio, agent for the Fullard-Leo family, to discuss, among other things, the purchase/sale and development of Kingman Reef.

7. The U.S. Navy has repeatedly acknowledged the Fullard-Leo family's ownership of Kingman Reef and on numerous occasions since the imposition of Naval air and sea defensive zones in and around Kingman Reef in the 1940's, the Navy has directed requests for authorization to visit or access Kingman Reef to the Fullard-Leo family for review and approval.

8. Over the past 30 years, I received referrals from the U.S. Navy, U.S. Coast Guard and/or U.S. National Marine Fisheries Service from persons and/or entities interested in entering upon and traversing across Kingman Reef.

9. The Fullard-Leo family and its agent, Peter Savio, was asked and did give permission to third parties from the private and public sector, *e.g.*, HAM radio operators, scuba divers, photographer, to access Kingman Reef.

10. I received a call from Petty Officer Miller (Pearl Harbor Naval Base) inquiring about the status of Kingman Reef and whether I was the owner because an inquiry was received from a photographer wanting photographs of Kingman Reef.

11. When unauthorized uses of Kingman Reef were discovered, the Fullard-Leo family's agent took appropriate action to stop those uses, e.g., stopped a person from Kailua-Kona, Hawaii who was fishing commercially in and around Kingman Reef without permission.

12. I have over flew Kingman Reef on several occasions since the 1980's.

13. In 1940's, my brother Leslie Fullard-Leo, deceased, went to Kingman Reef on a ship called "Joyita" and in mid to late 1950's via ship.

14. Chuck Brady, Captain, U.S. Navy, who I am informed provided support services for The Nature Conservancy, visited Kingman Reef twice in the late 1990's and on each visit requested permission to go to Kingman Reef.

15. Martin Vitousek, University of Hawaii professor, requested permission to visit Kingman Reef beginning in the 1960's through 1980's. Mr. Vitousek planted coconut trees on Kingman Reef at our family's request.

16. Over the past 20 years, and as recently as 2002, I gave permission to Mr. Bill Austin, captain of the ship "Machais" to visit Kingman Reef.

17. In October 1995, my nephew, Mr. Dudley Fullard-Leo's son, Bryant Fullard-Leo, accompanied Mark Collins to Kingman Reef to survey in and around Kingman Reef over a two week-period.

18. In 1997 or 1998, my brother, Dudley Fullard-Leo, and I traveled to Palmyra and on the way had the pilot circle Kingman Reef to inspect and ensure that no unauthorized uses were evident.

19. In 1998 or 1999, my wife and I inspected Kingman Reef via air.

20. Over the years, I received inquiries from the Department of Interior, Fish and Wildlife Service and the City & County of Honolulu to purchase Kingman Reef.

21. In or about 1986, I accompanied the U.S. Coast Guard during one of its law enforcement air patrols to Palmyra and Kingman Reef.

22. In 1998, I over flew Kingman Reef with one of the contractors for the U.S. Army Corps of Engineers.

23. In 1999, my brother, Dudley Fullard-Leo, and I traveled to Palmyra with the Nature Conservancy and on the way had the pilot circle Kingman Reef to inspect and ensure that no unauthorized uses were evident. I also over flew Kingman Reef in 2000 with the Nature Conservancy.

24. After acquiring title to Kingman Reef, Plaintiff entered into a real property lease with Palmyra Development Co., Inc. and Kingman Reef Atoll Development, LLC concerning the economic development opportunities for Kingman Reef. Thereafter, Kingman Reef Atoll Development, LLC entered into a license agreement with Palmyra Pacific Seafoods, LLC and Kingman Reef Enterprises, LLC for the operation of a commercial fishing base camp at Kingman Reef.

25. From 1922 through 1959, the Fullard-Leo Family paid real property taxes to the Territory of Hawaii for both Palmyra Atoll and Kingman Reef on the same tax key.

26. At no time have I ever been physically restricted from entering Kingman Reef, nor has the government demonstrated to me, until the taking in January 2001, that the Fullard-Leo family and/or Kingman Reef Atoll Investments, L.L.C. were unable to sell, convey or transfer any of its interest in Kingman Reef.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct, except as to matters stated on information and belief and as to those matters, I believe the to be true.

DATED: Honolulu, Hawaii, this 2nd day of May 2007.

s/ Ainsley Fullard-Leo
AINSLEY FULLARD-LEO