Exhibit 3 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV05-00151 JMS/BMK |

DEPOSITION OF DUDLEY L. FULLARD-LEO

Taken on behalf of Defendants at the offices of the United States Attorney, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96850, commencing at 10:07 a.m. on Wednesday, April 11, 2007.

REPORTED BY: JOAN IZUMIGAWA, CSR No. 136
Notary Public, State of Hawaii

APPEARANCES:

For Plaintiff Kingman Reef Atoll Investments, L.L.C.:

CHRISTIAN P. PORTER, ESQ.
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Ph: (808) 526-3011

For Defendants:

THOMAS A. HELPER, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Ph: (808) 541-2850

Witness address: c/o Christian P. Porter, Esq.

A. 2 and a half, 3 hours.
Q. Is that at the same time you're looking at documents, or is that --
A. Yes.
Q. Have you ever been to Kingman Reef?
A. I have not physically been on it. I've flown over it on several -- 2 occasions.
Q. Okay. Have you ever -- other than flying over it on 2 occasions -- flying over Kingman Reef on 2 occasions, have you seen Kingman Reef other than those 2 occasions?
A. Seen it?
Q. Yes.
A. No.
Q. So you haven't been by on a ship, for example?
A. On a weekly basis, no.
Q. Well, no, not on a weekly basis, but have you ever been -- cruised by on a ship without actually getting --
A. No. I have not been on a ship. My son has.
Q. Let me ask you about paragraph 51 in your declaration, on page 18.
A. That's a misstatement.
Q. So paragraph 50, "I over flew Kingman Reef

Exhibit 3 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



on 2 occasions," that's accurate, right? Paragraph 50?

A. That's accurate.

Q. And paragraph 51, "I have visited Kingman Reef at numerous times since the 1940's," that's --

A. That should be amended. 51 should be amended to "family members."

Q. As opposed to the pronoun "I"?

A. Yeah.

Q. When is the last time that you flew over Kingman Reef?

A. When the -- I guess it was under -- the Corps of Engineers went down to get rid of the residual oil tank waste, which would have been -- Oh, Lord -- somewhere late 80's, early -- no. Late 90's, 2000. I forget the exact date.

Q. When was the other time -- so 1 time that you flew over Kingman Reef was in connection with the Army Corps of Engineers?

A. I was going down to Palmyra, and we detoured a few miles to fly over Kingman and then continued on to Palmyra, where they were doing the oil reclamation.

Q. The Army Corp was?

A. Well, a contractor under the Army Corps, my

understanding. Or it was under EPA. One of those government deals.

Q. What's the other occasion on which you --

A. It was in the same time frame. Maybe a month, month and a half later.

Q. Now, you said in reference to paragraph 51 that it should have said that other members of your family have visited Kingman Reef since the 40s. Who in your family has visited Kingman Reef since the 40s?

A. My son Bryant, who was a member of a fishing company. They spent, as I recall, about a week off of Kingman, and somewhere at home there's a picture of him swimming in the lagoon.

Q. Do you know if he actually set -- if Bryant actually ever set foot on dry land at Kingman?

A. He -- they went ashore on the coral pile, as we call it.

Q. Coral --

A. Pile.

Q. Other than your son Bryant going with the fishing company for a week, any other family members who have gone to Kingman Reef?

A. Both my brothers have been there. My older brother Leslie -- Got to be early, middle 50s

Q. Is the source of your knowledge about the inquiries referred to in paragraph 57 -- your knowledge is all hearsay?
A. Say again?
Q. Your knowledge about the inquiries referred to in paragraph 57, that's all hearsay?
A. Well, depends if you consider written documents hearsay.
Q. Okay. Let's talk about what written documents you've seen regarding inquiries to buy Kingman Reef. How many written documents have you seen from the Department of the Interior or the Fish & Wildlife Service inquiring about the possibility of buying Kingman Reef?
A. Again, Fish & Wildlife tied in with Nature Conservancy on the sale of Palmyra. There was at one point discussion if Kingman Reef was included.
Q. Tell me about what you remember about that discussion.
A. The discussion was that we decided not to include Kingman Reef with Palmyra.
Q. Okay. Now, did you take any part in negotiating the sale of Palmyra, you personally?
A. Directly with the other agency?
Q. Right.

A. No.
Q. So you've seen documents, but you've never had any conversations with anybody with the government or The Nature Conservancy about the sale of Palmyra?
A. Oh, I've met -- yeah. These weren't official negotiating meetings, but I had met --
Q. Robert Smith?
A. Smith.
Another guy.
And a gal that was involved in it. Case?
Q. Suzanne Case?
A. Susan Case, yeah.
Q. She was a lawyer for The Nature Conservancy?
A. Correct. Well, a lawyer for one of them.
Smith.
Margolis?
Q. Maragos?
A. Yeah. Yeah.
Met them. Talked.
Q. What do you remember talking about -- let me -- as I understand it, The Nature Conservancy and the Fish & Wildlife Service kind of blur together in your mind about who worked for which entity, right?
A. Mm-hm.

Exhibit 3 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



Q. Correct?
A. Correct.
Q. Okay. So if we sort of assume for the purposes of the next few questions that those 2 entities are the same, tell me all your oral conversations that you recall about Kingman Reef, if any. Maybe you never talked about Kingman Reef with any of these folks.
A. I know we talked with -- about the potential of fish there, that it was a great fish. Also the giant clams that are in the lagoon. That there are passages in through the reef to the lagoon. Very hazardous, but you could get in and get refuse from storm-type swells within the lagoon. General -- you know, there's no fresh water. That type of thing. General descriptions and talking.
Q. Again you're just talking about your own oral conversations with members of the -- or employees of The Nature Conservancy or the Fish & Wildlife Service. Did you ever talk about selling Kingman Reef to any of those individuals?
A. As a separate entity or --
Q. At all.
A. As a separate entity we would not have sold it. As a combination with Palmyra, if the price was

right, yes.

Q. Now you're talking to me -- you're telling me that you had discussions with people about including Kingman Reef in the sale of Palmyra?

A. I personally did not. There were with Peter Savio.

Q. Okay. Right now I'm asking you just about your own individual conversations. Did you personally ever talk with any employee about -- employee of the Fish & Wildlife Service or The Nature Conservancy about selling Kingman Reef?

A. No.

Q. Did you personally ever talk to anybody about selling Kingman Reef outside of the family?

A. Outside of the family and Peter Savio, no.

Q. So inquiries that came in from the City and County of Honolulu and the State of Hawaii to purchase Kingman Reef, those inquiries were not made to you personally, correct?

A. Correct.

Q. Did those go to Peter Savio?

A. Some of them did. Some of them came way before. Some came through the newspaper.

Q. When you say "way before," what do you mean?

A. I'm going to say back in the 30s to my

Exhibit 3 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



Q. BY MR. HELPER: Looking again at paragraph 32 of your declaration, it says it was filed as document number 27. Do you know what document number 27 -- well, what documents 1 through 26 were?
A. I have no idea.
Q. Do you know if what was filed was ever sent to any representative of the United States government?
A. I have no idea.
Q. Is it your understanding that that deed that's filed there is the basis for your claim of ownership -- your family's claim of ownership to Kingman Reef?
MR. PORTER: Objection to the extent that it calls for a legal conclusion.
A. Why was it filed?
MR. PORTER: And the document speaks for itself.
Go ahead.
Q. BY MR. HELPER: Was that deed the basis of your family's claim for ownership of Kingman Reef?
MR. PORTER: Same objection.
A. No.
MR. PORTER: I'm sorry. Go ahead.
A. We claimed way before that. We've always

claimed.

Q. BY MR. HELPER: Based on the visit back -- dating back to the 20s?

A. This -- to my understanding, originally the ownership was in 3 parts: my 2 brothers and myself as partners. This consolidated into an LLC, and with the agreement between ourselves in the LLC agreement, we could speak with one voice or one of us could speak -- or if it came to a vote and we had prior knowledge of what was going to be voted on, one person could vote and commit the whole bunch instead of going around getting individual signatures.

Secondly, at that time my older brother was quite sick, and Ainsley and I were picking up the burden.

Q. The Pan Am flights, is it your understanding that Pan Am actually landed planes on Kingman Reef at some point?

A. In the lagoon is my understanding. I was, you know, 8, 9 years old.

Q. So this was all -- is it your understanding that Pan Am's use of Kingman Reef, of the lagoon, ended before the war, World War II?

A. Correct.

Q. You had no personal knowledge of whether or

not they were seeking permission from you or from the Navy or anyone else?

A. My understanding was: They did not get permission. And that was when Von Tripp (Phonetic) was exploring routes through the Pacific, and this was a way down to Tahiti and -- ended up going to New Guinea and Australia that way instead of through the Philippines and down.

Q. Your understanding of the events regarding Pan Am's use of Kingman Reef, is that from reviewing documents?

A. Documents and history. There's a book out that I read way back when about it, the problems they had.

Q. You referred to an explorer or somebody with a "Von"?

A. Von Tripp was the president of Pan American Airways.

MR. HELPER: Why don't we go off the record for about 5 minutes.

(Recess: 12:30 p.m. to 12:36 p.m.)

Q. BY MR. HELPER: Looking at paragraph 13 of your declaration --

I'm sorry. Paragraph 15.

A. On which?