EDWARD H. KUBO, JR., Bar No. 2499
United States Attorney
District of Hawaii
THOMAS A. HELPER, Bar No. 5676
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Phone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Tom.Helper@usdoj.gov
KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DONNA S. FITZGERALD, Connecticut Bar No. 411810
Trial Attorney
Natural Resources Section, Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663, Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW HOGAN, in his Official capacity as Director of United States Fish and Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10<br><br>Defendants. | CV05-00151 JMS-BMK<br><br>INDEX OF DOCUMENTS RELEASED AS INITIAL DISCLOSURE |

INDEX OF DOCUMENTS RELEASED AS INITIAL DISCLOSURE
TAB NUMBERS 151 - 200

12 PAA

| Survey 1 San Fran. to New Zealand | March 17 - April 9, 1937 | S42B Pan Am Clipper | Musick/Briggs |
|---|---|---|---|
| **Outbound Flight Schedule** | | **Inbound Flight Schedule** | |
| San Francisco - Honolulu | Mar. 17-18 | Auckland - Pago Pago | Apr. 3-4 |
| Honolulu - Kingman Reef | Mar. 23 | Pago Pago - Kingman Reef | Apr. 8 |
| Kingman Reef - Pago Pago | Mar. 24 | Kingman Reef - Honolulu | Apr. 9 |
| Pago Pago - Auckland | Mar. 28-29 | | |
| | | Ref: (CRAM #51-54) | |

Juan Trippe's desire to expand Pan American Airway's routes into Europe had been stymied by the foreign governments refusal to allow landing rights to the American carrier.

The closing of the European markets forced Pan Am to look aggressively to the Pacific for its further expansion. Although it was a tremendous achievement to reach Manila, the economic market there was weak and Pan Am's real goal was to fly on to Hong Kong and mainland China. Furthermore, once Pan Am made the commitment to expand into the Pacific, Trippe wanted to add Australia and New Zealand to his air routes to take advantage of those untapped markets. However, once again British interests with Imperial Airways put pressure on Australia and New Zealand not to grant landing rights to the American carrier. But New Zealand's isolation finally got the best of them and in negotiations carried on with Harold Gatty, Pan Am's representative in New Zealand, permission was finally granted for Pan Am to fly to New Zealand if they could do so no later an the end of 1936.

All the potential islands that could be used for landing areas suitable for the Clipper between Hawaii and New Zealand were under British or French control with the exception of American Samoa and some uninhabited islands and specks of land that were of so little value up until this point in time that no one really cared who owned them. Suddenly they were very important to Pan Am and with a little lobbying and political pressure they were important to the U.S. Government as well. First, the government authorized the colonization of the "disputed" islands by colonists - mainly Hawaiian high school graduates who were sent to the islands to fly the flag and strengthen the U.S. claim to ownership. Every three months the Coast Guard would deliver water, food and other supplies.

Secondly, Harold Gatty was given the responsibility for visiting the islands and determining which ones would be suitable for overnight stopovers on the route to New Zealand. In late 1935, Gatty joined Dr. Francis Coman on the two masted schooner Kinkajou and sailed to Howland, Jarvis, Baker and Christmas Islands and Kingman Reef. Gatty found that Howland, Jarvis and Baker did not have lagoons suitable for sea planes so they were rejected. Christmas Island was suitable but inhabited with a successful coconut plantation so Great Britain would dispute sovereignty. So, in desperation, Kingman Reef was chosen.




Excerpt
TAB 190

Kingman Reef did form a mid-ocean lagoon and it was 1100 miles south and west of Honolulu in the right position for an overnight stay with Pago Pago, American Samoa 1600 miles further south within reach for the next night's stopover. But there was only a sliver of land - about 100 yards long and 30 yards wide that was above high tide. In 1935 when Gatty visited he built a small monument on the speck of dry land. He sailed on to Pago Pago to survey the harbor as a landing site. At Pago Pago he found 2000 ft. high hills surrounding the harbor on three sides and a reef at its mouth.

Gatty determined that if Kingman Reef was to be used as a stopover on the route to New Zealand a supply boat would have to be stationed there. Furthermore, any pilot landing at Pago Pago harbor would have to come in low over the hills and drop in steeply to the harbor for a quick short landing. It would be difficult and dangerous, but it could be done by a very well qualified pilot. Gatty knew that the proposed Kingman Reef - Pago Pago stopovers from Honolulu to New Zealand were less than desireable but Pan Am was desperate and world politics closed the other suitable islands so he reported back to Trippe that a route to New Zealand with adequate stopovers was available.

Based on Gatty's report, Pan Am promised New Zealand that the company would start regular air service by the end of 1936. But the problems on the north Pacific route simply wouldn't go away. First the engines had to be shipped back to the manufacturer and that took a couple of months to resolve. Then other maintenance problems developed. It became obvious that Pan Am did not have the time or the planes available to fly the New Zealand survey routes by the end of 1936 so Harold Gatty was forced to negotiate an extension of the agreement with New Zealand. They reluctantly gave Pan Am one more year to fulfill their promise of regular flights or they would lose the right to land in New Zealand. If Pan Am lost New Zealand, Trippe's dream of Pacific and World dominance would fail. Regardless of the difficulties faced, Pan Am was determined not to risk losing the New Zealand routes. Therefore, Pan Am promised that mail service would commence by the end of 1937 but first the survey flight would have to be a success.

The craft chosen to make this survey flight was a modified design of the S-42 that had longer wings and increased fuel capacity. It was a different model and designated the S-42B. Initially it was called the Pan American Clipper II.

For such a difficult trip Pan Am wanted the most experienced crew possible. Only the famed pilot, Captain Musick, could be trusted with making this survey flight and the other crew members included Harry Canaday and Victor Wright from the first four survey flights across the North Pacific in 1935.



Exhibit 4 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)
Page 4 of 11

The S42B Pan American Clipper II departed San Francisco March 17th and arrived in Honolulu the following morning. It took five days to make final preparations and the Clipper left on March 23 for Kingman Reef. Pan Am knew that this flight would be difficult, so difficult and dangerous that they did not want to draw extra attention to it in case it failed. Therefore they did not alert the public or collectors as to the exact date the flight was to occur.




*Only known cover flown Honolulu to Kingman Reef*

In the 60 years since the first New Zealand survey flight only two flight covers that flew on this survey flight have been found. One of those two known covers is addressed to Freeman Lang, who was the radio technician on board the support ship North Wind anchored at Kingman Reef. Freeman Lang undoubtedly was one of the first people to know the flight was going to take place when he received his orders in Honolulu to report to the North Wind for the trip to Kingman Reef. Therefore, he contacted his friend in California to prepare the envelope so that the cover could make the flight from Honolulu to Kingman Reef where he was stationed.



After the overnight stay at Kingman Reef. the Clipper flew on to Pago Pago. Even though Capt. Musick hac a reputation for being serious, he did on occasion take time out for some light hearted celebrating. As they approached the equator on this first survey flight to New Zealand he initiated first officer Frank Briggs intc the realm of Neptunis Rex. This tradition has long been followed by sailors as they crossed the equator anc it was adopted by the Clipper crews as well.

Shown below is officer Briggs on the New Zealand survey flight taking a noon latitude fix just before he was presented the hand drawn certificate from the Imperial Plenipotentiary Captain Edwin Musick welcoming him to the Realm of Neptunis Rex.



Five days later on March 29th the American Clipper lifted off for Auckland, New Zealand and the tremen-
is welcome that awaited them.



*Harold Gatty showing crew members the path they followed in arriving at Auckland Harbor.*



*Crew arriving in Auckland New Zealand*

ıckland, Harold Gatty, Pan Am's representative, is pictured accompanying Captain Musick and the crew ·ey stepped off the Clipper. This was a crowning achievement for Harold Gatty. He had worked hard finding the island stopover bases at Kingman Reef and Pago Pago and in negotiating the agreement ·th New Zealand that permitted Pan Am to make the flight.Harold Gatty was an avid flight cover col-
·tor so it was surprising that a flight ...

Exhibit 4 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)
Page 7 of 11

WAR DEPARTMENT

Supply Officer,
30th Bomb Sq GHQ-AF
MarchnField, California.

OFFICIAL BUSINESS

The only letter
Carried on First Survey
Flight to New Zealand

San Francisco - Honolulu
Kingman Reef - Pago Pago
Auckland

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE; $300

Captain Edwin C [illegible]

Mr. Harold Gatty
~~c/o Colonel Clarence M. Young~~
~~Pan American Airways~~
~~Alameda, California.~~

Grand Hotel
Auckland

Please forward.

*The only letter carried on first Survey flight from San Francisco to New Zealand.*



17 PAA

| | | | |
|---|---|---|---|
| 1st Mail Flight from New Zealand (Mail on return only) | Dec. 23, 1937 to Jan. 3, 1938<br>Jan. 4, 1938 | S42B Samoan Clipper Honolulu-NZ-Honolulu<br>M130 Philippine Clipper (Honolulu - San Fran.) | Musick/Culbertson<br>Cluthe |

| Outbound Flight Schedule | | Inbound Flight Schedule | |
|---|---|---|---|
| Honolulu - Kingman Reef | Dec. 23 | Auckland - Pago Pago | Jan. 1-2 |
| Kingman Reef - Pago Pago | Dec. 24 | Pago Pago - Kingman Reef | Jan. 2 |
| Pago Pago - Auckland | Dec. 25-26 | Kingman Reef - Honolulu | Jan. 3 |
| | | Honolulu - San Fran. | Jan. 4 |
| | | (CRAM #61) (AAMC - TO 1292) | |

Musick was exhausted, but he was called back from leave at the end of 1937 to start the difficult flights to New Zealand that by agreement had to be inaugurated by the end of 1937 if Pan Am was not to lose its concession. Pan Am also knew that Captain Burgess of the Imperial Airways Ltd. of Great Britain was approaching New Zealand from the west in the flying boat Centaurus on Imperial Airways initial survey flight to New Zealand. Therefore, there was open competition between the two airlines and between the two countries to be the first to establish the New Zealand service.



*Samoan Clipper at Mooring Pago -Pago Dec 24,1937*

The Hong Kong Clipper that had been flying passengers and mail between Manila and Hong Kong was



*At Mooring Pago Pago Harbor Pan Am Samoa*



*Pan Am's Samoan Clipper foreground Imperial Airways Centaurus background in Auckland Harbor Dec 26.1937*

[illegible] stops at Kingm

Krupnick.

18 PAA

| Last Flight of Samoan Clipper | Jan. 9 - 11, 1938 | S42B Samoan Clipper | Musick/Sellers |
|---|---|---|---|

**Flight Schedule**

Honolulu - Kingman Reef Jan 9
Kingman Reef - Pago Pago Jan 10
Pago Pago - Lost at Sea Jan 11

Ref: (CRAM #62)

The third flight to New Zealand for Captain Musick would end in tragedy. With limited personnel and equipment Pan Am was being stretched beyond its limit in its attempt to establish regular service to New Zealand.

Although mail had been authorized by the post office department on this third flight, for some reason at the last minute Pan Am elected not to accept south bound mail. However, air express freight was carried. On January 9th the Samoan Clipper departed Honolulu for Kingman Reef. The trip was uneventful. The following morning, January 10th, the Clipper took off for Pago Pago and again arrived without incident. After an early morning take off from Pago Pago bound for New Zealand the Clipper exploded.

The official report of the Bureau of Air Commerce filed June 6, 1938 made the following observations: "Captain Edwin C. Musick held a federal transportation pilot's license, class 3B land and sea. His last physical examination was December 9, 1937 showing him to be in good health. Captain Musick's record indicated that he had a total of 13,200 hours of flying experience; 2,320 hours of Transpacific operations. His total experience with the Sikorsky S42B in Transoceanic operations was 502 hours."

The official report of the accident continued: "Departure from the dock at Pago Pago, American Samoa, was made at 5:32 a.m. local time on January 11, 1938. The airplane actually rose from the water five minutes later. The plane carried a total of 751 pounds of cargo and was loaded to a gross weight of 41,936 pounds. . . radio communications were of a routine nature until 6:37 a.m. Pago Pago time (one hour after lift off), when the following message was received: "We have oil leak in the right outboard engine and are returning to Pago Pago". The next message at 8:20 Pago Pago time stated, "The engine with the oil leak has been stopped at 6:08 a.m. and some gasoline has subsequently been dumped."

EXHIBIT 82

The next communication at 8:27 stated: "We are going to dump gas and we can't use the radio during the dumping. Stand by." The report went on to note that the weight at take off was 2,000 pounds less than the maximum. 7,000 pounds was represented by the 750 gallons of gasoline in the wing tanks. Fully loaded, the report indicated, it would have been impossible to stop the craft quickly enough upon landing to avoid going into the reef. Therefore dumping of fuel was a necessity. After reviewing several alternatives for the accident, the report concluded: "It is the opinion of the investigating board that the probable cause of the accident was an explosion associated with the dumping of fuel. The precise cause of the ignition being undeterminable."

24 PAA

| 1st Survey San Fran. to New Zealand | Aug. 22 - Sept. 6, 1939 | B314 California Clipper | Tilton/Cluthe |
|---|---|---|---|

| Outbound Flight Schedule | | Inbound Flight Schedule | |
|---|---|---|---|
| San Fran. - Honolulu | Aug. 22-23 | Auckland - Noumea | Sep. 2 |
| Honolulu - Canton Island | Aug. 24 | Noumea - Canton Island | Sep. 4-5 |
| Canton Island - Noumea | Aug. 27-28 | Canton Island - Honolulu | Sep. 4 |
| Noumea - Auckland | Aug. 30 | Honolulu - San Fran. | Sep. 5-6 |
| | | (CRAM #75) (AAMC - TO 1329) | |

After the loss of the Samoan Clipper, the dangerous route through Kingman Reef and American Samoa was abandoned and Pan Am began negotiating for a suitable island with a lagoon for a landing area.

