Exhibit 6 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV05-00151 JMS/BMK |

DEPOSITION OF ROBERT P. SMITH

Taken on behalf of Plaintiff Kingman Reef Atoll Investments, L.L.C., at the Nani Loa Volcano Resort, Sandalwood Lanai, 93 Banyan Drive, Hilo, Hawaii, 96720, commencing at 9:55 a.m. on Monday, April 2, 2007.

Exhibit 6 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



REPORTED BY: JOAN IZUMIGAWA, CSR No. 136
Notary Public, State of Hawaii

APPEARANCES:

For Plaintiff Kingman Reef Atoll Investments, L.L.C.:

CHRISTIAN P. PORTER, ESQ.
DONNA H. YAMAMOTO, ESQ.
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Ph: (808) 526-3011

For Defendants:

THOMAS A. HELPER, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Ph: (808) 541-2850

Witness address: 19-4330 Wright Road
Volcano, HI 96785

# I N D E X

EXAMINATION BY:

Mr. Port[illegible]

EXHIBITS FOR IDENTIFICATION:


| | |
|---|---|
| Exhibit 25 | 91 |
| Exhibit 26 | 94 |
| Exhibit 27 | 98 |
| Exhibit 28 | 152 |
| Previously marked exhibits: | |
| Exhibit 3 | 40 |
| Exhibit 4 | 76 |
| Exhibit 5 | 76 |
| Exhibit 7 | 103 |
| Exhibit 13 | 127 |
| Exhibit 8 | 131 |
| Exhibit 9 | 132 |
| Exhibit 10 | 134 |
| Exhibits 21A, 21B | 138 |
| Exhibit 16 | 145 |
| Exhibit 20 | 147 |

ROBERT P. SMITH,

Being first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. PORTER:

Q. Can you state your name for the record.

A. Robert Parker Smith.

Q. Mr. Smith, before we went on the record, you handed me back a package that you said you received from -- I don't know if it was in the mail or if someone had dropped it off to you, but it was a check for $12 made out to you for a mileage fee. There's also a witness fee for $40 and -- the subpoena I think you can hang on to, which is the -- for your deposition today.

A. Okay.

Q. And also the notice. It's just the formal paperwork.

A. Yes, sir.

And just as a clarification, the checks and the subpoena were actually delivered to me twice: once by mail from your office and the second time, the time that we're referring to now, by a process server. And I just choose to return the checks.

tell you.

Q. BY MR. PORTER: How about as far as the issue of ownership of Kingman? You said that the first time that you had an understanding was Peter Savio making this statement that the Fullard-Leo family owned Kingman. Did you have an understanding at some point after the '91 meeting that the federal government was taking a different position on that issue?

A. Yeah. I'd like to just state my answer in my own words.

Q. Sure.

A. This business of ownership of Kingman Reef, initially I did -- I had no recollection of the assertion on the part of the Fullard-Leos or Peter Savio about ownership in 1991. Now that I read this memo and assuming it's accurate, I can only assume that during that meeting, they did assert ownership of Kingman Reef. And given this enormously compelling story about the Department of Defense and their attempt to -- their attempts to condemn Palmyra Atoll, I took those words as fact that the Fullard-Leo family owned Kingman Reef.

Now, go on to the next part of your question.

Exhibit 6 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



Q. Were you subsequently informed by anyone in the government that the -- for lack of a better way of phrasing this, that the federal government was taking a different position on that issue of ownership of Kingman Reef?
A. Yes. Way later, but yes.
Q. Do you recall how that came about? Was it a memo or somebody from the government telling you or --
THE WITNESS: This is going to be long, Tom.
MR. HELPER: Go ahead. You've got to answer the question.
A. Restate the question, please.
Q. BY MR. PORTER: Sure. How did it come --
A. I want -- I want the whole context.
Q. Right. How did it come about that you -- and you talk about "way later." Let me strike that.
Let's talk about -- in terms of trying to benchmark time frames.
A. Okay.
Q. Is there any point in time -- was it after Chuck Cook started to appear on this -- I'm going to use that phrase -- appear on the scene to assist with this acquisition of Palmyra? Was it after Chuck Cook came on or prior to Chuck Cook coming on that you

Exhibit 6 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



obtained some information that was contrary to what Peter Savio was saying --
A. Okay.
Q. -- about the ownership issue?
A. So let me -- let me try to cut to the chase of your desire for a time line on this particular subject and -- and -- have at me from there. How's that?
Q. Okay. What would be your best recollection as far --
A. You --
Q. -- as time line?
A. -- you've already given me 1 benchmark, which was 1991 as an assertion of ownership of Kingman Reef. From '91 until roughly '96 time frame, there were numerous forays, if you will, for various development scenarios for Palmyra Atoll.
As I had stated earlier, my vague memory is that the housing development or other mitigating factors put forward in the M&E Pacific proposal in '91 did not fly particularly well with somebody within the Fish & Wildlife Service. I can't remember who.
After this M&E proposal for a housing development, over the next 4, 5, 6, 7 years, there

Exhibit 6 to Def.'s Reply Brief
KRAI v. US, No. 06-828L (Fed. Cl.)



were a number of other proposals that were interesting and, I would say, on behalf of wildlife, perhaps alarming. One I recall was the notion of a spent nuclear waste rod depository at Palmyra in which I got up way early in the morning many too mornings to have conference calls about back East. Another one was -- that I recall was the notion of shooting rockets that carried satellites from Palmyra to place those satellites in orbit, and I think those were -- that was a private company desiring to do that. Those are just 2 examples that come to mind.

There probably were others, and there may -- my -- and another thing that sticks in my memory is: There may have been one of these or another proposal that got so close to essentially a deal between the Fullard-Leo family and another entity that it made the newspaper. There was a newspaper article about, you know, "Palmyra sells" or something like that, and that -- I think that deal eventually did not materialize.

So with that background, we lead up to a point in time in 1997 after a discussion between me and Chuck Cook when Chuck agreed to mount a -- an expedition to Palmyra, and I'm quite sure it was cost shared, but I don't remember the details. We flew

to -- my recollection is that the group that was in -- on the expedition, including, I believe, Ainsley and Betty Fullard-Leo, flew to Christmas Island and boarded a -- a motor sailer, a vessel called the MACHIAS, and sailed to Palmyra. And we spent some time there, the first time for me as well as the first time for Mr. Cook, evaluating Palmyra as a possible co-op project between the Conservancy and the Fish & Wildlife Service.

Now, my recollection is that the -- what I'll call the '97 expedition was just that: a purely -- purely an assessment of the resources of Palmyra Atoll. I strongly suspect -- although I don't remember with great clarity, I strongly suspect that during this time frame, where there was enough interest on the part of the Conservancy and Fish & Wildlife to put money into the cost of expedition, that there could have been discussion -- Apparently a repeat discussion -- about the ownership of Kingman Reef and the -- by the Fullard-Leo family.

I do recall -- and I can't tell you exactly the discussion. There may have been more than 1 discussion where either Mr. Savio or Ainsley Fullard-Leo would say, "And for an extra sum of money, we'll -- we'll sell you Kingman Reef." The

focus was on Palmyra. We never ventured to Kingman Reef. I've never been there. I've only seen it from the -- from an airplane.

So my memory says that the 1997 expedition was an assessment expedition and that it focused on Palmyra, and to the extent there was any discussion of Kingman Reef, it was ancillary discussion having to do with, you know, "We own that, too. Do you want that, too?" Et cetera.

The context here is -- from '91 --

THE WITNESS: Maybe all this will blow away.

A. From '91 until certainly '97 -- I've brought you up to date now -- certainly I believed that the Fullard-Leo family owned Kingman Reef and --

Q. BY MR. PORTER: Did anybody up to that point in time in your presence state to the Fullard-Leo family, "No, that's not true"?

A. Not to my memory, no.

Q. Like Chuck Cook? Did he say, "Hey, you're off base, Peter"?

A. Not to my memory, no. And I'll just have the record note you asked me up to 1997, the first expedition.

Q. Yes. Exactly.

A. Now, to finish my answer to your question --

And I think this will finish it -- we had another expedition in '98, and that one was getting more serious because we knew more about the resources. We felt as though Palmyra would make a -- just a jim dandy co-op project.

And at that -- my memory is that during that expedition, there was a kind of a cathartic moment for me as a administrator and as someone who ought to know what's going on, and that was the disclosure by someone from The Nature Conservancy -- And it may have been Chuck, but I honestly can't remember exactly who told me -- that during that intervening year between '97 and '98 that The Nature Conservancy's attorney, Suzanne Case, had done extensive research on the ownership of Kingman; because I was then and probably continued to be -- I can't remember -- a cheerleader for getting both properties and both nearby marine environments. I felt as though they adhered to the conservation -- the principles of conservation biology and they should be protected for fish and wildlife.

The cathartic moment was that Suzanne's legal research had revealed that the Fullard-Leo family, at least in her view, did not own Kingman Reef. Now, I took that as information that came from

a source that I respected.

It was not until after I would return from that expedition that I would ever get that corroborated through my own chain of command, my own bosses, which would have been John Doebel and the Realty Division. And to be honest with you, I don't recall, you know, with such clarity exactly when that word came that indeed Suzanne's research, in the view of the government, was correct.

But that -- I think that -- I hope that answers your question.

Q. Yes. It helps in terms of just the benchmarks and information.

If I can focus on that second expedition, where there was that discussion for that first time and that information was given to you by someone and you're not sure if it was Chuck Cook.

A. Yes.

Q. Sounds like it was someone else. Was that discussed with -- well, strike that.

Let me ask you first --

A. Okay.

Q. -- at the 1998 expedition do you recall if any of the Fullard-Leo family members went with you?

A. Well --