IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **No. 06-828L** |
| **Plaintiffs,** | **Judge Marian Blank Horn** |
| **v.** | |
| **THE UNITED STATES OF AMERICA; Defendant.** | |

**STIPULATION REGARDING EXHIBIT A AND EXHIBIT C TO THE CORRECTED DECLARATION OF CHRISTIAN P. PORTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(1)**

CHRISTIAN P. PORTER
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Tel: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Plaintiffs Kingman Reef Atoll Investments, L.L.C. and Kingman Reef Atoll Development L.L.C and defendant The United States of America by and through their counsel of record, hereby stipulate and agree to the transcriptions of the following exhibits contained in Exhibit A and Exhibit C to the corrected declaration of Christian P. Porter filed in opposition to plaintiff's motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1), filed on May 4, 2007 (hereinafter "Porter Declaration"), as follows:

1. Attached hereto as **Exhibit 1**, is a true and correct copy of a transcription of the documents identified as KRE1363, 1364 and 1365, which was included in Exhibit A to the Porter Declaration (Doc. 30-5, pp. 3-5).

2. Attached hereto as **Exhibit 2**, is a true and correct copy of a transcription of the document identified as KRE1367, which was included in Exhibit A to the Porter Declaration (Doc. 30-6 p. 2).

3. Attached hereto as **Exhibit 3**, is a true and correct copy of a transcription of the document identified as KRE1368, which was included in Exhibit A to the Porter Declaration. (Doc. 30-6, p. 4).

[CONTINUED TO NEXT PAGE]

4. Attached hereto as **Exhibit 4**, is a true and correct copy of a transcription of the documents identified as US0080 and US0081, which was included in Exhibit E to the Porter Declaration (Doc. 30-9, pp. 8-9).

SO STIPULATED:

Dated: May 18, 2007

s/Christian P. Porter

CHRISTIAN P. PORTER
Brooks Tom Porter & Quitiquit LLP
841 Bishop St, Suite 2125
Honolulu, HI 96813
Tel: 415.409.8900
Fax: 415.409.8904
cporter@btpqlaw.com

Dated: May 18, 2007

s/ Kristine S. Tardiff

KRISTINE S. TARDIFF
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: 603.230.2583
Fax: 603.225.1577
kristine.tardiff@usdoj.gov