IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., | ) | |
| Plaintiffs, | ) | No. 06-828L |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING ITS MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendant United States hereby moves for leave to file a supplemental brief, no longer than five pages in length, to highlight additional evidence recently filed in the related case of Kingman Reef Atoll Investments, LLC v. United States, No. CV05-00151 JMS/BMK (D. Hawaii), that is relevant in this case. In support of this motion, Defendant states as follows:

1. The parties have completed briefing on Defendant's motion to dismiss Plaintiffs' takings claims as time-barred under the applicable six-year statute of limitations, and oral argument on that motion was held by the Court in Seattle, Washington, on June 26, 2007.

2. On July 23, 2007, Plaintiff Kingman Reef Atoll Investments, LLC ("KRAI") filed a Memorandum in Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment in the related district court action. In support of this Memorandum, KRAI filed a voluminous set of exhibits. A courtesy copy of Plaintiff's Memorandum and supporting declarations and exhibits was provided to this Court and to the undersigned counsel of record for Defendant.

3. In reviewing the exhibits filed by Plaintiff KRAI in the district court action, Defendant noted a number of exhibits that are relevant to the issues before this Court but are not included in the exhibits filed in this case. Because the Court has indicated that it is reviewing the district court record, Defendant respectfully requests the opportunity to file a supplemental brief for the purposes of referencing the additional exhibits filed by the Plaintiffs in the district court action on July 23, 2007, that are relevant to Defendant's pending motion to dismiss. Defendant does not intend to offer any new arguments in this supplemental brief, but instead seeks leave to identify the additional exhibits in the district court record and explain the relevance of those exhibits to its motion to dismiss.

4. Defendant has conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs have indicated that they oppose the motion.

5. If supplemental briefing is allowed, Defendant proposes a due date for its supplemental brief of August 24, 2007, or within five days of the Court's order, whichever is later.[1]

WHEREFORE, Defendant respectfully requests leave to file a supplemental brief, no longer than five pages in length, for the purpose of highlighting additional evidence recently filed in the related district court action that is relevant to Defendant's pending motion to dismiss.

---

[1]Defendant's counsel of record will be out of the office for a family vacation through August 21, 2007, and therefore respectfully requests a due date that does not conflict with that previously scheduled vacation.

Dated: May 11, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff

KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov