Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company; KINGMAN REEF ATOLL DEVELOPMENT, L.L.C., a Hawaii limited liability company,** | **NO. 06-828L** |
| **Plaintiffs,** | **PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT L.L.C.'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING ITS MOTION TO DISMISS FOR LACK OF JURISDICTION** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |
| | **Judge Marian Blank Horn** |

PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT L.L.C.'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING ITS MOTION TO DISMISS FOR LACK OF JURISDICTION

Plaintiffs Kingman Reef Atoll Investments, L.L.C. and Kingman Reef Atoll Development, L.L.C. oppose Defendant's motion for leave to file a supplemental brief to highlight additional evidence filed by Plaintiffs in the related district court case of *Kingman Reef Atoll Investments, L.L.C. v. The United States of America, et al.*; No. CV05-00151 JMS/BMK (D. Hawaii).

As Defendant states in its motion, the parties have completed briefing on Defendant's motion to dismiss Plaintiffs' takings claim, and oral argument on that motion was held on June 26, 2007. Pursuant to the Court's request, a courtesy copy of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment in the related district court case was provided to this Court and to Defendant's counsel.

Plaintiffs oppose Defendant's motion because this Court has already stated at the June 26, 2007 hearing that it would use documents filed in the Hawaii district court case - whether they are inconsistent with what has been filed in this case or if they were not raised in this case. Consequently, it is not necessary and inappropriate to further supplement briefings in this case with evidence or information already being supplied by the parties to this Court.

However, if this Court grants Defendant's instant motion, Plaintiffs would also request to file a supplemental brief, no longer than five (5) pages in length, to similarly identify and highlight additional evidence filed in the district court record that is relevant to Plaintiffs' opposition to Defendant's motion to dismiss.

DATED this 14th day of August 2007.

BROOKS TOM PORTER & QUITIQUIT, LLP

By /s/ Christian P. Porter

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171