IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., Plaintiffs, | ) | No. 06-828L |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS**

Attached hereto are the following supplemental exhibits from the related case of Kingman Reef Atoll Investments, LLC v. United States, No. CV05-00151 JMS/BMK (D. Hawaii). These exhibits were filed in support of the plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (Doc. 121).

| **Description** | **Location in District Court Record** |
|---|---|
| Memorandum dated October 13, 1922, from Intelligence Officer, 14th Naval District, to Director of Naval Intelligence, Washington, D.C., Subject: Kingman's Reef and Palmyra Island, and subsequent Navy Memos. or Endorsements related to the October. 13, 1922, Memo. | Doc. 133-11, pp. 2-5 of 5<br>Doc. 133-14, p. 1 of 9<br>(Part of Exhibit J to Declaration of Ainsley Fullard-Leo) |
| Letter of June 22, 1925, from Lorrin A. Thurston, President, The Advertiser Publishing Co., to Admiral Coontz, U.S. Navy, re: Palmyra and Kingman's Reef, and subsequent Navy Memos. or Endorsements | Doc. 133-14, pp. 2-5 and 7-8 of 9<br>(Part of Exhibit J to Declaration of Ainsley Fullard-Leo) |

| | |
|---|---|
| Memorandum (First Endorsement) dated September 7, 1925, from Commander Fleet Base Force, to Commander Mine Squadron Two, Subject: Survey of Kingman's Reef, and subsequent Navy Memos. or Endorsements | Doc. 133-15, pp. 1, 4-8 of 10 (Part of Exhibit J to Declaration of Ainsley Fullard-Leo) |
| Excerpt of Memorandum dated November 7, 1934, from the Department of State, Legal Advisor, re: Status of Certain Guano and Other Islands in the Pacific | Doc. 134-7, pp. 3-5 of 5, and Doc. 134-8, pp. 1–9 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Memorandum dated February 13, 1936, from the Acting Secretary of the Navy to the Secretary of State, forwarding a Memorandum dated January 24, 1936, regarding Ownership of Palmyra Island and Kingman's Reef | Doc. 133-17, pp. 7-9 of 10 (Part of Exhibit K to Declaration of Ainsley Fullard-Leo) |
| Letter dated May 19, 1937, from Congressional Delegate Samuel Wilder King to Honorable Claude A. Swanson, Secretary of the Navy | Doc. 134-8, p. 11 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Letter dated May 29, 1937, from Claude A. Swanson, Secretary of the Navy, to Honorable Samuel Wilder King | Doc. 134-8, p. 12 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Memorandum or Letter of January 29, 1938, from S.W. Boggs, Department of State, Office of the Historical Adviser, re: Letter from Townsend & Lewis relating to Kingman Reef. | Doc. 134-8, pp. 16-18 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Memorandum dated January 31, 1938, from W.K. Kilpatrick, to the Commandant, Fourteenth Naval District, Subject: Kingmans Reef – Ownership of. | Doc. 134-8, p. 19 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |

| | |
|---|---|
| Memorandum dated February 11, 1938, from T.L. Gatch, Asst. Judge Advocate General of the Navy, to The Commandant, Fourteenth Naval Division, Subject: Kingman Reef and Palmyra Island in the Pacific Ocean – Private Ownership. | Doc. 134-8, p. 20 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Memorandum dated January 28, 1986, from PACDIV Code 242: Jim Wallace, to NAVFAC Code 2041K: Jim Farish, Subj.: Kingman Reef (and Enclosures 1-4) | Doc. 134-9, p. 2-13 of 13, and Doc. 134-10, pp. 1-8 of 13 (Part of Exhibit O to Declaration of Ainsley Fullard-Leo) |

Dated: August 15, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov