REPRODUCED AT THE NATIONAL ARCHIVES

(C O P Y)

File #B-16

Office of the Commandant
FOURTEENTH NAVAL DISTRICT
and
Naval Operating Base, Pearl Harbor, Hawaii

SWK-F

236871
2-85
HYDROGRAPHIC OFFICE
NOV
ENC

CONFIDENTIAL

October 13, 1922.

From: Intelligence Officer, 14th Naval District.
To: Director of Naval Intelligence, Washington, D.C.
Via: Commandant, 14th Naval District.

Subject: Kingman's Reef and Palmyra Island.

Reference: (a) Our letter of August 30th 1922, File #B-16 SWK-F

Inclosures: (1) Clipping from Honolulu Advertiser of 22 May, 1922
(2) Clipping from Honolulu Advertiser of 15 July, 1922

1. During May of this year Mr. L.A. Thurston, owner and frequent contributor to the Honolulu Advertiser, together with several others, made the trip on the motor-sampan "Palmyra" to Palmyra Island, for the purpose of enjoying a week's fishing. En route, the party "discovered" Kingman's Reef, and Mr. Thurston annexed it to the United States, in the name of the Palmyra Island Copra Company, an Hawaiian corporation then having a lease of Palmyra Island, and operating the motor-sampan between the latter and Honolulu in the fishing industry. Enclosure (1) reports this annexation, and inclosure (2) gives more detailed information as to the character of Kingman's Reef. Mr. Thurston has likewise contributed many stories concerning the fishing in the vicinity of Palmyra Island and Kingman's Reef. The discovery and annexation of Kingman's Reef has not been taken very seriously by the public in general, and mainland papers have joined in the attitude of poking fun at Mr. Thurston, and on the latter's return from a recent trip to the mainland he admits being "joshed" about his discovery.

2. In July of this year Mr. Thurston discussed with the Commandant, 14th Naval District, the value of Kingman's Reef and later addressed a letter to the Commandant, from which the following quotations are made as explaining his point of view:

> "While I do not claim that there is any certainty that Kingman's lagoon is a safe harbor, or the island adjacent thereto capable of being made into a supply station for a port of call, I submit that the facts set forth in the accompanying article, and the reasoning based thereon, are sufficient to warrant an official investigation and report, so that, conditions appearing favorable, the American government will be in a position to act intelligently and promptly.
>
> "I have no interest in this matter other than the general interest of an American citizen, except that I feel that the

EXHIBIT I-1

1048 1 of 4 ~~1 of 5~~

REPRODUCED AT THE NATIONAL ARCHIVES



unusual opportunities which I have had for obtaining some knowledge upon the subject, place an obligation upon me to make such knowledge available for the national good."

3. There is just a chance that Kingman's Reef may have greater potential value than at first believed and this report is submitted for the information of the Department.

4. In this connection attention is called to reference (a), reporting the sale of Palmyra Island to Mr. and Mrs. E. Fullard Leo, after the failure of the Palmyra Copra Company, later referred to as the Palmyra Development Company, to succeed in the business of supplying fish to the Honolulu market. The reason given for the failure of the fishing project was that the Japanese and Chinese who control the business in Honolulu "froze" the new company out.

S. W. King.

---

E3627 First Indorsement Q-W
U.S.Naval Station, Pearl Harbor, T.H. 16 Oct. 1922.

From; Commandant, 14th Naval District.
To: Director of Naval Intelligence.

Subject: Kingman's Reef, and Palmyra Island.

1. Forwarded, approved.

2. Both Mr. and Mrs. Fullard-Leo are of foreign extraction (British). It is understood that Mr. Fullard)Leo has taken out first papers.

E. SIMPSON.

---

CONFIDENTIAL

2nd Indorsement

Op.16-B
REI:AM

31 October, 1922.

From: Director of Naval Intelligence.
To: Hydrographic Office.
Via: Chief of Naval Operations (War Plans Division).

Subject: Kingman's Reef and Palmyra Island.

1. Forwarded for information.

2. It is requested that the correspondence be returned to this office for file.

L. McNamee,
Captain, USN.

EXHIBIT J-1

REPRODUCED AT THE NATIONAL ARCHIVES

3d Indorsement

Op-12S LA

Navy Department,
4 November, 1922.

From: Director of War Plans.
To: Hydrographic Office.
Via: Director of Naval Districts.

1. Forwarded, recommending further investigation of this area.

SINCLAIR GANNON.
Acting.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

CONFIDENTIAL
O-30 H 11-6

4th Indorsement

6 November, 1922.

From: Director of Naval Districts.
To: Hydrographic Office.

Subject: Kingman's Reef and Palmyra Island.

1. Forwarded, concurring in the third indorsement of the Director of War Plans (Operations).

C. F. PRESTON.

EXHIBIT J-1

REPRODUCED AT THE NATIONAL ARCHIVES

2 3687 1/2 15

5th Indorsement

CONFIDENTIAL

N-12-GMR-AR

November 7, 1922.

From: Hydrographer.
To: Chief of Naval Operations.

Subject: Kingman's Reef and Palmyra Island.

1. The Hydrographic Office has no data relative to Kingman's Reef and Palmyra Island other than that given in Hydrographic Office Sailing Directions. It is suggested that the Commandant of the 14th Naval District or the Commander Mine Forces, U.S.Pacific Fleet, might utilize the facilities at their command to make such investigations of Kingman's Reef and Palmyra Island as may be desired by the War Plans Division.

2. This Office has no survey ships available to accomplish investigations desired.

W. T. Conn.
Acting.

EXHIBIT J-2

1048 4 of 4 ~~5 of 5~~

REPRODUCED AT THE NATIONAL ARCHIVES

Steel file case

23687
285

Op-12B
E. O. 121-26
28/11/14
CONFIDENTIAL

"Classification cancelled or changed to declassified by authority of Classification Board on 3-23-53."
J. W. Dwyer, Records Coordinator
See Class. Bd. ltr. 92-611 of 3-23-53

HYDROGRAPHIC OFFICE
DEC 15 1922
ENCL
Steel filing case

Nov 29, 1922

From: Chief of Naval Operations
To : Commandant, Fourteenth Naval District.

SUBJECT: Palmyra Island and Kingman's Reef.

Reference: (a) Letter #B-16 dated 13 October, 1922 from Fourteenth Naval District, Intelligence Officer to Office of Naval Intelligence.

1. The Hydrographic Office in commenting on reference(a) stated that it had no survey ships available to undertake investigation of Palmyra Island and Kingman's Reef.

2. To the end that advantage be taken of every opportunity to obtain hydrographic information of these islands it is directed that when any district craft or vessel of the Mine Squadron carries on operations in the general vicinity of Palmyra Island and Kingman's Reef, such craft be instructed to conduct investigations with a view to determining the potentialities of these places. Some of the leading items for which information is desired are:-

(a) Depth and character of anchorages
(b) Number and type of vessels anchorages will accommodate
(c) Number and depth of channel approaches
(d) Shelter afforded the anchorages.

A. H. ROBERTSON
Acting

Copy to:

Hydrographic Office
CinC, U.S.Fleet
CinC, Battle Fleet
Commander, Mine Squadron Two
Naval Districts Division
Office of Naval Intelligence

EXHIBIT J-3

1047 1 of 2

REPRODUCED AT THE NATIONAL ARCHIVES

file

236871 285

(COPY)

THE ADVERTISER PUBLISHING COMPANY,
Honolulu, Hawaii,
June 22, 1925.

Admiral R. E. Coontz, U.S.N.

Dear Sir:

In May, 1922, in company with several others, I went, as a passenger, on the fishing sampan "Palmyra" to the Palmyra Islands, constituting an atoll, some 900 odd miles southeast of Honolulu, spending five weeks there, collecting shells.

Some 30 odd miles to the westward of Palmyra is an uncharted reef section, having several names - chiefly known as "Kingman's Reef."

The North Pacific Pilot Guide, published by the U. S. Government, dismisses Kingman's Reef with a paragraph, as a region of "dangerous shoals."

Kingman's lies on the direct line from Panama to the Philippines. I am informed that that line is bisected 50 miles from Kingman's by the steamer route from Honolulu to Samoa and Australia.

In 1921, a U. S. destroyer made a trip from Honolulu to Palmyra and return. The commanding officer reported that on his return trip he passed close to Kingman's and saw land there, but did not stop.

It had been the intention of the Palmyra Company, owners of Palmyra Island, to send out one of its officers on the trip when I was a passenger, to annex Kingman's, if the report of land was verified; but he was taken sick the day before the boat left Honolulu.

The company thereupon requested me to officiate in its behalf in the annexing of Kingman's, which I consented to do.

We accordingly sailed direct from Honolulu to Kingman's, landed and annexed the island, in the name of the Palmyra Co., an American company, in accordance with the terms of American law.

The island is small; but immediately adjacent to a large enclosed lagoon of perfectly smooth water, with wide entrances, of at least 24 feet depth.

Having annexed Kingman's, we proceeded on to the Palmyras, arriving there the afternoon of the same day on which we left Kingman's.

Last Fall, William G. Anderson, now manager of the Koolaupoko section of the Mutual Telephone Company, of Honolulu, visited Kingman's, in his private yacht, the "La Paloma" of Honolulu register.

Anderson reports that he found the record of annexation in a glass jar, and the pole on which the American flag was hoisted, when annexed, on Kingman's Island, and everything as I left it in 1922. He states that he added a postscript noting his visit.

EXHIBIT J-4

REPRODUCED AT THE NATIONAL ARCHIVES

-2-

Upon my return to Honolulu in 1922, seven weeks after the annexation incident above referred to, I found that the existence of the island which I had reported, was questioned at Washington, and a Honolulu newspaper suggested that the discovery of Kingman's Island was probably due to an "infraction of the 18th amendment!"

I thereupon wrote a more detailed account of the annexation and published it in the Honolulu Advertiser of July 15, 1922, accompanied by a diagram of the relative location of Kingman's to Honolulu and other adjacent islands, of Palmyra, Washington, Fanning and Christmas, together with photographs of Kingman's island and of the annexation party, on the island.

I herewith enclose a copy of said issue of The Advertiser.

Since the annexation of Kingman's it, together with the Palmyra Islands, 54 in number, have passed, by purchase, into the ownership of Mrs. E. Fullard-Leo, an American citizen, of Honolulu.

Except as an American citizen, I have no interest in Kingman's or the Palmyras, directly or indirectly, other than as set forth above.

As an American citizen, however, I am strongly interested in what may, in the not distant future, prove of vital interest to American interests in the Pacific.

The distance ~~is~~ from Hawaii to Samoa is approximately 2240 miles.

Palmyra and Kingman's are 900 odd miles, directly on the line between the two points, making the distance thence to Samoa, approximately 1300 miles.

The Palmyra's constitute a coral atoll, well wooded, with thousands of coconuts, innumerable birds and much fish. There are several perfectly protected deep lagoons. But the entrance is extremely shallow. Dredging will be necessary to secure practicable access for shipping, except for small boats at high tide.

Kingman's, on the other hand, is barren of vegetation, but possesses a protected lagoon to which there is already access by channel of fair depth - how much deeper than 24 feet no one knows.

I desire to suggest that it would be the part of wisdom for the U.S.Navy to secure for its files, definite data concerning both the Palmyras and Kingman's, both as to present conditions and a rough estimate of cost of making both places available as refreshment and supply stations, both for naval ships and flying boats.

All other islands in this vicinity are British territory, and there is no other land between Honolulu and Samoa.

If such information is not of present value, it may be so in the early future.

EXHIBIT I-4

1045 2 of 8

REPRODUCED AT THE NATIONAL ARCHIVES



One Captain Herman C. Lemmel, was captain of the "Palmyra" when I visited Kingman's. He is now second officer of the Inter-Island Steamer "Mauna Kea." He and Mr. Anderson are both good navigators and, I understand, available as pilots to both the Palmyras and Kingman's, if wanted.

I am not a navigator, but am familiar with boats and the sea and could act as pilot to both islands. My services are available, without charge, if they should at any time be required in connection with examination of Palmyra and Kingman's.

I am simply placing the above information at your disposal - nothing more.

Very truly yours,

LORRIN A. THURSTON,

P.S.--I am the President and controlling owner of the Advertiser Publishing Company, of Honolulu.

L.A.T.

- - - - - - - - - - - - - - - -

UNITED STATES FLEET
U.S.S. SEATTLE, Flagship,
Honolulu, T.H.
June 29, 1925.

From: Commander-in-Chief.
To: Chief of Naval Operations.
Via: Commandant, 14th Naval District.
SUBJECT: KINGMAN'S REEF.
Reference: (a) Mr. Lorrin A. Thurston's letter of 22 June 1925 to the C-in-C.
Enclosure: (A) Copy of reference (a) with enclosure.

1. The Department's consideration is invited to enclose (a) written by Mr. Lorrin A. Thurston, one of the most respected citizens of Honolulu.

2. If Kingman's Reef has a protected lagoon with a 24' entrance channel, the sooner the information to that effect is in the hands of the Commandant of the 14th Naval District, and the Chief of Naval Operations, the better.

3. The Commander-in-Chief suggests the Department take the necessary steps to obtain an accurate survey of this reef at an early date.

R. E. COONTZ.

- - - - - - - - - - -

QG KINGMAN'S REEF/H1/10 First Endorsement. K/W
14th Naval District, Pearl Harbor, T.H., 6 July 1925.

From: Commandant, 14th Naval District.
To: Chief of Naval Operations.

1. Forwarded.

JOHN D. McDONALD.

- - - - - - - - - - - - - - - - - -

EXHIBIT J-4

1045 3 of 8

REPRODUCED AT THE NATIONAL ARCHIVES

28356-14
Op-13A

2nd Endorsement.

July 22, 1925.

From: Chief of Naval Operations.
To: Hydrographic Office.

SUBJECT:-Kingman's Reef.

1. Forwarded, requesting information on the previous discovery of Kingman's Reef and on taking it over by the United States.

2. Has the hydrographic Office any other information concerning the island? Has the island been marked on any charts?

3. Return papers.

E. W. EBERLE.

EXHIBIT J-4

1045 4 of 8

REPRODUCED AT THE NATIONAL ARCHIVES

3rd Indorsement

256871-285
Nav-12-RAW:AR

29 July 1925.

From: Hydrographer.
To: Chief of Naval Operations.

Subject: Kingman's Reef.

1. In accordance with the ~~first~~ second indorsement, the following is the complete information on file in this Office concerning Kingman's Reef: Position - Lat. 6° 23' N., long. 162° 18' W.

H. O. Pacific Islands Pilot - No. 166 - (Ed. 1920), page 461. "British ship "Tarta struck on this reef in June, 1874. Surveyed by British naval vessel Penguin, in 1897. Kingman Reef lies 33 miles N.W. of Palmyra Island; it is of atoll character, of triangular shape, with base to the southward and apex to northward. Within the 100 fathom line it is 9 1-2 miles long east and west by 5 miles north and south. It dries at low water on its northeastern, eastern, and southeastern edges; at the western extreme is a patch of four fathoms, and possibly less, on which the sea breaks occasionally. The remainder is encircled by a ridge with from 4 to 10 fathoms, within which the depths are from 14 to 45 fathoms. Outside the ridge the bank falls suddenly to depths of 300 and 400 fathoms."

Nothing in Hydrographic Office Pilot to indicate that any portion remains above water at all stages of the tide.

British Admiralty Pacific Islands, Vol. III (Sailing Directions) Supplements to 1919). Same information as H.O.Pilot.



EXHIBIT J-4

1045 6 of 8

REPRODUCED AT THE NATIONAL ARCHIVES



British Admiralty chart No. 3045 - Shown as reef in lat. 6° 24' N., lon. 162° 20' West. No land above water.

H. O. Chart No. 528 - lat. 6° 24' N., lon. 162° 20' W., shown as reef. No land above water.

H. O. Chart No. 2020 - lat. 6° 24' N., lon. 162° 20' W., Shown as reef. No land above water.

North Pacific Directory (2nd Ed.) page 703. "The American Ship 'Shooting Star', saw this shoal lying to the northward of Palmyra Island". Date not given.

"The ship 'Alice Thorndike' also saw it in 1859 placing it in lat. 6° 24' N., lon. 162° 22' W.

North Pacific Danger List (H.O.) Same data.

H. O. Archive Document No. 236071-285, May 1922, contains:

(1) Copy of "The Honolulu Advertiser" with announcement of the discovery of an island 120 feet long by 90 feet wide (at high tide) within this shoal, by Mr. Thurston of Honolulu.

(2) Letter from Mr. Farrell (editor of "Pacific Marine Review") in behalf of Mr. Thurston, the discoverer, asking for any record of previous survey or claim, which the office might have on file.

(3) Letter from Intelligence Officer of the 14th Naval District to Director of Naval Intelligence, Washington, D.C., requesting that a further investigation be made and stating that Mr. L. A. Thurston, of Honolulu had discovered and annexed to the United States the small island mentioned above, in the name of the Palmyra Island Copra Company. Mr. Thurston is an American citizen and Copra Company is an American firm. A later indorsement states that Palmyra and Kingman Islands have been purchased by a Mr. E. Fullard Leo. Mr. and Mrs. Leo are of British extraction but it is understood that Mr. Leo has taken out first papers.

2. Hydrographic Office Chart No. 1262a, which shows the various island possessions and mandates in the Pacific and which was constructed after receiving advice from the State Department, clearly shows that this island or reef is United States territory.

W. S. Crosley.



EXHIBIT J-4

1045 7of8

REPRODUCED AT THE NATIONAL ARCHIVES

File. HI-16/EG (1331).

D-(O).

UNITED STATES FLEET
BASE FORCE
U. S. S. MEDUSA, Flagship.

Passage, Pago Pago, Samoa,
to Honolulu, T. H.,
7 September, 1925.

First Endorsement.

From: Commander Fleet Base Force.
To : Commander Mine Squadron Two.

Subject: Survey of Kingman's Reef.

Reference: (a) OpNav letter 28356-14 Op-13A of 4 August, 1925.

Enclosure: (A) Copy of letter from Mr. Lorrin A. Thurston, Honolulu, Hawaii, with endorsements thereon.

1. Recommendation is requested from Commander Mine Squadron Two as to the best time to make a survey of Kingman's Reef, having in mind:

(a) The season of year and weather to be expected.
(b) The material condition and overhaul schedule of the vessels of Mine Squadron Two.
(c) The schedule of employment of vessels of Mine Squadron Two.

2. Recommendation is further requested as to the number (s) and type (s) of ship (s) to be employed for this survey.

3. The Hydrographic Office will be requested to supply material and allotment.

4. An early reply is requested.

5. Return all papers.

Geo. R. Marvell.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT J-5

1043

REPRODUCED AT THE NATIONAL ARCHIVES

UNITED STATES FLEET
MINE SQUADRON TWO-FLEET BASE FORCE
U. S. S. LUDLOW. (FLAGSHIP)

File. Nl-1(1;4)

Pearl Harbor, T. H.,
21 October, 1925.

From: Commander Mine Squadron Two.
To : Commander Fleet Base Force.

Subject: Survey of Kingman's Reef.

Reference: (a) OpNav letter 28356-14 Op-13A of 4 August, 1925.
(b) ComFltBasFor 1st Ind., file Hl-18/EO (1331) dated 7 September, 1925.

Enclosure: (A) Copy of letter from Mr. Lorrin A. Thurston, Honolulu, Hawaii, with endorsements thereon.
(B) Reference (b).

1. The above subject has been discussed at length with officers of the Mine Squadron who are familiar with conditions akin to those at Kingman's Reef and who are familiar with the difficulties having surveyed Johnston Island in June, 1924.

2. Much will depend on the character of survey desired by the Hydrographic Office. A simple plan could be made if only a reconnaissance is desired. However, if an accurate survey to the 100 fathom curve, such as was finally made at Johnston Island, is desired, many added difficulties present themselves, the principle ones of which are the lack of base line of sufficient length, locations for triangulation signals and an anchorage for the vessels engaged. The area inside the 100 fathom curve is believed to be about the same as that found in the Johnston Island survey and the maximum possible base line is reported as 125 feet.

3. The information to be forwarded is set forth under the general headings as given in the endorsement of Commander Fleet Base Force.

(a) There is little question that the only suitable time of year is the month of May as Kingman's Reef is practically an open sea as far as anchorage or protection is concerned. And though Kingman's Reef lies in the belt where the trade winds are supposed to blow themselves out and then should be found the equatorial calm, Such condition was not found when the Mine Squadron visited Palmyra in the same locality in April, 1925. The time of surveying Johnston Island was set for May. The Squadron was delayed by engine trouble until June but found that month as favorable as May because tr trade winds did not start that year until about 1 July. An

EXHIBIT J-6

1044 1of3

REPRODUCED AT THE NATIONAL ARCHIVES

File. N1-1(1:4) UNITED STATES FLEET
MINE SQUADRON TWO-FLEET BASE FORCE
Subject: Survey of Kingman's Reef. U.S.S. LUDLOW (FLAGSHIP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Anchorage must be found on abrupt ledges prior to any attempt to locate with small boat soundings the alleged inner lagoon with entrance and sufficient depth of water for safe anchorage. The winter months are uncertain, the trade wind months are unfavorable, the Reef is about 1000 miles distant. All of this considered plus the time taken to survey will necessitate careful fuel preparations even with favorable weather. Consequently the month of May is considered to be the best time of year and perhaps the only favorable time of year.

(b) The period of overhaul for Mine Squadron Two is the months of December and January though this period will be greatly curtailed by compliance with orders recently received to visit the West Coast in January. Given the regular overhaul the Squadron would, without doubt, be in excellent material condition in May for the work of survey. Under the overhaul schedule now confronting the Squadron, ships will probably be in such material condition as will enable the survey to be made in May.

(c) The routine Gunnery, Mining and Engineering has been greatly delayed during this competition year by reason of the Australian Cruise, search for the S-9, and such minor duties as Navy Day requirements, and affording transportation to the Assistant Secretary of the Navy so that only Battle Mining "B" and short range battle practice will be accomplished before overhaul. Subsequent to return from visit to San Pedro, there will remain for the LUDLOW and the BURNS two mining practices, two full power runs, one long range battle practice each. The mine sweepers will not have so much to do.

4. To sum up it is recommended that:

(1). A preliminary reconnaissance survey be made first as was done in the case of Johnston Island. The successful and expeditious completion of the latter was due primarily to the reconnaissance survey of the preceding year from which complete detailed plans were made months before sailing from Pearl Harbor.

(2). An aeroplane equipped for photographic survey be taken with the Squadron. This was found to be the quickest and most satisfactory way of making a reconnaissance survey.



EXHIBIT J-6

1044 2 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

UNITED STATES FLEET
MINE SQUADRON TWO-FLEET BASE FORCE
U. S. S. LUDLOW, (FLAGSHIP)

File. N1-1(1:4)

236871-285

Subject: Survey of Kingman's Reef.

(3). It be done during the month of May whether 1926 or following.

(4). That it be done as a Squadron effort.

HYDROGRAPHIC OFFICE
NOV 16 1925
NOV 17 1925

G. V. STEWART.

File. H1-16/EG (1331). UNITED STATES FLEET BASE FORCE U. S. S. PROCYON, Flagship. D-(D).

First Endorsement.

San Pedro, California,
3 November, 1925.

From: Commander Fleet Base Force.
To : Chief of Naval Operations.

1. Forwarded.

2. The Commander Fleet Base Force approves the recommendations made in paragraph 4 of the within letter.

3. The Commander Fleet Base Force further recommends that only a preliminary reconnaisance be made in May, 1926.

Geo. R. Marvell.

NAVY DEPARTMENT
SECY'S OFFICE - RECORD DIV.
RECEIVED
NOV 9 1925



EXHIBIT J-6

1044 3 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

(C O P Y)

Op-13A-LMS
28356-14

2nd Indorsement 236871-285
Nav-12-RAW:AR

November 12, 1925.

From: Chief of Naval Operations
To: Bureau of Navigation (Hydrographer)

Subject: Survey of Kingman's Reef.

1. Forwarded for comment.

2. Recommendation is requested as to kind of survey desired.

(Sig) Thos. J. Senn
Acting.

3rd Indorsement 236871-285
Nav-12-WSC:AR

16 November 1925.

From: Hydrographer.
To: Chief of Naval Operations.

Subject: Survey of Kingman's Reef.

1. Returned.

2. It appears that Commander, Mine Squadron Two, in his letter of 21 October 1925, herewith, has covered the matter quite fully. I suggest he be directed to verify all points mentioned in the letter from Mr. Lorrin A. Thurston, of 22 June 1925, to the Commander in Chief, U. S. Fleet, and that he be permitted to take advantage of Mr. Thurston's offer to accompany any expedition sent. (See last paragraph of his letter).

3. I recommend that the survey include:
(a) Verification of position.
(b) Plotting of land and shoals (channels)
(c) Airplane photographs.

W. S. Crosley.

EXHIBIT J-7

1040 2 of 4

REPRODUCED AT THE NATIONAL ARCHIVES

DEC 12 1925 236871-785

Op-18-LBS 10-11-25 4th Endorsement
28366-14

NOV

HYDROGRAPHIC OFFICE
NOV 20 1925
MS DIS CA AD

From: Chief of Naval Operations.
To : Commander in Chief, U.S. Fleet.
Comdt., 14th Naval District.

SUBJECT: Survey of Kingman's Reef.

1. It is desired that the preliminary survey recommended in paragraph 3 of the 3rd endorsement be made in May 1926, using at least one vessel of Mine Squadron II and one airplane from the 14th Naval District.

E. W. Eberle

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CC to: Hydrographic Office
Mine Squadron II

EXHIBIT J-7

1040 4 of 4