REPRODUCED AT THE NATIONAL ARCHIVES

SAMUEL WILDER KING
DELEGATE FROM HAWAII

Congress of the United States
House of Representatives
Washington, D. C.

May 19, 1937.

OFFICE OF THE SECRETARY RECEIVED MAY 21 1937

GG(Kingman Reef)/A9-10 (370519)

Honorable Claude A. Swanson,
Secretary of Navy,
Navy Department,
Washington, D.C.

Dear Mr. Secretary:

I am in receipt of a letter from Mr. Leslie Fullard-Leo and his wife Mrs. Ellen Fullard-Leo, asking me to present their claim for reimbursement for Kingman's Reef, which it is their contention that they annexed to the United States, and is their property as a part of their ownership of the Palmyra Islands group. A copy of their letter is attached for your information.

You will note that Mr. and Mrs. Fullard-Leo state the records covering the annexation of Kingman's Reef are on file in the Navy Department. Their contention is that the expenses incurred in securing American ownership of Kingman's Reef justifies reimbursement in the amount of forty thousand dollars.

May I request the Department's comment on this claim, and whether the Department admits that title to Kingman's Reef was vested in my correspondents.

I am with warmest personal regards,

RECEIVED MAY 23 1937

Sincerely yours,

S W King

SWK:O

Enc.

1087

EXHIBIT n-2

REPRODUCED AT THE NATIONAL ARCHIVES

QG(Kingman Reef)/A9
-10 (370519) U

MAY 29 1937

My dear Mr. King:

Receipt is acknowledged of your letter of May 19, 1937, with which there was forwarded a copy of a letter dated April 20, 1937, from Mr. Leslie Fullard-Leo and his wife, Mrs. Ellen Fullard-Leo, relative to their claim for reimbursement for Kingman Reef which it is their contention they annexed to the United States and claim the property as a part of their ownership of the Palmyra Islands group.

It is noted that Mr. and Mrs. Fullard-Leo state the records covering the annexation of Kingman Reef are on file in the Navy Department but contend that the expenses incurred in securing American ownership of Kingman Reef justifies reimbursement in the amount of $40,000.00.

An examination of the records of the Navy Department discloses that Kingman Reef is located in the Pacific Ocean approximately in latitude 6° 24' 37" North, and longitude 162° 22' West from Greenwich, being approximately thirty-three miles northwest of Palmyra Island and about 930 miles south of Honolulu. It is a triangular atoll about nine and one-half miles by five miles in size which encloses a lagoon. It appears from the records that this reef was first seen and reported by Captain Kingman on the American ship SHOOTING STAR. It was claimed for the United States by L. A. Thurston of Honolulu in 1922, and it has been recognized by the Department of State as being under the sovereignty of the United States.

The records further disclose that the President, by Executive Order No. 6935, dated December 29, 1934, reserved, set aside and placed under and control of the jurisdiction of the Secretary of the Navy for administrative purposes Kingman Reef, together with Wake Island and Johnston and Sand Islands. The records of the Navy Department do not indicate that there were any vested rights on Kingman Reef in favor of private interests on the date of the issuance of this Executive Order, a copy of which is forwarded herewith.

Respectfully,

Claude A. Swanson

Honorable Samuel Wilder King,
House of Representatives,
Washington, D. C.

Enclosure

1086

EXHIBIT N-2

Case 1:05-cv-00151-JMS-BMK Document 134-8 Filed 07/23/2007 Page 16 of 23

Reproduced at the National Archives

DEPARTMENT OF STATE

OFFICE OF THE HISTORICAL ADVISER

January 29, 1938

Le

Referring to the letter from Townsend & Lewis relating to Kingman Reef (file 811.014 K 59/3), considerable information concerning Kingman Reef may be found in Miss Rogers' study of the guano islands, pages 623-7. It is therein indicated that the letter of July 13, 1922 from the Island of Palmyra Copra Company, Ltd., to the Secretary of State is filed 811.014 K 59/.

British Admiralty "Pacific Islands Pilot, Vol. III", 1931, contains the following information relating to Kingman Reef:

> Kingman reef, about 35 miles north-westward off Palmyra island, is a reef of atoll character upon which the British steamship TARTAR struck in June, 1874, and, since its survey by Captain Field in H.M.S. PENGUIN in 1897, is considered to be identical with Caldew reef, Maria shoal, and other dangers reported from time to time in the vicinity, and which, after exhaustive search by the PENGUIN, have been removed from the charts. [p. 171]

Similar information appears in U. S. Hydrographic Office Publication No. 166, 1933 edition, at page 501

> Kingman Reef (6° 25' N., 162° 24' W., H.O. Chart No. 2020).--In June 1874 the British steamship TARTA struck on this reef, which having been surveyed by the British naval vessel PENGUIN, in 1897, is considered to be without doubt identical with Caldew Reef, Maria Shoal, and other imaginary dangers reported from time to time in the vicinity, which, after an exhaustive search by the PENGUIN, have been removed from the charts.

The

811.014 K 59/2

EXHIBIT n-2

1002C 1 of 3

Reproduced at the National Archives



The 1937 supplement to that publication contains the following corrections:

> Page 501.--To line 16 add: "This reef belongs to the United States and is under the administration of the Secretary of the Navy."
> To line 23 add: "In 1922 it was found that a small portion of the reef remained above water at all stages of the tide."

A reconnaissance survey was made by the United States Navy in 1927; a confidential Hydrographic Office chart is based upon that survey. According to the hydrographic chart all of the very extensive coral reef is covered at high tide except a tiny area approximately one acre in extent.

It seems probable that Kingman Reef was known to American whaling captains prior to 1828. The report made in that year by J. N. Reynolds on American whaling and sealing activities in the Pacific (House Document No. 105, 23d Cong., 2nd sess., 1834-5) in its long list of islands, rocks and reefs discovered and reported by American whalers, lists an unnamed island in 6° 36' north latitude, 166° west longitude. This is somewhat west of the true position, but other islands indicated in that area are also reported in the same relative position.

Kingman Reef was reported as Danger Rock or Danger Shoal and it was so listed in the guano list. Danger Shoal

is

811.014 K 59/2
H/LW

1002C 2 of 3

EXHIBIT N-2

Reproduced at the National Archives



is included in the area called "American Polynesia" on maps accompanying a comprehensive article entitled (translation) "American Polynesia and Political Conditions in the other regions of the Pacific Ocean in 1859", by E. Behm, in Petermann's Mittheilungen, 1859 (p. 173-194).

Mr. Samuel Wilder King, delegate of Hawaii, and Dr. Ernest Gruening of the Interior Department, came to see me on August 24, 1937 to discuss certain matters relating to islands in the Pacific. I quote from a memorandum of that conversation a paragraph relating to Kingman Reef.

> Mr. King stated that Palmyra Island is owned by Mrs. Fullard-Leo of Honolulu, and that she claims also to be the owner of Kingman Reef. Mrs. Fullard-Leo desires to have Delegate King introduce a bill in Congress providing that she be paid $50,000 for her title to Kingman Reef. She claims that her agent on a trip to Palmyra some years ago was the first to land on Kingman Reef and to claim it in the name of the United States. Mrs. Fullard-Leo was born and raised in South Africa and her husband, a former British subject, is now a naturalized American citizen. Mrs. Fullard-Leo states that she purchased Palmyra Island from Judge Cooper of Honolulu. Mr. King states that he has not as yet looked into the history of Kingman Reef in relationship to the claim of Mrs. Fullard-Leo.

The questions raised by the recent letter from the firm of Townsend & Lewis appear to be almost wholly legal in character. I have attempted, above, to furnish such information as I have which may have a bearing on the matter.

S. W. Boggs

HA:SWB:BKR

811.014 K 59/3
H/LW
FILED

1002C 3 of 3

EXHIBIT N-2

OFFICE OF THE COMMANDANT
FOURTEENTH NAVAL DISTRICT
AND
NAVY YARD, PEARL HARBOR, HAWAII, U. S. A.

H1-7/ND14

JAN 31 1938

1938

Memorandum to: Commandant, Fourteenth Naval District.

Subject: Kingmans Reef - Ownership of.

1. Search of the local Tax Office shows that for the past thirteen years taxes have been paid on both Kingmans Reef and Palmyra Island by Mr. and Mrs. Fullard-Leo of Honolulu.

2. Investigation of the Archives of Hawaii discloses various newspapers articles, principally in the Honolulu Advertiser, to the effect that the late Lorrin A. Thurston of Honolulu, in May or June 1922, visited Kingmans Reef, raised the United States Flag there, and formally claimed the reef in the name of the United States Government and the Palmyra Copra Company.

3. Official records to substantiate the above could not be located in any of the files in the Archives, Land Office, Tax Office or Territorial Headquarters. Mr. Andrew Farrell of Honolulu, however, stated that he and Mr. Thurston turned over to the Branch Hydrographic Office in San Francisco, California, about July 1922, official statements and original papers in connection with this incident, and that he was later informed that these had been forwarded to the Hydrographer, and that a communication acknowledging their receipt had been received by Mr. Thurston.

4. Mrs. Fullard-Leo informed the Intelligence Officer that she was the owner of Kingmans Reef and had paid taxes on that property for many years. However, she admitted that formal acknowledgement of her claim to ownership had never been made by the United States Government and, furthermore, that in December 1934 or January 1935, she had exchanged communications with the State Department in regard to her status as the owner of the property and that the State Department had declined to admit that her claim was valid

W. K. Kilpatrick
W. K. KILPATRICK

Chief of Staff
File

File No EG12/Kingman
Doc. No. 52

EXHIBIT N-2

IN REPLY ADDRESS
THE JUDGE ADVOCATE GENERAL OF THE NAVY
AND REFER TO NO.
QG(Kingman Reef)/A9-10(371015)

Comdt
Chief of Staff
J. Dutch

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
WASHINGTON, D. C.

FEB 11 1938

From: The Judge Advocate General of the Navy.
To : The Commandant, Fourteenth Naval District.

Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership.

Reference: (a) Comdt. ltr of Dec. 6, 1937, to JAG.

1. Receipt is acknowledged of the above-mentioned reference. The information contained therein will be placed on file for future reference in the event a claim is made for ownership by private parties. No such claim has been filed with the Navy Department to date.

T. L. Gatch
Assistant Judge Advocate General of the Navy.

KRE 001362

EXHIBIT N-2

28 Jan. 1986

Memorandum

From: PACDIV Code 242: Jim Wallace
To: NAVFAC Code 2041K: Jim Farish
Subj: Kingman Reef
Ref: (a) Our phonecon of Jan. 22, 1986
Encl: (1) Packet of data on subject

1. Enclosure (1) contains all of the data I have been able to find in a reasonable time, as requested in reference (a). I have checked the Land Court, Bureau of Conveyances, U.S. District Court and Title 48, U.S.C., all with negative results.

2. Kingman Reef is a coral atoll on top of an ancient submarine volcano. At times coral piles high enough to provide some dry land, while at other times the highest points are awash. See N.O. Chart No. 83153, part of enclosure (1). The atoll has never been considered part of the Territory or State of Hawaii.

3. It was first discovered by Captain Fanning in the American ship "Betsy" on June 14, 1798. It was listed under the name "Danger" among the islands claimed by Americans under the Guano Act of 1856, according to an unverified account. It is named after Capt.



EXHIBIT O

Kingman of the American ship "Shooting Star" out of Boston, who visited it on November 29, 1853.

4. Kingman Reef was formally claimed by Lorrin A. Thurston, at the request of Leslie and Ellen Fullard-Leo, in the name of the U.S.A. and claimed for the Palmyra Copra Co., Ltd., on May 10, 1922. Sometime between then and June of 1925, it is purported to have been conveyed to Mrs. Fullard-Leo; however, I could find no record of the transaction. The Deed for Palmyra, Land Court Doc. No. 3501, was dated Aug. 19, 1922, and Transfer Certificate of Title No. 2116 was issued to Fullard-Leo. This document makes no mention of Kingman Reef.

5. Three Fullard-Leos are currently listed in the Oahu telephone directory, including Leslie, who must be nearly 90 years old now. Names, addresses and phone numbers can be furnished upon request.

6. I called the State Archives this morning and was told they may have something if we want to dig it out. They also have a recorded verbal history made by Ellen Fullard-Leo. There was no indication that it has been transcribed.

Yours, Jim Wallace

KRE 000888

EXHIBIT O

PEO 6935 – 8682 Kingman Reef – Jim Farish

JUNE 14, 1798 Discovered by Capt. Edmund Fanning in the American ship Betsy

NOV. 29, 1853 Re-discovered by Capt. W.E. Kingman in the American ship Shooting Star. Reported in The Friend (Honolulu) for Sept., 1855, page 62.

1856 Listed as claimed by Americans under the Guano Act of 1856.

1859 Visited in 1859 by the ship Alice Thorndike.

Aug. 31, 1872 Visited by Commander Nathaniel Green of the USS Resaca. Reported in The Friend for Oct., 1872.

Jun. 22, 1874 British steamship Tarta, Capt. J.S. Ferries, grounded on reef – freed 2 days later, reported June 22, 1874 when vessel arrived in Honolulu.

April 16, 1888 British iron bark Henry James, Capt. Ralph Lattimore, wrecked on reef. All passengers and crew went to Palmera and subsequently were rescued.

KRE 000889

EXHIBIT O

Jan. 16, 1893 Hawaiian bark Lady Lampson struck the reef.

1897 Region carefully surveyed by British naval vessel Penguin; showed that it must be same as Caldew Reef and Maria or Crane Shoal, reported in 1863 by Capt. Crane of the schooner Maria. These names subsequently removed from charts, leaving only Kingman Reef as name of this reef or shoal.

May 10, 1922 Claimed for United States of America and for Palmyra Copra Co., Ltd., by Lorrin A. Thurston, at the request of Leslie and Ellen Fullard-Leo - published in Hon. Adv. of July 15, 1922.
June 22, 1925 letter

June, 1926. U.S. Navy sent the USS Whippoorwill to survey the reef. Aerial photography taken July 3, 1926, by Lt. D.N. Logan and photographer W.L. Williams, USN.

Dec 29, 1934 Presidential Executive Order No. 6935 (P.E.O.) placed Kingman Reef under the control and jurisdiction of the Secy. of the Navy.

May 13, 1935 General Order No. 66 placed Kingman Reef under jurisdiction of Commandant

KRE 000890

EXHIBIT O

14th Naval District.

Feb. 14, 1941 P.E.O. 8682 established "Kingman Reef Naval Defensive Sea Area" and "Kingman Reef Naval Airspace Reservation"

April 2, 1941 P.E.O. 8729 corrected wording in P.E.O. 8682.

1937 – 1938 Kingman Reef used as way station for the Pan American Airways Sikorsky and Samoan Clippers under revocable permit issued Dec. 13, 1935. This route was abandoned after the Samoan Clipper crashed after takeoff from Pago Pago en route to Auckland, N.Z. on Jan. 11, 1938.

June 22, 1925 Lorrin A. Thurston wrote a letter to Adm. R.E. Coontz, USN, stating, among other things, that Kingman Reef, along with Palmyra Atoll, was purchased by Mrs. E. Fullard-Le[illegible]

Kingman Reef was neither a part of the Territory nor of the State of Hawaii. It is under jurisdiction of the U.S. District Court for the District of Hawaii – 48 USC 642a. – for civil and criminal cases. Now under control of Commander, Third Fleet, USN.



EXHIBIT O

From : 242 (HFJ)
To : 24
Subj : Kingman Reef: request for information concerning
Ref : (a) Tel. Request from NAVFAC (Jeff Roth)

Encl : (1) Kingman Reef (From American Polynesia and the Hawaiian Chain, By E.H. Bryan, Jr. Hon. 1942 (Excerpt)

(2) Wake Island, Kingman Reef, Johnston and Sand Islands (Excerpt) Federal Owned Real Estate - Navy Dept.

(3) Copy of Ltr Dtd Nov. 20, 1931 Regarding Palmyra Island & Kingman Reef.

(4) Status of Certain U.S. Possesions in the Pacific under control of the Navy but having no Indigenous population

(5) Info concerning Funafuti Island in the Ellice Islands

1. Jurisdiction and Control: By Pres. Exec. Order No. 6935, dtd Dec. 29, 1934.



EXHIBIT O

ORDER NO. 66, dated 13 May 1935, placed KINGMAN REEF UNDER JURISDICTION OF Commandant, 14th NAVAL DISTRICT.

KINGMAN REEF has been made a U.S. NAVAL DEFENSIVE SEA AREA, by PEO NO. 8682 dtd. 14 Feb. 1941

2. POSITION AND DESCRIPTION: KINGMAN REEF LIES 382 NAUTICAL MILES NORTH OF THE EQUATOR; LATITUDE 6° 25' N LONGITUDE 162° 24' W; 33 MILES NW OF PALMYRA ISLAND. IT IS OF ATOLL CHARACTER, TRIANGULAR SHAPE, WITH BASE TO the SOUTHWARD AND APEX to the NORTHWARD. WITHIN THE 100 FATHOM LINE, IT IS 9 1/2 MILES LONG EAST AND WEST, BY 5 MILES NORTH AND SOUTH. IT DRIES AT LOW WATER ON ITS NORTH EASTERN AND SOUTHEASTERN EDGES. (See ALSO DESCRIPTIONS ON ENCLS. 1 thru 4)

3. ACQUISITION: KINGMAN REEF WAS DISCOVERED by CAPT. W.E. KINGMAN OF THE AMERICAN SHIP 'SHOOTING STAR' of BOSTON ~~[illegible]~~ ON NOV. 29, 1853. IT WAS CLAIMED FOR THE UNITED STATES by L.A. THURSTON of HONOLULU IN 1922, AND IT ~~[illegible]~~ IS RECOGNIZED by THE STATE DEPT. [illegible] STATE AS being UNDER THE SOVEREIGNTY

KRE 000893

EXHIBIT O

4. CURRENT GOV'T. THE "REEF" IS UNPOPULATED - but IT IS UNDER the JURISDICTION AND CONTROL OF THE U.S. NAVY (14th NAVAL) ~~..~~ FOR ADMINISTRATIVE PURPOSES. By PEO # 6935 dtd Dec. 29, 1934.

5. THERE ARE NO NAVY INSTALLATIONS ON KINGMAN REEF.

6. KINGMAN REEF IS AN ATOLL BY CHARACTER.

~~7. Items 1 thru 6 (above)~~

7. ENCLOSURES (1) thru (4) ARE INFO ~~...~~ CONCERNING KINGMAN REEF.

8. ENCLOSURE (5) IS AN INFO CONCERNING FUNAFUTI ISLAND IN the ELLICE ISLANDS GROUP.



EXHIBIT O

(From "American Polynes a nd the Hawaiian Chain, by E. H. Bryan, Jr..Honolulu, 1942.)

CHAPTER 45

# Kingman Reef




Kingman Reef lies 382 nautical miles north of the equator. It is about 33 miles northwestward of Palmyra Island and 925 miles south by west of Honolulu.

It is a triangular, atoll-like reef and shoal about 9½ miles east and west by 5 miles north and south, of which all but the eastern end is now submerged. This leaves exposed a V-shaped bit of reef, with shoals to the westward. Within the line of reef and shoals is a triangular lagoon, about 7 by 4 miles, with depths up to 270 feet.

Much of the reef is awash at low tide, and there are places, especially toward the eastern end, where it dries. The highest elevation is a low pile of bare brown coral, northwest of the eastern point, which varies in size and height, as storms pile up or wash away material. At the western end of the shoal is a patch with less than 25 feet of water over it, on which waves break occasionally. Outside this submerged atoll the slopes drop steeply to 2,000 feet or more.

The area supports a rich marine fauna, including large numbers of fishes. There is no land flora. Some coconut palms, planted in 1924, were still alive in 1926, but it is not known if they have survived.



Encl. (1)



EXHIBIT O

As described under Palmyra, the first recorded discovery of Kingman Reef was made by Captain Edmund Fanning, in the American ship Betsy, June 14, 1798. In his entertaining "Voyages and Travels," Fanning relates how, after his discoveries of Fanning and Washington Islands, during the night of June 13-14, he had a premonition of danger, and going on deck, he had the ship heaveto. Daylight showed them close to a reef, upon which undoubtedly they would have struck had he not stopped the ship.

He described it as "a coral reef or shoal, in the form of a crescent, about six leagues in extent from north to south; under its lee, and within the compass of the crescent, there appeared to be white and shoal water. We did not discover a foot of ground, rock, or sand, above water, where a boat might have been hauled up . . ."

Kingman Reef was named for Captain W. E. Kingman, who discovered it in the American ship Shooting Star, of Boston, on November 29, 1853. He reported this discovery in The Friend (Honolulu) for September, 1855, page 69. He said that it was near the spot assigned to "Danger rock" on some charts, and added that it would be "very dangerous to approach in the night, particularly with a light wind and smooth sea, as such there would be no breakers visible until a ship was so near as to be in considerable danger."

Under the name of "Danger" it was among the islands listed as claimed by Americans under the Guano Act of 1856.

It was visited in 1859 by the ship Alice Thorndike, and in some accounts is called by that name.

A report regarding the reef is given in The Friend for October 1872, by Commander Nathaniel Green of the U.S.S. Resaca, which visited it August 31, 1872. He says, "It is certainly a dangerous reef, the discolored water being observed to extend eight or nine miles, the sea combing over the ridge of the reef for a space of about three miles in an E.N.E. and W.S.W. direction. Several patches of white sand and coral were observed from the top, even with the water's edge."

June 22, 1874, the British steamship Tarta, Captain J. S. Ferries, on the Australian-American run, struck the reef. After two days she got off, and arrived at Honolulu June 28, 1874.

On April 16, 1888, the British iron bark Henry James, Captain Ralph Lattimore, was wrecked on this reef. The eleven passengers and crew, thirty in all, were safely transported in small boats to Palmyra Island. From here the first mate, Donald McDonald, the boatswain, and three



KRE 000896

EXHIBIT O

seamen made their way to Apia, Samoa, 1300 miles in 19 days, arriving in an exhausted condition. Here they chartered the schooner Vindex to make the rescue. Learning of the wreck, Captain H. M. Hayward took the S.S. Mariposa out of her course and rescued passengers and crew on May 29. The Vindex arrived thirteen days later. Despite their experiences, all enjoyed good health. Full accounts of wreck and rescue are given in the Pacific Commercial Advertiser for June 2. and the Gazette for June 5, 1888.

January 16, 1893, the Hawaiian bark Lady Lampson struck the reef.

A careful survey of this region in 1897 by the British naval vessel Penguin showed that it must be the same as Caldew Reef, and Maria or Crane Shoal, reported in 1863 by Captain Crane of the schooner Maria. These names appeared on charts of this region, but have been removed.

The American flag was hoisted over Kingman Reef, May 10, 1922, by the late Lorrin A. Thurston, at the request of Leslie and Ellen Fullard-Leo. He took formal possession by reading a proclamation of annexation, and leaving a record of the proceedings, a certificate of possession the flag, and copies of the Honolulu Advertiser and Star-Bulletin of May 3, 1922, in a glass jar, deposited at the base of a cairn of coral slabs about four feet high. The party consisted of Captain Herman Charles Lemmel, John L. Padgett, L. A. Thurston, D. D. Thaanum, Ted Dranga, Manuel Vasconcellos, and a crew of six. At the time of annexation, the land was described as "a pancake of dead coral" about 90 feet wide, 120 feet long, and 5 or 6 feet high at low water.

The proclamation, which now is preserved in the Archives of Hawaii reads: "Be it known to all people: That on the tenth of May, A.D. 1922, the undersigned agent of the Island of Palmyra Copra Co., Ltd., landed from the motorship Palmyra doth, on this tenth day of May, A.D. 1922, take formal possession of this island, called Kingman Reef, situated in Longitude 162° 18′ West and in 6° 23′ North, on behalf of the United States of America and claim the same for said company."

In June, 1926, the U. S. Navy sent the U.S.S. Whippoorwill to visit Kingman Reef, with L. A. Thurston, and W. G. Anderson, who visited the reef in 1924. They arrived June 25, and spent ten days in making surveys.

December 29, 1934, Executive Order of President Franklin D. Roosevelt placed Kingman Reef under the control and jurisdiction of the U.S. Navy, in immediate charge of the 14th Naval District.

In September, 1935, William T. Miller, representing the U.S. Bureau





EXHIBIT O

Case 1:05-cv-00151-JMS-BMK Document 134-9 Filed 07/23/2007 Page 13 of 13

of Air Commerce, visited the reef on the U.S.C.G. cutter Itasca. He is reported as saying that Kingman Reef had an important place in the Pacific aviation picture.

Early in 1937, the schooner Trade Wind, chartered by Pan-American Airways, took up a position at Kingman Reef. During March and April it served as a base for the trial flight of the Sikorsky Clipper, piloted by Captain Edwin C. Musick, between Honolulu and Pago Pago. The clipper touched on the way south, March 24, and on the return, April 8, 11 hours 46 minutes from Pago Pago.

The Trade Wind also was stationed at Kingman Reef for the trial flights of the ill-fated Samoan Clipper, also under command of Captain Musick. It reached the reef December 23, 1937, on the way south, and January 3, 1938, on the return. On its next flight, the clipper reached Kingman Reef on January 9. It was lost near Tutuila when it took off for Auckland from Pago Pago on the 11th.

Naval vessels occasionally pass the reef. The writer saw it, August 13, 1938, en route from Palmyra to Honolulu, on the U.S.C.G. cutter Taney.

Kingman Reef has been made a U. S. national defense area by Executive Order of President Franklin D. Roosevelt, dated February 14, 1941, and foreign planes and surface craft are prohibited.





EXHIBIT O

## WAKE ISLAND, KINGMAN REEF, JOHNSTON AND SAND ISLANDS

Wake Island is located in the Pacific Ocean approximately in latitude 19°17'28" N., longitude 166°54'42" E. from Greenwich, being approximately 2,000 miles west of Honolulu and 1,334 miles northeast of Guam. It is a U shaped atoll lying northwest-southeast, about 4½ miles long and 2¼ miles wide comprising three islets which nearly surround and form a lagoon.

Wake Island was taken possession of by order of the President by Commander E. D. Taussig, United States Navy, commanding the U. S. S. *Bennington* on the 17th of January 1899. A flagstaff was erected, a flag hoisted and nailed to the mast, and a brass plate with appropriate inscription screwed to the base of the mast.

Kingman Reef is located in the Pacific Ocean approximately in latitude 6°24' N., longitude 162°22' W. from Greenwich, being approximately 33 miles northwest of Palmyra Island and about 930 miles south of Honolulu. It is a triangular atoll about 9½ miles by 5 miles in size which encloses a lagoon.

Kingman Reef is said to have been first seen and reported by Captain Kingman on the American ship *Shooting Star*. It was claimed for the United States by L. A. Thurston of Honolulu in 1922 and it is recognized by the Department of State as being under the sovereignty of the United States.

Johnston and Sand Islands are located in the Pacific Ocean approximately in latitude 18°44'32" N. and longitude 69°30'59" W. from Greenwich, being approximately 717 miles southwest of Honolulu. They are lagoon islands situated on a reef about 8 miles long extending northeast and southwest.

Johnston and Sand Islands are generally regarded as being a part of the Hawaiian group and consequently as a possession of the United States. No definite record has been found to indicate when or how the islands were taken possession of by the Hawaiian Government or how they became a part of the Hawaiian group. However, the Department of State has held that they belong to the Hawaiian group and are under the sovereignty of the United States.

(The foregoing historical data is reproduced from letter of the Secretary of the Navy to the President under date of Dec. 13, 1934, A21-5/AI-1(341213).)

Under control of Navy Department.—Executive Order No. 6935, December 29, 1934, placing these islands under the control of the Navy Department, reads as follows:

By virtue of and pursuant to the authority vested in me by the act of June 25, 1910 (ch. 421, 36 Stat. 847), as amended by the act of August 24, 1912 (ch. 369, 37 Stat. 497), and as President of the United States, it is ordered that Wake Island located in the Pacific Ocean approximately in latitude 19°17'28" N., and longitude 166°34'42" E. from Greenwich, Kingman Reef located in the Pacific Ocean approximately in latitude 6°24'37" N. and longitude 166°22' W. from Greenwich, and Johnston and Sand Islands located in the Pacific Ocean approximately in latitude 16°44'32" N., and longitude 169°30'59" W. from Greenwich, together with the reefs surrounding all the aforesaid islands, as indicated upon the diagram hereto attached and made a part of this order, be, and they are hereby, reserved, set aside, and placed under the control and jurisdiction of the Secretary of the Navy for administrative purposes, subject, however, to the use of said Johnston and Sand Islands by the Department of Agriculture as a refuge

Encl. (2)

KRE 000899

EXHIBIT O

and breeding ground for native birds as provided by Executive Order No. 4467 of June 29, 1926.

This order shall continue in force and effect until revoked by the President or by act of Congress.

**Under jurisdiction of the fourteenth naval district.**—General Order No. 66, May 13, 1935, placed Wake Island, Kingman Reef and Johnston and Sand Islands under jurisdiction of commandant, fourteenth naval district.

**Permits.**—*Airplane service at Wake Island.*—By revocable (indeterminate) permit, March 12, 1935, authority was granted to the Pan American Airways, Inc., "to use in connection with its proposed operation of licensed aircraft of American registry in trans-Pacific airplane service, that portion of Wake Island Naval Reservation that is outlined in red on the attached hydrographic map (no. 162) commencing at the boat channel slightly west of the center of the southern arm of Wake Island and extending in a northwesterly direction to Kuku Point, and to erect necessary facilities thereon, including piers and ramps into the lagoon, said map being marked 'Exhibit A' and made a part hereof."

Among other conditions of this permit, the permittee assumes all responsibility for the proper care and maintenance of the naval property covered by the permit and for any damages sustained by the Government by reason of any work undertaken under the permit; the permittee agrees that all departments and agencies of the United States shall have free and unrestricted use of the reservation, and with the approval of the Secretary of the Navy, shall have the right to erect and install structures, improvements and facilities for maintaining supplies of fuel, oil and other materials for operating aircraft. Use of areas covered by this permit shall not interfere with activities on adjoining areas. Permittee shall remove at its own expense any structures when the Secretary of the Navy shall find it necessary or desirable to do so.

The foregoing revocable permit, with approval of the Secretary of the Navy, was assigned to the Pan American Airways Co. on September 30, 1935.

*Airplane service at Kingman Reef.*—By revocable (indeterminate) permit, December 13, 1935, the Pan American Airways Co., was authorized "to operate licensed aircraft of American registry into and over and to land on the waters of Kingman Reef and Pago Pago Harbor, American Samoa; to use such land areas at Kingman Reef as may be required for the erection of shore facilities, radio and other aids to air navigation; and to moor a company barge and station ship of American registry at Kingman Reef, in connection with the proposed extension of its trans-Pacific airplane service between the United States and the Far East, via Honolulu, Hawaii, * * *"

Among the conditions on which this permit is granted are:

The permittee agrees that all departments and agencies of the Government shall have unrestricted use of the areas covered by the permit, and, with the approval of the permittor, shall have the right to erect structures and other facilities for maintaining supplies of fuel, oil, and other materials for operating aircraft.

The permittor shall have reasonable use of the premises free of charge, except that reasonable compensation shall be paid for the exclusive use of any facilities.



EXHIBIT O

Areas covered by this permit shall be used so as not to interfere with activities on adjoining areas.

Permittor may, when it appears necessary or advisable, require the removal or relocation of any structures.

Upon termination of permit premises are to be restored as nearly as practicable to their original condition.



EXHIBIT O

H1-18/Kingman's Reef

N1-13/Palmyra

Fol. dow

To Mr. Nelson Brown
4148 Drexel Boulevard
Chicago Illinois.

NOV 20 1931

Dear Sir:-

Your letter of 1 November 1931 regarding Palmyra Islands and Kingman's Reef has been received by the Commandant of this, the Fourteenth, Naval District.

I find in the records of the Territory of Hawaii the following descriptions. "Palmyra Island - other names Samarang and Palmoore.

Position and description. Latitude 5°53' N. longitude 162° 05' W, 960 miles south by west of Honolulu - The island is a regular Atoll and consists of approximately 52 islets occupying a space of 5 2/3 miles east and west by 1½ miles north and south, and the reef extends in length nearly 8 miles east and west. The atoll incloses three distinct lagoons, each having 20 fathoms of water and upwards, but without openings or passages, even for boats. The islets are low, the highest being only 6 feet above the sea and covered with bush and Coconut trees, the latter being extremely high from 50 to 60 feet, are visible from a ships deck at from 12 to 15 miles. The largest islet has an area of 46 acres and the smallest 47/100 of an acre. Fresh water is obtained by conserving the rain fall.

Historical. Discovered by Captain Sawle of the American ship Palmyra on 7 November 1802, taken possession by Dr. G. P. Judd of the brig Josephine, agent for American Guano Co., for the United States 19 October 1859; taken possession by Captain Zenas Bent of the schooner Louisa for the Hawaiian Kingdom on 15 April 1862 under authority of commission issued by Kamehameha IV; annexed to Great Britain on 28 May 1889 by Commander Nichols R. N of H.B.M.S. Cormorant. Acquired by the United States 7 July 1898; formally annexed to the United States by Admiral Sutherland U.S.N. the Commander-in-Chief of the Pacific Fleet in 1912.

Encl. (3)



EXHIBIT O

Jurisdiction. Territory of Hawaii; City and County of Honolulu and Palmyra Island has been brought under the provisions of the Land Registration Act of the Territory of Hawaii being registered as Land Court Petition No. 223."

"Kingman Reef. No other name.

Position and Description. Latitude 6° 25' N longitude 162° 24' W; 38 miles NW of Palmyra Island. It is of atoll Character, of triangular shape, with base to the southward and apex to the northward. Within the 100 fathom line it is 9½ miles long east and west by 5 miles north and south. It dries at low water on its northeastern, eastern and south eastern edges; at the western extreme is a patch of 4 fathoms and possibly less, on which the sea breaks occasionally. The remainder is encircled by a ridge with from 4 to 10 fathoms within which the depths are from 14 to 45 fathoms. Outside the ridge the bank falls suddenly to depths of 300 to 400 fathoms.

Historical. Discovered by Captain Kingman of the American ship Shooting Star; in June 1874 the British Steamship TARTA struck on this reef, which having been surveyed by the British Naval vessel Penguin in 1897 is considered to be without doubt identical with Caldew Reef, Maria Shoal and other imaginary dangers reported from time to time in the vicinity, which after an exhaustive search by the Penguin, have been removed from the charts.

Jurisdiction. United States of America.

I can find no record of the wreck of the "Henry James" nor any other vessel except as noted above, namely the Tarta.

The Navy appears to have no record of a survey altho we have records of the preparations for one in 1926. It is thought that the results may have been sent direct to the Hydrographic Office, Navy Department, Washington D. C. and it is suggested that you write that office for information desired by you. It seems also that Mr. L. A. Thurston of Honolulu visited the reef in 1922 in a fishing sampan and annexed the island for the Owners of Palmyra Island in accordance with the terms of American Law.





EXHIBIT O

Mr. Thurston says "The island is small, but immediately adjacent to a large enclosed lagoon of perfectly smoothe water, with wide entrances, of at least 24 feet depth." It is suggested that you write to Mr. Lorrin A. Thurston Honolulu, c/o Advertiser Publishing Co., for further information.

I can find no photographs to send you.

Sincerely yours

RICHARD S. GALLOWAY
Commander, U. S. Navy
by direction



EXHIBIT D

Status of Certain U. S. Possessions in the Pacific under control of the Navy but Having No Indigenous Population

1. Midway. By Executive Order 199A of 20 January 1903 "such public lands as may exist on the Midway Islands, Hawaiian group /were placed/ under the jurisdiction and control of the Navy Department".

Executive Order 199A is still in effect according to the records maintained by the Index Section of the National Archives.

For jurisdiction of U. S. District Court over Midway see paragraph 5 below.

2. Wake, Johnston and Sand Islands and Kingman Reef. By Executive Order 6935 of 29 December 1934 the above islands were "reserved, set aside, and placed under the control and jurisdiction of the Secretary of the Navy for administrative purposes", subject to use of Johnston and Sand islands as a bird refuge.

Executive Order 6935 is still in effect, according to the records of National Archives.

For jurisdiction of U. S. District Court over the above islands see paragraph 5 below. As a matter of interest it may be noted that the Justice Department has authorized the designation of a CAA official on Wake Island as a deputy U. S. marshal for the island. This action was taken following the withdrawal of all U. S. Navy personnel from Wake and is for the purpose of continuing U. S. jurisdiction over the island and maintaining law and order.

The Civil Aeronautics Administration (CAA) has the principal activity on Wake Island at the present time. In this connection paragraph 6 below should be noted.

The Air Force is in charge of operations on Johnston at the present time but the formal transfer of operational responsibility has not yet been made. This does not alter the terms of Executive Order 6935 as to Johnston.

3. Kure (Ocean) Island. By Executive Order 7299 of 20 February 1936 "Kure (Ocean) Island, being under the sovereignty of the Territory of Hawaii /was/ reserved, set aside and placed under the control and jurisdiction of the Secretary of the Navy for naval purposes".

Executive Order 7299 is still in effect, according to the records of the National Archives.

Encl. (4)

KRE 000905

EXHIBIT O

For jurisdiction of the U. S. District Court over Kure, see paragraph 5 below.

4. Palmyra. By Executive Order 8616 of 19 December 1940 Palmyra was "placed under control and jurisdiction of the Secretary of the Navy and reserved for naval purposes", [subject to] "valid existing rights" [and provided that] "nothing herein contained shall affect the civil or criminal jurisdiction of the Territory of Hawaii with respect to persons or property on Palmyra Island, insofar as such jurisdiction is consistent with the purposes for which said island is hereby reserved".

Executive Order 8616 is still in effect, according to the records of the National Archives.

The Supreme Court of the United States on May 12, 1947 in U. S. v. Fullard-Leo, 331 U. S. 256, 67 S. Ct. 1287, 91 Law Ed. 1127, held that title to Palmyra Island is vested in the Fullard-Leo family by reason of a grant in their favor from the government of Hawaii prior to the annexation of Hawaii by the United States.

The CAA has the principal activity on Palmyra at the present time. In this connection paragraph 6 below should be noted.

5. By section 642a of Title 48 of the U. S. Code (Annotation) the jurisdiction of the U. S. District Court, Hawaii is extended to all civil and criminal cases arising on or within Midway, Wake, Johnston, Sand, Kingman Reef, Kure Island, Baker, Howland and Jarvis. All such cases shall be deemed to have arisen on the high seas on a merchant vessel of the U. S. The situs of the trial of such cases shall be the U. S. District Court, Hawaii.

6. Executive Order 9797 of 6 November 1946 provides for the transfer to the Department of Commerce (under which CAA is placed), with the approval of the "War" and Navy Departments, of facilities, property, equipment and maintenance supplies (including components thereof and structures and equipment appurtenant thereto or used in connection therewith) of the "War" and Navy Department, relating to the use, control, maintenance and operation of air-navigation facilities (including airports and associated facilities). It is also provided that such property may be retaken by the military establishment, if required for military use.

Section 8a of Public Law 647 (80th), the effective date of which is subsequent to the date of Executive Order 9797, gives legislative sanction to the transfer of airport and airway property to CAA and confirms prior transfers of such property to the Department of Commerce.

It is considered that Executive Order 9797 and Public Law 647 relate only to the transfer of aviation facilities to CAA and should not be construed as terminating the right of the Navy to exercise jurisdiction on Wake and Palmyra in accordance with Executive Order 6935 and 8616.



EXHIBIT O