Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter Hawaii Bar No. 3744
2125 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone No.: 415-409-8900
Facsimile No.: 415-409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company; KINGMAN REEF ATOLL DEVELOPMENT, L.L.C., a Hawaii limited liability company,** | **NO. 06-828L** |
| **Plaintiffs,** | **PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT L.L.C.'S SUPPLEMENTAL EXHIBITS PURSUANT TO THE COURT'S DIRECTION** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | **Judge Marian Blank Horn** |

PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT L.L.C.'S SUPPLEMENTAL EXHIBITS PURSUANT TO THE COURT'S DIRECTION

Plaintiffs Kingman Reef Atoll Investments, L.L.C. and Kingman Reef Atoll Development, L.L.C. hereby submit supplemental exhibits pursuant to the Court's direction that were filed in *Kingman Reef Atoll Investments, L.L.C. v. The United States of America, et al.*; No. CV05-00151 JMS/BMK (D. Hawaii) in support of Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss. Plaintiffs understand that all of the documents submitted in said Hawaii district court case may be considered by this Court.

| Supplemental Exhibit | Located in District Court Record |
|---|---|
| Memorandum dated December 6, 1937, from Commandant, 14th Naval District to The Judge Advocate General of the Navy, Subject: Kingman Reef and Palmyra Island in the Pacific Ocean - Private Ownership | Doc. 134-7, Part 2 of 2, pp. 13-15 of 23 (Part of Exhibit N to Declaration of Ainsley Fullard-Leo) |
| Memorandum dated October 17, 1997, from GCSW - Judson J. Feder to WPFMC - Kitty M. Simonds, Subject: Fishery Management Jurisdiction over waters off Midway Atoll, Palmyra Island and Kingman Reef | Doc. 124-7 (Exhibit G to Declaration of Christian P. Porter) |
| Telecopier Transmittal dated November 2, 1998, from Arlene S. Kishi, Brooks Tom Miller & Porter to Chuck Cook, Re: Fullard-Leo - Palmyra (including documents sent with transmittal) | Doc. 124-15, Part 1 of 2, pp. 1-20 of 20<br>Doc. 124-16, Part 2 of 2, pp. 1-18 of 18<br>(Part of Exhibit O to Declaration of Christian P. Porter) |
| Letter dated October 26, 2000, from Robert C. Byrd, Slade Gordon, Ralph Regula and Norm Dicks of the U.S. Senate, Committee on Appropriations | Doc. 124-27, pp. 1-5 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |

| | |
|---|---|
| U.S. Fish and Wildlife Service, Land and Water Conservation Fund, FY 1998 Title V & FY 1999 Appropriations ($ in Millions) | Doc. 124-27, p.6 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| Conference Report No. 106-914, dated September 29, 2000, from Mr. Regula, committee of conference | Doc. 124-27, pp. 9-10 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| DOI LWCF Proposal for $130 Million in Title VII Funds, dated 10/17/00 | Doc. 124-27, p.11 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| Letter dated October 23, 2000, from Bruce Babbitt, Secretary of the Interior, to Honorable Ralph Regula, Chairman, Subcommittee on Interior and Related Agencies | Doc. 124-27, pp.16-18 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| Article on Federal Funding Programs hosted by AmericanTrails.org., "Land and Water Conversation Fund stateside funding for 2001" | Doc. 124-27, pp.19-21 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| Letter with stamped dated October 3, 1997, from Robert P. Smith, Pacific Islands Manager for U.S. Department of the Interior, Fish and Wildlife Service to Lt. Colonel Ralph H. Graves, Honolulu District Engineer, U.S. Army Corps of Engineers | Doc. 124-27, p. 24 of 24 (Part of Exhibit Z to Declaration of Christian P. Porter) |
| Letter dated December 13, 2000, from Jim Cook of Pacific Ocean Producers to Jerry Leinecke, U.S. Department of the Interior, Fish and Wildlife Service, Hawaiian and Pacific Islands National Wildlife Refuge Complex | Doc. 124-28, p. 1 of 2 (Exhibit AA to Declaration of Christian P. Porter) |
| Memorandum dated August 19, 1991, from Jim Maragos, to Palmyra Atoll file, cc: Kelvin Taketa, Peter Savio, Robert Smith, John Ford, Georgia Shirilla, Subject: Minutes of 7/26/91 meeting on Palmyra Atoll held on TNC (Draft) | Doc. 131-1, pp. 2-6 of 6 (Exhibit A to Declaration of Peter Savio) |

| | |
|---|---|
| Facsimile dated October 3, 1997 from Robert P. Smith, to Peter Savio | Doc. 131-2 (Exhibit B to Declaration of Peter Savio) |
| Palmyra Development Company, Inc., Release and Indemnity | Doc. 131-3, pp. 2-4 of 4 (Exhibit C to Declaration of Peter Savio) |
| Fax dated October 13, 1997 from Robert P. Smith, to Peter Savio with enclosures of Letter of Transmittal, Right of Entry Letter Agreement and Assumption of Risk and Release | Doc. 131-4, pp. 2-17 of 17 (Exhibit D to Declaration of Peter Savio) |
| Letter dated August 12, 1997, from T.E. Manase Mansur, Adviser on Insular and International Affairs to Peter B. Savio, President, Palmyra Development Co. In. (sic) | Doc. 131-6 (Exhibit B to Declaration of Peter Savio) |
| Declaration of Bill Austin dated July 19, 2007 | Doc. 129 |
| Declaration of Sean Martin dated June 25, 2007 | Doc. 128 |
| Declaration of David George Johnson dated July 6, 2007 | Doc. 127 |
| Declaration of Jerry Ray dated June 25, 2007 | Doc. 125 |
| Declaration of Gary R. Shapiro dated July 2, 2007 | Doc. 126 |

DATED this 15th day of August 2007.

BROOKS TOM PORTER & QUITIQUIT, LLP

By /s/ Christian P. Porter

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171