January 6, 1999



U. S. Fish and Wildlife Service
Land and Water Conservation Fund
FY 1998 Title V & FY 1999 Appropriations ($ in Millions)

| Project | State | Region | FY 1998 Appropriation | FY 1998 Title V Request | FY 1998 Title V Phase I | Title V Phase II | Title V Total | FY 1999 Request | FY 1999 Appropriation |
|---|---|---|---|---|---|---|---|---|---|
| JN DING DARLING COMPLEX | FL | 4 | | | 1.500 | | 1.500 | | |
| JULIA BUTLER HANSEN NWR | WA | 1 | 0.300 | | | | | | |
| KEY CAVE NWR | AL | 4 | | | | 0.230 | 0.230 | 0.230 | |
| KLAMATH FOREST NWR | OR | 1 | | | | | | | 0.100 |
| KODIAK NWR | AK | 7 | 0.600 | 1.000 | | | | 1.000 | |
| LA BLACK BEAR COMPLX | LA | 4 | | | 2.000 | 1.000 | 3.000 | 1.000 | 1.000 |
| LAGUNA ATASCOSA NWR | TX | 2 | | 3.500 | | | | | |
| LAKE UMBAGOG NWR | NH | 5 | | | | | | 1.800 | 1.800 |
| LAKE WALES RIDGE NWR | FL | 4 | | | | | | | 1.000 |
| LOWER RIO GRANDE NWR | TX | 2 | 0.900 | 4.600 | 2.000 | 3.400 | 5.400 | 2.800 | 2.000 |
| MARK TWAIN NWR | IL | 3 | | | | | | 1.000 | |
| MASHPEE NWR | MA | 5 | 0.332 | | | | | | |
| MINNESOTA VALLEY NWR | MN | 3 | 2.300 | | | | | | |
| NATIONAL KEY DEER NWR | FL | 4 | | | | 2.000 | 2.000 | 2.000 | |
| NISQUALLY NWR | WA | 1 | 1.500 | 1.000 | | 0.250 | 0.250 | | 0.750 |
| NORTH DAKOTA PRAIRIE | ND | 6 | | 1.000 | 1.000 | | 1.000 | 0.500 | |
| OAHU FOREST NWR | HI | 1 | | | | | | 1.000 | |
| OHIO RIVER ISLANDS NWR | WV | 5 | 0.500 | | 0.500 | 0.500 | 1.000 | | 0.250 |
| OREGON COASTAL REFUGES | OR | 1 | | | | 2.300 | 2.300 | | |
| OTTAWA NWR | OH | 3 | 1.000 | | | | | 1.000 | 1.000 |
| PALMYRA/KINGMAN | HI | 1 | | | | 8.000 | 8.000 | 2.500 | |
| PATOKA RIVER NWR | IN | 3 | 0.500 | | 0.500 | | 0.500 | 0.500 | 0.250 |
| PELICAN ISLAND NWR | FL | 4 | | | | 2.000 | 2.000 | | |
| PETIT MANAN NWR | ME | 5 | 1.000 | 0.950 | 0.950 | 0.625 | 1.575 | 1.000 | 0.375 |
| RACHEL CARSON NWR | ME | 5 | 1.100 | | | 0.375 | 0.375 | | 0.375 |
| RAPPAHANNOCK RIVER NWR | VA | 5 | 2.000 | 1.000 | | 2.000 | 2.000 | 1.200 | 1.000 |
| RHODE ISLAND COMPLEX | RI | 5 | 0.500 | 1.000 | 1.000 | 0.500 | 1.500 | 1.000 | 0.500 |
| S.B. MCKINNEY NWR | CT | 5 | 1.100 | | | 2.000 | 2.000 | | 1.600 |
| SAN DIEGO NWR | CA | 1 | 3.000 | 3.390 | 4.000 | | 4.000 | 3.000 | 3.000 |
| SAN PABLO BAY NWR | CA | 1 | | 1.500 | | | | 2.000 | |
| SAVANNAH NWR | GA | 4 | | | | | | 1.000 | |
| SE LA NWR COMPLEX | LA | 4 | 2.500 | 1.500 | 2.000 | 2.000 | 4.000 | | 1.000 |

IBIT Z-2