PL 106
Oct. 11

106TH CONGRESS 2d Session | HOUSE OF REPRESENTATIVES | REPORT 106-914

# MAKING APPROPRIATIONS FOR THE DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2001, AND FOR OTHER PURPOSES

SEPTEMBER 29, 2000.—Ordered to be printed

Mr. REGULA, from the committee of conference, submitted the following

## CONFERENCE REPORT

[To accompany H.R. 4578]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 4578) "making appropriations for the Department of the Interior and related agencies for the fiscal year ending September 30, 2001, and for other purposes", having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate, and agree to the same with an amendment, as follows:

In lieu of the matter stricken and inserted by said amendment, insert:

*That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the Department of the Interior and related agencies for the fiscal year ending September 30, 2001, and for other purposes, namely:*

### *TITLE I—DEPARTMENT OF THE INTERIOR*

#### *BUREAU OF LAND MANAGEMENT*

##### *MANAGEMENT OF LANDS AND RESOURCES*

*For expenses necessary for protection, use, improvement, development, disposal, cadastral surveying, classification, acquisition of easements and other interests in lands, and performance of other functions, including maintenance of facilities, as authorized by law, in the management of lands and their resources under the jurisdic-*

66-844

EXHIBIT 2-4

11. Funds for the White River NWR, AR, Administrative and Visitors' Center, in combination with previously appropriated funds, will complete the Fish and Wildlife Service commitment to the project. The remaining $600,000 required for the visitors' center portion of the project should be accommodated with non-Department of Interior funds.

12. Funds for the holding and propagation facility at the White Sulphur Springs NFH, WV, will complete the project.

*Bill Language.*—The conference agreement includes bill language directing the release of previously appropriated funds for exhibits at the Ding Darling NWR, FL.

LAND ACQUISITION

The conference agreement provides $62,800,000 for land acquisition instead of $30,000,000 as proposed by the House and $46,100,000 as proposed by the Senate. Funds should be distributed as follows:

| Area (State) | Amount |
|---|---|
| Archie Carr NWR (FL) | $2,000,000 |
| Back Bay NWR (VA) | 500,000 |
| Balcones Canyonlands NWR (TX) | 1,750,000 |
| Big Muddy NWR (MO) | 1,000,000 |
| Bon Secour NWR (AL) | 1,000,000 |
| Buenos Aires NWR (AZ) | 1,000,000 |
| Canaan Valley NWR (WV) | 500,000 |
| Cat Island NWR (LA) | 1,500,000 |
| Centennial Valley NWR (MT) | 1,750,000 |
| Clarks River NWR (KY) | 500,000 |
| Dakota Tallgrass Prairie Project (SD) | 2,100,000 |
| Edwin B. Forsythe NWR (NJ) | 1,000,000 |
| Grand Bay NWR (AL) | 1,150,000 |
| Great Meadows Complex (MA) | 1,000,000 |
| Hakalau Forest NWR (HI) | 1,000,000 |
| Lake Umbagog NWR (NH) | 1,500,000 |
| Leslie Canyon NWR (AZ) | 2,000,000 |
| Louisiana Black Bear NWR (LA) | 1,000,000 |
| Lower Rio Grande Valley NWR (TX) | 500,000 |
| Minnesota Valley NWR (MN) | 500,000 |
| Montezuma NWR (NY) | 2,000,000 |
| Neal Smith NWR (IA) | 600,000 |
| North Dakota Prairie Project (ND) | 800,000 |
| Northern Tallgrass NWR (MN) | 1,000,000 |
| Ohio River Islands NWR (WV) | 500,000 |
| [ Palmyra Atoll/Kingman Reef (HI) | 1,000,000 |
| Patoka River NWR (IN) | 800,000 |
| Pelican Island NWR (Lear tract) (FL) | 3,200,000 |
| Prime Hook NWR (DE) | 1,300,000 |
| Rachel Carson NWR (ME) | 1,000,000 |
| Rappahannock River NWR (VA) | 1,000,000 |
| Rhode Island NWR Complex (RI) | 1,500,000 |
| San Diego NWR (CA) | 3,000,000 |
| Silvio O. Conte NWR (CT/MA/NH/VT) | 750,000 |
| Stewart B. McKinney NWR (CT) | 1,500,000 |
| Waccamaw NWR (SC) | 1,000,000 |
| Walkill River NWR (NJ) | 1,000,000 |
| Wertheim NWR (NY) | 2,000,000 |
| Western Montana Project (MT) | 1,000,000 |
| Whittlesey Creek NWR (WI) | 500,000 |
| Willapa NWR (WA) | 2,000,000 |
| Subtotal | 50,700,000 |
| Emergencies/Hardships | 750,000 |
| Exchanges | 850,000 |

EXHIBIT Z-4