# DOI LWCF Proposal for $130 Million in Title VIII Funds

($ in Thousands)

Enclosure
10/17/00

| Bureau | Project | State | Title VIII Proposal | Original FY 2001 President's Request | Original FY 2001 Enacted |
|---|---|---|---|---|---|
| NPS | Great Sand Dunes NM | CO | 15,000 | | |
| FWS | Palmyra Atoll and Kingman Reef NWRs | Pac Is. | 8,250 | 1,250 | 1,000 |
| BLM | White Vulcan Pumice Mine | AZ | 1,000 | | |
| FWS | Quinault Settlement | WA | 10,000 | | |
| NPS | Pinnacles NM | CA | 3,000 | 2,000 | |
| BLM | Petrified Forest | AZ | 2,000 | | |
| BLM & NPS | California Desert | CA | 15,000 | 15,000 | |
| | BLM | | [10,000] | [10,000] | |
| | NPS | | [5,000] | [5,000] | |
| BLM | Steens Mountain | OR | 5,200 | | |
| FWS | Don Edwards NWR (Cargill addition) | CA | 5,000 | | |
| NPS | Saddleback Mountain | ME | 3,500 | | |
| NPS | Civil War Battlefields | Several | 10,000 | 19,869 | 8,000 |
| | Fredricksburg-Spotsylvania NM | VA | [5,119] | [7,619] | [2,500] |
| | Manassas NBP | VA | [1,000] | [2,000] | [1,000] |
| | Monocacy NB | MD | [250] | [250] | |
| | Gettysburg NMP | PA | [1,331] | [10,000] | [2,000] |
| | Stones River NB | TN | [1,300] | | [1,500] |
| | Shenandoah Nat'l Heritage Are | VA | [1,000] | | [1,000] |
| FWS | Cat Island NWR | LA | 2,500 | 4,000 | 1,500 |
| NPS | Fort Sumter NM | SC | 1,600 | | |
| BLM | Upper MO Nat'l Wild & Scenic River /Lewis & Clark | MT | 3,000 | 3,000 | |
| FWS | Pelican Island NWR | FL | 3,000 | 6,300 | 3,200 |
| FWS | Hakalau Forest NWR | HI | 3,000 | 4,000 | 1,000 |
| NPS | Gettysburg NMP (2nd Increment) | PA | 3,669 | | |
| NPS | Santa Monica Mts. NRA | CA | 2,400 | 4,400 | 2,000 |
| NPS | Big Cypress NP | FL | 3,000 | 3,000 | |
| BLM | Grand Staircase-Escalante | UT | 2,000 | 2,000 | |
| FWS | San Diego NWR | CA | 3,000 | 6,000 | 3,000 |
| FWS | Great Meadows Complex | MA | 2,000 | 3,000 | 1,000 |
| NPS | Nez Perce NHP | ID | 2,300 | 2,300 | |
| BLM | Grand Canyon-Parashant | AZ | 1,500 | | |
| FWS | Balcones Canyonlands NWR | TX | 2,750 | 4,500 | 1,750 |
| FWS | Archie Carr NWR | FL | 1,300 | 6,000 | 2,000 |
| NPS | Black Canyon of the Gunnison/Curecanti NRA | CO | 700 | 1,600 | 1,300 |
| BLM | King Range NCA | CA | 1,000 | | |
| FWS | J.N. Ding Darling Complex | FL | 3,000 | 9,000 | |
| FWS | Oregon Coastal Complex | OR | 1,500 | 1,500 | |
| NPS | Salt River Bay NHP | VI | 1,500 | 1,500 | |
| NPS | Sequoia NP | CA | 2,000 | | |
| NPS | Timucuan E & H Pres | FL | 750 | 750 | |
| NPS | Blue Ridge Parkway | VA/NC | 750 | | |
| NPS | Voyageurs NP | MN | 1,831 | 1,950 | |

EXHIBIT Z-5

USD282