# Federal Funding Programs

*Hosted by AmericanTrails.org*

## Land and Water Conservation Fund stateside funding for 2001

*The LWCF provided funding for state and federal agency projects in 2001 .*

Following is a summary of earmarked federal LWCF projects under the FY 2001 Interior Appropriations Bill, as well as an estimate of LWCF state grants apportionment. Be aware that the stateside dollar figures are only an estimate and the allocation is not final. Also, with the additional monies coming from the new Title VIII funding under the bill, not all of the $450 million dedicated to the federal LWCF has been earmarked at this time.

**LWCF State Grants Apportionment -- $89 Million**

(Note: final apportionment is subject to change pending the approval from the Secretary of the Interior. Also, $1.5 million of the $90.5 million apportioned to stateside LWCF under the FY 2001 Interior Appropriations Bill will go toward grants administration of the fund)

Alabama $1,479,298
Alaska $788,985
Arizona $1,641,072
Arkansas $1,094,766
California $7,725,654
Colorado $1,488,606
Connecticut $1,403,777
Delaware $844,571
Florida $3,819,272
Georgia $2,075,413
Hawaii $920,794
Idaho $874,189
Illinois $3,106,678
Indiana $1,791,781
Iowa $1,131,896
Kansas $1,131,159
Kentucky $1,312,867
Louisiana $1,526,400
Maine $874,194
Maryland $1,781,731

Rela
Buildin
Access
Rails t
Urban
Manag
Mainte
Wildlif
enviro
Plannir

Mor
Bibliog
Quotat
Glossa
Acrony
Tools
Produc

For opport trainin design and m see th Trails Partne

EXHIBIT Z-8

Lower Salmon River ACEC (ID); 2,000,000
North Platte River (WY); 250,000
Organ Mtns. (NM); 2,000,000
Otay Mountain/Kuchamas HCP (CA); 1,000,000
Potomac River (MD); 1,000,000
Potrero Creek (CA); 2,000,000
San Pedro Ecosystem (easements only) (AZ); 3,000,000
Sandy River (OR); 750,000
Santa Rosa Mtns. NSA (CA); 1,000,000
Snake River Birds of Prey NCA (ID); 500,000
Upper Crab Creek (WA); 2,000,000
Upper Snake/S. Fork Snake R. (ID); 2,000,000
West Eugene Wetlands (OR); 1,350,000

Subtotal; 26,600,000 ;

Acquisition management; 3,000,000

Emergency/hardship/inholding; 1,500,000 ;

**Total; 31,100,000**

**U.S. Fish and Wildlife Service**

Archie Carr NWR (FL); 2,000,000
Back Bay NWR (VA); 500,000
Balcones Canyonlands NWR (TX); 1,750,000
Big Muddy NWR (MO); 1,000,000
Bon Secour NWR (AL); 1,000,000
Buenos Aires NWR (AZ); 1,000,000
Canaan Valley NWR (WV); 500,000
Cat Island NWR (LA); 1,500,000
Centennial Valley NWR (MT); 1,750,000
Clarks River NWR (KY); 500,000
Dakota Tallgrass Prairie Project (SD); 2,100,000
Edwin B. Forsythe NWR (NJ); 1,000,000
Grand Bay NWR (AL); 1,150,000
Great Meadows Complex (MA); 1,000,000
Hakalau Forest NWR (HI); 1,000,000
Lake Umbagog NWR (NH); 1,500,000
Leslie Canyon NWR (AZ); 2,000,000
Louisiana Black Bear NWR (LA); 1,000,000
Lower Rio Grande Valley NWR (TX); 500,000
Minnesota Valley NWR (MN); 500,000
Montezuma NWR (NY); 2,000,000
Neal Smith NWR (IA); 600,000
North Dakota Prairie Project (ND); 800,000
Northern Tallgrass NWR (MN); 1,000,000
Ohio River Island NWR (WV); 500,000

EXHIBIT Z-8

Palmyra Atoll/Kingman Reef (HI); 1,000,000
Patoka River NWR (IN); 800,000
Pelican Island NWR (Lear tract) (FL); 3,200,000
Prime Hook NWR (DE); 1,300,000
Rachel Carson NWR (ME); 1,000,000
Rappahannock River NWR (VA); 1,000,000
Rhode Island NWR Complex (RI); 1,500,000
San Diego NWR (CA); 3,000,000
Silvio O. Conet NWR (CT/MA/NH/VT); 750,000
Stewart B. McKinney NWR (CT); 1,500,000
Waccamaw NWR (SC); 1,000,000
Walkill River NWR (NJ); 1,000,000
Wertheim NWR (NY); 2,000,000
Western Montana Project (MT); 1,000,000
Whittlesey Creek NWR (WI); 500,000
Willapa NWR (WA); 2,000,000

Subtotal; 50,700,000 ;

Acquisition Management; 9,500,000

Emergency/Hardships; 750,000

Inholdings; 1,000,000

Exchanges; 850,000

**Total; 62,800,000**

---

Need trail skills and education? Do you provide training? Join the National Trails Training Partnership!

The NTTP Online Calendar connects you with courses, conferences, and trail-related training

Promote your trail through the National Recreation Trails Program

Some of our documents are in PDF format and require free *Adobe Acrobat Reader* software.
Download Acrobat Reader

American Trails and NTTP support accessibility with Section 508: read more.

Updated March 18, 2007

Contact us | Mission statement | Board of directors | Member organizations | Site map | Copyright | NRT | NTTP

EXHIBIT Z-8