PACIFIC OCEAN PRODUCERS

FILE COPY

Kingman Reef Public comment

Cook, J.

Rec'd 12/15/00

Mr. Jerry F. Leinecke
United States Department of the Interior
Fish and Wildlife Service
Hawaiian and Pacific Islands National Wildlife Refuge Complex
Box 50167
Honolulu, Hawaii 96850

December 13, 2000

Dear Jerry,

For the past 35 years, I have been an active member of Hawaii's commercial fishing community. During this time I have been fortunate enough to work in the waters adjacent to Kingman Reef. I totally concur with your description of the area.

A few fishermen work on or near Kingman Reef for bottomfish and troll near the reef for ono and other pelagics. The waters outside of 500 fathoms support an active tuna longline fleet based in Honolulu. These fisheries are not new to the area and in fact prior to tuna being included in Magnuson (1988), foreign pole and line and longline fisheries operated near the reef for over 30 years.

Your agency is in the habit of regarding itself as a great protector of resources for future and current generations and you attempt to do this at considerable cost to the American public. My industry provides food and jobs for the American public and after years of doing so in the waters around Kingman Reef has left the area with a "spectacular diversity of marine life including reef fishes, corals, sharks, seaweeds, giant clams, crabs, lobsters, manta rays and other wildlife including migratory seabirds and threatened green sea turtles."

Kingman reef like the Northwest Hawaiian Islands is an area that needs no further protection. The management regimes that are in place and the conservation ethic of dedicated Hawaiian fishermen have kept the area a paradise for all to enjoy while allowing the benefits of sustainable fishing.

Best Regards,

Jim Cook

965-B North Nimitz Highway • Honolulu, Hawaii 96817 • Phone (808) 537-2905 FAX (808) 536-3225

e-copy O-2

EXHIBIT AA