PS003236

# PALMYRA DEVELOPMENT COMPANY, INC.
## RELEASE AND INDEMNITY

The undersigned hereby knowingly and voluntarily executes this Release and Indemnity in favor of Leslie V. Fullard-Leo, Dudley L. Fullard-Leo and Ainsley K. Fullard-Leo [Collectively, "Fee Owners"] and PALMYRA DEVELOPMENT COMPANY, INC., a Hawaii Corporation [the "Lessee"].

The Fee Owners are the owners of, and the Lessee is the lessee of, that certain property more particularly described in that certain Deed to Lessor and in that certain Executive Order No. 10967.

> "As used herein, the term "Palmyra Island" means the place of that name, consisting of a group of islets located in the Pacific Ocean approximately at Latitude 5 degrees 52 minutes North and Longitude 162 degrees 06 minutes West, and includes the territorial waters of that place and includes also the reefs surrounding that place of any part thereof."

Palmyra Island is former World War II military base. It is a remote and isolated island and has not been occupied for any length of time since World War II. Most of the military structures are dilapidated and in disrepair and may constitute a danger. The condition of Palmyra, its airstrip, buildings, grounds, plants, animals, fish, waters, lagoons, and reefs, is unknown and could possibly be unsafe or dangerous. This includes, but is not limited to, any animals and fish caught and fruits and vegetables picked at Palmyra, which may be poisonous and the condition of the waters in and around Palmyra for swimming, fishing and other water sports which may also constitute a danger. In addition, there is no assurance that any food, beverages [including water], personal effects, for fuel will be available for sale to visitors or that any housing facilities or transportation will be available for rent or use by visitors. All visitors are required to provide their own food, beverages, personal items, fuel and living quarters. Catchment water is considered to be non-potable. There are no medical personnel or facilities available. Communication facilities are non-existent. There is no scheduled transportation to and from the island. The ship channel [pass] has no authorized range markers or buoys. Any existing range markers and buoys should not be relied upon to the exclusion of good seamanship.

The undersigned is visiting ~~Palmyra Island~~ Kingman Reef for the following purpose[s]: Ham enthusiasts sight seeing

The undersigned's visit is being conducted by the following organization[s]: N/A

The undersigned represents and warrants to the Fee Owners and the Lessee as follows:

1. The undersigned has received and read a copy of the "Rules and Regulations for Visitors to Palmyra Island", and agrees to comply with all rules and regulations set forth therein and those instructions that may be issued by the Resident Manager.

2. The undersigned understands the risks and possible dangers of visiting Palmyra, and assumes all such risks and dangers.

3. The undersigned's visit is solely for the purpose[s] stated above and for no other purpose.

4. The undersigned is not an employee or agent of the Fee Owners or the Lessee.

In consideration of the permission granted by the Fee Owners and the Lessee [by and through the Lessee] to the undersigned to visit Palmyra for the purpose[s] stated above, the undersigned hereby releases, indemnifies and holds harmless the Fee Owner and the Lessee from and against all liability, loss, damage, costs and expenses [including but not limited to, attorneys' fees] and all claims and damages resulting therefrom for any injury to the undersigned or any other person or property, including death, from whatever cause, whether anticipated or not, whether know or unknown, resulting from, arising out of, or connected in any way, directly or indirectly, with the undersigned's visit to Palmyra, and the undersigned agrees to defend the Fee Owners and the Lessee, against such claims using counsel selected by the Fee Owners and Lessee, at the undersigned's sole cost and expense.



EXHIBIT C

PS003237

This Release and Indemnity shall bind the undersigned, the undersigned's spouse, personal representatives, heirs, successors, assigns, employees, agents, officers and directors, and shall inure to the benefit of the Fee Owners and the Lessee, and their respective spouses, personal representatives, heirs, successors, assigns, employees, agents, officers, directors, and attorneys. If any portion of the Release and Indemnity is held by a court of competent jurisdiction to be invalid and unenforceable, the remaining provisions of this Release and Indemnity shall be unaffected and shall remain in full force and effect.

If the undersigned is an agency of the United States government or of the government of any state therein, the provisions of this Release and Indemnity which are not applicable to the undersigned under relevant federal or state law shall be of no force or effect.

Dated at: June 6 , 19 96

Name: BRUCE VASCONCELLOS master of Moku Makua Hine'
[print name of individual/corporation/partnership]

By: [signature] Master of Vessel
[signature of individual or authorized officer/partner/owner/operator] Title [if applicable]

Address: 1488 S. King St. Room 208

City: Hon State: H.I. ZIP 96814 Phone: [808] 2554703

Vessel: Moku Makua Hine' Type: Formosa 51 Size: 58' over all

Registration No.: HA 7253 D Color: white/Blue trim No. of Persons: ______

Departure Point Going to ~~Palmyra~~ Kingman Reef: Christmas Next port: Jarvis

Date/Time of Arrival: June 21, 96 Date/Time of Departure: June 22, 96

Crew/Guest/Passengers
The undersigned have read the Release and Indemnity Agreement and the Rules and Regulations for visitors to Palmyra and agree to be bound by them. If visitors are under 18 years of age, the parents or guardians must sign in their behalf.

| | Print Name | Signature | Date |
|---|---|---|---|
| 1] | BRUCE VASCONCELLOS | [signature] | June 6, 96 |
| 2] | Patrick Briggs | [signature] | June 6, 96 |
| 3] | Anthony D May | [signature] | June 6, 96 |
| 4] | | | |
| 5] | | | |
| 6] | | | |
| 7] | | | |

Permission to visit is valid for ______ days, commencing on ______, 19___
and ending at noon on ______, 19___, is hereby granted.
Amount received: $ 11.00
Firearms: ______

Peter B. Savio, President Date
PALMYRA DEVELOPMENT CO., INC.

palmyra/doc/rel&indm/9-19-95



EXHIBIT C

PS003238

BRUCE VASCONCELLOS
24 SAND ISLAND ACCESS RD
BOX 24
HONOLULU, HI 96819

1641

**CMA**® Cash Management Account®

June 7 1996

25-60/440

PAY TO THE ORDER OF Palmyra Development Co. $ 11 00/100

Eleven + no/100 DOLLARS

Merrill Lynch

BANK ONE.

MEMO

⑆044000804⑆ 960130593075⑈ 1641

Original to ~~Dad~~ Phyllis 6-10-96

EXHIBIT C