Copy to all Fred Fullard-Leo's

August 12, 1997

Mr. Peter B. Savio
President
Palmyra Development Co. In.
931 University Ave., Suite 105
Honolulu, HI 96826

Dear Peter:

Thank you for sending the information clarifying the rightful title of the Fullard-Leo's to Palmyra and Kingman Reef. The brief is well documented regarding the basis for clear title to the entire area of Palmyra and Kingman, including surrounding reefs.

As we discussed, the General Accounting Office is completing an extensive report regarding the application of the Constitution and federal laws in territories of the United States at the request of Committee on Resources Chairman Don Young. The House of Representatives has designated the Committee with primary jurisdiction for all territories. There is considerable interest in Congress in insuring that private property rights of U.S. citizens are protected. That certainly includes the Fullard-Leo's rights to Palmyra and Kingman currently and under any future legislation which would affect the formal jurisdiction of these islands.

Please keep me posted about any other matters which may arise regarding Palmyra and Kingman. I am particularly concerned about the timely environmental clean up you mentioned of old storage tanks, etc. by the Department of Defense pursuant to Federal Law.

I will forward you and the Fullard-Leo's copies of the completed GAO report. Hopefully, the report will be finalized within the next two months.

Please give my regards to Ainsley.

Sincerely,

Manase

T.E. Manase Mansur
Adviser on Insular and International Affairs

*1324 Longworth HOB, Washington, D.C., 20515 Ph: (202) 226-7400 Fax: 225-5929*
*E-mail: manase.mansur@mail.house.gov*

EXHIBIT F