Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
David W.H. Chee, Hawaii Bar No. 5776
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, California Bar No. 88032
Michael M. Ching, California Bar No. 209426
Cannata, Ching & O'Tooole LLP
100 Pine Street
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu

Attorneys for Plaintiff
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,<br><br>Defendants. | NO. CV05-00151JMS-BMK<br><br>DECLARATION OF BILL AUSTIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56<br><br>HEARING:<br>DATE: August 8, 2007<br>TIME: 9:00 a.m.<br>JUDGE: J. Michael Seabright<br><br>(No Trial Date Set) |

DECLARATION OF BILL AUSTIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56

**DECLARATION OF BILL AUSTIN**

I, Bill Austin, hereby declare as follows:

1. I have personal knowledge of the facts stated herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. I am competent to testify as to the facts as stated herein. I make this declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Renewed Motion to Dismiss.

2. I have obtained permission from the Fullard-Leo family to call at Kingman Reef Atoll on about seven voyages over the years. I know that no other authorization was required because on my first voyage in about 1966, the United States Customs and someone else (I do not recall who) told me that Kingman Reef and Palmyra were privately owned, and to contact the family. The paperwork (permit) was handled by Peter Savio of Savio Realty in Honolulu, the agent for the Fullard-Leo family.

3. I am informed and believe, based on my voyages to Palmyra and Kingman over more than thirty years and my knowledge of the community of sailors and fishermen in Honolulu, that anyone who wanted to go to Kingman Reef after stopping at Palmyra (many wanted to go to Palmyra because it is such a beautiful place) had to get permission from the Fullard-Leo family before visiting Kingman Reef. If a fishing boat stopped at Kingman without a permit and the family found out about it the family would be waiting for the boat when it got back to Honolulu looking to bring legal action against the boat if necessary.

4. I knew, and I am informed and believe based on my wide acquaintance in the sailing and fishing community in Honolulu, that almost everyone who sailed out of Honolulu to Palmyra or Kingman Reef knew that Palmyra and Kingman Reef belonged to the Fullard-Leo family because of the way they took care of them and protected them at their expense. The Fullard-Leo

family kept a manager at Palmyra, and he also protected Kingman. I know that the family has actively protected and defended Kingman Reef and its wildlife since 1966, and I am informed and believe, based on discussions with various persons over the years, that they did so before World War II as well.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

Executed this 19th day of July, 2007, while at sea.

/s/ Bill Austin

Bill Austin