Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
David W.H. Chee, Hawaii Bar No. 5776
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, California Bar No. 88032
Michael M. Ching, California Bar No. 209426
Cannata, Ching & O'Tooole LLP
100 Pine Street
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu

Attorneys for Plaintiff
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company, | NO. CV05-00151JMS-BMK |

| | | |
|---|---|---|
| Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,<br><br>Defendants. | ) | DECLARATION OF SEAN MARTIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56<br><br>HEARING:<br>DATE: August 8, 2007<br>TIME: 9:00 a.m.<br>JUDGE: J. Michael Seabright<br><br>(No Trial Date Set) |

DECLARATION OF SEAN MARTIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56

I, Sean Martin, declare:

1. I have personal knowledge of the following facts, and can testify competently to them.

2. I have been an active member of Hawaii's commercial fishing community for many years. During those years, fishing access in the waters adjacent to Kingman Reef was unchecked and unmonitored by the United States navy. I have no knowledge of any agency of the federal government expressing any interest in Kingman Reef or the waters near it prior to 2001.

3. Fishermen have been fishing near Kingman Reef for years. To my knowledge, no fisherman has ever sought permission from the federal government to fish there, and I have never heard or believed that such permission is required.

4. I never heard that the federal government owned Kingman Reef. It was my understanding that it was owned by the Fullard-Leo family.

5. In 1979 I sailed to Kingman Reef and anchored in the lagoon, while on route to Fanning Island on a humanitarian mission. I did not ask for or receive permission from the federal government to anchor at Kingman Reef, and I did not believe any such permission was required.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, this 25th day of June 2007.

Sean Martin