Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
David W.H. Chee, Hawaii Bar No. 5776
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, California Bar No. 88032
Michael M. Ching, California Bar No. 209426
Cannata, Ching & O'Tooole LLP
100 Pine Street
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu

Attorneys for Plaintiff
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company, | ) NO. CV05-00151JMS-BMK |

| | | |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF JERRY RAY IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56 |
| v. | ) | |
| THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10, | ) | HEARING:<br>DATE: August 8, 2007<br>TIME: 9:00 a.m.<br>JUDGE: J. Michael Seabright |
| Defendants. | ) | (No Trial Date Set) |

DECLARATION OF JERRY RAY IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1), 12(b)(6) and RULE 56

I, Jerry Ray, declare:

1. I have personal knowledge of the following facts, and can testify competently to them.

2. From 1975 until 2001 I owned a number of commercial fishing boats docked in Honolulu. Between 1989 and 1991, I sent one of my fishing boats, the Archer, to Kingman Reef, captained by Scott McDonald. I instructed Captain McDonald to dock in the lagoon adjacent to Kingman Reef and set lobster pots and fish for sharks.

3. Captain McDonald brought back to Honolulu sharks that he told me had been caught during the three days he was at Kingman Reef. When he returned, Captain McDonald told me he also set lobster pots and investigated whether Kingman Reef was a viable location for commercial lobster fishing. Captain McDonald reported to me that commercial lobster fishing was not viable at Kingman Reef.

4. Captain McDonald passed away some years ago.

At no time have I ever heard that the United States government, or any agency of the United States government, restricted access to Kingman Reef. I did not believe I was required to request permission from the United States government to fish at Kingman Reef, and I did not do so.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, this 25th day of June 2007.

Jerry Ray