Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
David W.H. Chee, Hawaii Bar No. 5776
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, California Bar No. 88032
Michael M. Ching, California Bar No. 209426
Cannata, Ching & O'Toole LLP
899 Ellis Street
San Francisco, CA 94109
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu]]

Attorneys for Plaintiff
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,** | **) NO. CV05-00151 JMS/BMK** |

| | | |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF GARRY R. SHAPIRO |
| v. | ) | |
| THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10, | ) | (No Trial Date Set) |
| Defendants. | ) | |

DECLARATION OF GARRY R. SHAPIRO

I, Garry R. Shapiro, declare:

1. I have personal knowledge of the following facts, and can testify competently to them.

2. In 2000 Tom Harrell and I led an expedition of ham radio operators to Kingman Reef and Palmyra.

3. Our group paid approximately $1,000 to the Fullard-Leo family in exchange for

permission to visit Kingman Reef and Palmyra.

4. Attached hereto are true and correct copies of emails I sent to and received from David Johnson regarding permission to visit Kingman Reef.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: Los Gatos, California, this 2nd day of July, 2007.

Garry R. Shapiro

**Subject:** Re: Landing permission on Palmyra
**From:** David Johnson <wb4jtt@yahoo.com>
**Date:** Fri, 6 Oct 2000 02:48:28 -0700 (PDT)
**To:** Garry & Yelena <ni6t@intuitive.com>

--- Garry & Yelena <ni6t@intuitive.com> wrote:

> So let me get this straight. Your dear friend
> Ainsley--who treats you
> like one of his own and welcomes you to his
> island--has us giving $350
> to his (what do you call a lawyer like Savio?) and
> $600 to him for
> "processing paper" and for being a "commercial
> ship."
>
> And our commercial business is....?
>
> God, we are naive! I cannot count the number of
> times in my life I have
> walked into it like that! The donations from three
> Euro DX Foundations
> go straight to Ainsley and Savio, and they represent
> zero QSO's.
>
> One thing is for sure. We are paying pirate tribute
> to the owners.
> Therefore, what TNC wants--since they are also
> "guests" on the
> isalnd---is of no relevance to us.
>
> But do you think it would be worthwhile to call
> Ainsley and hear it from
> him, instead of Savio?
>
> Garry
>
> --
> 160 meters-not a band but an obsession

Garry,

I should be more specific about that procedure. There is actually a printed fee schedule for visiting Palmyra and Kingman -- For private vessels, that is, the occasional yacht stopping by, it is $5.00 per day for the boat and $1.00 per day for each person. For a commercial vessel, that is, one where there is a charter agreement like ours, the printed fee is $1.00 per day per foot of vessel length (Machias is 55 feet long) and $5.00 per person per day. As you can see, that would have been $55.00 per day for 15 days just for the boat, plus $1,125 for the people. In this case I was able to convince Mr. Savio to waive the fee for the boat itself and the 5 crewmembers. This is a big deal to Ainsley because that is how he makes his money on the island -- I saw it assessed on every boat when I was there.
Today Pat, Kimo and I finished loading about 85% of the Machias -- the rest will be completed in the morning and the Machias will depart when we are done.

I have been unable to contact anyone at Christmas about transporting us from the plane to the boat, so hopefully Captain Austin will arrive early and arrange something in person -- otherwise we could lose a day there just rounding up a boat.

Later.

-- Dave WB4JTT (KR2000, not just a DXpedition but
also a financial disaster)