IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., | ) | |
| Plaintiffs, | ) | No. 06-828L |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF DECISION IN**
***KINGMAN REEF ATOLL INVESTMENTS, LLC***
***v. UNITED STATES*, NO. 05-00151 (D. Hawaii)**

Defendant hereby provides notice that a decision was issued by the District Court in the related case of Kingman Reef Atoll Investments, LLC v. United States, No. CV05-00151 JMS/BMK (D. Hawaii), on August 27, 2007, finding that the plaintiff's claim under the Quiet Title Act, 28 U.S.C. 2409a, is time-barred by the 12-year statute of limitations applicable to such claims. A copy of the District Court's decision and attachments (App. A-D) are attached.

Dated: August 28, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov