Honolulu, T.H.
April 20th, 1937.

Honorable Samuel Wilder King,
Delegate to Congress from Hawaii,
Washington, D.C.

Dear Mr. King,

We are addressing you on the subject of- Kingman's Reef. Its ownership presumably rests with the State or Navy Department, since by one of these, use of it has been given to Pan-American Airways, and has on two occasions been used during their trial flight this month to Auckland, N.Z.

Some time ago we spoke to you of the possibility of interesting the Government in the purchase of the Palmyra group but feeling that a route to the South Pacific would soon materialize, decided to await the outcome. It is now an actuality. Not only did we secure this wonderful harbor for the United States but really prevented the same being annexed for a foreign power. Meanwhile we are still paying taxes on Kingman's which is included in the Palmyra nominal assessment.

In annexing Kingman's Reef it was necessary to send our boat there three times-the cost of this together with taxes and accrued interest over a period of fifteen years lead us to believe that we are entitled to compensation in the sum of forty thousand dollars.

We are advised that yours is the logical office to present this claim. Should we have to make formal claim through legal channels provision for legal fees was not considered in the above claim. Enclosed please find copies of comparatively recent newspaper comment that may serve to freshen your memory, but all data covering the annexation and later survey by the Navy may be seen at the Navy and State Departments.

We are both elderly (71 and 53) and no longer capable of coping with conditions as before but feel that we must safe-guard the future of our two young sons now eight and five years old respectively. The above sum will only just clear our Hawaii real estate holdings which at terrific sacrifice we were able to save but which piece-meal had to be mortgaged for taxes and a livlihood during the depression years.

Soliciting the favor of your esteemed interest and service in this matter and hoping to hear from you at an early date, we have the honor to remain, Sir,

Yours very truly,

SGD. L. FULLARD-LEO

SGD. ELLEN FULLARD-LEO

GOVERNMENT EXHIBIT 7

APPENDIX "B"