REPRODUCED AT THE NATIONAL ARCHIVES


NAVY DEPARTMENT
SECY'S OFFICE - RECOI
RECEIVED
MAR 30 1938

TOWNSEND & LEWIS
120 BROADWAY
CABLE ADDRESS "TOWLEW"
NEW YORK

March 29, 1938.

QG (Kingman Reef) /A9-10 (370519)

RECEIVED
APR 2 1938
Office of Judge Advocate General.

The Honorable,
The Secretary of the Navy,
Washington, D. C.

Dear Sir:

On February 12, 1938 we received from the Department of State in Washington a letter in answer to our request of January 25, 1938 addressed to the Secretary of State in respect of the alleged interests of Mrs. Ellen Fullard-Leo in the island known as Kingman's Reef located in the Pacific Ocean, 33 miles northwest of the palmyra Islands and about 930 miles south of Honolulu.

The Department of State has informed us that copies of both of the foregoing letters were transmitted to the Secretary of the Navy for his information in the matter. This fact would appear to render unnecessary a further statement of the history of this atoll or of Mrs. Fullard-Leo's interests therein. As indicated in our letter of January 25th to the Secretary of State, it would seem that, as a result of the Executive Order of December 29, 1934, the Secretary of the Navy apparently concluded that the Department of State had denied the existence of the private property interests in Kingman's Reef claimed by Mrs. Ellen Fullard-Leo. We trust that the letters now in your

GOVERNMENT EXHIBIT 8

APPENDIX "C"

FLD 00063

The Honorable,
The Secretary of the Navy, -2- March 29, 1938.

possession will clarify the position and remove any question as to Mrs. Fullard-Leo's legal rights, which we propose to protect, so far as possible, by appropriate legal proceedings.

It seems unnecessary to restate the costs incurred by Mrs. Fullard-Leo in connection with the annexation of Kingman's Reef for and in behalf of the United States, or to recount the steps taken by her to establish her presently existing legal rights to the private property interests in the atoll.

If you feel that any additional documents or information not now in your possession are necessary or desirable in establishing the validity of this title, we shall be pleased to facilitate your further inquiry.

Very truly yours,

Townsend and Lewis

APPENDIX "C"