REPRODUCED AT THE NATIONAL ARCHIVES

.G(Kingman Reef)/A9-10(570518)

U

APR 26 1938

Sirs:

Reference is made to your letter of March 29, 1938, addressed to the Secretary of the Navy with respect to the alleged interests of Mrs. Ellen Fullard-Leo in the Island known as Kingman Reef located in the Pacific Ocean approximately thirty-three miles northwest of the Palmyra Islands and about 930 miles south of Honolulu.

Your letter is not accompanied by a power of attorney authorizing you to act on behalf of Mrs. Fullard-Leo nor by documents to establish the validity of her title. The information given by you in previous correspondence with the Department of State indicates that the claim of title of Mrs. Fullard-Leo is based on the allegation that in 1922 Mr. Lorrin A. Thurston of Honolulu took possession of Kingman Reef on behalf of The Island of Palmyra Copra Company, Ltd., and that later Mrs. Fullard-Leo acquired the interest of that Company in the island.

The records show that Kingman Reef, otherwise known as "Dangers Rock", is a bonded guano island, it having been listed by affidavit of Captain W. W. Taylor on February 12, 1858, and his rights, through several assignments, were transferred to the United States Guano Company, and the island was bonded on February 8, 1860 (Moore's International Law Digest, Vol. 1, pp. 567 - 568).

It will be noted that the island, including its reefs and tide and submerged lands, was under the control and jurisdiction of the United States long before the claim of Mrs. Fullard-Leo arose, and by Executive Order No. 6935, dated December 29, 1934, it was placed under the control and jurisdiction of the Navy Department. Under the circumstances, the showing made is not sufficient to uphold the claim of Mrs. Fullard-Leo.

By direction of the Secretary of the Navy.

Respectfully,

G. J. Rowcliff
Judge Advocate General of the Navy.

Messrs. Townsend & Lewis
120 Broadway
New York, New York

APPENDIX "D"

GOVERNMENT EXHIBIT 9