# In the United States Court of Federal Claims

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 06-828L**<br>**Filed: August 31, 2007** |

## O R D E R

The court is in receipt of the notice of decision in Kingman Reef Atoll Investments, LLC v. United States, No. 05-00151 (D. Hawaii filed Aug. 27, 2007). In light of this development, the court **SCHEDULES** a status conference for **Friday, September 7, 2007, 3:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (808) 526-3011, and defendant's counsel at (603) 230-2583. If counsel request that additional individuals appear at the status conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Thursday, September 6, 2007, 12:00 p.m. EDT**. The parties shall consult prior to the status conference, and be prepared to discuss the parties' positions on standing, discovery needs, and any other pertinent issues.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**