# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,** | * | |
| **Plaintiffs,** | * | |
| | * | **No. 06-828L** |
| **v.** | * | **Filed: September 10, 2007** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * | | |

## O R D E R

The court held a status conference in the above-captioned case on September 7, 2007, with the parties appearing by telephone. As discussed with the parties, prior to a decision on defendant's motion, additional discovery shall be undertaken by the parties and shall close **Friday, February 8, 2008**. On or before **Friday, February 15, 2008**, the parties shall file a joint status report proposing how to proceed, with a proposed timeline. The court **SCHEDULES** a status conference for **Wednesday, February 20, 2008, 2:30 p.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (808) 526-3011, and defendant's counsel at (603) 230-2583. If counsel request that additional individuals appear at the status conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Tuesday, February 19, 2008, 12:00 p.m. EST**. The parties are encouraged to confer during and following the close of discovery.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**