IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | ) **No. 06-828L** |
| **Plaintiffs,** | ) **CERTIFICATE OF SERVICE** |
| **v.** | ) **RE: PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.'S INTERROGATORIES TO DEFENDANT THE UNITED STATES OF AMERICA (SET ONE)** |
| **THE UNITED STATES OF AMERICA; Defendant.** | ) ______________________________/ |
| | ) **Judge Marian Blank Horn** |

**CERTIFICATE OF SERVICE**

CHRISTIAN P. PORTER
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of **PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.'S INTERROGATORIES TO DEFENDANT THE UNITED STATES OF AMERICA (SET ONE)** will be duly served upon the following parties at their last known address by first class U.S. Mail, postage prepaid and via email on October 5, 2007:

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division

KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
kristine.tardiff@usdoj.gov

DATED: Honolulu, Hawaii, October 5, 2007.

By /s/ Christian P. Porter
CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Attorney for Plaintiffs
KINGMAN REEF ATOLL INVESTMENTS, L.L.C. and
KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171