IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | ) **No. 06-828L** |
| **Plaintiffs,** | ) **NOTICE** |
| **v.** | ) **RE: APPEAL OF DECISION ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII** |
| **THE UNITED STATES OF AMERICA; Defendant.** | ) ________________/ |
| | ) **Judge Marian Blank Horn** |

**NOTICE RE: APPEAL OF DECISION ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**KINGMAN REEF ATOLL INVESTMENTS, LLC v. UNITED STATES, No. 05-00151 (D. Hawaii)**

Plaintiffs hereby provide notice that an appeal was filed in the District Court in the related case of Kingman Reef Atoll Investments, LLC v. United States, Civil No. CV05-00151 JMS/BMK (D. Hawaii), on September 26, 2007. A copy of the Notice of Appeal is attached.

Dated: October 12, 2007.

Respectfully submitted,

BROOKS TOM PORTER & QUITIQUIT, LLP

/s/ Christian P. Porter

CHRISTIAN P. PORTER
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel: 808-526-3011; Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:
Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel: 415-409-8900; Fax: 415-409-8904
Email: tcannata@ccolaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

CANNATA, CHING & O'TOOLE, LLP
Therese Y. Cannata, CA Bar No. 88032
Michael M. Ching, CA Bar No. 209426
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu

Attorneys for Plaintiff/Appellant
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,** | ) **NO. CV05-00151 JMS/BMK** |
| | ) **NOTICE OF APPEAL** |

| | |
|---|---|
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,** | ) |
| | ) |
| **Defendants.** | ) |

Notice is hereby given that Plaintiff KINGMAN REEF ATOLL INVESTMENTS, L.L.C. in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 27th day of August, 2007, and all orders that gave rise to the final judgment.

Dated: Honolulu, Hawaii, September 26, 2007.

CHRISTIAN P. PORTER
841 Bishop Street, Suite 2125
Honolulu, Hawaii 96813

MICHAEL M. CHING
100 Pine Street, Suite 1775
San Francisco, CA 94111

Attorneys for Plaintiff/Appellant
KINGMAN REEF ATOLL
INVESTMENTS, L.L.C.

Of Counsel:
BROOKS TOM PORTER & QUITIQUIT, LLP

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

CANNATA, CHING & O'TOOLE, LLP
Therese Y. Cannata, CA Bar No. 88032
Michael M. Ching, CA Bar No. 209426
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: 956-8509
Fax: 956-5569
Email: jvandyke@hawaii.edu

Attorneys for Plaintiff/Appellant
KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company,** | ) **NO. CV05-00151 JMS/BMK** |
| | ) |
| | ) **NINTH CIRCUIT COURT** |
| | ) **RULE 3-2 REPRESENTATION** |
| **Plaintiff,** | ) **STATEMENT** |

| | |
|---|---|
| **v.** | ) |
| | ) |
| **THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10,** | ) |
| | ) |
| **Defendants.** | ) |

Pursuant to Rule 12(b), Federal Rules of Appellate Procedure and Ninth Circuit Rules 3-2 and 12-2, all parties along with the names, addresses and phone numbers of their counsels are as follows:

I. Plaintiff/Appellant KINGMAN REEF ATOLL INVESTMENTS, L.L.C.

Christian P. Porter, Hawaii Bar No. 3744
Donna H. Yamamoto, Hawaii Bar No. 5881 (admission request submitted)
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: (808) 526-3011

Fax: (808) 523-1171
Email: cporter@btpqlaw.com

Therese Y. Cannata, CA Bar No. 88032
Michael M. Ching, CA Bar No. 209426
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: (415) 409-8900
Fax: (415) 409-8904
Email: tcannata@ccolaw.com

Jon M. Van Dyke, Hawaii Bar No. 1896
2515 Dole Street
Honolulu, Hawaii 96822
Ph: (808) 956-8509
Fax: (808) 956-5569
Email: jvandyke@hawaii.edu

II. Defendants/Appellees THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service

Edward H. Kubo, Jr., Bar No. 2499
United States Attorney
District of Hawaii
Thomas A. Helper, Bar No. 5676
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Ph: (808) 541-2850
Fax: (808) 541-2958
Email: Tom.Helper@usdoj.gov

Ronald J. Tenpas
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Donna S. Fitzgerald, Connecticut Bar No. 411810
Trial Attorney
Natural Resources Section, Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Ph: (202) 305-0476
Fax: (202) 305-0506
Email: Donna.Fitzgerald@usdoj.gov

DATED: Honolulu, Hawaii, September 26, 2007.

MICHAEL M. CHING
Attorney for Plaintiff/Appellant
KINGMAN REEF ATOLL
INVESTMENTS, L.L.C.