# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 06-828L**
**Filed: December 18, 2007**

## O R D E R

The court is in receipt of the parties' December 13, 2007 Joint Request for Further Instruction Regarding the Scope of Discovery. To discuss the issues, the court **SCHEDULES** a status conference for **Tuesday, January 8, 2008, at 2:30 p.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (808) 526-3011, and defendant's counsel at (603) 230-2583. If counsel request that additional individuals appear at the status conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Monday, January 9, 2008, at 12:00 p.m. EST**. The parties are encouraged to confer during and following the close of discovery.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**