# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * *

**No. 06-828L**
**Filed: January 10, 2008**

## O R D E R

The court held a status conference in the above-captioned case on January 8, 2008, with the parties appearing by telephone, to discuss their December 13, 2007 Joint Request for Further Instruction Regarding the Scope of Discovery. As discussed at the conference, the parties shall file a joint status report on or before **Monday, February 4, 2008**, detailing specific discovery issues in order to facilitate rulings by the court. To further discuss these discovery issues, the court **SCHEDULES** a status conference for **Wednesday, February 13, 2008, 2:30 p.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (808) 526-3011 and (415) 409-8900, and defendant's counsel at (603) 230-2583. If counsel request that additional individuals appear at the status conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Monday, February 11, 2008, 12:00 p.m. EST**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**