IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., | ) | |
| Plaintiffs, | ) | No. 06-828L |
| v. | ) | |
| | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs Kingman Reef Atoll Investments, L.L.C. ("KRAI") and Kingman Reef Atoll Development, L.L.C. ("KRAD"), and Defendant United States hereby jointly move for a two-week extension of time, to and including February 18, 2008, in which to file their joint status report, presently due on February 4, 2008. In support of this joint motion, the parties state as follows.

Pursuant to the Court's Order of January 10, 2008 (Doc. 48), the parties are due to file a joint status report on or before February 4, 2008, detailing specific discovery issues in order to facilitate rulings by the Court. A telephone status conference to discuss any such issues is scheduled for February 13, 2008, at 2:30 p.m. EST.

The parties have met by telephone and have continued their dialogue on discovery issues by e-mail. Although the parties have made some progress, they believe that it would be useful to continue their discussions for an additional two weeks before filing a joint report that submits any unresolved issues to the Court for a ruling. For that reason, the parties jointly request that the deadline to file their joint status report be extended from February 4, 2008, to and including

February 18, 2008. The parties further request that the related telephone status conference scheduled for February 13, 2008, also be moved to a later date that is convenient to the Court.

Dated: February 1, 2008

Respectfully submitted,

BROOKS TOM PORTER
& QUITIQUIT, LLP

s/Christian P. Porter
CHRISTIAN P. PORTER
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
TEL (808) 526-3011
FAX (808) 523-1171
E-MAIL cporter@btpqlaw.com

Counsel of Record for Plaintiffs

OF COUNSEL:

Therese Y. Cannata
Michael M. Ching
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL (415) 409-8900
FAX (415) 409-8904
E-MAIL tcannata@ccolaw.com

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov

Counsel of Record for Defendant