# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 06-828L**
**Filed: February 6, 2008**

## O R D E R

The court is in receipt of the parties' February 1, 2008, joint motion for an enlargement of time of two weeks, to and including February 18, 2008, within which to file a joint status report, detailing specific discovery issues in order to facilitate rulings by the court. The parties' request for an enlargement of time is **GRANTED**. The parties shall file their joint status report on or before **Tuesday, February 19, 2008**. Due to this enlargement of time, the status conference previously set for February 13, 2008 is **RESCHEDULED** for **Thursday, March 13, 2008, 2:30 p.m. DST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (808) 526-3011 and (415) 409-8900, and defendant's counsel at (603) 230-2583. If counsel request that additional individuals appear at the status conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Friday, March 7, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**