# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * *

**No. 06-828L**
**Filed: February 14, 2008**

## O R D E R

In a telephone conference with chambers staff, the parties requested an enlargement of time of nine days, to and including February 28, 2008, within which to file a joint status report, detailing specific discovery issues in order to facilitate rulings by the court. The parties' request is **GRANTED**. The parties shall file their joint status report on or before **Thursday, February 28, 2008**.

The status conference previously set for **Thursday, March 13, 2008, 2:30 p.m. DST**, remains on the calendar. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiffs' counsel at (808) 526-3011 and (415) 409-8900, and defendant's counsel at (603) 230-2583. If either party requests that additional individuals appear at the conference, counsel shall provide the names and telephone numbers to chambers, at (202) 357-6580, on or before **Friday, March 7, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**