# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**KINGMAN REEF ATOLL INVESTMENTS, LLC., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * *

**No. 06-828L**
**Filed: February 28, 2008**

## O R D E R

In a telephone conference with chambers staff on February 28, 2008, the parties, after consultation with each other, requested a schedule to join and resolve pending discovery issues. As agreed to by the parties, on or before **Tuesday, March 11, 2008**, defendant shall file its motion for a protective order. On or before **Thursday, March 20, 2008**, plaintiff shall file its response. On or before **Thursday, March 27, 2008**, defendant shall file its reply. As a result of this schedule, the February 28, 2008 joint status report and March 13, 2008 status conference are cancelled. Instead, the court **SCHEDULES** a status conference for **Thursday, April 10, 2008, 2:30 p.m. DST**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiffs' counsel at (808) 526-3011 and (415) 409-8900, and defendant's counsel at (603) 230-2583. If either party requests that additional individuals appear at the conference, counsel shall provide the names and telephone numbers to chambers staff, at (202) 357-6580, on or before **Friday, April 4, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**