IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **) No. 06-828L** |
| **Plaintiffs,** | **) Judge Marian Blank Horn** |
| **v.** | ) |
| **THE UNITED STATES OF AMERICA; Defendant.** | ) |

# DECLARATION OF THERESE Y. CANNATA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT MOTION FOR A PROTECTIVE ORDER RE RCFC 30(b)(6) DEPONENTS AND WILLIAM BROWN

CHRISTIAN P. PORTER, Hawaii Bar No. 3744
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Ph: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

**DECLARATION OF THERESE Y. CANNATA**

I, Therese Y. Cannata, hereby declare as follows:

1. I am of counsel of record for plaintiffs KINGMAN REEF ATOLL INVESTMENTS, L.L.C., and KINGMAN REEF ATOLL DEVELOPMENT, L.L.C., ("plaintiffs") herein, and as such, have personal knowledge of and am competent to testify as to the facts as stated herein. I make this declaration in support of plaintiffs' opposition to defendant's motion for a protective order regarding defendant RCFC 30(b)(b) notices and William Brown.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the a Minute Order by Magistrate Judge Barry M. Kurren, dated January 25, 2007.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the Order Affirming Magistrate Kurren's January 25, 2007 Discovery Order, dated February 23, 2007.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the plaintiffs initial Rule 30(b)(6) notice of deposition to the U.S. Fish and Wildlife Service, dated October 25, 2007.

5. Attached hereto as **Exhibit "D"** is a true and correct copy of the plaintiffs initial Rule 30(b)(6) notice of deposition to the U.S. Department of State, dated October 25, 2007.

6. Attached hereto as **Exhibit "E"** is a true and correct copy of the plaintiffs initial Rule 30(b)(6) notice of deposition to the U.S. Department of the Navy, dated October 25, 2007.

7. Attached hereto as **Exhibit "F"** is a true and correct copy of the plaintiffs initial Rule 30(b)(6) notice of deposition to the U.S. General Service Administration, dated October 25, 2007.

8. Attached hereto as **Exhibit "G"** is a group exhibit of true and correct copies of the following letters:

- Letter from Therese Y. Cannata to Kristine Tardiff, dated September 17, 2007.
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated September 28, 2007.
- Letter from Kristine S. Tardiff to Christian P. Porter, dated October 19, 2007.
- Letter from Kristine S. Tardiff to Christian P. Porter, dated November 8, 2007.
- Letter from Kristine S. Tardiff to Christian P. Porter, dated November 9, 2007.
- Letter from Kristine S. Tardiff to Christian P. Porter, dated November 13, 2007.
- Letter from Kristine S. Tardiff to Christian P. Porter and Therese Y. Cannata, dated November 16, 2007.
- Letter from Therese Y. Cannata to Kristine Tardiff, dated November 22, 2007.
- Letter from Therese Y. Cannata to Kristine Tardiff, dated November 26, 2007.
- Letter from Therese Y. Cannata to Kristine Tardiff, dated November 27, 2007.
- Letter from Therese Y Cannata to Kristine Tardiff, dated February 7, 2008 (erroneously dated February 7, 2007).
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated February 15, 2008.
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated February 15, 2008.
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated February 19, 2008.
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated February 20, 2008.
- Letter from Kristine S. Tardiff to Therese Y. Cannata, dated February 20, 2008.

- Letter from Therese Y. Cannata to Kristine Tardiff, dated February 25, 2008 (erroneously dated February 25, 2007).
- Email from Kristine Tardiff to Therese Y. Cannata, dated March 7, 2008.

9. Attached as **Exhibit "H"** are true and correct copies of Volume I of the deposition of Georgia Shirilla taken on April 25, 2007, page 2 to page 5, page 90 to page 97 and page 118 to page129 and Volume II of the deposition of Georgia Shirilla taken on April 26, 2007, page 251 to page 266.

10. Attached as **Exhibit "I"** are true and correct copies of the deposition of Dennis Pacht taken on May 2, 2007, page 18 to page 25 .

11. Attached as **Exhibit "J"** are true and correct copies of the commentary by William Brown to the Honolulu Advertiser dated June 18, 2006 obtained on-line at the following internet address: http://the.honoluluadvertiser.com/article/2006/Jun/18/op/FP606180306.html.

I declare under penalty of perjury under the laws of the United States and the State of Hawaii that the foregoing is true and correct.

DATED: San Francisco, California, this 20th day of March, 2008.

s/ Therese Y. Cannata

THERESE Y. CANNATA
Cannata, Ching & O'Toole, LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Ph: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com