# EXHIBIT A

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/25/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 05-00151JMS-BMK

CASE NAME: Kingman Reef Atoll Investments LLC v. USA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Barry M. Kurren REPORTER:

DATE: 01/25/2007 TIME:

---

COURT ACTION: EO: DISCOVERY ORDER (Letter Briefs filed 1/25/2007): Defendants' objections to Plaintiff's discovery requests regarding Defendants' ownership of Kingman Reef are sustained. By this discovery, Plaintiff is seeking information beyond the scope of the Court's March 2, 2006 Order limiting discovery to the abandonment issue.

cc: all parties

Submitted by Richlyn W. Young, courtroom manager