# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., a Hawaii limited liability company, Plaintiff, vs. | CIVIL NO. CV05-00151 JMS/BMK |
| THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR; THE HONORABLE GALE A. NORTON, in her official capacity as Secretary of The Interior; THE UNITED STATES FISH & WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of United States Fish & Wildlife Service; JOHN DOES 1-10; JANE DOES 1-10; and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10, Defendants. | |

DEPOSITION OF DENNIS PACHT
May 2, 2007

REPORTED BY:
Marjann Shawler, RPR, CSR 182
Notary Public, State of Hawaii

Page 18

Q. What was the third?
A. Management. That's more or less a leasing program. When property is temporarily not needed for military purposes, we have authority to lease it out for various purposes.
Q. Is there another position that you moved into at the Department of the Navy?
A. Through promotions, I was promoted to GS-13 level and then eventually to my current GS-14 level.
Q. Did your duties change when you were promoted to a GS-13?
A. No.
Q. So you --
A. Just the complexity of the projects.
Q. So still doing --
A. -- same work, yes, right.
Q. And how about when you were promoted to GS-14 level?
A. I gained supervisory responsibilities but doing essentially the same work, but additionally supervising people doing the same kind of work also.
Q. Land management, land acquisition and disposal?
A. That's correct.
Q. I'm just curious. When were you promoted to

Page 19

GS-14?
A. I believe in 2003.
Q. Is there another person who heads up your department, or are you --
A. Yes.
Q. Who would that be?
A. The current person is -- his name is James Leary, L-e-a-r-y.
Q. Same business address?
A. Yes.
Q. And just so I can see kind of how everything falls, do you come right under Mr. Leary?
A. Yes.
Q. And there are probably multiple supervisors under Mr. Leary?
A. Two.
Q. I guess that would be a couple. All right.
A. Right.
Q. And then how many under your direction?
A. Approximately ten.
Q. Who are those people?
A. There are, I believe, five realty specialists, one surveyor, one cadastral person, two student summer hires. I'm not sure if that adds up to ten or not.

Page 20

Q. I think that's close enough.
I just want to go back to your file of -- can I just call them Kingman Reef documents that you have that you reviewed in preparation for today's depo?
A. Sure.
Q. Were there any documents in there concerning title to Kingman Reef?
A. Only the 1934 Executive Order.
Q. In your work, do you also search and/or examine title of particular pieces of property; is that part of your job description?
A. If we need a title search, we contract for it with a local title company.
Q. Who is that company?
A. Various ones in town.
Q. Did you do a title search for Kingman Reef?
A. No.
Q. Did you do a title search for Kingman Reef at any time?
A. No.
Q. Were you ever asked to do a title search for Kingman Reef?
A. No.
Q. So if you were asked to do a title search for Kingman Reef, would you personally know how to go

Page 21

about doing that?
A. No.
Q. Have you seen any documents besides the 1934 Executive Order that would demonstrate a chain of title to Kingman Reef?
A. No.
Q. Were you at any time ever asked to inquire about any documents that referenced or reflect chain of title for Kingman Reef?
A. No.
Q. Are you aware of whether the Navy has any documents that would reflect a chain of title for Kingman Reef?
MR. YOUNG: I believe the witness already testified he reviewed the 1934 Executive Order.
Q. BY MR. CHING: You can go ahead.
A. That's the only document that I am aware of.
Q. So is it fair to say that file of Kingman Reef documents is, to your knowledge, the only documents that pertain to Kingman Reef that the Navy would have?
A. Please restate.
Q. The file of documents that you reviewed that were called the Kingman Reef documents, would those be the entirety of documents relating to Kingman Reef in

Page 22

the possession of the Navy?

MR. YOUNG: That assumes the witness would know the entire panoply of documents available to the entire Navy, which is a very large organization.

You can answer.

A. I assume that there are other documents out there, yes, in other Navy offices.

Q. BY MR. CHING: Pertaining to Kingman Reef?

A. Yes.

Q. Which ones?

A. Well, if you are talking about Kingman Reef in general or -- there would be a whole range of offices they might be in.

Q. Like where?

A. Naval -- Navy Region Hawaii, which is the current name for naval base Pearl Harbor. There would be documents probably at Commander U.S. Pacific Fleet concerning Kingman Reef. There would be documents at my headquarters, Naval Facilities Engineering Command, in Washington. There would be documents probably within the secretariat concerning Kingman Reef. Within the Chief of Naval Operations Offices, there would be documents.

Q. Anything else?

A. That's about it.

Page 23

Q. Would you expect that some documents may be at National Archives?

A. I don't know of any. Our office has never sent anything to the archives.

Q. Why doesn't your office send documents to the archives?

A. Because we like to retain them ourselves for ready reference.

Q. So you could in theory have documents that date back to 1922, maybe even before?

A. You mean on other subjects in general?

Q. Yes.

A. Yes, definitely.

Q. In your Kingman Reef file, what was the oldest document that was in there?

A. I think the executive order.

Q. 1934?

A. 1934.

Q. Sorry. I talked over you there. Sometimes I can't follow my own rules.

A. There was a newspaper article -- I can't remember the date of it -- which is old, concerning Kingman Reef, but I don't know whether that predates or postdates the executive order. I can't recall.

Q. Was there anything that you withheld --

Page 24

sorry. Strike that.

Any documents that you withheld from your attorneys regarding Kingman Reef?

A. No.

Q. So everything you had regarding Kingman Reef you produced to your attorneys to produce to us?

A. Yes.

MR. CHING: Let's mark this next in order. I think it is 127.

(Marked for identification Exhibit No. 127.)

Q. BY MR. CHING: You have been handed Exhibit 127, which is, for the record, the 1934 Executive Order. You can go ahead and review that, and let me know when you are all set.

A. Okay.

Q. Have you seen this before?

A. Yes -- not this particular version of it -- or production of it, rather, but I have seen other reproductions of it.

Q. Can we just refer to this as the 1934 Executive Order for ease of reference?

A. Yes.

Q. And this is what -- you reviewed a copy of this?

Page 25

A. Yes.

Q. In anticipation of your deposition today, right?

A. Yes.

Q. Do you have an understanding of what executive order -- 1934 Executive Order did to Kingman Reef?

A. It placed the administrative control and jurisdiction of the reef under the Secretary of the Navy.

Q. Did you say "the administrative jurisdiction and control"?

A. Yes.

Q. When you say it was placed under the administrative jurisdiction and control of the Navy, what do you mean?

A. For administrative purposes, as it reads.

Q. What --

A. In other words, the Navy -- or the Secretary of the Navy was designated as the executive agent of the federal government responsible for the administration of the island.

Q. What does "administration" mean?

A. Day-to-day housekeeping, protection, maintenance.