**EXHIBIT 6**

**DECLARATION OF THERESE Y. CANNATA**

I, Therese Y. Cannata, hereby declare as follows:

1. I am a partner with Cannata, Ching & O'Toole LLP, of counsel for plaintiffs herein. I have personal knowledge of and am competent to testify as to the facts as stated herein, except for those matters stated on information and belief, and as to those matters, I believe them to be true.

2. I am informed and believe, based on my review of the correspondence and discovery and my discussions with other counsel in *Kingman Reef Atoll Investments, LLC v. United States of America, et al.*, CV05-00151 (D. Hawaii) ("the Hawaii case"), that when defendants in the Hawaii case made their initial disclosures, they identified documents they were withholding under claims of privilege. The Hawaii case privilege logs or indices listing the documents that are the subject of this discovery dispute are attached hereto as Exhibits A through D, and described more fully below:

a. Exhibit A is a true and correct copy of a privilege log Donna Fitzgerald sent to plaintiff's counsel on or about October 17, 2005.

b. Exhibit B consists of true and correct copies of the pages of an Index of Documents Released as Initial Disclosure that identify documents defendants withheld on the basis of a claim of privilege. This Index was provided to plaintiff's counsel on or about January 12, 2006.

c. Exhibit C is a true and correct copy of an Index to Federal Defendants' Third Set of Initial Disclosures, which Ms. Fitzgerald sent to plaintiff's counsel on or about November 30, 2006. The index identifies documents

defendants withheld on the basis of a claim of privilege.

d. Exhibit D is a true and correct copy of a privilege log of documents withheld from defendants' third set of initial disclosures, which Ms. Fitzgerald sent to plaintiff's counsel on or about February 8, 2007.

3. Prior to the dismissal of the Hawaii case, plaintiff's counsel met and conferred with defendants about various discovery issues, including the government's privilege claims. Many discovery disputes were tabled because the District Court limited discovery in the case to the issue of abandonment. While some discovery issues were still under discussion, the Hawaii case was dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. There was never a discovery cutoff or trial date set in the Hawaii case.

4. I have met and conferred with Kristine Tardiff, defense counsel in this case, about discovery. We agreed that the parties could use the deposition and document discovery from the Hawaii case for all purposes in this case. With respect to the outstanding issues about document discovery, including the adequacy of defendants' document productions, privilege logs and interrogatory responses, I asked Ms. Tardiff if she wanted to pick up the meet and confer process where we had left off with Ms. Fitzgerald. Ms. Tardiff told me that, rather than revisiting the discovery positions that Ms. Fitzgerald had taken in the Hawaii case, we should start over again with a new request for production of documents and interrogatories, to which she would respond. Ms. Tardiff said she would not adopt the privilege logs from the Hawaii case. Attached hereto as Exhibit E is a true and correct copy of my letter to Ms. Tardiff, dated September 17, 2007.

5. Accordingly, plaintiffs' counsel served interrogatories, requests for production of documents, and requests for admissions in this case. The requests for production of documents

that are the subject of this motion to compel are attached hereto. In preparing plaintiffs' request for production of documents, we carefully reviewed the government's privilege logs from the Hawaii case, and requested documents listed on those logs that appeared to be relevant to this case, and that either appeared not to be privileged, or that had been described in insufficient detail to enable us to ascertain whether or not they were privileged. A true and correct copy of plaintiffs' Request for Production of Documents to Defendant the United States of America (Set One) is attached hereto as Exhibit F.

6. A true and correct copy of defendant's Responses to Plaintiffs' First Set of Requests for Production of Documents (Set One) is attached hereto as Exhibit G.

7. On February 7, 2008, I sent a meet and confer letter to Ms. Tardiff requesting further responses and production of documents. A true and correct copy of my letter is attached hereto as Exhibit H.

8. Ms. Tardiff's response to my meet and confer letter consisted of a Second Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents and a privilege log. True and correct copies of those responses are attached hereto as Exhibits I and J, respectively.

9. Attached hereto as Exhibit K is a true and correct copy of Defendant's Supplemental Index of Documents Withheld from Production Due to Privilege (April 8, 2008).

10. Attached hereto as Exhibit L is a true and correct copy of a letter Kristine Tardiff sent me on or about April 9, 2008.

11. Attached hereto as Exhibit M is a true and correct copy of a letter I sent Kristine Tardiff on April 18, 2008.

12. Attached hereto as Exhibit N is a true and correct copy of a letter Kristine Tardiff sent me on or about April 28, 2008.

13. Attached hereto as Exhibit O is a true and correct copy of the Declaration of H. Dale Hall, which I received from Kristine Tardiff on or about April 28, 2008.

14. Attached hereto as Exhibit P is a true and correct copy of a letter I sent Kristine Tardiff on May 23, 2008.

15. Attached hereto as Exhibit Q is a true and correct copy of document US1992, which I am informed and believe was produced by the government in the Hawaii case.

16. Attached hereto as Exhibit R is a true and correct copy of a September 4, 1997 document, which I am infomed and believe was produced by the government in the Hawaii case.

17. Attached hereto as Exhibit S is a true and correct copy of document USID0002051-52, which I am informed and believe was produced by the government in the Hawaii case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of June, 2008 at San Francisco, California.

THERESE Y. CANNATA

U.S. Department of Justice

Environment and Natural Resources Division

DSF:dsf

*General Litigation Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

By Federal Express Overnight Service

October 17, 2005

Mr. Christian Porter, Esq.
Ms. Donna H. Yamamoto, Esq.
Brooks Tom Porter & Quitquit, LLP
2125 Davies Pacific Center
841 Bishop St.
Honolulu, HI 96813
Phone: 808-526-3011
Fax: 808-523-1171

Re: Kingman Reef Atoll Investments, LLC v. USA, CV05-00151 (D. Hawaii)

Dear Mr. Porter and Ms. Yamamoto

Per Judge Kurren's verbal order at the August 22, 2005 status conference, enclosed please find the documents that comprise defendants' initial disclosures in the above-listed case. We have also included a list of privileged documents. As you can see from that list, some of the attachments to the privileged documents have been released, as non-privileged. Those are attached separately to the privilege log.

Please advise us when we can expect to see plaintiff's initial disclosures. Please call with any questions or comments.

Sincerely,

Donna S. Fitzgerald
Trial Attorney
Direct dial: 202-305-0476

Encls.

cc w/ encls: Mariel Combs, Office of the Solicitor, DOI
Georgia Shirilla, FWS, DOI

EXHIBIT 6A

EDWARD H. KUBO, JR., Bar No. 2499
United States Attorney
District of Hawaii
THOMAS A. HELPER, Bar No. 5676
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Phone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Tom.Helper@usdoj.gov
KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DONNA S. FITZGERALD, Connecticut Bar No. 411810
Trial Attorney
Natural Resources Section, Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663, Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW HOGAN, in his Official capacity as Director of United States Fish and Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10<br><br>Defendants. | CV05-00151 JMS-BMK<br><br>INDEX OF DOCUMENTS WITHHELD FROM RELEASE AS INITIAL DISCLOSURES DUE TO PRIVILEGE |

1. April 14, 2000 E-mail from Rosalyn Worthan at DOI to Pete

EXHIBIT 6A

Raynor, Karen Sprecher Keating, and Molly Ross, Attorneys, Office of the Solicitor, United States Department of the Interior, and others at DOI re: meeting request - Kingman. Privileged as attorney-client communication.

2. April 14, 2000 e-mail from Stephen Saunders, DOI to Karen Sprecher Keating, Molly Ross and Peter Raynor, Attorneys, United States Department of the Interior, Office of the Solicitor and others at DOI re: Kingman Reef - Possible Overlay Refuge. Privileged as attorney-client communication.

3. April 14, 2000 e-mail from Karen Sprecher Keating to Pete Raynor, attorney, United States Department of the Interior, Office of the Solicitor and other DOI employees re: Kingman Reef - Possible Overlay Refuge. Privileged as attorney-client communication.

4. April 18, 2000 e-mail from Tim Elliot to Karen Sprecher Keating, Peter Raynor and Molly Ross, Attorneys, United States Department of the Interior, Office of the Solicitor and others at DOI re: Kingman Reef - Possible Overlay Refuge. Privileged as attorney-client communication

5. April 14, 2000 e-mail from Peter Raynor, Attorney, United States Department of the Interior, Office of the Solicitor to "reviewers" re: meeting request - Kingman. Privileged as attorney-client communication.

6. April 14, 2000 e-mail from Robert Smith to Peter Raynor, Karen Sprecher Keating, and Molly Ross, Attorneys, United States Department of the Interior, Office of the Solicitor and others at DOI re: Meeting Request - Kingman. Privileged as attorney-client communication.

7. April 17, 2000 e-mail from Robert P. Smith at DOI to Molly Ross and Pete Raynor, Attorneys, United States Department of the Interior, Office of the Solicitor and others at DOI re: Meeting Request - Kingman with 5 attachments 1) a nautical chart of Kingman Reef; 2) April 17, 2000 Memo from Pacific Islands Manager, Pacific Islands Ecoregion, FWS, Honolulu HI to Realty Chief, Division of Realty, FWS, Region 1, Portland OR re: Level I Pre-Acquisition Contaminants Survey of Kingman Reef, an Unincorporated United States Possession, and attachments, and 3) April 17, 2000 Memo from Beth Flint, Wildlife Biologist, Pacific/Remote Islands, National Wildlife Complex to Don Palawski re: Site Visit to Kingman Reef; 4) April 17, 2000 Memo from Richard C. Wass, Refuge Manager, Hakalau Forest NWR, Hilo, HI to Don Palawski, Ecological Services, Honolulu, HI re: Kingman Reef



EXHIBIT 6A

Survey; 5) March 31, 2000 e-mail from Jim Maragos to Joan B. Re: a visit to mushroom coral heaven at Kingman Reef; 6) April 3, 2000 e-mail from Jim Maragos to Joan B. And others re: Homeward Bound; 7) Nautical Chart of Palmyra Atoll; 8) April 18, 2000 E-mail from Rosalyn Worthan to Peter Raynor, Molly Ross, and Karen Sprecher Keating, attorneys at DOI and others at DOI re: Kingman Meeting.

The April 17, 2000 e-mail and April 18, 2000 e-mail (Att. 8 above) are withheld as privileged as attorney-client communication. Attachments 1-7 are disclosed and attached hereto.

8. Two pages of a license agreement provided by the Nature Conservancy, with handwritten notes in the margins. The document is labeled as "Confidential."

9. March 22, 2001 Letter from Suzanne Case, Asia/Pacific Regional Counsel, the Nature Conservancy to Anne Badgley, Regional Director, United States Fish and Wildlife Service re: Confidentiality and Non-disclosure Agreement - Palmyra Atoll with attachments. The letter makes clear that the Nature Conservancy expects the FWS to keep the attachments confidential. Attached hereto is the March 22, 2001 letter, without the attachments.

10. May 14, 2001 Letter from Phyllis Y. Ha, Senior Staff Ecologist, FWS, United States Department of the Interior to Bob Morean, Esq, United States Attorney's Office transmitting documents for the administrative record, with 1 page list of documents. Letter and list are carbon copied to Steven Siegel, Office of the Solicitor, Georgia Shirilla and Ben Harrison, FWS, Region 1, and Francesca Ryan and Robyn Friedman (Office of the Solicitor). Privileged as attorney-client communication.

11. July 12, 2001 List of Documents re: Kingman Reef NWR - Summary of Ownership Claims, Events, and Related Issues, Facts, and Comments. Stamped Attorney-Client Privileged

12. December 20, 2000 E-mail from Catherine Sheppard to Steven Siegel, Office of the Solicitor, and others at DOI re: Kingman Reef EA - Request for Extension of Public Comments. Privileged as attorney-client communication.

13. April 17, 2001 Letter from Georgia to Steve forwarding documents from Archives re: Kingman Reef. Documents are not attached. Privileged as attorney-client communication.

14. December 3, 2001 Fax cover sheet from Ron Swan, Office of



EXHIBIT 6A

the Solicitor, U.S. DOI to Carolyn Bohan, FWS, U.S. DOI to Peter Raynor and Mike Young, Office of the Solicitor, DOI transmitting a November 30, 2001 Letter from Richard A. DuBey, attorney Short Cressman & Burgess, PLLC and Christian Porter, attorney, Brooks Tom Porter & Quitiquit PLLC to Thomas Helper, Assistant United States Attorney, United States Attorney's Office re: Kingman Reef Atoll Investments LLC v. United States Dept. Of the Interior, Civil No. 01-00122, Confidential Settlement Proposal. The fax cover sheet is withheld as attorney-client privilege, and the letter is withheld as a confidential settlement communication.

15. May 14, 2001 Fax cover sheet from Steve Siegel, Attorney-Advisor, Office of the Solicitor, United States Department of the Interior to Ben Harrison and Georgia Shirilla, FWS re: documents for the administrative record, and attaching a one page fax from Robert Morean, Assistant United States Attorney, U.S. Attorney's Office for the District of Hawaii to Steven Siegel, Attorney-Advisor, Office of the Solicitor, United States Department of the Interior, re: Kingman Reef Atoll Investments v. U.S., Civ. No. 01-00122 (SOM-LEK) and the index for the administrative record. Both documents are withheld as attorney-client communication.

16. December 6, 2000 e-mail from William Brown to Karen Sprecher Keating, Attorney, Office of the Solicitor, United States Department of the Interior and others at DOI re: Kingman Reef. Withheld as attorney-client privilege.

17. August 2, 2000 letter from Georgia to Diane Hoobler, attorney, Office of the Regional Solicitor, United States Department of the Interior, and others at DOI, attaching a draft letter proposed by Peter Raynor and Karen Sprecher Keating, attorneys, Office of the Solicitor, United States Department of the Interior, regarding the Executive Order package to terminate Navy's control and jurisdiction of Kingman Reef. Letter is not attached.

EDWARD H. KUBO, JR., Bar No. 2499
United States Attorney
District of Hawaii
THOMAS A. HELPER, Bar No. 5676
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Phone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Tom.Helper@usdoj.gov
KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DONNA S. FITZGERALD, Connecticut Bar No. 411810
Trial Attorney
Natural Resources Section, Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663, Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-Mail: Donna.Fitzgerald@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW HOGAN, in his Official capacity as Director of United States Fish and Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10<br><br>Defendants. | CV05-00151 JMS-BMK<br><br>INDEX OF DOCUMENTS RELEASED AS INITIAL DISCLOSURE |

EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 249 | April 14, 2000 | E-Mail To: Dave Wesley and Carolyn Bohan From: Anne Badgley regarding meeting request |
| 250 | April 17, 2000 | E-Mail To: Dave Wesley and Carolyn Bohan From: Dan Ashe regarding possible overlay refuge |
| 251 | March 9, 2001 | Fax Cover sheet To: Mrs. Hommon From: Paul Sullivan. Re: Kingman Reef. Withheld as privileged - attorney-client communication. |
| 252 | December 10, 1997 | Letter From: Bill Kennamer, K5FUV, DXCc: Manager To: the Commander of the Naval Base Pearl Harbor. Regarding the jurisdiction of Kingman Reef. |
| 253 | March 18, 1994 | Letter From: R. L. Russell, Lieutenant Commander, U.S. Navy To: John D. Clouse regarding access To: Kingman Reef. (2 pages) |
| 254 | March 5, 1997 | Note From: Pat Laley To: Paul Sullivan regarding the copies of the letter From: R. L. Russell, Lieutenant Commander, U.S. Navy To: John D. Clouse regarding access To: Kingman Reef. Dated March 18, 1994. (2 pages) . Withheld as attorney-client privilege. |
| 255 | November 18, 1991 | List of information required incident To: entry of ships. (2 pages) |
| 256 | March 7, 1994 | Letter From: John Clouse To: the Commanding Officer at the Pearl Harbor Naval Base |
| 257 | June 10, 1996 | Letter From: G.D. Jensen, Captain, U.S. Navy To: Captain Michael Mickelwait regarding permission To: visit Kingman reef |
| 258 | May 30, 1996 | Letter From: Michael Mickelwait To: Commander of the Pearl Harbor Naval Base regarding a permit To: visit Kingman Reef. |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 259 | May 28, 1996 | Letter From: Michael Mickelwait To: the Commander of the Pearl Harbor Naval Base regarding permission To: visit Kingman Reef (2 pages) |
| 260 | NO DOCUMENT HERE – INADVERTENTLY SKIPPED THIS NUMBER | |
| 261 | Undated | Copy of Executive Order 8682 |
| 262 | July 27, 2005 | Fax From: Brenda Johnson-Turner, Realty Specialist, U.S. Fish and Wildlife Services To: David LaCroix, Navy General Council. The fax is a copy of Executive Order: Placing certain islands in the Pacific Ocean under the control and jurisdiction of the Secretary of the Navy. Dated 12/29/1934 |
| 263 | May 30, 2001 | Memo From: the Commander, Pacific Division, Naval Facility Engineering Command To: Commander, Navy Region Hawaii. |
| 264 | May 14, 2001 | Letter From: John Houlihan, Jr. To: Dennis Pacht, Deputy Director, Real Estate, regarding Kingman Reef National Wildlife Refuge: Request for Access |
| 265 | May 14, 2001 | Letter From: John Houlihan, Jr. To: Robert Morean, Asst. U.S. Attorney, regarding Kingman Reef Atoll Investments LLC, et. al. V. US Dept. Of Interior- Administrative Stay To: Maintain Status Quo. CC: Christian Porter, Richard DuBey, and Lyle Hosoda |
| 266 | March 6, 2000 | One page titled "Kingman Reef," and referencing e-mails between Dennis Pacht at Navy and Angela Ryan, Office of General Counsel, Navy. Withheld as attorney-client communication. |
| 267 | Undated | Memo From: M. K. Loose, Commander, Navy |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | Region Hawaii, To: Commander, Pacific Division, Naval Facilities Engineering Command. Subject: Transfer of Kingman Reef To: US Department of Interior (DOI) |
| 268 | March 6, 2000 | Report of Excess Real Property From: the General Services Administration To: Commander, Navy Region Hawaii. Signed copy. (2 pages) |
| 269 | February 29, 2000 | Fax From: D. Pacht To: Jill Kaya. Copy of Executive Order 6935 |
| 270 | February 29, 2000 | E-Mail To: Jill C. Kaya From: Dennis Pacht Subject: Kingman Reef – Will fax EO 6935 To: attach To: 118 forms |
| 271 | February 28, 2000 | E-Mail To: Dennis Pacht To: Jill C. Kaya Subject: Kingman Reef – advising she will work on 118 forms and asking where To: get information |
| 272 | February 28, 2000 | To: Jill C Kaya From: Dennis Pacht Subject: Kingman Reef – requesting process of 118s |
| 273 | February 28, 2000 | To: Dennis Pacht From: Jill C. Kaya Subject: Kingman Reef – inquiry after ruling if excessing form 118 and other forms |
| 274 | February 28, 2000 | From: Angela Ryan, OGC To: Dennis Pacht, Rob O Fetter, Glenn M Miyashiro, Charles C Cocks, Joe E Hautzenroder Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 275 | February 24, 2000 | E-Mail To: Rob O Fetter, Glenn M Miyashiro, Angela M Ryan, Charles C Cocks, Joe E Hautzenroder cc: Dave Watts, Pete L Check, Dennis Pacht, Dallas J. Conley, Jeffrey Tubello, Jill C Kaya From: Dennis Pacht Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 276 | February 24, 2000 | E-Mail To: Glenn M Miyashiro, Angela M. Ryan, Charlie Cocks, hautzenroderje; cc: Dave Watts, Pete L. Check, Dennis Pacht, Dallas J. |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | Conley, Jeffrey Tubello; Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 277 | February 18, 2000 | E-Mail To: Capt Tubello cc: Ann E Rondeau, Patricia Kotzen, Brian Kelm, Dave Watts, Robert Fetter Subject: Kingman Reef – Re: Munsell's request for asst in securing final Navy position on transfer of Kingman Reef |
| 278 | February 29, 2000 | E-Mail from Angela Ryan, OGC, to Dennis Pacht, Tom Egeland, and Richard Anderson re: Kingman Reef. Withheld as attorney-client privileged. |
| 279 | Undated | Memo From: M. K. Loose, Commander, Navy Region Hawaii, To: Commander, Pacific Division, Naval Facilities Engineering Command. Subject: Transfer of Kingman Reef To: US Department of Interior (DOI) Blind copy To: D. Pacht and S. Yuen. With notes in margin<br><br>And undated Draft memo From: M. K. Loose, Commander, Navy Region Hawaii, To: Commander, Pacific Division, Naval Facilities Engineering Command. Subject: Transfer of Kingman Reef To: US Department of Interior (DOI) With notes in margin |
| 280 | Undated | Memo From: M. K. Loose, Commander, Navy Region Hawaii, To: Commander, Pacific Division, Naval Facilities Engineering Command. Re: Transfer of Kingman Reef To: US Fish and Wildlife |
| 281 | Undated | Draft memo From: M. K. Loose, Commander, Navy Region Hawaii, To: Commander, Pacific Division, Naval Facilities Engineering Command. Re: Transfer of Kingman Reef To: US Fish and Wildlife. Notes and corrections in body. |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | regarding Kingman. cc: Charles Cocks, Gail Oklesson, and Mike Kilian Subject: Kingman – valuation and reporting of property To: GSA |
| 300 | April 18, 2000 | E-Mail From: Howard D kelsey; To: Dennis Pacht Subject: Kingman – inquiry re outstanding issues which would delay excessing package From: PACDIV To: HQ and requested estimated date of submittal |
| 301 | April 18, 2000 | E-Mail From: Dennis Pacht To: Tom A. Egeland cc: Angela Ryan, Howard D. Kelsey, Gail E. Oklesson, Mike Kilian Subject: Kingman. Withheld as attorney-client privileged. |
| 302 | April 14, 2000 | E-Mail From: Tom A Egeland, To: Dennis Pacht, Mike Kilian, Subject: Kingman – Requesting status due To: meeting with DOI and DASNs and forwarding information from Angela Ryan, OGC attorney with Navy. Withheld as attorney-client privileged. |
| 303 | April 18, 2000 | E-Mail From: Gail Oklesson To: Dennis Pacht, Angela Ryan, and others and regarding Kingman Reef. Forwarding following E-Mail chain. Withheld as attorney-client privileged. |
| 304 | April 18, 2000 | E-Mail From: Howard D Kelsey, To: Richard Anderson, Rob O Fetter, Angela M Ryan, Charles C Cocks, cc: Jeffrey Tubello, Tom A Egeland, Howard D Kelsey, Gail E Oklesson Subject: Kingman Reef – query To: PACDIV. Withheld as attorney-client privileged. |
| 305 | April 18, 2000 | E-Mail From: Richard Anderson, To: Rob O Fetter, Angela M Ryan, Charles C Cocks, cc: Jeffrey Tubello, Thom A Egeland, Howard Kelsey. Re: Kingman Reef. Withheld as attorney-client privileged. |
| 306 | April 17, 2000 | E-Mail From: Rob O Fetter To: Angela M Ryan |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | , Charles C Cocks, Richard Anderson; cc: Jeffrey Tubello, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 307 | April 17, 2000 | E-Mail From: Angela M Ryan, To: Charles C Cocks, Rob O Fetter, cc: Angela M Ryan Subject: Kingman Reef Withheld as attorney-client privileged. |
| 308 | March 13, 2000 | E-Mail From: Charles C Cocks; To: Rob Fetter, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 309 | February 18, 2000 | E-Mail From: Elise L Munsell, To: Duncan Holaday, William Brown, cc: Robert B. Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Richard Anderson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 310 | February 18, 2000 | E-Mail From: Duncan Holaday, To: Elsie L Munsell, William Brown, cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Richard Anderson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 311 | February 18, 2000 | E-Mail From: Elsie L Munsell, To: William Brown cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Duncan Holaday, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 312 | February 22, 2000 | E-Mail From: Angela M Ryan To: Dennis Pacht cc: Tom A Egeland, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 313 | February 22, 2000 | E-Mail From: Dennis Pacht, To: Angela M Ryan cc: Tom A Egeland Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 314 | February 22, 2000 | E-Mail From: Angela M Ryan, To: Dennis Pacht, cc: Tom A Egeland, Subject: Kingman Reef. Withheld as attorney-client privileged. |



EXHIBIT 6B

USID0001551

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 315 | February 22, 2000 | E-Mail From: Dennis Pacht, To: Angela Ryan cc: Tom Egeland, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 316 | February 18, 2000 | E-Mail From: Tom A Egeland, To: Dennis Pacht, cc: Steve Smith – forwarding E-Mail chain |
| 317 | February 18, 2000 | E-Mail From: Angela M Ryan, To: Elsie L Munsell, Duncan Holaday, William Brown, cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Richard Anderson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 318 | February 18, 2000 | E-Mail From: Elsie L Munsell, To: Duncan Holaday, William Brown, cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Richard Anderson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 319 | February 18, 2000 | E-Mail From: Duncan Holaday, To: Elise L Munsell, William Brown, cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Richard Anderson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 320 | February 18, 2000 | E-Mail From: Elsie L Munsell, To: William Brown, cc: Robert B Pirie, Tom A Egeland, Carl J Turnquist, Angela M Ryan, Duncan Holaday, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 321 | February 17, 2000 | E-Mail From: Dennis Pacht, To: Tom Egeland, Subject: Kingman Reef attached correspondence addressed To: NAVFAC and copy To: OP-44 |
| 322 | February 9, 2000 | E-Mail From: Dennis Pacht, To: Stephen H Smith, Mike Kilian Subject: Kingman Reef |
| 323 | February 9, 2000 | E-Mail From: Stephen Smith, To: Dennis Pacht, Mike Subject: Kingman Reef – forwarding email |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 417 | Undated | Letter To: John Houlihan From: Unknown re: Freedom of Information Act Request Regarding Kingman Reef and Palmyra Atoll. (2 pages) |
| 418 | October 30, 2002 | Note Per Georgia Shirilla-Judge ruled that Family had no standing in Federal Court. |
| 419 | March 6, 2002 | Letter To: Marcus Fullard From: C Shanze re: Freedom of Information Act Request Regarding Kingman Reef and Palmyra Atoll. (2 pages) |
| 420 | February 27, 2002 | E-Mail From: Stephen Smith, To: Dennis Pacht. cc: Stan Uehara. Re: EA Kingman Reef and EA Palmyra Atoll. |
| 421 | February 26, 2001 | E-Mail From: Stephen Smith, To: Stan Y Uehara, Subject: EA Kingman Reef & EA Palmyra Atoll – reviewed two Eas – permanent moorings proposed To: protect reef From: anchor damage. FWS should investigate other mooring techniques |
| 422 | March 26, 2001 | E-Mail From: Ed Kakesako To: Paul Sullivan, Dennis Pacht, Melvin Kaku, and Stan Uehara re: FONSI's for Kingman Reef and Palmyra Atoll National Wildlife Refuges – The Environmental Notice – Office of Environmental Quality Control. (3 pgs) |
| 423 | February 26, 2001 | E-Mail From: Paul Sullivan To: Dennis Pacht Subject: Re:FOIA re Kingman/Palmyra |
| 424 | February 26, 2001 | E-Mail From: Dennis Pacht, To: Paul M Sullivan, Subject: Re: FOIA re Kingman/Palmyra. |
| 425 | February 26, 2001 | E-Mail From: Paul M Sullivan, To: Dennis Pacht, Subject: Re: FOIA re Kingman/Palmyra. |
| 426 | February 26, 2001 | E-Mail From: Dennis Pacht, To: Paul Sullivan, Subject: Re: FOIA re Kingman/Palmyra . |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | Withheld as attorney-client privileged. |
| 427 | February 23, 2001 | E-Mail From: Gail Oklesson, To: Dennis Pacht re: Kingman Reef forwarding: |
| 428 | February 23, 2001 | E-Mail From: Charles C Cocks, To: Gail E Oklesson, Subject: Kingman Reef – forwarding: |
| 429 | February 23, 2001 | E-Mail From: Howard D Kelsey, To; Ray M Bourgeois, Charles C Cocks, Claude E Jones, Rich A Engel, Subject: Kingman Reef . Withheld as attorney-client privileged. |
| 430 | February 22, 2001 | E-Mail From: Ray Bourgeois to Howard Kelsey, Charles Cocks, Claude Jones and Rich Engel forwarding E-mail from Angela M Ryan, To; Carl J Turnquist, Thomas N Ledvina, Carole Gaasch, Duncan Holaday, Elsie L Munsell, Richard Anderson, Tom Egeland, cc: Sullivanpm@fdpac.navfac.navy.mil, bourgeoisrm@navfac.navy.mil, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 431 | January 22, 2001 | E-Mail From: Ed Kakesako To: Dennis Pacht , Ron Darlington and Ted Wrobel re: Article entitled Two Wild Refuges Created in Pacific. (2 pages) |
| 432 | January 4, 2001 | E-Mail From: Ed Kakesako From: Dennis Pacht re: EA for Kingman Reef National Wildlife Refuge. (2 pgs) |
| 433 | December 14, 2000 | E-Mail From: Ed Kakesako From: Dennis Pacht, Ron Darlington, Ted Wrobel re: Sale Proposal Sparks Kingman Reef Dispute. (2 pages) |
| 434 | February 1, 2000 | E-Mail From: Dennis Pacht To: Claude Jones, cc: Mike Kilian re: Kingman Reef. |
| 435 | January 25, 2002 | Letter From: Marcus Fullard-Leo To: C Shanze and Dennis Pacht re: Freedom of Information Act |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | requesting review |
| 453 | November 10, 1999 | E-Mail From: Capt John M Shrewsbury, To: Capt Brian Kelm, Subject: DASN Bill Cassidy questions – inquiry if agreeable To: transfer |
| 454 | November 05, 1999 | E-Mail From: Sean Clark, To: John Schrewsbury, cc: Paul Borkowski, Rebeca Hommon, Subject: DASN Bill Cassidy questions. Withheld as attorney-client privileged. |
| 455 | November 04, 1999 | E-Mail From: Paul Borkowski, To: Sean Clark , Subject: DASN Bill Cassidy questions – requesting information re: Kingman Reef |
| 456 | November 04, 1999 | E-Mail From: John M Shrewsbury, To: Paul Borkowski, cc: Rebecca Hommon, Marc Rzepczynski, Subject: DASN Bill Cassidy questions. Withheld as attorney-client privileged. |
| 457 | Undated | Memorandum for the Deputy Chief of Naval Operations (Logistics) From: Elsie L. Munsell Subj: Kingman Reef |
| 458 | December 21, 1999 | Memorandum To: Commander, Pacific Division, Naval Facilities Engineering Command, From: Commander in Chief, U.S. Pacific Fleet, Subj: Transfer of Kingman Reef To: United States Fish and Wildlife attached Memorandum To: Commander, Pacific Division, Naval Facilities Engineering Command, From: Commander, Navy Region Hawaii(2 pages) |
| 459 | April 1, 1941 | Execute Orders 8728- Correcting Executive Orders Nos. 8680, 8682, and 8683 of February 14, 1941, Establishing Certain Naval Defensive Sea Area and Naval Airspace Reservations (1 page) |
| 460 | August 4, 1947 | Exhibit Order 9881 – Discontinuing the Palmyra Island Naval Airspace Reservation |



EXHIBIT 6B

USID0001567

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | and the Palmyra Island Naval Defense Sea Area (Harry S. Truman) (1 page) |
| 461 | August 28, 1962 | Executive Order 11048 – Administration of Wake Island and Midway Island (2 pages) |
| 462 | January 24, 2001 | Federal Register, Vol. 66, No. 16, DOI/FWS Establishment of the Kingman Reef National Wildlife Refuge (3 pages) |
| 463 | December 22, 2000 | Letter To: Carolyn Bohan and Phyllis Ha From: Christian P. Porter Re: Notice for Public Comments regarding Kingman Reef National Wildlife Refuge Proposal (December 11, 2000) (3 pages) |
| 464 | Undated | Draft Executive Order, Administration of Kingman Reef (2 pages) Withheld as deliberative process |
| 465 | July 27, 2005 | E-Mail To: David W. LaCroix From: Thomas C. Herold Re: Kingman. Withheld as attorney-client privileged. |
| 466 | July 27, 2005 | E-Mail From: John Kauffman, To: Thomas c. Herold, Subject: Kingman – forwarding E-Mail below. Withheld as attorney-client privileged and deliberative process. |
| 467 | July 27, 2005 | E-Mail From: David LaCroix, To: John C Kauffman, Subject: Kingman. Withheld as attorney-client privileged and deliberative process. |
| 468 | June 2, 2005 | E-Mail From: Thomas Ledvina, To: David LaCroix, Subject: Kingman. Withheld as attorney-client privileged and deliberative process. |
| 469 | April 11, 2005 | E-Mail From: Brenda Johnson Turner, To: Thomas Ledvina, cc: A Eric Alvarez, Subject: Kingman. Withheld as deliberative process. |
| 470 | July 28, 2005 | E-Mail From: David W. LaCroix To: Brenda Johnson- |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | Turner Re: Kingman Reef. Withheld as deliberative process. |
| 471 | August 1, 2005 | E-Mail From: David W. LaCroix To: Thomas Ledvina Re: Kingman Reef. Withheld as attorney-client privileged and deliberative process. |
| 472 | August 3, 2005 | E-Mail From: Thomas Herold To: Brenda Johnson-Turner Re: Kingman Reef (1 page). Withheld as deliberative process. |
| 473 | January 18, 2001 | US/DOI/Office of the Secretary – Order No. 3223 Re: Kingman Reef National Wildlife Refuge (1 page) |
| 474 | October 18, 2000 | Fax Cover Sheet To: Dennis Pacht From: Gail Oklesson attached Letter dated August 25, 2000 To: Honorable M. John Berry From: Duncan Holaday (control and administration of Kingman Reef) (3 pages) |
| 475 | August 8, 2000 | Fax Cover Sheet To: Dennis Pacht From: Gail Oklesson attached Letter dated August 8, 2000 To: Honorable M. John Berry From: Duncan Holaday (approval From: Duncan Holaday) (3 pages) |
| 476 | April 2, 1941 | Exec Order 8682 Establishing Naval Defensive Sea Areas Around and Naval Airspace Reservations Over the Islands of Palmyra, Johnston, Midway, wake, and Kingman Reef (2 pages) |
| 477 | April 2, 1941 | Exec Order 8729 Correcting Executive Orders Nos. 8680, 8682, and 8683 of February 14, 1941, Establishing Certain Naval Airspace Reservations (1 page) |
| 478 | July 19, 1977 | Handwritten Note: Kingman Reef: Exec Orders 6935 |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 489 | February 23, 200_ | Second Endorsement on COMNAVREG Hawaii ltr 11000 Ser N46B/08631 of 1 Dec 99 (enclosed memo dtd 2/17/2000 From: Elsie L. Munsell) (2 pages) |
| 490 | February 24, 2000 | E-Mail To: Patrick J. Neher, Neil Sheehan cc: Dean M. Hinkley From: Marc Laverdiere Response To: Request of Munsell. Withheld as attorney-client privileged. |
| 491 | February 24, 2000 | E-Mail From: Dennis Pacht, To: Rob O Fetter, Glenn M Miyashiro, Angela M Ryan, Charles C Cocks, Joe E Hautzenroder, cc: Dave Watts, Pete Check, Dennis Pacht, Dallas J Conley, Jeffrey Tubello, Jill C Kaya, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 492 | February 24, 2000 | E-Mail From: Rob O Fetter, To: Glenn Miyashiro, Angela M Ryan, Charlie Cocks, Hautzenroder, cc: Dave Watts, Pete Check, Dennis Pacht, Dallas Conley, Jeffrey Tubello, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 493 | September 28, 1993 | Routine Reply, Endorsement, Transmittal or Information Sheet To: Commander in Chief U.S. Pacific Fleet From: Commander, Naval Base, Pearl Harbor Re: forward for appropriate action – Letter 9/27/93 To: Jardine Shipping Agencies From: G.L. Hofwolt Re: Visit To: Midway Island and Letter To: Commander, U.S. Naval Base, Pearl Harbor From: Jardine Shipping Agencies Re: Permission To: dock at Midway (4 pages) |
| 494 | May 30, 1995 | Instructions: – COMNAVBASE PEARL INSTRUCTION 5500-5H – Subj. Authorization for entry of ships into: Pearl Harbor and Kaneohe Bay (4 pages) |
| 495 | May 30, 1995 | Information Required Incident To: Entry of Ships into: Pearl Harbor (NDSA) (2 pages) |

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 496 | March 5, 2001 | Route Slip From: COMNAVACNGCOM, TO: To: PACDIV, Subj: FOIS Referral for Release Determinations – JJ Houlihan - Kingman Reef/Palmyra Atoll, Key Words: FOIA (1 page) |
| 497 | February 13, 2001 | Letter To: FOIA Coordinator, NAVFAC Pacific Division From: Office of Counsel, Naval Facilities Engineering Command (NAVFAC) Ref: (a) SECNAVINST 5720.42F (1 page) |
| 498 | June 27, 2000 | E-Mail From: Angela M Ryan, To: Dennis Pacht, cc: Mike Kilian, Howard D Kelsey, Charles C Cocks, Gail E Oklesson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 499 | June 26, 2000 | E-Mail From: Dennis Pacht, To: Angela Ryan, cc: Mike Kilian, Howard D Kelsey, Charles C Cocks, Gail E Oklesson, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 500 | June 22, 2000 | E-Mail From: Charles C Cocks, To: Dennis Pacht, no message, forwarding message from John Wittmann, Navy lawyer. Subject: FW Kingman Reef. Withheld as attorney-client privileged. |
| 501 | June 13, 2000 | E-Mail From: Dennis Pacht, To: WittmanJS@cpf.navy.mil, cc: Charles C Cocks, Mike Kilian, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 502 | June 13, 2000 | E-Mail From: Charles C Cocks, To: Dennis Pacht, Subject: Kingman Reef forwarding advice from Navy attorney John Wittman. Withheld as attorney-client privileged. |
| 503 | June 12, 2000 | E-Mail From: Dennis Pacht, To: Gail E Oklesson, cc: Charles C Cocks, Subject: Kingman Reef |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 504 | June 12, 2000 | E-Mail From: Gail E Oklesson, To: Dennis Pacht, Subject: FW Kingman Reef |
| 505 | June 12, 2000 | E-Mail From: Howard D Kelsey To: Gail E Oklesson, Subject: FW Kingman Reef |
| 506 | June 12, 2000 | E-Mail From: Jeffery Tubello, To: John A Zulick, cc: KelseyHD@navfac.navy.mil, cockscc@navfac.navy.mil, Subject: FW Kingman Reef and regarding advice from Navy counsel John Wittman. Withheld as attorney-client privileged. |
| 507-508 | June 12, 2000 | E-Mail From: Richard Anderson, To: Jeffrey Tubello, Subject: FW Kingman Reef forwarding |
| | June 12, 2000 | E-Mail From: Carl J Turnquist, To: John S Wittman, cc: Thomas N Ledvina, Elsie L Munsell, Richard Anderson, Angela Ryan, Subject: Kingman Reef. Both e-mails Withheld as attorney-client privileged. |
| 509 | June 8, 2000 | E-Mail From: John S Wittman, To: Carl Turnquist, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 510 | June 22, 2000 | E-Mail From: Charles C Cocks, To: Dennis Pacht, Howard D Kelsey, cc: Gail E Oklesson, Mike Kilian, Subject: Kingman Reef forwarding advice from Navy counsel John Wittman. Withheld as attorney-client privileged. |
| 511 | June 21, 2000 | E-Mail From: Dennis Pacht, To: Howard D Kelsey, cc: Charles C Cocks, Gail E Oklesson, Mike Kilian, Subject: Re: Kingman Reef – forward 2 E-Mails 1. - June 12 E-Mail To: Gail and Charlie, waiting for DASN (environment) re: conditions in EO Re: protection of reef and 2. June 13 E-Mail To: John Wittman re: approval, and discussing contents of both. Portion discussing e-mail to Wittman is withheld as attorney-client privileged, and the |



EXHIBIT 6B

USID0001573

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | remainder is withheld as deliberative process. |
| 512 | June 21, 2000 | E-Mail From: Howard D Kelsey, To: Dennis Pacht, cc: Charles C Cocks, Subject: Kingman Reef. Withheld as deliberative process. |
| 513 | June 21, 2000 | E-Mail From: Angela M Ryan, To: Howard D Kelsey, englera@navfac.navy.mil, cc: Carl J Turnquist, Subject: Kingman Reef. Withheld as attorney-client privileged. |
| 514 | May 24, 2000 | E-Mail From: Dennis Pacht, To: Howard D Kelsey, cc: Charles C Cocks, Gail E Oklesson, Subject: FW Kingman Reef . Withheld as deliberative process. |
| 515 | May 24, 2000 | E-Mail From: Francesca Ryan, To: Francesca Ryan, cockscc@navfac.navy.mil, georgia_shirilla@mail.fws.gov; KelseyHE@navfac.navy.mil, oklessonge@havfac.navy.mi, pachtd@efdpac.navfac.navy.mil, Subject: Kingman Reef. Withheld as deliberative process. |
| 516 | May 24, 2000 | E-Mail From: Dennis Pacht, To: Francesca Ryan, cc: Howard D Kelsey, Charles C Cocks, Gail E Oklesson, Subject: Kingman Reef . Wtihheld as deliberative process. |
| 517 | May 24, 2000 | E-Mail From: Francesca Ryan, To: Francesca Ryan, cockscc@navfac.navy.mil, georgia_shirilla@mail.fws.gov; KelseyHE@navfac.navy.mil, oklessonge@havfac.navy.mi, pachtd@efdpac.navfac.navy.mil, Subject: Kingman Reef – sending draft EO for Kingman. Wtihheld as deliberative process. |
| 518 | May 19, 2000 | Draft Executive Order – Administration of Kingman Reef. Withheld as deliberative process. |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 519 | May 15, 2000 | E-Mail From: Francesca Ryan, To: Dennis Pacht, cc: georgia_shirilla@mail.fws.gov, Subject: Kingman Reef |
| 520-521 | April 20, 2000 | E-Mail From: Gail E Oklesson, To; Dennis Pacht, Subject: FW Kingman – forwarding E-Mail April 19, 2000, To: Richard Anderson, From: Jeffrey Tubello, cc: Rob O Fetter, Gail E Oklesson, Angela Ryan, Mike Kilian, Howard D. Kelsey, Subject Kingman. Withheld as attorney-client privileged. |
| 522 | April 19, 2000 | E-Mail From: Richard Anderson, To: Jeffrey Tubello, cc: Rob O Fetter, Gail E Oklesson, Charles C. Cocks, Angela M Ryan, Howard D Kelsey, Subject: Kingman. Withheld as attorney-client privileged. |
| 523 | April 19, 2000 | E-Mail From: Jeffrey Tubello, To: Richard Anderson, cc: Rob O Fetter, Gail E Oklesson, Charles C Cocks, Angela M Ryan, Howard D Kelsey, Subject: Kingman. Withheld as attorney-client privileged. |
| 524 | April 19, 2000 | E-Mail From: Angela M Ryan, To: Richard Anderson, Howard D Kelsey, cc: Jeffrey Tubello, Rob O Fetter, Gail E Oklesson, Charles C Cocks, Subject: Kingman. Withheld as attorney-client privileged |
| 525 | April 19, 2000 | E-Mail from Richard Anderson to Howard Kelsey, with cc: to Jeffrey Tubellow, Rob Fetter, Gail Oklesson, Charles Cocks, and Angela Ryan re: Kingman. Withheld as attorney-client privilege. |
| 526 | April 18, 2000 | E-Mail From: Howard Kelsey, To: Richard Anderson, cc: Capt Jeff Tubello, Rob Fetter, Gail E Oklesson, Charles C Cocks, Subject: Kingman. |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 527 | April 18, 2000 | E-Mail From: Dennis Pacht, To: Tom A Egeland, CC: Angela Ryan, Howard Kelsey, Gail E Oklesson, Mike Kilian, Subject: Kingman. Withheld as attorney-client privileged. |
| 528 | April 14, 2000 | E-Mail From: Tom A Egeland, To: Dennis Pacht, Mike Kilian, Subject Kingman – Inquiring as to any developments/status |
| 529 | April 19, 2000 | E-Mail From: Gail E Oklesson, To: Dennis Pacht, Subject: FW Kingman – forwarding E-Mail April 19, 200, From: Jeffrey Tubello To: Richard Anderson, cc: Rob O Fetter, Gail E Oklesson, Charles C Cocks, Angela M Ryan, Howard D Kelsey, Subject: Kingman. Withheld as attorney-client privileged. |
| 530 | April 19, 2000 | E-Mail From: Angela M Ryan, To: Richard Anderson, Howard D Kelsey, cc: Jeffrey Tubello, Rob O Fetter, Gail E. Oklesson, Charles C Cocks, Subject: Kingman. Withheld as attorney-client privileged. |
| 531 | April 19, 2000 | E-Mail From: Richard Anderson, To: Howard D. Kelsey, cc: Jeffrey Tubello, Rob O Fetter, Gail E Oklesson, Charles C Cocks, Angela M Ryan, Subject: Kingman. Withheld as attorney-client privileged. |
| 532 | April 19, 20000 | E-mail from Gail Oklesson to Dennis Pacht forwarding E-Mail From: Angela M Ryan To: Jeff Tubello, Howard D Kelsey, Richard Anderson, Gail E Oklesson, Charles C Cocks, Rob O Fetter, Subject: Re Kingman. Withheld as attorney-client privileged. |
| 533 | April 19, 2000 | E-mail from From: Jeffrey Tubello To: Richard Anderson, Hoard Kelsey, cc: to Gail E Oklesson, Charles C Cocks, Angela M Ryan, and Rob Fetter. Subject: Kingman. Withheld |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | as attorney-client privileged. |
| 534 | April 18, 2000 | E-Mail From: Rob O Fetter, To: Howard D Kelsey, Richard Anderson, cc: Jeffrey Tubello, Gail E Oklesson, Charles C Cocks, Subject: Kingman |
| 535 | April 19, 2000 | E-mail from Gail Oklesson to Dennis Pacht forwarding e-mail from Howard Kelsey to Gail Oklesson. Subject: FW: Kingman. |
| 536 | November 18, 1999 | Handwritten notes - Phone conversation with Dennis Pacht |
| 537 | October 5, 1999 | Letter From: P. Borkowski, To: Hans W. Hannappel |
| 538 | December 11, 2000 | Letter From: Jerry F. Leinecke, To: Interested Party – Re: F&WS Project Summary; Protected Wildlife Species; Environmental Assessment; Conceptual Management Plan (47 pages) |
| 539 | December 13, 2000 | Newspaper Article: Reef near Palmyra sought as refuge by Jan TenBruggencate, Advertiser Science Writer |
| 540 | January 10, 2001 | Draft Letter From: Raul A Padrozo, To: Phyllis Ha, Re: Environmental Assessment for Proposed Kingman Reef National Wildlife Refuge (2 pages). Withheld as attorney-client privileged. |
| 541 | January 18, 2001 | U.S. Government Gets Control of Palmyra Submerged Lands -- article from the Star Bulletin.com |
| 542 | October 16, 1997 | E-mail from GAO to Paul Sullivan |
| 543 | February 27, 1997 | E-mail From Paul Sullivan to GAO, forwarding e-mail from Carolyn Miwa to Paul Sullivan |
| 544 | Undated | Log of dates and actions on Kingman Reef |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 562 | January 20, 2001 | Newspaper article entitled "Two wildlife refuges created in Pacific" written by Jan TenBruggencate |
| 563 | March 2001 | Elepaio News Article entitled "Two New National Wildlife Refuges Approved in the Pacific" |
| 564 | March 14, 2001 | E-mail message from Phyllis Ha to Anan Raymond regarding a request for information—Kingman. |
| 565 | March 5, 2001 | Letter from Sue Ellen Sloca, FOIA Officer to John J. Houlihan, regarding his Freedom of Information Act request |
| 566 | May 29, 2002 | Letter from Anne Badgley, Fish and Wildlife Service, to Rod McInnis, National Marine Fisheries Services regarding coral reef resources within national wildlife refuges. |
| 567 | June 3, 2002 | Letter from Rodney R. McInnis, NOAA, to Anne Badgley, Fish and Wildlife Service Regarding her letter of May 29, 2002. |
| 568 | January 18, 2001 | Letter from Barbara Maxfield to John J. Houlihan, Jr. responding to his Freedom of Information Act request. |
| 569 | February 2, 2003 | Briefing Statement entitled "Kingman Reef National Wildlife Refuge-Draft Executive Order. Withheld as deliberative process. |
| 570 | May 13, 2005 | E-mail message from Cathy Osugi to Georgia Shirilla regarding the |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | Kingman Reef |
| 571 | Undated | Handwritten Note – longitude and Latitude coordinates of the Southern and Northern Islets |
| 572 | Undated | QH78 – various notes |
| 573 | Undated | File Copy of the Notice of Decision for the Establishment of the Kingman Reef National Wildlife Refuge |
| 574 | Undated | News release entitled "National Wildlife Refuge System Expands with Two New Pacific Atoll Refuges" |
| 575 | Undated | Memorandum from the Chief, Division of Realty to the Director of the Fish and Wildlife Service regarding the Kingman Reef National Wildlife Refuge-Executive Order with four attachments. Entire package is withheld as deliberative process. |
| 576 | March, 2000 | Draft letter responding to FOIA request from Short, Cressman, & Burgess, and letter from Paul Sullivan, Attorney, Navy to Angie Ryan, Attorney, Navy with attached documents for review as potentially responsive to FOIA request. Entire package withheld as attorney-client privileged. |
| 577 | September 20, 2005 | E-mail from Brenda Johnson-Turner, FWS to Georgia Shirilla, FWS, Catherine Sheppard, FWS, Don Palawski, FWS, and Doug Vandegraft, FWS re: Kingman, responding to e-mail of September 16, 2005 from Georgia Shirilla to Brenda Johnson-Turner and FWS, Catherine Sheppard, FWS, Don Palawski, FWS, and Doug Vandegraft, FWS re: Kingman Reef. Both e-mails are withheld as |



EXHIBIT 6B

| TAB NO. | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| | | deliberative process. |
| 575 | August 17, 2005 | E-mail from Brenda Johnson-Turner to Larry Mellinger, attorney, Solicitor's office, and others at FWS re: Kingman Reef. Withheld as attorney-client privileged. |
| 576 | December 17, 2004 | E-mail from Brenda Johnson-Turner to Don Palawski, FWS, Georgia Shirilla FWS, Catherine Sheppard, FWS re: Kingman E.O. forwarding |
| 577 | October 5, 2004 | E-mail from Brenda Johnson-Turner to Don Palawski, FWS, Georgia Shirilla FWS, Jerry Leinecke, FWS and Forrest Cameron re: Kingman E.O. Both withheld as deliberative-process privileged. |
| 578 | October 4, 2004 | E-mail from Don Palawski to Brenda Johnson-Turner, Jerry Leinecke, and Forrest Cameron, FWS re: Kingman E.O. Withheld as deliberative process privileged. |
| 579 | January 29, 2004 | E-mail from E-mail from Brenda Johnson-Turner to Don Palawski, FWS, Georgia Shirilla, FWS, Catherine Sheppard, FWS, Eric Alvarez, FWS re: Kingman Briefing. Withheld as |
| deliberative process | | |
| 580 | January 20, 2004 | E-mail from Brenda Johnson-Turner to Georgia Shirilla re: Updates. Withheld as deliberative process |



EXHIBIT 6B

**U.S. Department of Justice**

Environment and Natural Resources Division

DSF:dsf

*General Litigation Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

By Federal Express Overnight Service, Priority Mail

November 30, 2006

Mr. Christian Porter, Esq.
Ms. Donna H. Yamamoto, Esq.
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop St.
Honolulu, HI 96813
Phone: 808-526-3011
Fax: 808-523-1171

Re: Kingman Reef Atoll Investments, LLC v. USA, CV05-00151 (D. Hawaii)

Dear Mr. Porter and Ms. Yamamoto:

Enclosed please find federal defendants' third set of initial disclosures, and federal defendants' responses to plaintiff's Interrogatories (Set One), First Request for Admissions, and Second Request for Production of Documents. The documents in the third set of initial disclosures are bate-stamped and indexed. Defendants have also produced a privilege log with the documents.

Please note that some of the documents have my name on the top. This is because Navy personnel e-mailed the documents to me, and I printed them from my in-box. I was not an original recipient of the documents.

Finally, in response to your earlier request, this production includes all relevant documents from the State Department that defendants were able to locate. The State Department further advised that any documents from the 1930's would have been sent to National Archives.

Please call with any questions or comments.

Sincerely,

Donna S. Fitzgerald
Trial Attorney
Direct dial: 202-305-0476

EXHIBIT 6C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C, a Hawaii limited liability company, Plaintiff, v. THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW HOGAN, in his Official capacity as Director of United States Fish and Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10 Defendants. | CV05-00151 JMS-BMK |

INDEX TO FEDERAL DEFENDANTS' THIRD SET OF INITIAL DISCLOSURES

EXHIBIT 6C

| TAB | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|
| 1 | Kingman Reef Property Description | US0001 | |
| 2 | Letter To Dick Edwards From Pierce Johnson dated April 26, 1983 | US0002 | US0003 |
| 3 | Letter To Glen Anders From John Zeigler dated January 5, 1982 | US0004 | US0005 |
| 4 | Executive Order No. 6935 | US0006 | US0007 |
| 5 | Memorandum for the Chief of Naval Operations | US0008 | US0010 |
| 6 | OPNAV Instructions 5500.11D Change Transmittal 4 dated December 12, 1979 | US0011 | US0013 |
| 7 | OPNAV Instructions 5500.11D Change Transmittal 6 dated October 14, 1980 | US0014 | US0016 |
| 8 | Attorney-Client Privileged and Attorney Work Produce<br>Undated Issue paper re: whether current U.S. Naval Defensive Sea Areas comply with international law and policy | | |
| 9 | Naval Message dated July 1980 | US0017 | US0020 |
| 10 | Memorandum for the Chief of Naval Operations Withheld as attorney-client privileged is a August 15, 1990 memo from Navy Judge Advocate General to Secretary of Navy re: authority to control entry into naval defensive sea areas. | US0021 | US0023 |
| 11 | OPNAV Instructions 5500. 11D Change Transmittal 4 dated December 12, 1979 | US0024 | US0028 |
| 12 | OPNAV Instructions 5500. 11D Change Transmittal 4 dated December 12, 1979 | US0029 | US0033 |
| 13 | Midway Islands | US0034 | US0036 |
| 14 | Naval Message dated March 1980 | US0037 | US0038 |
| 15 | OPNAV Instructions 5500.11D Change Transmittal 6 dated October 14, 1980 | US0039 | US0043 |
| 16 | Unclassified dated July 23, 1990 | US0044 | US0048 |



EXHIBIT 6C

| | | | |
|---|---|---|---|
| 17 | Regulations Governing Naval Defensive Sea Areas | US0048a | US0048c |
| 18 | BLANK - Classified | | |
| 19 | Naval Message dated December 1979 | US00049 | US0055 |
| 20 | OPNAVINST 5500.11D dated January 31, 1975 | US0056 | US0068 |
| 21 | OPNAVINST 5500.11E | US0069 | US0070 |
| 22 | BLANK- Classified | | |
| 23 | Executive Order 8682 | US0071 | US0074 |
| 24 | BLANK - Classified | | |
| 25 | Defensive Sea Areas dated April 13, 1988 | US0075 | US0081 |
| 26 | COMTHIRDFLT Instructions 5500.1 | US0082 | US0086 |
| 27 | Kingman -Kings, Books of | US0087 | US0088 |
| 28 | Executive Orders 6935 | US0089 | US0093 |
| 29 | OPNAV Instructions 5500.11D Change Transmittal 6 dated October 14, 1980 | US0094 | US0126 |
| 30 | OPNAV Instruction 5500.49 dated August 11, 1964 | US0127 | US0171 |
| 31 | OPNAV Instruction 5500.49 dated August 11, 1964 | US0172 | US0217 |
| 32 | Letter for Executive Orders dated March 2, 1987 Documents 1, 3 and 4 of this group are withheld as classified | US0218 | |
| 33 | OPNAV Instructions 5500.11D Change Transmittal 3 | US0219 | US0223 |
| 34 | OPNAV Instruction 5500.49 dated August 11, 1964 | US0224 | US0271 |
| 35 | OPNAV Instructions 5500.11D Change Transmittal 3 dated June 3, 1976 | US0272 | US0276 |
| 36 | OPNAV Instructions 5500.11D Change Transmittal 4 | US0277 | US0286 |



EXHIBIT 6C

| | | | |
|---|---|---|---|
| 37 | OPNAV Instructions 5500.11D Change Transmittal 2 | US0287 | US0342 |
| 38 | OPNAV Instructions 5500.11D Change Transmittal 3 dated June 3, 1976 | US0343 | US0348 |
| 39 | OPNAV Instructions 5500.11E dated September 18, 1990 | US0349 | US0375 |
| 40 | Document withheld as deliberative process - undated memo from Chief of Naval Operations re: regulations, with attached draft of OPNAV Instruction 5500.11E | | |
| 41 | Documents withheld as deliberative process privileged. July 26, 1990. 2 different drafts of OPNAV Instruction 5500.11E regulations governing the issuance of entry authorizations for Naval Defensive Sea Areas, Naval Airspace Reservations, Areas under Navy Trust Administration, and the Trust Territory of the Pacific Islands, with hand-written notes in the margins. | | |
| 42 | Summary of National Ocean Claims dated January 1981 | US0376 | US0380 |
| | | | |
| TAB | DESCRIPTION | BATES BEGIN | BATES END |
| 43 | OPNAV Instruction 5500.11D dated January 31, 1975 | US0381 | US0407 |
| 44 | OPNAV Instruction 5500.11D dated January 31, 1975 | US0409 | US0435 |
| 45 | OPNAV Instruction 5500.11D dated January 31, 1975-Master Copy | US0436 | US0463 |
| 46 | Executive Order 1613 dated September 23, 1912 | US0464 | US0470 |



EXHIBIT 6C

| | | | |
|---|---|---|---|
| 47 | Defensive Sea Areas dated July 1963<br>Last page of this group is withheld as attorney-client privileged communication. It is a July 20, date indiscernible letter from Ira H. Hunn, Rear Admiral, Judge Advocate General to Raymund T. Yingling, Assistant Legal Adviser, Department of State, re: naval defensive sea areas. | US0471 | US0475 |
| 48 | Memorandum of Conversation<br>Document 1 in this group is withheld as attorney-client privileged. It is an undated memorandum for the Office of the Assistant General Counsel, International Affairs, Department of Defense re: Naval Defensive Sea Areas and a September 12, 1969 OGC memo.<br>Documents 2 and 3 in this group are classified. | US0476 | US0477 |
| 49 | Document withheld as deliberative process - it is a draft OPNAV Instruction 5500.11E | | |
| 50 | OPNAV Instruction 5500.11E with handwritten notes | US0477a | US0477y |
| 51 | OPNAV Instruction 5500.11D dated January 31, 1975 | US0478 | US0505 |
| 52 | OPNAV Instruction 5500.11D dated January 31, 1975 | US0506 | US0535 |
| 53 | OPNAV Instructions 5500.11D Change Transmittal 3 | US0536 | US0543 |
| 54 | Regulations Governing Issuance of Entry Authorizations/OPNAV Instruction 5500.11C dated November 12, 1963 | US0544 | US0575 |
| 55 | Regulations Governing Issuance of Entry Authorizations/OPNAV Instruction 5500.11C dated November 12, 1963 | US0576 | US0608 |
| 56 | Document withheld as attorney-client privileged. Memo from LCDR Dennis McCoy to LCDR W.H. Dalton re: international legal principles relative to establishment of defensive sea zones in territorial seas; and enclosure - selected excerpts from writers and state practices | | |



EXHIBIT 6C

| | | | |
|---|---|---|---|
| 57 | Document withheld as deliberative process. Memo from Chief of Naval Operations re: regulations governing the issuance of entry authorizations for naval defensive sea areas, naval airspace reservations, areas under Navy Administration, and the Trust Territory of the Pacific Islands. With draft OPNAV Instruction 5500.11E. | | |
| 58 | Document withheld as attorney-client privileged and deliberative process. January 15, 1975 Memorandum to Chief of Naval Operations from JAG re: draft of OPNAV Instruction 5500.11D. | | |
| 59 | Regulations Governing Issuance of Entry Authorizations/OPNAV Instruction 5500.11C dated November 12, 1963 | US0609 | US0644 |
| 60 | Department of Navy, DOD | US0645 | US0655 |
| 61 | OPNAV Instruction 5500.11D dated January 31, 1975 | US0656 | US0694 |
| 62 | History of Actual Delegation to Control Entry to Johnston Atoll | US0695 | US0716 |
| 63 | United States Pacific Fleet 5521.1A dated November 10, 1952 | US0717 | US0725 |
| 64 | Document withheld as deliberative process. March 1, 1995; Memorandum from Robert W. Smith, Department of State to Departments of Interior, Commerce, Justice, Defense, Coast Guard, and OMB re: Federal Register Notice on U.S. EEZ and Maritime Boundaries | | |
| 65 | Withheld as deliberative process. August 20, 1974 - Proposed OPNAV Instruction 550.11D, with hand-written notes in text and on margins. | | |



EXHIBIT 6C

USID0003050

| TAB | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|
| 66 | Executive Order dated August 21, 1962 | US0726 | US0759 |
| 67 | Regulations Governing Issuance of Entry Authorizations- OPNAV Instruction 5500.11C dated November 12, 1963 | US0760 | US0790 |
| 68 | Title 32-National Defense | US0791 | US0797 |
| 69 | Withheld as deliberative process. Undated memo from Chief of Naval Operations re: Draft OPNAV Instruction 3128.9D re: diplomatic clearance for certain U.S. Navy Marine Data Collection Activities in Foreign Jurisdictions. | | |
| 70 | Duplicate of #64 | | |
| 71 | Title 19-Customs Duties | US0798 | US0809 |
| 72 | OPNAV Instruction 3126.9C dated May 10, 1991 | US0810 | US0836 |
| 73 | OPNAV INSTRUCTION 5500.11E | US0837 | USO849 |
| 74 | Memorandum for Annual Verification of CNO dated March 14, 1977 | US0850 | US0864 |
| 75 | Public Notice [526] Fishery Conservation Zone dated March 7, 1977 | US0865 | US0869 |
| 76 | United States Customs Service, Treasury Document | US0870 | US0875 |
| 77 | The Navy Judge Advocate General Web Portal-File Display | US0876 | US0977 |
| 78 | Document withheld as deliberative process. Undated Draft of OPNAV Instruction 550.11 D with handwritten notes in text and on margins. | | |
| 79 | Agenda for Shipwreck Meeting dates February 25, 1993 | US0978 | US1063 |



EXHIBIT 6C

| TAB | DESCRIPTION | | |
|---|---|---|---|
| 80 | Vol. 7-Special Consular Service | US1064 | US1164 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 03/27/84 | OPNAV INSTRUCTION 5400.24D | US1166-US1170 |
| 09/18/90 | OPNAV INSTRUCTION 5500.11E | US1171-US1197 |
| 06/26/90 | CINCPACFLT INSTRUCTION 5400.12N | US1198-US1210 |
| 01/23/91 | CINCPACFLT INSTRUCTION 5450.74C | US1211-US1223 |
| 02/05/92 | COMNAVBASE PEARL INSTRUCTION 5510.20A CHANGE TRANSMITTAL 1 | US1224-US1250 |
| 01/22/92 | COMNAVBASE PEARL INSTRUCTION 5510.21B CHANGE TRANSMITTAL 2 | US1251-US1270 |
| 05/30/95 | COMNAVBASE PEARL INSTRUCTION 5500.5H | US1271-US1276 |
| 01/05/99 | Operations and Plans Department/KAHO'OLAWE PROJECT OFFICER; Summary: Department/KAHO'OLAWE PROJECT OFFICER | US1277-US1278 |
| 01/05/99 | KAHO'OLAWE PROJECT OFFICER-SOPA ADMIN DUTIES IAW SOPAPEALINST 5000.1F | US1279-US1286 |
| 02/08/00 | EMAIL From Tom Egeland to M. Kilian RE: Kingman Reef and it's ownership, use, future use to Navy or DOD | US1287 |
| 02/08/00 | EMAIL From Tom Egeland to Dennis Pacht, JMKilian, ShSmith RE: KINGMAN REEF and any new developments, responding to February 8, 2000 e-mail from Dennis Pacht, which responds to February 8, 200 e-mail from Stephen Smith to Dennis Pacht and Mike Kilian (all produced on this page) | US1288 |



EXHIBIT 6C

| | | |
|---|---|---|
| 05/30/00 | EMAIL From Steven H. Smith To Dennis Pacht, MNKaku, SyUehara, Robert P. Smith, Tom Egeland, TW Sutterfield, JTMoribe RE: KINGMAN REEF (PROPOSED COMMERCIAL FISHING OPERATION) | US1289 |
| 06/02/00 | EMAIL From Steven H. Smith To Steve Longshore RE: KINGMAN REEF (PROPOSED COMMERCIAL LONG LINE FISHING OPERATIONS) | US1290 |
| 06/02/00 | EMAIL From Dennis Pacht To Howard Kelsey, Charles Cocks, Gail Oklesson forwarding June 2, 2000 e-mail from Stephen Smith to Tom Egeland, Robert Smith, Melvin Kaku, Stan Uehara, Dennis Pacht, Paul Henson, Joe Hautzenroder, Lorria Schwartz, Timothy Sutterfield re: Communication about the Kingman Reef as a commercial fishing base, which forwarded June 2, 2000 e-mail from Stephen Smith to Steve Longshore (identified above) | US1291 |
| 12/11/00 | COMNAVREG HAWAII INSTRUCTION 5720.2L CHANGE TRANSMITTAL 3 | US1292-US1325 |
| 01/19/01 | January 19, 2001 Newspaper Article from Honolulu Advertiser: "TWO WILDLIFE REFUGES CREATED IN PACIFIC" | US1326-US1328 |
| 01/24/01 | EMAIL From Commander Stewart To Tom Egeland and Elizabeth Ahlersmeyer forwarding January 24, 2001 e-mail from NFESC Regulatory Support Desk to Paul Stewart re: Coral Reef Info and attaching FWS Notice re: Establishment of Kingman Reef National Wildlife Refuge | US1329-US1331 |
| 07/01/02 | CODE OF FEDERAL REGULATIONS-TITLE 32, VOL. 35 | US1332-US1334 |



EXHIBIT 6C

| | | |
|---|---|---|
| 08/30/05 | EMAIL From Lorri Schwartz To Tom Egeland and Susan Levitt RE: ACCOMP REPORT and forwarding August 29, 2005 San Francisco Chronicle article; August 31, 2005 e-mail between Lorri Schwartz to Tom Egeland and Susan Levitt re: Accomplishment Report (3 e-mails); additional copies of Aug. 29, 2005 San Francisco Chronicle article; E-mails forwarding Coral Reef Updates and notices from NOAA. | US1335-US1356 |
| 03/16/01 | EMAILS from Ronald Tickle to Tom Egeland and IMCEAEX to Ronald Tickle and others regarding Kingman Reef | US1357 |
| Undated | United States Fish and Wildlife Service article on - PACIFIC ISLANDS-NATIONAL WILDLIFE REFUGES | US1358-US1359 |
| December 29, 1934 | Executive Order Placing Certain Islands in the Pacific Ocean Under the Control and Jurisdiction of the Navy - Wake Island, Kingman Reef, and Johnston and Sand Islands | US1360 |
| Undated | Insert from Territorial Possessions of the United States - reciting December 29, 1934 Executive Order | US1361 |
| Undated | One page insert from Digest of International Law with maps of Wake Island, Kingman Reef, and Sand Island | US1362-1363 |
| Undated | Document describing Kingman Reef | US1364 |
| July 15, 1922 | Letter from Secretary-Treasurer of the Island of Palmyra Copra Company, Ltd. To Hon. Charles E. Hughes, Secretary of State | US1365 |
| Undated | Copy of article titled "Find New Islands in Pacific - Hitherto Unknown Group is Claimed for United States" with handwritten notes at bottom | US1366 |
| Undated | Copy of article title "Claims Land for America - L.A. Thurston Said to have Discovered Pacific Islands" | US1367 |



EXHIBIT 6C

| | | |
|---|---|---|
| April 14, 1977 | Letter from Carmen J. Blondin, Assistant Director for International Fisheries, NOAA, U.S. Dept. Of Commerce, to Dr. Robert D. Hodgson, Director, Office of the Geographer, Department of State | US1368 |
| April 4, 1977 | Memo from Gerald V. Howard, Director, Southwest Region, FWS, NMFS, U.S. Dept. Of Commerce, Terminal Island, CA to Carmen J. Blondin, Chief, Office of International Fisheries, F4, NMFS, U.S. Dept. Of Commerce, Washington D.C. Re: Limits of the Fishery Conservation Zone in the Pacific | US1369 |
| Undated | Chapter 45 - Kingman Reef (4 pages) | US1370-US1373 |
| February 11, 1971 | Samuel Heller, Assistant Director, Office of Territories, United States Department of the Interior, to Robert D. Hodgson, The Geographer, United States Department of State (2 copies) forwarding February 8, 1971 letter (1 page) from Sam Rorex, Jr. Captain, U.S. Navy, Director, Organizational Management Division by Direction of the Chief of Naval Operations to Mr. Heller re: correct dimensions of Kingman Reef. | US1374-US1376 |
| January 27, 1971 | Letter from Samuel Heller to Fred Felker, Office of Continuity Planning and Civil Affairs, Department of the Navy, Washington D.C. re: dimensions of Kingman Reef | US1377 |
| January 22, 2001 | Special Use Permit issued to Russell Brainard from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1378 |
| January 9, 2002 | Special Use Permit issued to Dr. Jean Kenyon from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1387 |



EXHIBIT 6C

| | | |
|---|---|---|
| January 9, 2002 | Special Use Permit issued to Russell Brainard, Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US 1397 |
| January 7, 2004 | Special Use Permit issued to Russell Brainard, Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1432 |
| March 23, 2004 | Special Use Permit issued to Dr. Jeff Schell, Chief Scientist, from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1466 |
| July 8, 2005 | Special Use Permit issued to Frank Parrish from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1486 |
| August 1, 2005 | Special Use Permit issued to Stuart Sandin from U.S. Department of the Interior, Fish and Wildlife Service, Palmyra Atoll NWR, Kingman Reef NWR, Honolulu HI 96850 | US1502 |
| November 30, 2005 | Special Use Permit issued to Commanding Officer NOAA Ship Hi'ialakai from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1535 |
| December 29, 2005 | Special Use Permit issued to Rusty Brainard, Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 (Permit No. 06006) | US1562 |
| December 29, 2005 | Special Use Permit issued to Rusty Brainard Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 (Permit No. 06007) | US1590 |



EXHIBIT 6C

| | | |
|---|---|---|
| December 29, 2005 | Special Use Permit issued to Rusty Brainard Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 (Permit No. 06008) | US1627 |
| December 29, 2005 | Special Use Permit issued to Rusty Brainard Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 (Permit No. 06009) | US1653 |
| December 29, 2005 | Special Use Permit issued to Dr. Jean Kenyon from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1676 |
| December 29, 2005 | Special Use Permit issued to Peter Vroom Ph.D. from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1703 |
| January 12, 2006 | Special Use Permit issued to Commanding Officer NOAA Ship Oscar Elton Sette from U.S. Department of the Interior, Fish and Wildlife Service, Pacific Remote Islands NWR Complex, Honolulu HI 96850 | US1730 |
| November 16, 2006 | FWS Land & Water Conservation Fund - Proposed Palmyra Atoll and Kingman Reef NWRs, Pacrific Remote Islands NWR Complex | US1756 (1755 is fax cover sheet from FWS to DOJ and withheld as attorney-client communication) |
| May 28, 2006 | Letter from Honolulu Sailing Co. To Commander of the Pearl Harbor Naval Base in Honolulu, HI requesting permission to visit the Kingman Reef. | US1761 |



EXHIBIT 6C

| | | |
|---|---|---|
| March 18, 1994 | Letter from Lt. Cmdr Russell of U.S. Navy at Pearl Harbor to John Clouse regarding an information request by Mr. Clouse on access to Baker, Jarvis and Howland Islands, and Kingman Reef, with enclosure | US1762 |
| Undated | Pan Am - An Airline and its Aircraft. An illustrated history of the world's greatest airline and the airplanes that revolutionized air transport from 1927 to the present. By R.E.G. Davies. | US1766 |
| 1991 | Copy of insert from Micronesia Handbook | US 1864 |
| May 10, 1992 | U.S. Fish and Wildlife Service - Region 1 - Draft Preliminary Project Proposal for Additions to the Hawaiian and Pacific/Remote Islands National Wildlife Refuge Complex Palmyra Atoll and Kingman Reef Wake Island, Taongi Atoll and Bikar Atoll (Republic of the Marshall Islands) and Kure Atoll | US 1867 |
| Undated | Pages from Pacific Islands Year Book | US 1909 |
| November, 2006 | Index of file in United States District Court for the District of Hawaii for Palmyra Island, Land Recordation | US 1914 |
| March 15, 1962 | Executive Order No. 2862 | US 1916 |
| August 29, 1950 | Senate Rep. No. 2482, 81st Congress, Ellen Fullard-Leo, Widow of Leslie Fullard-Leo, Leslie Vincent Fullard-Leo, Dudley Leinani Fullard-Leo, and Ainsley Allen Kahealani Fullard-Leo, and the Estate of Leslie Fullard-Leo, deceased | US 1917 |
| October 6, 2000 | Letter from P. Borkowski, Lieutenant Commander, U.S. Navy, Operations and Plans to David George Johnson, Esq., re: response to request for permission to visit Kingman Reef | US 1928 |



EXHIBIT 6C

| | | |
|---|---|---|
| March 24, 1997 | Memorandum for Martin B. Hochman, Regional Counsel, Southwest Regional Office, NOAA from Theodore M. Beuttler, Staff Attorney, Office of General Counsel, Southwest Regional Office, NOAA re: EEZ around U.S. Territories and Islands in the western Pacific | US 1929 |



EXHIBIT 6C

Encls.

cc w/ encls: Mariel Combs, Office of the Solicitor, DOI
Robert Smith, Office of General Counsel, Navy



EXHIBIT 6C

**U.S. Department of Justice**

Environment and Natural Resources Division

DSF:dsf

*General Litigation Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

By E-mail and U.S. Mail

February 8, 2007

Mr. Christian Porter, Esq.
Ms. Donna H. Yamamoto, Esq.
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop St.
Honolulu, HI 96813
Phone: 808-526-3011
Fax: 808-523-1171

Re: Kingman Reef Atoll Investments, LLC v. USA, CV05-00151 (D. Hawaii)

Dear Mr. Porter and Ms. Yamamoto:

Per your e-mail request of January 18, 2007, enclosed please find a privilege log for the privileged documents identified in defendants' third set of initial disclosures.

Also, by e-mail dated January 16, 2007, you asked three questions regarding defendants' privilege log that accompanied its first set of initial disclosures, in October, 2005. As to privileged document #5, you asked us to identify the "reviewers." That document does not identify the "reviewers." As to document #11, you asked us to identify the preparer(s) and recipient(s). The preparer was Georgia Shirilla, and the recipient was the Office of the Solicitor, United States Department of the Interior.

Finally, as to document #13, you asked us to identify Georgia and Steve, and why the document is privileged. Georgia is Georgia Shirilla, Branch of Realty, Region 1, United States Fish and Wildlife Service, United States Department of the Interior. Steve is Stephen Siegel, then an attorney with the Office of the Solicitor, United States Department of the

EXHIBIT 6D

Interior. The document is attorney-client privileged.

This letter and the attached privilege log should respond fully to the questions raised in your January 16, 2007 and January 18, 2007 e-mails. Please call or write with any questions or comments.

Sincerely,

Donna S. Fitzgerald
Trial Attorney
Direct dial: 202-305-0476

Encl.

cc w/ encl.: Mariel Combs, Office of the Solicitor, DOI
Robert Smith, Office of General Counsel, Navy
Georgia Shirilla, FWS, DOI



EXHIBIT 6D

EDWARD H. KUBO, JR., Bar No. 2499
United States Attorney
District of Hawaii

THOMAS A. HELPER, Bar No. 5676
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Phone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Tom.Helper@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DONNA S. FITZGERALD, Connecticut Bar No. 411810
Trial Attorney
Natural Resources Section, Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663, Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the Interior; THE UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW HOGAN, in his Official capacity as | CV05-00151 JMS-BMK<br><br>FEDERAL DEFENDANTS' INDEX OF PRIVILEGED DOCUMENTS WITHHELD FROM THIRD SET OF INITIAL DISCLOSURES |



EXHIBIT 6D

| | |
|---|---|
| Director of United States Fish and Wildlife Service; JOHN DOES 1-10, JANE DOES 1-10, and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-10 | ) |
| Defendants. | ) |

| BATE STAMP NUMBER | DESCRIPTION AND PRIVILEGE | DATE |
|---|---|---|
| US1939-US1948 | Letter to Honorable Jacob J. Lew Department of the Navy from Duncan Holiday, Deputy Assistant of the Navy stating their desire to relinquish jurisdiction over Kingman Reef and associated sea and airspace areas, and sending the following attachments: Executive Order 6935, Executive Order 8682, Executive Order 8729, Proposed Executive Order, Map of Kingman Reef and letter from the Department of Navy to the Department of the Interior approving transfer and accepting custody and accountability for Kingman Reef. Withheld as deliberative-process privileged. | 11/6/00 |
| US1949-US1951 | Memorandum For The Deputy Assistant Secretary Of The Navy (Installations and Facilities) from Howard D. Kelsey, Director of Real Estate Support enclosing 13 documents and describing them - none of the documents are attached. Withheld as deliberative-process privileged. | 7/20/00 |
| US1952-US1955 | Memorandum to Duncan from Rich regarding the transfer of Kingman Reef to the Department of the Interior with attached signed August 25, 2000 letter | 8/8/00 |



EXHIBIT 6D

| | | |
|---|---|---|
| | from Duncan Holaday, Department of the Navy to M. John Berry, Assistant Secretary of the Interior transferring Kingman Reef to from Navy to DOI.<br>Memorandum withheld as deliberative process privileged<br>Attachment has already been produced as Attachment F to Shirilla Declaration attached to Defendants' Motion to Dismiss, Docket No. 14. | |
| US1956 | Memorandum to Duncan from Rich via Tom regarding Submission of Proposed Executive Order Rescinding DON Jurisdiction Over Kingman Reef<br>Executive Order not attached<br>Withheld as deliberative process privileged | 11/3/00 |
| US1957-US1958 | Draft of letter to Honorable Jacob J. Lew regarding the fact that the Navy no longer has use for Kingman Reef and listing seven enclosures (none of which are attached)<br>Withheld as deliberative process privileged | Undated |
| US1959 | E-mail from Dennis Pacht to Francesca Ryan and Georgia Shirilla and others attaching his first draft of the E.O. to transfer Kingman Reef to USF&WS (not attached)<br>Withheld as deliberative process privileged. | 5/15/00 |
| US1960-US1961 | E-mails between Howard Kelsey and Gail Oklesson and others regarding the Draft Kingman Reef EO (not attached)<br>Withheld as deliberative process privileged | 10/11/00 and 10/10/00 |
| US1962-US1964 | Draft letter to Honorable M. John Berry from Robert B. Pirie, Jr. regarding Kingman Reef and stating that he hereby transfers custody and accountability for Kingman Reef to DOI, there is a | Undated |



EXHIBIT 60

| | | |
|---|---|---|
| | list of enclosures none of which are included<br>Withheld as deliberative process privileged | |
| US1965 | Handwritten note with Francesca Ryan and Joseph McDermott's names on it and notes about the Executive Order<br>Withheld as deliberative process privileged | Undated |
| US1966 | Copy of U.S. Code: Title 43 Section 1458 giving the definition of the code and handwritten notes re: draft EO<br>Withheld as deliberative process privileged | 5/9/00 |
| US1967 | E-mail from Francesca Ryan to Dennis Pacht and others regarding her review of the EO<br>Withheld as deliberative process privileged | 5/18/00 |
| US1968 | E-mails between Angela Ryan, Attorney for Navy and Scott Whiteford and others regarding what the PACDIV appraiser estimated Kingman Reef's value to be; and what is required under 41 C.F.R. 101-47.601<br>Withheld as deliberative process and attorney-client privileged | 5/9/00 |
| US1969-1971 | E-mails between Carole Gaasch, Marc Laverdiere (Navy attorney), Pamela Morriss (Navy attorney), Raul Pedrozo Angela Ryan (Navy attorney), and Tom Egeland Re: requesting comments on the attached draft 1/10/01 comment letter to Phyllis Ha, Senior Senior Staff Ecologist from Raul A. Pedrozo, Assistant for Ocean Policy to the Undersecretary of Defense for Policy regarding Environmental Assessment for a Proposed Kingman Reef National Wildlife Refuge | 1/8/01 -<br>1/9/01 |



EXHIBIT 6D

| | | |
|---|---|---|
| | Withheld as attorney-client privileged and deliberative process privileged | |
| US1972-US1973 | E-mails between Raul Pedrozo Angela Ryan, attorney for Navy, Pamela Morris, Navy and others regarding comments on Environmental Assessment for a Proposed Kingman Reef National Wildlife Refuge Withheld as deliberative process and attorney-client Privileged. | 1/8/01- 1/9/01 1/8/01 |
| US1974-US1975 | E-mails between Raul Pedrozo, Marc Laverdiere, Navy attorney, and Pamela Morris and others regarding status of Kingman Reef transfer from Navy to DOI Withheld as deliberative process and attorney-client Privileged. | 1/3/01- 1/4/01 |
| US1976 | E-mail from Angie to Richard Anderson,Navy Tom Egeland, Navy, Howard Kelsey, Navy And other Navy recipients advising of Appraisal for Kingman Reef and regulations At 41 C.F.R. 101-47.601(a) Withheld as deliberative process and attorney-client privileged | 5/9/00 |
| US1977 | Copy of Order No. 3223 - re: Kingman Reef National Wildlife Refuge Not privileged - inadvertently included in stack | 1/18/01 |
| US1978-US1987 | E-mails beginning 9/8/05 and ending 9/20/05 between Brenda Johnson-Turner, Georgia Shirilla, Thomas Herold, Navy Attorney, Dave LaCroix, Navy attorneys and others at Navy and DOI regarding setting up a call in Kingman Reef; sending background to Brenda Turner-Johnson on the case; and stating what should be in the Executive Order Withheld as attorney-client privileged and deliberative process privileged | 9/8/05 through 9/20/05 |



EXHIBIT 6D

| | | |
|---|---|---|
| US1988 | Real Estate Action NAVFAC Routing Sheet - re: Transfer of Kingman Reef to the Department of the Interior - Action Officer Gail Oklesson, document enclosed the Executive Order to the Honorable Jacob J. Lew, Director of OMB (document not attached) Withheld as deliberative process privileged | 10/17/00 |
| US1989 | E-mail from Howard Kelsey to Richard Anderson, Charles Cocks, and Gail Oklesson regarding the letter from NAVFAC to Interior Withheld as deliberative process privileged | 8/24/00 |
| US1990 | E-mails between Dennis Pacht to Charles C. Cocks and Gail Oklesson regarding Cocks conversation with Captain Tubello morning of June 7, 2000 Withheld as deliberative process privileged | 6/7/00 |
| US1991 | E-mails between Richard Anderson, Howard Kelsey, Angela Ryan, Navy Attorney, Charles Cocks, Gail Oklesson and Duncan Holaday re: status of Kingman Reef transfer to DOI Withheld as attorney-client privileged and deliberative process privileged | 9/19/00 |
| US1992 | E-mails between Gail Oklesson and Dennis Pacht about the status of Kingman Reef transfer Withheld as deliberative process privileged | 4/10/02 |
| US1993 | E-mails - first one dated 12/17/04 to Don Palawski, Georgia Shirilla, And Catherine Sheppard from Brenda Turner-Johnson asking about the January 2004 briefing paper; second one dated 10/5/04 from Brenda Turner-Johnson to Don Palawski, Cameron Forrest, DOI, Jerry Leinecke, and Georgia Shirilla, re: briefing paper and EO Briefing paper not attached Withheld as deliberative process privileged | 12/17/04 and 10/05/04 |



EXHIBIT 6D

| | | |
|---|---|---|
| US1994 | E-mail from Don Palawski to Brenda Johnson-Turner, Jerry Leinecke, and Forrest Cameron regarding status of Kingman Reef EO and Withheld as deliberative process privileged | 10/4/04 |
| US1995 | E-mails - first one dated 1/29/04 from Brenda Johnson-Turner to Don Palawski, Georgia Shirilla, Catherine Sheppard, and A. Eric Alvarez regarding the Kingman briefing and attaching a draft briefing paper for the meeting Monday with Bill and the Director; second e-mail dated 1/20/04 from Brenda M. Johnson-Turner to Georgia Shirilla regarding updates Briefing paper not attached Withheld as deliberative process privileged | 1/29/04 and 1/20/04 |
| US1996-US1997 | E-mail dated 4/27/00 from Richard Anderson to Duncan Holaday and Tom A. Egeland stating what Angela Ryan, Navy Attorney, thinks should be done, what PACDIV and GSA have determined (withheld as deliberative process and attorney-client privileged): E-mail dated 4/25/00 from Duncan Holaday to Tom Egeland, Richard Anderson and Angela M. Ryan, Navy attorney, regarding transfer process (Withheld as deliberative process and attorney-client privileged); e-mail dated 4/18/00 to Richard Anderson and Duncan Holaday from Tom A. Egeland forwarding PACDIV's response to the query Egeland made the previous Friday. That e-mail is dated 4/18/00 from Dennis Pacht to Tom Egeland, Angela Ryan, Navy Attorney, Howard Kelsey, and Gail Oklesson regarding CNR Hawaii submitting a Report of Excess for the property and discussing matters regarding the report and the transfer process of the reef (e-mails withheld as deliberative process and attorney-client privileged); e-mail dated 4/14/00 from | 4/27/00 4/25/00 4/18/00 |



EXHIBIT 6D

| | | |
|---|---|---|
| | Tom Egeland to Dennis Pacht and Mike Kilian asking about any new developments concerning Kingman Reef. Withheld as deliberative process privileged | |
| US1998 | 3/16/2001 e-mail from Tom Egeland to Ron Tickle, Angela Ryan, Navy Attorney, Pamela Morris, Richard Anderson, and Paul Yaroschak re: Kingman Reef FOIA Request (withheld as attorney-client privileged and deliberative process privileged), and forwarding 3/16/2001 e-mail from Ron Tickle to Tom Egeland re: FOIA request (withheld as deliberative process privileged). | |
| US1999 | Draft Memorandum for Assistant Secretary of the Navy (Installations and Environment) from VADM J.F. Amerault, USN re: Proposed Transfer of Kingman Reef to the Department of the Interior (DOI) - Information Memorandum Withheld as deliberative process privileged. | 3/2/00 |
| US2000 | Memorandum for the Deputy Chief of Naval Operations (Logistics) from Elsie L. Munsell, Deputy Assistant Secretary (Environment and Safety) regarding DOI's interest in Kingman Reef. Already produced as Document #289, inadvertently included in stack of privileged documents. | 2/17/00 |
| US2001 | Memorandum to Commander, Pacific Division, Naval Facilities Engineering Command from Commander, Navy Region Hawaii regarding Transfer of Kingman Reef to United States Fish and Wildlife and stating that the United States Fish and Wildlife has advised them of their interest in Kingman Reef and requested the property be transferred to them; take all the necessary actions to transfer Kingman Reef and naming the point of contact. Already produced at Document #294, inadvertently included in stack of privileged documents. | 12/21/99 |



EXHIBIT 6D

| | | |
|---|---|---|
| US2002 | Memorandum to Commander, Pacific Division, Naval Facilities Engineering Command from Commander in Chief, U.S. Pacific Fleet regarding Transfer of Kingman Reef to United States Fish and Wildlife bringing forth that Navy concurs and it was forwarded for continuing action and who the point of contact is with CINCPACFLT, Already produced at Document #295, inadvertently included in stack of privileged documents | 1/3/00 |



EXHIBIT 6D

CANNATA,
CHING &
O'TOOLE LLP
Attorneys at Law

Therese Y. Cannata
tcannata@ccolaw.com

September 17, 2007

**By E-Mail and U.S. Mail**
Kristine Tardiff
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301

Re: : *Kingman Reef Atoll Investments, LLC v. The United States of America*
(United States Federal Court of Claims, Case No.: 06-828L)

Dear Ms. Tardiff:

I want to first thank you for taking the time last week to review the status of discovery in this action. Given that we now face a specific discovery cut-off date (February 8, 2008), I thought it might assist us both to review the preliminary tasks that we discussed.

First, we agreed that documents produced by the parties in the Hawaii District Court case, initial disclosures, depositions, and written discovery responses could be "adopted" in this action (i.e. the Federal Court of Claims case referenced above). We concurrently agreed that both sides would revisit initial disclosures to ensure that they are complete. In that regard, we will forward to you a stipulation. One question is whether the court wants that to be a stipulation and order in the case. That may be a question we need to take up with her clerk.

Second, we also agreed that we could in effect take up where we left off with respect to the government's privilege logs in the Hawaii case but that you need time to confer with Ms. Fitzgerald and independently assess the content of the logs and substance of the documents withheld. We ask specifically that you reconsider the broad claims of privilege asserted by defendants in the Hawaii case, and either produce the documents that had been withheld, or at least provide additional information supporting the claim that the documents are privileged. For example, many documents have been withheld based on a claim of attorney-client privilege simply because attorneys were among the recipients, but there is nothing in the descriptions in the logs to indicate that the communications pertained to or



EXHIBIT 6E

contained legal advice or requests for legal advice. In the case of documents withheld based on the "deliberative process" privilege, an affidavit by the head of the agency asserting the privilege must be provided. We have analyzed those privilege logs on a document-by-document basis, and are prepared to discuss those logs with you at your convenience, or we can send a more detailed letter setting forth our concerns about the logs if you prefer.

Should you require any information from us that would expedite your review process, please do not hesitate to call or email me or Carolyn Johnston. We thank you for your continued courtesy and cooperation in this matter.

Very truly yours,

CANNATA, CHING & O'TOOLE LLP

THERESE Y. CANNATA

TYC:hs
cc: Christopher P. Porter
Donna H.Yamamoto
800362.ltr.Tardiff discovery 9-14-07.tyc.wpd

EXHIBIT 6E

**U.S. Department of Justice**

Environment & Natural Resources Division
Natural Resources Section

Cleveland Federal Building
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

Direct Dial 603-230-2583
Facsimile 603-225-1577
E-Mail kristine.tardiff@usdoj.gov

September 28, 2007

**By Facsimile (415-409-8904) and Electronic Mail**

Therese Y. Cannata
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111

Re: Discovery in *Kingman Reef Atoll Investments, LLC v. United States*, No. 06-828L (Fed. Cl.)

Dear Ms. Cannata:

Thank you for your letter of September 17, 2007, regarding the status of discovery in this case. I am writing back to confirm those areas where we are in agreement, and to clarify Defendant's position with respect to other areas.

First, with respect to document production in the District Court action, we agree the documents produced in that case through initial disclosures, any supplements to the initial disclosures, in response to written discovery requests, at depositions or otherwise may be used by the parties in this case and that it is not necessary for either side to reproduce those documents again in this case. We further agree that any written discovery responses and deposition testimony, to the extent relevant, may be used in this case as well.

Second, with respect to supplementation of initial disclosures, we agree that both sides will conduct a due diligence review of the initial disclosures from the District Court action to ensure that they are complete as they relate to the claims in this case. I believe that we mentioned this to Judge Horn during our last telephonic status conference, but if you would like to create a record of this agreement beyond this correspondence, I am not opposed to filing a stipulation with the court on this point. The one qualification that I would make at this time is that we believe that supplementation to the initial disclosures by both parties in this case is properly limited to the scope of discovery that Judge Horn has allowed, as outlined to the parties during the telephone status conference held on September 7, 2007. The issues for discovery that were identified by the Court during that conference are: (1) the underlying question of title; (2) Plaintiffs' and the Government's claims on title or decisions regarding title; (3) the *ultra vires* issue as to the 1934 Executive Order; and (4) the *terra nullius* theory, which the Court indicated may or may not be relevant.

EXHIBIT 6E

Third, with respect to whether we can "take up where we left off" on the privilege logs from the District Court action, I wish to clarify our position by this letter. When we spoke by phone on September 6 – the day before our last telephone status conference with Judge Horn – you and Ms. Yamamoto indicated that there are a number of privilege logs from the District Court action, that plaintiff KRAI had raised some questions about the logs, and that the Plaintiffs in this case wanted to revisit these questions in this action. I indicated that I had not yet had an opportunity to obtain copies of all of the District Court records and to review all of the discovery conducted in that case, including the privilege logs, and that I would need an opportunity to do so before we reached any agreement as to how any privilege-related issues should be dealt with in this case.

Based on my initial review of the discovery records in the District Court action and our telephone status conference with Judge Horn on September 7, 2007, I do not believe it is appropriate for the parties to simply "take up where we left off" with respect to any privilege issues that the parties may have been discussing in the District Court action prior to the District Court's decision. First, the discovery that was allowed by the District Court and conducted by the parties in the quiet title action was limited to the question of abandonment. The underlying question of title to Kingman Reef was held by the District Court to be beyond the scope of discovery. Here, in contrast, the Court has ordered discovery on the underlying question of title because the Court believes, at least at this stage of the proceedings, that the question of whether Plaintiffs have standing (which is a jurisdictional question) is intertwined with the underlying question of title. Abandonment is not an issue that Plaintiffs have raised in this case, nor is it an issue on which the Court has ordered discovery. In addition, the underlying question of title relates to a period of time that predates and is temporally distinct from period of time that the plaintiffs identified as the period of "abandonment" and that was the subject of the District Court discovery. For those reasons, the discovery that the Court is allowing in this case cannot be treated as simply a continuation of the discovery that occurred in the District Court action. Discovery was completed in the District Court action and, to the extent that Plaintiffs believe any issues were left unresolved, such issues were necessarily rendered moot by the District Court's decision of August 27, 2007. In this case, the Court is allowing the parties to conduct discovery on a limited number of issues. Any discovery-related concerns, including privilege issues, that might arise in the context of conducting such discovery, can be dealt with in this action.

In terms of moving forward in this case, we believe the appropriate next step is for both sides to serve any written discovery requests they may have on the issues identified by the Court. For planning purposes, we hope to have Defendant's written discovery requests to you by mid-October.

Sincerely,

Kristine S. Tardiff
Trial Attorney

cc (by e-mail):
Christopher P. Porter
Donna H. Yamamoto

EXHIBIT 6E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al.,** | **No. 06-828L** |
| **Plaintiffs,** | **Judge Marian Blank Horn** |
| **v.** | |
| **THE UNITED STATES OF AMERICA; Defendant.** | |

**PLAINTIFFS KINGMAN REEF ATOLL INVESTMENTS, L.L.C.'S AND KINGMAN REEF ATOLL DEVELOPMENT, L.L.C.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THE UNITED STATES OF AMERICA (SET ONE)**

CHRISTIAN P. PORTER
Brooks Tom Porter & Quitiquit, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel: 808-526-3011
Fax: 808-523-1171
Email: cporter@btpqlaw.com

OF COUNSEL:

Therese Y. Cannata, CA Bar No. 88032
Cannata, Ching & O'Toole LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Tel: 415-409-8900
Fax: 415-409-8904
Email: tcannata@ccolaw.com

EXHIBIT 6F

3. If any documents or things requested were at one time in existence, but are no longer in existence, please so state, specifying for each document or thing, (a) the type of document or thing, (b) the types of information contained thereon, (c) the date upon which it ceased to exist, (d) the identity of all persons having knowledge of the circumstances under which it ceased to exist, and (e) the identity of all persons having knowledge or who have knowledge of the contents thereof.

4. This Request is a continuing one. If, after producing documents, Defendants obtain or become aware of any further documents responsive to this Request, Defendants are required to produce to Plaintiff such additional documents.

5. If any document is withheld based on a claim that it is subject to the deliberative process privilege, provide an affidavit by the head of the department with control over the matter, setting forth precise and certain reasons for preserving the confidentiality of the documents in question. If any document is withheld based on any other claim of privilege, or the claim that it is subject to protection as trial preparation material, provide a privilege log with your response that describes the nature of the document in a manner that, without revealing information itself privileged or protected, will enable plaintiffs to assess the applicability of the privilege or protection.

## DEFINITIONS

Unless context otherwise indicates, the following words and phrases shall have the meaning given here.

1. The terms "you" and/or "your" or "Defendant" shall mean and include Defendant THE UNITED STATES OF AMERICA and its agencies, departments, deivisions, branches,



EXHIBIT 6F

agents, attorneys, experts, consultants, employees, independent contractors, representatives, or other persons acting or purporting to act on their behalf, or any one of them.

2. The term "Kingman Reef " means that certain atoll, the subject of this lawsuit, that is located approximately 900 nautical miles southwest of Hawaii in the Pacific Ocean and 33 nautical miles north of the Palmyra Atoll and essentially sits half-way between the Hawaiian Islands and Samoa at Latitude 6° 24' 37" North and Longitude 162° 22' West.

3 The term "1934 Executive Order" means Executive Order 6935 Placing Certain Islands in the Pacific Ocean Under the Control and Jurisdiction of the Secretary of the Navy dated December 29, 1934, executed by President Roosevelt.

4. The term "1941 Executive Order" means collectively, Executive Order 8682 and 8729 establishing naval defensive sea areas around and naval airspace reservations over the islands of Palmyra, Johnston, Midway, Wake, and Kingman Reef of February 14, 1941, executed by President Roosevelt.

5. The term "Copra Co." means The Island of Palmyra Copra Company which was incorporated in the Territory of Hawaii.

6. The term "Pickett Act" means the Pickett Act of June 25, 1910, Chapter 421, 36 Stat. 847.

7. The term "Plaintiffs" shall mean Plaintiffs Kingman Reef Atoll Investments, L.L.C., a Hawaii limited liability company, and Kingman Reef Atoll Development, L.L.C. a Hawaii limited liability company, their agents, attorneys, experts, consultants, employees, independent contractors, representatives, or other persons acting or purporting to act on their



EXHIBIT 6F

behalf, or any one of them and sometimes together with "Plaintiff's Predecessor", collectively "Plaintiffs".

8. The term "Plaintiffs' Predecessor" means Ellen Fullard-Leo and/or Leslie Fullard-Leo and/or Copra Co., their agents, attorneys, experts, consultants, employees, independent contractors, representatives, or other persons acting or purporting to act on their behalf, or any one of them.

9. The term "person" shall mean and include all natural persons, corporations, general partnerships, limited partnerships, joint ventures, trusts, estates, unincorporated business entities or associations, governmental bodies or entities, and any and all other legal entities.

10. The term "Third Party" shall include all natural person, corporations, general partnerships, limited partnerships, joint ventures, trusts, estates, unincorporated business entities or associations, governmental bodies or entities, and any and all other legal entities who are not a party to this action.

11. The term "William Brown" shall mean William Yancey Brown, formerly the science adviser to Interior Secretary Bruce Babbitt from April 1997 to January 2001, and currently the President and CEO of the Academy of Natural Sciences, in Philadelphia, PA, and includes his agents, attorneys, experts, consultants, employees, independent contractors, representatives, or other persons acting or purporting to act on his behalf.

12. "And" and "or," as well as "and/or," shall be construed disjunctively, conjunctively, or both, as necessary to bring within the scope of the request all responses which might otherwise be construed to be outside the scope of the particular request.



EXHIBIT 6F

13. The term "document(s)" as used herein is defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, including computer data, emails, and all photographs, maps, books, video recordings, pictures, plans or other representations of any kind, or anything pertaining, describing, referencing or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but is not limited to, the following: (a) Any and all originals and all copies of any and all communications; (b) Any and all writings of any kind or type whatsoever; (c) Any and all tangible things or items, whether handwritten, typed, printed, tape recorded, electronic recordings, video-tape recorded, visually reproduced, stenographically or otherwise reproduced; (d) Any and all books and pamphlets; (e) Any and all microtapes, microfilm, photographs, movies, recordings, tape recordings, and video-tape recordings, stenographically or otherwise reproduced; (f) Any and all diaries and appointment books; (g) Any and all cables, wires, memoranda, reports, notes, minutes and interoffice communications; (h) Any and all contracts and agreements; (i) Any and all other legal instruments or official documents; (j) Any and all deeds, leases, mortgages, assignments or other instruments relating to real property or personal property; (k) Any and all published material of any kind; (l) Any and all financial statements, balance sheets, profit and loss statements, statements of financial condition, income tax returns, worksheets, reports, projections, schedules, ledgers, books, records, and journals; (m) Any and all vouchers, expense accounts, receipts, invoices, bills, orders, billings and checks; (n) Any and all investigation or incident reports; (o) Any and all files and records, including, but not limited to, computer files, emails and all computer back-up disks and/or storage devices; (p) Any and all notes or summaries of conferences, meetings, discussions, interviews, or telephone conversations or messages; (q) Any



EXHIBIT 6F

and all phone message, phone logs, records of phone calls, faxes, fax logs, records of faxes sent and received; (r) Any and all writings, communications (including oral, visual or written) of things which the party upon whom this request is served intends or may use at the trial of the subject lawsuit or in any pleading to be filed in this lawsuit; (s) Any and all writings, communications (including oral, visual or written) or things which in any way relate or involve this subject lawsuit; (t) Any and all drafts or draft copies of any of the above; (u) Any and all amendments or changes to any of the above.

**DOCUMENTS REQUESTED**

1. All documents and communications that refer, relate to, evidence or memorialize your fee title ownership in Kingman Reef, including but not limited to all documents that refer, relate to or evidence how, when or from whom you acquired fee title ownership of Kingman Reef.
2. All documents and communications that refer, relate to, evidence or memorialize whether Kingman Reef was public lands of the United States of America at any time prior to January 18, 2001, including but not limited to lists of public lands and reports to the U.S. Congress that Kingman Reef was and is public lands.
3. All documents and communications that refer, relate to, evidence or memorialize whether or not Plaintiffs owned fee title of Kingman Reef at any time prior to January 18, 2001.
4. All documents and communications that refer, relate to, evidence or memorialize whether Copra Co.'s agent, Lorrin Thurston, in 1922 vested fee title ownership of Kingman Reef in Plaintiff's Predecessor.



EXHIBIT 6F

5. All documents that refer, relate to, evidence or memorialize whether fee title of Kingman Reef was transferred to Plaintiff Kingman Reef Atoll Investments, L.L.C.

6. All documents that refer, relate to, evidence or memorialize the legislative intent in establishing the Kingman Reef National Wildlife Refuge.

7. All documents that refer, relate to or concern, including but not limited to public comment, the establishment of the Kingman Reef National Wildlife Refuge.

8. All documents that refer, relate to or concern the issuance of and reason and intent for the 1934 Executive Order.

9. All documents that refer, relate to or concern the issuance of and reason and intent for the 1941 Executive Order.

10. All documents that refer, relate to or concern the Pickett Act as it pertains to the 1934 Executive Order.

11. All documents that refer, relate to or concern the fee title ownership of Kingman Reef prior to the claim of Copra Co.'s agent in 1922.

12. All documents that refer, relate to or concern your investigation of the fee title to Kingman Reef for the purpose of the 1934 Executive Order.

13. Any environmental studies of any kind related to the establishment of the Kingman Reef National Wildlife Refuge.

14. Any and all surveys regarding Kingman Reef, including but not limited to size, location and dimension.

15. All documents that you identified in response to Plaintiffs' first set of special interrogatories served concurrently with these requests for production of documents.



EXHIBIT 6F

16. All documents that refer, relate to, evidence or memorialize your sovereignty over Kingman Reef, including but not limited to all documents that refer, relate to, evidence or memorialize how, when and from whom you acquired sovereignty over Kingman Reef.

17. All documents that refer, relate to, evidence or memorialize the recovery of guano from Kingman Reef.

18. All documents that refer or relate to Kingman Reef.

19. All documents that refer or relate to Plaintiffs, one or both of them.

20. All documents that refer or relate to Plaintiffs' Predecessors.

21. The following documents that are listed in the Index of Documents Withheld From Release as Initial Disclosures Due to Privilege, dated October 17, 2005:

    a. April 14, 2000 email from Rosalyn Worthan to Pete Raynor, Karen Sprecher Keating, and Molly Ross, and others at DOI regarding Kingman Reef.

    b. April 14, 2000 email from Stephen Saunders to Karen Sprecher Keating, Molly Ross and Peter Raynor, and others at DOI regarding possible overlay refuge.

    c. April 14, 2000 email from Karen Sprecher Keating to Pete Raynor and other DOI employees regarding possible overlay refuge.

    d. April 18, 2000 email from Tim Elliot to Karen Sprecher Keating, Peter Raynor, Molly Ross, and others at DOI regarding Kingman Reef – possible overlay refuge.

    e. April 14, 2000 email from Peter Raynor to "reviewers" regarding Kingman Reef.

    f. April 14, 2000 email from Robert Smith to Peter Raynor, Karen Sprecher Keating, Molly Ross and other others at DOI regarding Kingman Reef.



EXHIBIT 6F

g. Two pages of a license agreement provided by the Nature Conservancy, with handwritten notes in the margins.

h. March 22, 2001 letter from Suzanne Case to Anne Badgley regarding Palmyra Atoll, with attachments.

i. May 14, 2001 letter from Phyllis Y. Ha to Bob Morean transmitting documents for the administrative record, with 1 page list of documents.

j. July 12, 2001 list of documents regarding Kingman Reef- Summary of Ownership Claims, Events and Related Issues, Facts, and Comments.

k. December 20, 2000 email from Catherine Sheppard to Steven Siegel and others at DOI regarding Kingman Reef.

l. April 17, 2001 letter from Georgia to Steve forwarding documents from Archives regarding Kingman Reef.

m. December 3, 2001 fax cover sheet from Ron Swan to Carolyn Bohan transmitting a November 30, 2001 letter from Richard A. DuBey to Thomas Helper regarding Kingman Reef.

n. May 14, 2001 fax cover sheet from Steve Siegel to Ben Harrison and Georgia Shirilla regarding documents from the administrative record and attaching a one page fax from Robert Morean to Steven Siegel regarding Kingman Reef..

o. December 6, 2000 email from William Brown to Karen Sprecher Keating and others at DOI regarding Kingman Reef.

22. The following documents that are listed in the Index of Documents Released as Initial Disclosure, dated January 12, 2006:



EXHIBIT 6F

a. The March 9, 2001 fax cover sheet to Mrs. Hommon from Paul Sullivan regarding Kingman Reef (tab no. 251).

b. The March 5, 1997 note from Pat Laley to Paul Sullivan regarding the copies of the letter from R.L. Russell, to John D. Clouse regarding access to Kingman Reef (tab no. 254).

c. The March 6, 2000 one page document titled "Kingman Reef" and referencing emails between Dennis Pacht and Angela Ryan (tab no. 266).

d. The February 28, 2000 document from Angela Ryan to Dennis Pacht, Rob O. Fetter, Glenn M. Miyashiro, Charles C. Cocks,and Joe E. Hatzenroder regarding Kingman Reef (tab no. 274).

e. The February 24, 2000 email to Rob O. Fetter, Glen M. Miyashiro, Angela M. Ryan, Charles C. Cocks, Joe E. Hautzenroderje and others from Dennis Pacht regarding Kingman Reef (tab no. 275).

f. The February 24, 2000 email to Glenn M. Miyashiro, Anglea M. Ryan, Charlie Cocks, Hautzenroder and others regarding Kingman Reef (tab no. 276).

g. The February 29, 2000 email from Angela Ryan to Dennis Pacht, Tom Egeland and Richard Anderson regarding Kingman Reef (tab no. 278).

h. The April 18, 2000 email from Dennis Pacht to Tom A. Egeland cc: Angela Ryan, Hoard Kelsey, Gail E. Oklesson, and Kike Kilian regarding Kingman Reef (tab no. 301) .

i. The April 14, 2000 email from Tom Egeland to Dennis Pacht and Mike Killian regarding Kingman– Requesting status due to meeting with DOI and DASNs and



EXHIBIT 6F

forwarding information from Angela Ryan (tab no. 302).

j. The April 18, 2000 email from Gail Oklesson to Dennis Pacht, Angela Ryan and others regarding Kingman Reef forwarding email chain (tab no. 303).

k. The April 18, 2000 email from Howard D. Kelsey to Richard Anderson, Rob O. Fetter, Angela M. Ryan, Charles C. Cocks and others regarding Kingman Reef–query to PACDIV (tab no. 304).

l. The April 18, 2000 email from Richard Anderson to Rob O. Fetter, Angela M. Ryan, Charles C. Cocks, Thom A. Egeland and Howard Kelsey regarding Kingman Reef (tab no. 305).

m. The April 17, 2000 email from Rob O. Fetter to Angela M. Ryan, Charles C. Cocks, Richard Anderson, cc. Jeffrey Tubello regarding Kingman Reef (tab no. 306).

n. The April 17, 2000 email from Angela M. Ryan to Charles C. Cocks, and Rob O. Fetter regarding Kingman Reef (tab no. 307).

o. The March 13, 2000 email from Charles C. Cocks to Rob Fetter regarding Kingman Reef (tab no. 308).

p. The February 18, 2000 email from Elise L. Munsell to Duncan Holaday, William Brown cc: Robert B. Pirie, Tom A. Egeland, Carl J. Turnquist, Angela M. Ryan and Richard Anderson regarding Kingman Reef (tab no. 309).

q. The February 18, 2000 email from Duncan Holday to Elsie Munsell, William Brown cc: Robert B. Pirie, Tom A. Egeland, Carl J. Turnquist, Angela M. Ryan, Richard Anderson regarding Kingman Reef (tab no. 310).



EXHIBIT 6F

r. The February 18, 2000 email from Elsie L. Munsell to William Brown cc: Robert B. Pirie, Tom A. Egeland, Carl J. Turnquist, Angela M. Ryan, Duncan Holaday regarding Kingman Reef (tab no. 311).

s. The February 22, 2000 emails between Angela Ryan and Dennis Pacht cc: Tom A. Egeland regarding Kingman Reef (tabs no. 312, 313, 314, and 315).

t. The February 18, 2000 emails between Tom A. Egeland, Angela Ryan, Steve Smith, Elsie L. Munsell, Duncan Holaday, William Brown, Robert B. Pirie, Carl J. Turnquist, Dennis Pacht, and Richard Anderson regarding Kingman Reef (tabs no. 316, 317, 318, 319, and 320).

u. The February 26, 2001 email from Dennis Pacht to Paul Sullivan regarding FOIA re Kingman/Palmyra (tab no. 426).

v. The February 23, 2001 email from Howard D. Kelsey to Ray M. Bourgeois, Charles C. Cocks, Claude E. Jones, Rich A. Engel regarding Kingman Reef (tab no. 429).

w. The February 22, 2001 email from Ray Bourgeois to Howard Kelsey, Charles Cocks, Claude Jones and Rich Engle forwarding email from Angela M. Ryan to Carl J. Trunquist, Thomas N. Ledvina, Carole Gaasch, Duncan Holaday, Elsie L. Munsell, Richard Anderson and Tom Egeland cc: Sullivanpm@fdpac.navfac.nvy.mil, bourgeoisrm@navfac.navy.mil regarding Kingman Reef (tab no. 430).



EXHIBIT 6F

x. The, November 5, 1999 email from Sean Clark to John Schrewsbury, cc: Paul Borkowski, Rebeca Hommmon regarding DASN Bill Cassidy questions (tab no. 454).

y. The November 4, 1999 email from John M. Shrewsbury to Paul Borkowski regarding DASN Bill Cassidy questions (tab no. 456).

z. The undated draft Executive Order, Administration of Kingman Reef (2 pages) (tab no. 464).

aa. The July 27, 2005 emails between David W. LaCroix, Thomas C. Herold and John Kauffman regarding Kingman (tab nos. 465, 466, and 467).

bb. The June 2, 2005 email from Thomas Ledvina to David LaCroix regarding Kingman (tab no. 468).

cc. The April 11, 2005 email from Brenda Johnson Turner to Thomas Ledvina cc: A. Eric Alvarez regarding Kingman (tab no. 469).

dd. The July 28, 2005 email from David W. LaCroix to Brenda Johnson Turner regarding Kingman Reef (tab no. 470).

ee. The August 1, 2005 email from David W. LaCroix to Thomas Ledvina regarding Kingman Reef (tab no. 471).

ff. The August 3, 2005 email from Thomas Herold to Brenda Johnson Turner regarding Kingman Reef (tab no. 472).

gg. The February 24, 2000 email to Patrick J. Neher, Neil Sheehan from Marc Laverdiere regarding response to request of Munsell (tab no. 490).



EXHIBIT 6F

hh. The February 24, 2000 emails between Dennis Pacht and Rob O. Fetter, Glenn M. Miyashiro, Angela M. Ryan, Charles C. Cocks, and Joe E. Hautzenroder, cc: Dave Watts, Pete Check, Dennis Pacht, Dallas J. Conley, and Jeffrey Tubello regarding Kingman Reef (tab nos. 491 and 492).

ii. The June 27, 2000 email from Angela M. Ryan to Dennis Pacht, cc. Mike Killian, Howard D. Kelsey, Charles C. Cocks, Gail E. Oklesson, regarding Kingman Reef (tab no. 498).

jj The June 26, 2000 email from Dennis Pacht to Angela Ryan, cc: Mike Killian, Howard D. Kelsey, Charles C. Cocks, Gail Okelsson, regarding Kingman Reef (tab no. 499).

kk. The June 22, 2000 email from Charles C. Cocks to Dennis Pacht, no message, forwarding message from John Wittman regarding Kingman Reef (tab no. 500).

ll. The June 13, 2000 emails between Dennis Pacht and Charles C. Cocks, Mike Killian and wittmanjs@cpf.navy.mil regarding Kingman Reef (tabs no. 501 and 502).

mm. The June 12, 2000 email from Jeffery Tubello to John A. Zulick, cc: KelseyHD@navfac.navy.mil., cockscc@navfac.navy.mil., regarding FW Kingman Reef and regarding advice from Navy counsel John Wittman (tab no. 506).

nn. The June 12, 2000 email from Richard Anderson to Jeffrey Tubello regarding Kingman Reef forwarding June 12, 2000 email from Carl J. Turnquist to John S. Wittman, cc: Thomas Ledvina, Elsie L. Munsell, Richard Anderson and Angela Ryan regarding Kingman Reef (tabs no. 507 and 508).



EXHIBIT 6F

oo. The June 8, 2000 email from John S. Wittman to Carl Turnquist regarding Kingman Reef (tab no. 509).

pp. The June 22, 2000 email from Charles C. Cocks to Dennis Pacht, and Howard D. Kelsey, cc: Gail E. Oklesson and Mike Killian regarding Kingman Reef forwarding advice from Navy counsel John Wittman (tab no. 510).

qq. The June 21, 2000 email from Dennis Pacht to Howard D. Kelsey, cc: Charles C. Cocks, Gail E. Okelsson, Mike Killian regarding Kingman Reef– forwarding 2 emails: 1. June 12 email to Gail and Charlie, waiting for DASN (environment) re: conditions in EO re: protection of reef and 2. June 13 email to John Wittman re: approval, and discussing contents of both (tab no. 511).

rr. The June 21, 2000 email from Howard D. Kelsey to Dennis Pacht, cc: Charles C. Cocks, regarding Kingman Reef (tab no. 512).

ss. The June 21, 2000 email from Angela M. Ryan to Howard D. Kelsey and englera@navfac.navy.mil. cc: Carl J. Turnquist, regarding Kingman Reef (tab no. 514).

tt. The May 24, 2000 emails between Dennis Pacht, Howard D. Kelsey, Charles Cocks, Gail Okelsson, Francesca Ryan, Gail E. Oklesson and Georgia Shirilla regarding Kingman Reef (tabs nos. 514, 515, 516, and 517).

uu. The May 19, 2000 draft Executive Order – Administration of Kingman Reef (tab no. 518).

vv. The April 20, 2000 email from Gail E. Oklesson to Dennis Pacht regarding Kingman– forwarding email of April 19, 2000 to Richard Anderson from Jeffrey



EXHIBIT 6F

Tubello, cc: Rob O. Fetter, Gail E. Oklesson, Angela Ryan, Mike Kilian, and Howard D. Kelsey, regarding Kingman (tabs nos. 520 and 521).

ww. The April 19, 2000 emails between Richard Anderson, Jeffrey Tubello, Angela Ryan and Hward Kelsey regarding Kingman (tabs nos. 522, 523, 524, and 525).

xx. The April 18, 2000 email from Dennis Pacht to Tom A. Egeland, cc: Angela Ryan, Howard Kelsey, Gail E. Oklesson and Mike Kilian, regarding Kingman (tab no. 527).

yy. The April 19, 2000 emails between GailE. Oklesson, Dennis Pacht, Angela Ryan, Richard Anderson, Jeffrey Tubelo, and Howard Kelsey regarding Kingman Reef (tabs nos. 529, 530, 531, 532, and 533).

zz. The January 10, 2001 draft letter from Raul A. Padrozo to Phyllis Ha regarding Environment Assessment for Proposed Kingman Reef National Wildlife Refuge (2 pages) (tab no. 540).

aaa. The February 2, 2003 briefing statement entitled, " Kingman Reef National Wildlife Refuge – Draft Executive Order" (tab no. 569).

bbb. The undated Memorandum from the chief of Division of Realty to the Director of the Fish and Wildlife Service regarding the Kingman Reef National Wildlife Refuge – Executive Order with four attachments (tab no. 575).

ccc. The documents attached to the March, 2000 draft letter responding to FOIA requet from Short, Cressman, & Burgess and letter from Paul Sullivan with attached documents for review as potentially responsive to FOIA request (tab no. 576).

ddd. The September 20, 2005 email from Brenda Johnson-Turner to Georgia Shirilla,



EXHIBIT 6F

Catherine Sheppard, Don Palawski and Doug Vandegraft regarding Kingman Reef, responding to email of September 16, 2005 from Georgia Shirilla to Brenda Johnson-Turner and Catherine Sheppard, Don Palawski and Doug Vandegraft regarding Kingman Reef (tab no. 577).

eee. The August 17, 2005 email from Brenda Johnson-Turner to Larry Mellinger and others at FWS regarding Kingman Reef (tab no. 575 (sic)).

fff. The October 5, 2004 email from Brenda Johnston-Turner to Don Palawski, Georgia Shirilla, Jerry Leinecke, and Forrest Cameron regarding Kingman E.O. (Tab no. 577 (sic)).

ggg. The October 4, 2004 email from Don Palawski to Brenda Johnson-Turner, Jerry Leinecke and Forrest Cameron, regarding Kingman E.O. (tab no. 578).

hhh. The January 29, 2004 email from Brenda Johnson-Turner to Don Palawski, Georgia Shirilla, Catherine Sheppard, and Eric Alvarez regarding Kingman briefing (tab no. 579).

iii. The January 20, 2004 email from Brenda Johnson-Turner to Georgia Shirilla regarding updates (tab no. 580).

23. The following documents that are listed in the Index to Federal Defendants' Third Set of Initial Disclosures, dated November 30, 2006:

a. The undated Issue Paper regarding whether U.S. Naval Defensive Sea Areas comply with international law and policy (tab no. 8).

b. Documents described as undated Blank–Classified (tabs nos. 18, 22 and 24).

c. The March 2, 1987 letter for Executive Orders, Documents 1, 3 and 4 (tab no. 32).



EXHIBIT 6F

d The undated memo from Chief of Naval Operations regarding regulations, with attached draft of OPNAV Instruction 5500.11E (tab no. 40).

e. The 2 different drafts, dated July 26, 1990, of OPNAV Instruction 5500.11E regulations governing the issuance of entry authorizations for Naval Defensive Sea Areas, Naval Airspace Reservations, Areas under Navy Trust Administration, and the Trust Territory of the Pacific Island, with hand-written notes in the margins (tab no. 41).

f. The July 20, date indiscernible letter from Ira H. Hunn, Rear Admiral, Judge Advocate General to Raymond T. Yingling, Assistant Legal Adviser, Department of State regarding naval defensive sea areas (tab no. 47).

g. The documents withheld from group of documents at tab 9 – Memorandm of conversation, undated memorandum for the office of the Assistant General Counsel, International Affairs, Department of Defense regarding Naval Defensive Sea Areas and a September 12, 1969 OGC memo, and docments 2 and 3 in group.

h. Draft OPNAV Instruction 5500.11E (tab no. 49).

i. Memo from Chief of Naval Operations re: regulations governing the issuance of entry authorizations governing the issuance of entry authorizations for naval defensive sea areas, naval airspace reservations, areas under Navy Administration, and the Trust Territory of the Pacific Islands with draft OPNAV Instruction 5500.11E (tab no. 57).

j The March 1, 1995 Memorandum from Robert W. Smith, to Departments of Interior, Commerce, Justice, Defense, Coast Guard and OMB re: Federal Register



EXHIBIT 6F

Notice on U.S. EEZ and Maritime Boundaries (tab no. 64).

k. The August 20, 1974 Proposed OPNAV Instruction 550.11D, with hand-written notes in text and margins (tab no. 65).

l. The undated memo from Chief of Naval Operations re: Draft OPNAV Instruction 3128.9D re: diplomatic clearance for certain U.S. Navy Marine Data Collection Activities in Foreign Jurisdictions (tab no. 69).

m. The undated draft of OPNAV Instruction 550.11D with handwritten notes in text and on margins (tab no. 78).

24. The following documents that are listed in the Federal Defendants' Index of Privileged Documents Withheld From Third Set of Initial Disclosures, dated February 8, 2007:

a. Letter to the Honorable Jacob J. Lew from Duncan Holiday, dated November 6, 2000 regarding their desire to relinquish jurisdiction over Kingman Reef and associated sea and airspace areas, and sending the following attachments (Bates Range: US1939-US1948):

1. Executive Order 6935

2. Executive Order 8682

3. Executive Order 8729

4. Proposed Executive Order

5. Map of Kingman Reef and letter from the Department of Navy of the Interior approving transfer and accepting custody and accountability for Kingman Reef.



EXHIBIT 6F

b. Memorandum for The Deputy Assistant Secretary of The Navy (Installations and Facilities) from Howard D. Kelsey, dated July 20, 2000 enclosing 13 documents and describing them (Bates Range: US1949-1951).

c. Memorandum to Duncan from Rich dated August 8, 2000 regarding the transfer of Kingman Reef to the Department of the Interior with attached signed August 25, 2000 letter from Duncan Holaday to M. John Berry regarding transferring Kingman Reef from Navy to DOI (Bates Range: US1952-1955).

d. Memorandum to Duncan from Rich dated November 3, 2000 via Tom regarding Submission of Proposed Executive Order Rescinding DON Jurisdiction over Kingman Reef (Bates Range: US1956)

e. Undated draft letter to Honorable Jacob J. Lew regarding the fact that the Navy no longer has use for Kingman reef and listing seven enclosures (Bate Range US1957-US1958).

f. Email from Dennis Pacht to Francesca Ryan and Georgia Shirilla and others dated May 15, 2000 attaching his first draft of the E.O. to transfer Kingman Reef to USF & WS (Bates Range: US1959).

g. Emails between Howard Kelsey and Gail Oklesson and others dated October 10-11, 2000 regarding the draft Kingman Reef EO (Bates Range: US1960-US1961).

h. Undated draft letter to Honorable M. John Berry from Robert B. Pirie, Jr. Regarding Kingman Reef and stating that he hereby transfers custody and accountability for Kingman Reef to DOI with list of enclosures (Bates US1962-US1964).



EXHIBIT 6F

i. Undated Handwritten note with Francesca Ryan and Joseph McDermott's names on it and notes about the Executive Order (Bates Range US1965).

j. Copy of U.S. Code: Title 43 Section 1458, dated May 9, 2000 giving the definition of the code and handwritten notes re: draft EO (Bates Range: US1966).

k. Email from Francesca Ryan to Dennis Pacht and others dated May 18, 2000 regarding her review of the EO (Bates Range US1967).

l. Emails between Angela Ryan and Scott Whiteford and others dated May 9, 2000 regarding what the PACDIV appraiser estimated Kingman Reef's value to be; and what is required under 41C.F.R. 101-47.601 (Bates Range US1968).

m. Emails between Carole Gaasch, Marc Laverdiere, Pamela Morris Raul Pedrozo, Angela Ryan and Tom Egeland, dated January 8-9, 2001 requesting comments on the attached draft 1/10/01 comment letter to Phyllis Ha, from Raul A. Pedrozo to the Undersecretary of Defense for Policy regarding Environmental Assessment for a Proposed Kingman Reef National Wildlife Refuge (Bates Range: US1969-1971).

n. Emails between Raul Pedrozo, Angela Ryan, Pamela Morris and others dated January 8-9, 2001 regarding comments on Environmental Assessment for a Proposed Kingman Reef National Wildlife Refuge (Bates Range: US1972-US1973).

o. Emails between Raul Pedrozo, Marc Laverdiere, Pamela Morris and others dated January 3-4, 2001 regarding status of Kingman Reef transfer from Navy to DOI (Bates Range: US1974-1975).



EXHIBIT 6F

p. Email from Angie to Richard Anderson, Tom Egeland, Howard Kelsey and other Navy recipients dated May 9, 2000 advising of appraisal for Kingman Reef and regulations at 41 C.F.R. 101-47.601(a) (Bates Range: US1976).

q. Emails beginning September 8, 2005 and ending September 20, 2005 between Brenda Johnson -Turner, Georgia Shriilla, Thomas Herold, Dave LaCroix and others at Navy and DOI regarding setting up a call in Kingman Reef; sending background to Brenda Turner-Johnson on the case; and stating what should be in the Executive Order (Bates Range: US1978-US1987).

r. Real Estate Action NAVFAC Routing Sheet dated October 17, 2000 – Re: Transfer of Kingman Reef to the Department of Interior – Action Officer Gail Oklesson, document enclosued the Executive Order to the Honorable Jacob J. Jew (Bates Range: US1988).

s. Email from Howard Kelsey to Richard Anderson, Charles Cocks, and Gail Oklesson dated August 24, 2000 regarding the letter from NAVFAC to Interior (Bates Range: US1989).

t. Emails between Dennis Pacht to Charles C. Cocks and Gail Oklesson dated June 7, 2000 regarding Cocks conversation with Captain Tubello morning of June 7, 2000 (Bates Range: US1990).

u. Emails between Richard Anerson, Howard Kelsey, Angela Ryan, Charles Cocks, Gail Oklesson and Duncan Holaday dated September 19, 2000 regarding status of Kingman Reef transfer to DOI (Bates Range: US1991).



EXHIBIT 6F

v. Emails between Gail Oklesson and Dennis Pacht dated April 10, 2002, about the status of Kingman Reef transfer (Bates Range: US1992).

w. Emails- First one dated 12/17/04 to Don Palawski, Georgia Shirilla, and Catherine Sheppard from Brenda Turner-Johnson asking about the January 2004 briefing paper; second one dated 10/5/04 from Brenda Turner-Johnson to Don Palawski, Cameron Forrest, DOI, Jerry Leinecke, and Georgia Shirilla regarding briefing paper and EO (Bates Range: US1993).

x. Email from Don Palawski to Brenda Johnson-Turner, Jerry Leinecke, and Forrest Cameron dated October 4, 2004 regarding status of Kingman Reef EO (Bates Range: US1994).

y. Emails - First one dated 1/29/04 from Brenda Johnson-Turner to Don Palawski, Georgia Shirilla, Catherine Sheppard, and A. Eric Alvarez regarding the Kingman briefing and attaching a draft briefing paper for the meeting Monday with Bill and the Director; second email dated 1/20/04 from Brenda M. Johnson-Turner to Georgia Shirilla regarding the updates (Bates Range 1995).

z. Email dated 4/27/00 from Richard Anderson to Duncan Holaday and Tom A. Egeland stating what Angela Ryan thinks and should be done, what PACDIV and GSA have determined; Email dated 4/25/00 from Duncan Holaday to Tom Egeland, Richard Anderson and Angela M. Ryan, regarding transfer process; Email dated 4/18/00 to Richard Anderson and Duncan Holaday from Tom A. Egeland forwarding PACDIV's response to the query Egeland made the previous Friday. That email is dated 4/18/00 from Dennis Pacht to Tom Egeland, Angela



EXHIBIT 6F

Ryan, Howard Kelsey and Gail Oklesson regarding CNR Hawaii submitting a Report of Excess for property and discussing matters regarding the report and the transfer process of the reef; email dated 4/14/00 from Tom Egeland to Dennis Pacht and Mike Kilian asking about any new developments concerning Kingman Reef (Bates Range: US1996-US1997).

aa. March 16, 2001 email from Tom Egeland to Ron Tickle, Angela Ryan, Pamela Morris, Richard Anderson, and Paul Yaroschak regarding Kingman Reef FOIA Request and forwwarding 3/16/01 email from Ron Tickle to Tom Egeland regarding FOIA request (Bates Range US1998).

bb. March 2, 2000 draft memorandum for Assistant Secretary of the Navy (Installations and Environment) from VADM J.F. Amerault, USN re: Proposed Transfer of Kingman Reef to the DOI– Information Memorandum (Bates Range: US1999).

26. All documents that refer to, relate to, contain, describe, document or memorialize William Brown's communications or writings regarding Kingman Reef.

27. All documents that refer or relate to or were used or reviewed to prepare the Department of State's memorandum dated November 9, 1934 attached hereto as Exhibit "A".

28. All documents and communications that refer or relate in any way to the landing of planes by Pan American Airways at Kingman Reef, including but not limited to Pan American Airways' request to do so.

29. All documents and communications relating to the appropriation of funds by the Congress of the United States to buy Kingman Reef.



EXHIBIT 6F

30. All documents and communications relating to the legal or equitable title to Kingman Reef in any person, entity, or agency between 1922 to the present.

31. All documents and communications relating to and evidencing requests and your responses from/to individuals to enter Kingman Reef or Palmyra Atoll from 1934 to the present.

32. All documents and communications relating to, in connection with and evidencing Defendants' negotiations to buy Kingman Reef from Plaintiff.

33. All documents and communications which relate to, refer to, support or refute the allegations contained in the April 26, 1938 letter from G.J. Rowcliff, Judge Advocate General of the Navy to Townsend & Lewis.

34. All documents and communications which relate to or were used in connection with the January 17, 2001 Finding of No Significant Impact ("FONSI") issued by Defendant U.S. Fish &Wildlife Service on January 17, 2001.

35. All documents and communications which relate to or were used in connection with Preliminary Project Proposal dated August 1997.

36. All documents and communications which relate to or were used in connection with the October 2, 1997 Project Proposal.

37. All documents and communications relating to or connected with the U.S. Department of Commerce, National Oceanic and Atmospheric Administration's ("NOAA") report dated October 17, 1997.

38. All documents that refer to, relate to, summarize or describe title to Kingman Reef or any submerged reefs, lagoons or waters within a three-mile radius of Kingman Reef.



EXHIBIT 6F

39. All documents that refer to, relate to, summarize or describe ownership of Kingman Reef or any submerged reefs, lagoons or waters within a three-mile radius of Kingman Reef.

40. All documents that refer to, relate to, summarize or describe the economic value of coral reefs, including without limitation appraisals, valuations, and feasibility studies.

41. All documents that refer to, relate to, summarize or describe the ownership of coral reefs, and submerged lands, lagoons or waters within a three-mile radius of coral reefs.



EXHIBIT 6F

Dated: October 4, 2007

BROOKS TOM PORTER & QUITIQUIT, LLP

By:____________________________

CHRISTIAN PORTER
Attorneys for Plaintiffs
KINGMAN REEF ATOLL
INVESTMENTS, L.L.C. and KINGMAN
REEF ATOLL DEVELOPMENT, L.L.C.



EXHIBIT 6F