IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., | ) | |
| Plaintiffs, | ) | No. 06-828L |
| v. | ) | |
| | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF DECISION IN *KINGMAN REEF ATOLL INVESTMENTS, LLC v. UNITED STATES*, NO. 07-16817 (9th Circuit)**

Defendant hereby provides notice that, on September 4, 2008, the United States Court of Appeals for the Ninth Circuit issued its opinion in the related case of Kingman Reef Atoll Investments, LLC v. United States, No. 07-16817 (9th Circuit), affirming the District Court's decision that the plaintiff's claim under the Quiet Title Act, 28 U.S.C. 2409a, is time-barred by the 12-year statute of limitations applicable to such claims. A copy of the Ninth Circuit's opinion is attached for the Court's reference.

Dated: September 4, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov