IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KINGMAN REEF ATOLL INVESTMENTS, L.L.C., et al., | ) | |
| Plaintiffs, | ) | No. 06-828L |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendant United States hereby moves for leave to file a short supplemental brief, no longer than six pages in length, to address the Ninth Circuit's recent opinion in Kingman Reef Atoll Investments, LLC v. United States, No. 07-16817, 2008 WL 4070267(9th Cir. Sept. 4, 2008). In that opinion, the Ninth Circuit affirmed the decision of the U.S. District Court for the District of Hawaii dismissing the plaintiff's quiet title claim as time-barred, 545 F. Supp.2d 1103 (D. Haw. 2007). The Ninth Circuit's opinion is based on the resolution of several issues that are also relevant to Defendant's pending motion to dismiss Plaintiffs' takings claims as time-barred. Although the Ninth Circuit's decision does not have preclusive effect with respect to the claims in this case, Defendant submits that the decision does "bar relitigation of the issues actually litigated and necessarily decided" in connection with the dismissal of the quiet title claims on jurisdictional grounds. See 18 MOORE'S FED. PRACTICE § 132.03[5][c] (Matthew Bender 3d ed.). See also 18 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE: JURISDICTION 2d § 4436 (2d ed. 2002) ("Although a dismissal for lack of jurisdiction does not bar a second action as a matter of claim preclusion, it does preclude relitigation of the issues

determined in ruling on the jurisdiction question"). Accordingly, Defendant respectfully requests the opportunity to identify the issues actually litigated and necessarily decided in the quiet title action that Plaintiffs are precluded from relitigating in this case, and to address the impact of the preclusive effect of the Ninth Circuit's decision on those issues in connection with Defendant's pending motion to dismiss Plaintiffs' takings claims as time-barred.

Defendant has conferred with Plaintiffs' counsel regarding this motion and Plaintiffs oppose the motion.

WHEREFORE, Defendant respectfully requests leave to file a supplemental brief, no longer than six pages in length, for the purpose of addressing the relevancy of the Ninth Circuit's recent decision in Kingman Reef Atoll Investments, LLC v. United States, No. 07-16817 (9th Cir. Sept. 4, 2008), to Defendant's motion to dismiss. Defendant respectfully suggests that the Court also allow Plaintiffs to file a supplemental brief of the same length. Defendant is prepared to file its supplemental brief immediately.

Dated: September 12, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL (603) 230-2583
FAX (603) 225-1577
E-MAIL kristine.tardiff@usdoj.gov